**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>ex rel. RUQIAYAH MADANY<br>and JOHN B. COLLINS,<br><br>Plaintiffs,<br>v.<br><br>PAUL M. PETRE MD; VICTOR A. SAVINOV MD; SONAL RAVAL AS REPRESENTATIVE OF THE ESTATE OF PRAMOD RAVAL MD, (SUBSTITUTING FOR PRAMOD RAVAL MD); CHIRADEEP GUPTA aka CHIRADEEP DUTTAGUPTA; MEHRAN JAVIDAN; VISHNUPRADEEP MEDA aka VISHNU MEDA; RICHARD V. SHANNON; NABILA MAHBUB; MUHAMMAD K. SHAHAB; RAHAT SHAHAB; CHRISTOPHER COLLINS; HASSAN AKHTAR; TARIQ CHAUDHARY; FAISAL CHAUDRY aka FAISAL CHAUDRAY; CURTIS MALLORY; LURA DEAN BARRETT; THEODORE HAILE; MYRA JONES; MOHAMED EL-FALLAL; SHERRY PRESCOTT; GUY ROSS; MAIRA SULEMAN; JOHN THOMAS; TOTAL CARE PHYSICAL THERAPY & REHABILITATION, INC.; CARE PLUS HOME HEALTH SERVICES, INC.; PATIENT CHOICE HOME HEALTHCARE, INC.; ALL AMERICAN HOMECARE, INC.; EMBRACE HOME HEALTH CARE, INC.; ACURE HOME CARE, INC.; GOLDEN AGE HOME HEALTHCARE, INC.; FAMILY ALLIANCE HOME HEALTHCARE LLC,<br><br>Defendants.<br>_____________________________________/ | ) | Case No. 2:09-CV-13693<br><br>HON. PAUL D. BORMAN<br><br>Maj. Judge Michael Hluchaniak |

**FIRST AMENDED COMPLAINT OF THE UNITED STATES ON PARTIAL INTERVENTION**

The UNITED STATES OF AMERICA hereby alleges as follows:

1. This is a civil action under the False Claims Act, 31 U.S.C. §§ 3729-3733, and under the common law theories of unjust enrichment and payment by mistake.

2. The action was originally filed by Ruqiayah Madany and John B. Collins as private party *qui tam* relators in the name of, and on behalf of, the United States, pursuant to 31 U.S.C. § 3730. The United States has intervened as plaintiff in this action in part, pursuant to 31 U.S.C. § 3730(b)(4)(A), and assumes primary responsibility for the claims that it asserts in this complaint.

3. This action seeks damages and civil penalties in connection with a scheme, conspiracy and combination entered into by the defendants that resulted in the submission of false claims to the United States, identified in Appendix A to this Complaint incorporated into this Complaint by reference, and false documents and records produced in support of those claims.

4. As a result of the scheme, conspiracy and combination, the federal Medicare program paid over $20 million for home health care that was not provided, if provided was not medically necessary, and was infected by kickback and other unlawful financial arrangements.

5. The federal Medicare program paid additional amounts for other false claims for physician services submitted by the defendant physicians who were coconspirators in this scheme.

## JURISDICTION AND VENUE

6. This Court has subject matter jurisdiction over this action pursuant to the False Claims Act, 31 U.S.C. § 3732, and under 28 U .S.C. §§ 1331 and 1345.

7. This Court has personal jurisdiction over defendants pursuant to 31 U.S.C. § 3732(a), and because defendants reside in this district and/or have engaged in actionable conduct within this district.

8. Venue is proper in this district pursuant to 28 U.S.C. § 3732(a) and 28 U.S.C. §§ 1391(b)(1) and (2).

## STATUTE OF LIMITATIONS

9. All of the claims in this matter other than those relating to defendant Nabila Mahbub relate back to the filing of the *qui tam* complaint and are timely under 31 U.S.C. § 3731(b)(1).

10. All claims against defendant Nabila Mahbub are timely under 31 U.S.C. § 3731(b).

## THE PARTIES

11. The United States is the plaintiff in this action, filing suit on behalf of the Centers for Medicare and Medicaid Services of the Department of Health and

Human Services. The Centers for Medicare and Medicaid Services administer the federal Medicare program, which was created in 1965 as part of the Social Security Act, 42 U.S.C. § 1395, *et seq.*, to provide federally-funded health insurance for persons age 65 or older, persons under 65 with certain disabilities, and persons of all ages with end-stage renal disease.

12. Private parties Ruqiayah Madany and John B. Collins are also plaintiffs in this action.

13. Defendant Paul M. Petre is a medical doctor who is a resident of Macomb County, Michigan, with a last known address of 11980 Cherokee Circle, Shelby Township, MI 48315.

a. In return for unlawful financial inducements, Defendant Petre caused the submission of at least 470 false claims for 291 Medicare beneficiaries by the defendant home health agencies between July 5, 2007 and July 13, 2010.

b. The 470 false claims cost the Medicare program $1,764,246.06.

c. The Medicare program also suffered damage from false claims submitted by defendant Petre directly to Medicare for those same beneficiaries.

d. The false claims for home health that defendant Petre caused to submit include but are not limited the following:

i. He caused defendant Acure Home Care, Inc. to submit at least 43 false claims for 34 Medicare beneficiaries for services with start dates ostensibly between January 16, 2009 and June 27, 2010, costing the Medicare program $154,522.77.

ii. He caused defendant All American Homecare, Inc. to submit at least 21 false claims for 16 Medicare beneficiaries for services with start dates ostensibly between June 23, 2008 and July 10, 2009, costing the Medicare program $83,721.56.

iii. He caused defendant Embrace Home Health Care, Inc. to submit at least 12 false claims for 8 Medicare beneficiaries for services with start dates ostensibly between December 23, 2008 and August 14, 2009, costing the Medicare program $55,538.86.

iv. He caused defendant Patient Choice Home Healthcare, Inc. to submit at least 343 false claims for 213 Medicare beneficiaries for services with start dates ostensibly between July 5, 2007 and August 8, 2009, costing the Medicare program $1,312,217.94.

v. He caused defendant Care Plus Home Health Services, Inc. to submit at least 12 false claims for 9 Medicare beneficiaries for

services with start dates ostensibly between July 6, 2009 and December 1, 2009, costing the Medicare program $39,981.37.

vi. He caused defendant Family Alliance Home Health Care, LLC, to submit at least 39 false claims for 32 Medicare beneficiaries for services ostensibly rendered between October 21, 2009 and July13, 2010, costing the Medicare program $118,263.56.

e. As a participant in the conspiracy in this case, defendant Petre is jointly and severally responsible for all of the reasonably foreseeabl damage to the government from the conspiracy as a whole, as well as for the specific damage caused by his false certifications and false direct claim submissions to Medicare.

14. Defendant Victor A. Savinov is a medical doctor who is a resident of Wayne County, Michigan, with a last known address of 954 Lakepointe St., Grosse Pointe Park, Michigan, 48230.

a. In return for unlawful financial inducements, Savinov caused the submission of at least 1,073 false claims for 865 Medicare beneficiaries for services ostensibly rendered by the defendant home health agencies between October 3, 2008 and September 22, 2010, costing the Medicare program $4,063,393.21.

b. The Medicare program also suffered damage from false claims submitted by defendant Savinov directly to Medicare for those same beneficiaries.

c. The false claims for home health that defendant Savinov caused to submit include but are not limited the following:

   i. He caused defendant Acure Home Care, Inc. to submit at least 246 false claims for 196 Medicare beneficiaries for services with start dates ostensibly between January 16, 2009 and September 22, 2010, costing the Medicare program $868,817.20.

   ii. He caused defendant All American Homecare, Inc. to submit at least 177 false claims for 143 Medicare beneficiaries for services with start dates ostensibly between October 8, 2008 and May 3, 2009, costing the Medicare program $797,276.17.

   iii. He caused defendant Care Plus Home Health Services, Inc. to submit at least 43 claims for 37 Medicare beneficiaries for services with start dates ostensibly between March 16, 2009 and September 5, 2009, costing the Medicare program $189,903.88.

iv. He caused defendant Embrace Home Health Care, Inc. to submit at least 140 false claims for 105 Medicare beneficiaries for services with start dates ostensibly between December 5, 2008 and June 14, 2009, costing the Medicare program $595,178.34.

v. He caused defendant Family Alliance Home Health Care, LLC to submit at least 227 false claims for 195 Medicare beneficiaries for services with start dates ostensibly between March 5, 2009 and August 19, 2010, costing the Medicare program $769,614.80.

vi. He caused defendant Golden Age Home Health Care, Inc. to submit at least 33 false claims for 33 Medicare beneficiaries for services with start dates ostensibly between July 8, 2009 and September 10, 2009, costing the Medicare program $62,867.51.

vii. He caused defendant Patient Choice Home Healthcare, Inc. to submit at least 204 false claims for 156 Medicare beneficiaries for services with start dates ostensibly between October 3, 2008 and August 12, 2009, costing the Medicare program $779,735.31.

d. Savinov also submitted false claims directly to Medicare for those same beneficiaries.

e. As a participant in the conspiracy in this case, Savinov is also jointly and severally responsible for all of the reasonably foreseeable damage to the government from the conspiracy as a whole, as well as for the specific damage caused by his false certifications and false direct claim submissions to Medicare.

15. The Estate of Pramod Raval is the successor in interest to Pramod Raval, a medical doctor who died on December 15, 2013. His estate is substituted as a party defendant pursuant to 28 U.S.C. § 2404.

a. Defendant Sonal Raval is the widow of Pramod Raval and is sued as the Representative and beneficiary of the Estate of Pramod Raval. Defendant Sonal Raval agreed to accept service of the United States' complaint on behalf of the Estate of Pramod Raval on the record during an appearance before Magistrate Judge Michael Hluchaniuk on April 6, 2015, through her counsel Paul Stoychoff. On information and belief Sonal Raval currently resides at 29278 Chelsea Crossing, Farmington Hills, MI 48331, within the jurisdiction of this Court.

b. Pramod Raval caused the submission by the defendant home health agencies of at least 1,475 false claims to Medicare for 1,062 Medicare

beneficiaries for ostensible start dates between June 11, 2007 and April 21, 2010, costing the Medicare program $5,753,077.78.

c. Pramod Raval also submitted direct false claims to Medicare for those same beneficiaries.

d. The home health false claims that Pramod Raval caused to be submitted include but are not limited to the following:

   i. He caused defendant Acure Home Care, Inc. to submit at least 64 false claims for 53 Medicare beneficiaries for services with start dates ostensibly rendered between January 7, 2009 and August 21, 2009, for which Medicare was harmed through payment of $236,814.26.

   ii. He caused defendant All American Home Care, Inc. to submit at least 547 false claims submitted for 385 Medicare beneficiaries for services with start dates ostensibly rendered between June 4, 2008 and May 7, 2009, for which Medicare was harmed through payment of $2,277,778.80.

   iii. He caused defendant Care Plus Home Health Services, Inc. to submit at least 82 false claims submitted for 62 Medicare beneficiaries for services with start dates ostensibly rendered

between March 16, 2009 and September 4, 2009, for which Medicare was harmed through payment of $286,954.66.

iv. He caused defendant Embrace Home Health Care, Inc. to submit at least 83 false claims submitted for 55 Medicare beneficiaries for services with start dates ostensibly rendered between December 18, 2008 and June 24, 2009, for which Medicare was harmed through payment of $354,884.87.

v. He caused defendant Family Alliance Home Health Care, LLC to submit at least 65 false claims submitted for 63 Medicare beneficiaries for services with start dates ostensibly rendered between April 3, 2009 and April 21, 2010, for which Medicare was harmed through payment of $52,911.64.

vi. He caused defendant Patient Choice Home Healthcare, Inc. to submit at least 621 false claims submitted for 436 Medicare beneficiaries for services with start dates ostensibly rendered between June 11, 2007 and August 13, 2009, for which Medicare was harmed through the payment of $2,280,366.62.

e. As a participant in the conspiracy in this case, Pramod Raval and his successor(s) in interest are jointly and severally responsible for all of the reasonably foreseeable damage to the government from the

conspiracy as a whole, as well as for the specific damage caused by his false certifications and false direct claim submissions to Medicare.

16. Defendant Chiradeep Gupta, aka Chiradeep Duttagupta, is a resident of Oakland County, Michigan, with a last known address of 31350 Harlo Drive, Apt. B, Madison Heights, Michigan, 48071.

a. Gupta is a physical therapist who owned defendant Total Care Physical Therapy and Rehabilitation Inc. and provided physical therapists and physical therapy assistants to the defendant home health agencies, including Patient Choice Home Healthcare, Inc., during the entire time of its operation, and All American Homecare, Inc., through at least June of 2009.

b. Gupta had a hidden ownership interest in the defendant home health agency Acure, and also in the defendant home health agency All American Homecare, Inc., through at least March of 2009.

c. Gupta also represented to Medicare that he was the owner of defendant agency Care Plus Home Health Services, Inc..

d. During the time period covered by this Complaint, Gupta either directly submitted, caused the submission of, or conspired to submit, false claims for 2645 Medicare beneficiaries causing the Medicare program to pay over $20 million, as follows:

i. Defendant Gupta created or supervised the creation of false beneficiary evaluations and false physical therapy records to support false claims submitted to Medicare by the defendant home health records.

ii. Defendant Gupta altered records or supervised alteration of records or shredded records in order to deceive state and federal reviewers.

iii. Defendant Gupta knew that the beneficiaries being enrolled were not eligible, that they were being recruited through kickbacks and narcotics.

iv. Gupta knew that the physical therapists and physical therapy assistants that he employed were not providing the services for which they billed and were creating fictitious documents to falsely make it appear that they had provided services, and Gupta directed creation of false documents.

17. Defendant Mehran Javidan was formerly a resident of Oakland County, Michigan, and currently has a last known address of FCC Victorville Camp, P.O. Box 5300, Adelanto, CA 92301.

a. Defendant Javidan was a part-owner and administrator of defendant Acure Home Care, Inc., and caused the submission of at least 660

false claims for home health services to Medicare supposedly rendered from January 7, 2009 through October 28, 2010 through Acure Home Care, Inc.

b. Defendant Javidan paid kickbacks to physicians, beneficiary recruiters and beneficiaries, and directed the creation of false and fictitious records to support these false claims.

18. Defendant Vishnupradeep Meda, aka Vishnu Meda, was formerly a resident of Oakland County, Michigan, and his last known address is CI Adams County, 20 Hobo Fork Road, Natchez, MS 39120.

a. Meda was a physical therapist who received undated forms from beneficiary recruiters containing beneficiary signatures falsely certifying that they had received therapy visits from the home health agency, and Meda created false records showing therapy that had not actually taken place using those pre-signed forms.

b. Meda created false evaluations of beneficiaries and false physical therapy records in support of false claims submitted by the defendant home health agencies Patient Choice Home Healthcare, Inc., All American Homecare, Inc., and Acure Home Care, Inc., including certifying that he had seen at least one beneficiary who was dead.

c. From June 30, 2009 through September 4, 2009, he was paid $24,000 by Patient Choice Home Healthcare, Inc., and All American Homecare, Inc.

d. He stopped working for Patient Choice Home Healthcare, Inc., in September 2009 when a search warrant was executed by the FBI.

e. He worked for defendant Acure Home Care, Inc., from August 2009 until January 2010. In that five month period, Meda was paid $58,965 by Acure Home Care, Inc.

f. Through the submission of false documents, defendant Meda caused the submission of false claims to Medicare by Patient Choice Home Healthcare, Inc., All American Homecare, Inc., and Acure Home Care, Inc., resulting in payments by Medicare of approximately $985,000 to Patient Choice Home Healthcare, Inc., approximately $650,000 to defendant All American Homecare, Inc., and approximately $840,000 to defendant Acure Home Care, Inc.

19. Defendant Richard Shannon was formerly a resident of Wayne County, Michigan, and his last known address is FTC Oklahoma City, 74100 S. Macarthur Blvd., Oklahoma City, OK 73169.

a. Between August 2008 and March 2010, defendant Shannon paid Medicare beneficiaries with cash and/or narcotics to obtain their

Medicare information and their signatures on fictitious therapy forms, and sold that information and those false documents to all seven home health agency defendants in this case for between $200 and $600 each.

b. Over this time period he received approximately $191,000 in payments from the defendant home health agencies, which at an average payment of $500 per beneficiary episode of care is approximately 382 home health agency enrollments.

c. At an average cost of about $4500 per episode, the damages to the Medicare program by his activity is at least $1.7 million.

20. Defendant Nabila Mahbub was formerly a resident of Wayne County, Michigan, and her last known address is FCI Danbury, Route 37, Danbury, CT 06811. Mahbub worked for defendant Patient Choice Home Healthcare, Inc., for two months and then became the office manager for defendant All American Homecare, Inc. in July 2008. Defendant Mahbub played an integral role in the fraud scheme outlined in the complaint, as follows:

a. Mahbub knew the All American Homecare, Inc., therapists and physical therapy assistants were not actually seeing the Medicare beneficiaries for whom All American Homecare, Inc. was billing Medicare.

b. Mahbub distributed to therapists the fictitious pre-signed therapy forms that beneficiary recruiters had sold to All American Homecare, Inc., and instructed those therapists how to falsely fill out information for nonexistent therapy visits that would be used to support claims for payment to Medicare, including instruction as to how to falsify pain levels, fall risk, and use of ambulation devices.

c. When as a result of the creation of large quantities of fictitious therapy notes the dates and times of the therapy placed on the false documents was impossible either because they exceeded the number of hours in a day or because two fictitious therapy visits conflicted, Mahbub directed the therapists filling out the fictitious therapy notes not to date the notes.

d. Mahbub placed false entries in the All American Homecare, Inc., computer system to hide the fact that the data would otherwise show the same therapists as being in two places at once or billing an impossible number of hours per day, by taking one therapist and creating two entries that the computer program would understand to be two separate people.

e. Mahbub split payments to therapists to hide the impossible volume of the forms they were certifying.

f. Mahbub supervised the data entry personnel who translated the fictitious undated documents produced by the therapists into the All American Homecare, Inc., computer system, and Mahbub instructed the data entry personnel how to manufacture dates and times for these therapy visits and enter this false data into the computer system.

g. Mahbub calculated kickbacks to be paid to beneficiary recruiters for beneficiary identifying information and false documents.

h. Mahbub wrote checks to at least three recruiters as payment for the identifying information and pre-signed forms for Medicare beneficiaries and handed these checks to recruiters when defendant Akhtar was not available.

i. Mahbub continued to participate in the scheme even though she knew that beneficiaries were being paid for their identifying information by the recruiters that All American Homecare, Inc., was employing, and she directed telephone complaints that she received at the All American Homecare, Inc., office from beneficiaries that they had not received their promised payment or narcotics to the relevant recruiter.

j. Mahbub directed recruiters to obtain additional fictitious pre-signed forms from Medicare beneficiaries when necessary.

k. Mahbub falsified beneficiary diagnoses on documents and data entries that are material to payment including recertifications.

l. Mahbub knew that the individual representing himself to be Dr. Rohane Patel and signing beneficiary referrals for All American Homecare, Inc., was actually an unlicensed medical assistant, defendant Mohammed el-Fallal, and that all referrals from this source were ineligible.

m. Mahbub hid the pre-signed blank fictitious therapy documents in her office, and then in her home and car, so that they would not be seen by outside reviewers.

n. Mahbub caused the submission of at least 1,298 false claims for 866 Medicare beneficiaries for services ostensibly rendered by defendant All American Homecare, Inc., between June 4, 2008 and July 30, 2009, costing the Medicare program $5,458,411.74.

21. Defendant Muhammad Shahab is the spouse of defendant Rahat Shahab, and was formerly a resident of Oakland County Michigan. His last known address is FCI Terre Haute, 4200 Bureau Road North, Terre Haute, IN 47808. Muhammad Shahab established the scheme described in this Complaint. Among other things, he did the following to establish and promote this scheme:

a. He funded the creation of seven separate home health agencies, five of them through straw owners, in order to be able to churn Medicare beneficiaries through those agencies without knowledge or interference from the Medicare program.

b. He paid recruiters to obtain beneficiary identifying information and pre-signed therapy forms that would later be used by therapists or therapy assistants that he employed or contracted for to create false documentation justifying payment by Medicare.

c. He knew that the recruiters were paying the Medicare beneficiaries with cash and/or narcotics for their identifying information and signatures.

d. He supervised direct recruitment of Medicare beneficiaries without regard to whether they actually qualified for home care and knew that the vast majority did not qualify.

e. He assigned diagnoses to the Medicare beneficiaries that had no relation to any actual medical condition but instead were chosen because they would produce the largest possible Medicare payment without undue scrutiny from Medicare.

f. He paid kickbacks and other financial inducements to physicians to obtain their signatures on forms required for Medicare payment,

including such kickbacks and/or inducements to defendants Savinov, Petre and Raval.

g. He obtained such signatures from an unlicensed medical assistant, Mohammed el-Fallal, knowing that he was falsely representing himself to be Dr. Rohane Patel.

h. As a result of all of the above among other facts to be adduced at trial, Muhammad Shahab caused the submission of at least 5,602 false claims to Medicare for 2,645 Medicare beneficiaries between June 1, 2007 and March 5, 2011, costing the Medicare program over $20 million.

22. Defendant Rahat Shahab is the spouse of defendant Muhammad Shahab and a resident of Oakland County, Michigan, with a last known address of 5016 Silverwood Court, West Bloomfield, Michigan, 48322. Rahat Shahab owned and operated defendant home health agency Embrace Home Health Care, Inc., and caused the submission of at least 286 false claims to Medicare for services ostensibly rendered between December 5, 2008 and August 14, 2009, costing the Medicare program $1,221,276.01.

23. Defendant Christopher Collins is a resident of the State of Texas, with a last known address of 9718 Cantertrot Drive, Humble, Texas, 77338.

a. Collins was initially employed as a recruiter of beneficiaries for defendant Patient Choice Home Healthcare, Inc., and then for All American Homecare, Inc., starting in September 2008. He was paid $100 per beneficiary recruited initially, subsequently raised to $600 per beneficiary recruited, and created a network of subrecruiters.

b. The recruiter network controlled by Collins found Medicare beneficiaries who would agree to falsify documentation for cash or narcotics, and found corrupt physicians who would sign the narcotics prescriptions, and provided the Medicare identification numbers for these individuals to the defendant home health agencies.

c. Through April 2009, Collins was paid approximately $522,000 by the home health agency defendants not including checks marked "salary," and at an average beneficiary episode cost of $4500, and an average recruitment payment to defendant Collins of $500, Collins caused the Medicare program to pay approximately $4.7 million to the defendant home health agencies through April 2009.

d. From May 2009 to July 2009, Collins represented himself to Medicare as the owner of All American Homecare, Inc., and caused the submission of at least 131 false claims for which Medicare paid All American Homecare, Inc., an additional approximately $433,000.

24. Defendant Hassan Akhtar was formerly a resident of Macomb County, Michigan, and his last known address is Big Spring Correctional Institution, 2001 Rickabaugh Drive, Big Spring, TX 79720.

a. Akhtar was a biller at defendant Patient Choice Home Healthcare, Inc. in April and May of 2008, and he was the Administrator at defendant All American from June 2008 to February 2009.

b. At both Patient Choice Home Healthcare, Inc., and All American Homecare, Inc., he was instrumental in furthering the scheme described in this complaint, including paying recruiters for Medicare beneficiary identifying information; falsifying diagnoses, qualifying forms, and therapy notes; enrolling Medicare beneficiaries who had not been referred by any physician and who had not been evaluated for any home health eligible condition; and knowingly using physician referral forms that had been signed by the physician in blank.

c. As a result of the above and other facts to be adduced at trial, Akhtar submitted or caused the submission of at least 1,255 false claims for 835 Medicare beneficiaries from these two agencies during this time period, as to which Medicare paid $5,348,024.62.

25. Defendant Tariq Chaudhary was formerly a resident of Wayne County, Michigan, and his last known address is FCI Morgantown, 446 Greenbag Road, Route 857, Morgantown, WV 26501.

a. Chaudhary is a physical therapy assistant who worked for defendants Patient Choice Home Healthcare, Inc., and All American Homecare, Inc., from September 2008 to April 2009, during which time he falsified therapy documents, received $45 for each visit certification document that he created and signed, and knew that the documents he was signing would be used to support false claims to Medicare.

b. During the time period September 2008 to April 2009, Chaudhary received $171,960 from the defendant home health agencies labelled PT or PTA services. At $45 per visit, this represents 3,821 separate visits, which at an average of 45 minutes per visit is twice as much work time actually available during this time period, not including travel time.

c. Based on the documents that Chaudhary completed and signed, All American submitted and was paid for at least $747,000 in claims by Medicare for Medicare beneficiaries the vast majority of whom Chaudhary never saw or if he did see them, there was no legitimate

referral of the beneficiary and no medical justification to provide home health therapy.

26. Defendant Faisal Chaudry, aka Faisal Chaudray, was formerly a resident of Wayne County, Michigan, and his last known address is FCI Schuylkill, Interstate 81 & 901 W, Minersville, PA 17954.

a. Chaudry is a physical therapy assistant who worked for defendants Patient Choice Home Healthcare, Inc., and All American Homecare, Inc., from September 2008 to April 2009, during which time he falsified therapy documents, received $45 for each visit certification document that he created and signed, and knew that the documents he was signing would be used to support false claims to Medicare.

b. During the time period September 2008 to April 2009, Chaudry received $211,105 from the defendant home health agencies labelled PT or PTA services. At $45 per visit, this represents 4,691 separate visits, which at an average of 45 minutes per visit is more than twice as much work time actually available during this time period, not including travel time.

c. Based on the documents that Chaudry completed and signed, All American Homecare, Inc., submitted and was paid for at least $917,000 in claims by Medicare for Medicare beneficiaries the vast

majority of whom he never saw or if he did see them, there was no legitimate referral of the beneficiary and no medical justification to provide home health therapy.

27. Defendant Curtis Mallory was formerly a resident of Wayne County, Michigan, and his last known address is MCFP Springfield, 1900 W. Sunshine St., Springfield, MO 65807.

a. Starting in January 2008, Mallory received payments from at least four of the defendant home health agencies – Patient Choice Home Healthcare, Inc., All American Homecare, Inc., Embrace Home Health Care, Inc., and Acure Home Care, Inc. – for identifying information for Medicare beneficiaries and fictitious visit forms that those beneficiaries signed in blank.

b. The payments to Mallory were $500-$600 for each beneficiary successfully enrolled in one of the defendant home health agencies.

c. Between January 2008 and October 2009, Mallory received an unknown amount of cash and $240,000 in checks from defendants Patient Choice Home Healthcare, Inc., All American Homecare, Inc., Acure Home Care, Inc., Total Care Physical Therapy and Rehabilitation, and another company owned by defendant Muhammad Shahab called Triple A Marketer and Consultant LLC, representing

approximately 400 separate successful beneficiary enrollments in a Shahab agency at a kickback rate of $500-$600 per enrollment.

d. Mallory caused defendants Patient Choice Home Healthcare, Inc., All American Homecare, Inc., and Acure Home Care, Inc., to submit at least $1.6 million in false claims to the Medicare program.

28. Defendant Lura Dean Barrett is a resident of Oakland County, Michigan, with a last known address of 1986 W. Spinningwheel Lane, Bloomfield Hills, MI 48304.

a. Barrett was the owner and/or operator of an Adult Foster Care Facility licensed by the State of Michigan located at 337 West Kennett, Pontiac, MI, and two room and board facilities located at 274 Auburn and 280 Orchard in Pontiac, MI.

b. Between September 2008 and September 2009, Barrett took between $300 and $500 per Medicare beneficiary, paid to her by check and in cash, from defendant Muhammad Shahab to provide identifying information to him for residents of her facilities and fictitious visit forms pre-signed by those residents, including herself.

c. Based on this kickback relationship, defendant home health agencies Patient Choice Home Healthcare, Inc. and All American Homecare, Inc. submitted false claims to Medicare for the beneficiaries whose

identities were sold by defendant Barrett, who in general were not eligible for home health care, causing Medicare to pay approximately $607,000 in false claims for over 50 beneficiaries.

29. Defendant Theodore Haile is a resident of Wayne County, Michigan, with a last known address of Genesis Community Center CT, 11105 E. Jefferson Avenue, Detroit, MI 48214.

a. Haile was employed starting in March 2009 as a recruiter for All American.

b. Haile paid Medicare beneficiaries kickbacks to obtain their personal identification information and signatures on visit documents that would be used to further the scheme.

c. Between March 2009 and September 2009, Haile received $100 per beneficiary plus $500 per week to drive another co-conspirator and recruiter, defendant Christopher Collins.

d. Haile caused All American Homecare, Inc. to submit false claims for the beneficiaries he recruited, and as a result of these false claims Medicare paid All American Homecare, Inc. approximately $900,000.

30. Defendant Myra Jones is a resident of Wayne County, Michigan, with a last known address of 10600 Balfour, Detroit, Michigan, 48224.

a. From April 2008 through August 2009, defendant Jones sold identifying information for 26 Medicare beneficiaries for $500 each to defendant Muhammad Shahab.

b. Based upon this information received from Jones through the payment of kickbacks, defendant Patient Choice Home Healthcare, Inc. submitted false claims to Medicare for the beneficiaries whose identities Jones had supplied, resulting in approximately $200,000 in loss to the Medicare program.

31. Defendant Mohamed el-Fallal is a resident of Wayne County, Michigan, with a last known address of 15380 Monica, Detroit, MI 48238.

a. El-Fallal caused the submission of at least 665 false claims to Medicare for 522 beneficiaries by the defendant agencies All American Homecare, Inc. and Patient Choice Home Healthcare, Inc. between April 7, 2008 and January 17, 2009, by impersonating a physician, Rohane Patel, and signing Medicare beneficiary referral forms and plans of care as though he were Patel in return for kickbacks.

b. The Medicare program paid at least $2,784,533.36 based on these false certifications by el-Fallal, including but not limited to the following:

i. He caused defendant All American Homecare, Inc. to submit at least 339 false claims for 242 Medicare beneficiaries, for services with start dates ostensibly between June 22, 2008 and January 17, 2009, for which Medicare paid $1,496,245.52.

ii. He caused defendant Patient Choice Home Healthcare, Inc., to submit at least 326 false claims for 280 Medicare beneficiaries, for services with start dates ostensibly between April 7, 2008 and December 1, 2008, for which Medicare paid $1,288,287.84.

32. Defendant Sherry Prescott is a resident of the State of Michigan. Her current address is unknown.

a. From September 2008 through September of 2009, Prescott inputted false data that she manufactured concerning dates and times of therapy visits that for the most part had not occurred, into the computer system at All American Homecare, Inc., providing the basis for All American Homecare, Inc. to submit false claims to Medicare for those therapy visits.

b. Prescott knew that the Medicare beneficiaries were being paid and that the vast majority were not eligible for home health services.

c. Prescott falsified other records including physician signatures.

d. Prescott caused the submission of at least 1,120 false claims for 808 Medicare beneficiaries from All American Homecare, Inc., costing the Medicare program $4,682,295.64.

33. Defendant Guy Ross is a resident of Wayne County, Michigan with a last known address of 15364 Tuller, Detroit, Michigan, 48238.

a. From April 2008 through September 2009, defendant Ross sold the identifying information for at least 21 Medicare beneficiaries to defendant Muhammad Shahab for $500 each.

b. As a result, Ross caused defendants Patient Choice Home Healthcare, Inc., and All American Homecare, Inc., to submit false claims to Medicare for those beneficiaries, resulting in payments of approximately $170,000 from the Medicare program.

34. Defendant Maira Suleman was formerly a resident of Macomb County, Michigan, and her last known address is 2429 83rd St., East Elmhurst, NY 11370.

a. Suleman began working at defendant Patient Choice Home Healthcare, Inc., in July 2007 as an intake scheduler, and was promoted in early 2008 to office manager.

b. Suleman falsified files for Medicare beneficiaries to justify false billings to Medicare, specifically:

i. Suleman supervised creation of documents purporting to document visits to Medicare beneficiaries by Patient Choice Home Healthcare, Inc. therapists, when she knew that the vast majority of the claimed visits were not being performed.

ii. Suleman supervised staff in obtaining visit notes from beneficiary recruiters that had been pre-signed by the beneficiaries. These pre-signed forms would then be filled out by her therapists and could later be back-dated.

iii. When purported visits by therapists conflicted with one another or there were impossible numbers of visits supposedly being performed in one day, Suleman developed methods to deal with this including:

1. She instructed the therapists not to date the visit notes they were filling out;
2. She instructed the data entry personnel how to manufacture dates and times that would appear to be consistent and then date the visit notes with those fabricated dates;
3. She manipulated the Patient Choice Home Healthcare, Inc., computer system so that one therapist would be

recorded as two, in order to allow her and her staff to assign impossible hours and times to a single person;

iv. When claims were rejected because the claim submitted was impossible – for example, the beneficiary could not have been seen at home because s/he was in the hospital – defendant Suleman simply changed the visit dates and resubmitted the claim.

c. Suleman knew that the beneficiaries were obtained through recruiters and that the recruiters were paying the beneficiaries to participate.

d. Suleman misled reviewers by hiding the pre-signed blank visit notes in her office during a State of Michigan survey in January 2009.

e. Between August 2007 and approximately September 2009, Suleman submitted or caused the submission of at least 1,120 false claims to Medicare for 808 beneficiaries submitted by Patient Choice Home Healthcare, Inc., for care ostensibly provided from July 2007 through August 26, 2009, causing Medicare to pay $4,682,295.64.

35. Defendant John Thomas was formerly a resident of Wayne County, Michigan, and his current last known address is FCI Morgantown, 446 Greenbag Road, Route 857, Morgantown, WV 26501.

a. Thomas, a physical therapist, began working for Patient Choice Home Healthcare, Inc., in September 2007 and also worked for All American Homecare, Inc., starting in September 2008.

b. Thomas held a minority ownership interest in All American Homecare, Inc., through a straw owner, John Cinol.

c. Thomas signed false therapy documents for Medicare beneficiaries he had never seen, or co-signed as the supervisor for a physical therapy assistant who had not seen the beneficiary, including initial evaluations, visits and recertifications.

d. Based on these falsified documents, Patient Choice Home Healthcare, Inc., and All American Homecare, Inc. submitted false claims to Medicare, for which Medicare paid approximately $400,000.

e. As an owner of All American Homecare, Inc. who was fully aware of the fraudulent scheme, Thomas is responsible for the at least 1,298 false claims that All American Homecare, Inc. submitted to Medicare, resulting in payment from Medicare to All American Homecare, Inc. of approximately $5.4 million.

36. Defendant Total Care Physical Therapy and Rehabilitation, Inc. is a corporation incorporated in the State of Michigan in 1996 under corporation number 439629. Its registered address was 31350 Harlo Drive Apt. B, Madison

Heights, Michigan, 48071. Defendant Total Care Physical Therapy and Rehabilitation, Inc., supplied physical therapists and physical therapy assistants to the defendant home health agencies who falsified Medicare beneficiary information in order to support false claims to the Medicare program during all time periods relevant to this Complaint. Defendant Chiradeep Gupta submitted a certificate of dissolution for this entity to the State of Michigan on March 28, 2014, and this entity was dissolved on April 4, 2014, without paying its debt to the United States.

37. Defendant Care Plus Home Health Services, Inc. is an active corporation incorporated in the State of Michigan in 2007 under corporation number 01023P. Its registered address is 31350 Harlo Drive Apt. B, Madison Heights, Michigan, 48071. At times relevant to this complaint, this agency was located at 21700 Greenfield Road, Suite 452, Oak Park, Michigan. It submitted bills to the federal Medicare program under National Provider Identifier 1063605012, and Medicare billing (OSCAR) number 237772.

38. Defendant Patient Choice Home Healthcare, Inc., is a home health agency incorporated in the State of Michigan in 2006 by defendant Muhammad Shahab under corporate number 00010H. It submitted bills to the federal Medicare program under National Provider Identifier 1629157870, and Medicare billing (OSCAR) number 237680. Its last registered address was 21700 Greenfield Road,

Suite 228, Oak Park, Michigan, 48237. It was dissolved on February 23, 2010 without paying its debt to the United States.

39. Defendant All American Homecare Inc. is a home health agency that was incorporated in the State of Michigan in 2005 under corporate number 18572A. It submitted bills to the federal Medicare program under National Provider Identifier 1467499178, and Medicare billing (OSCAR) number 237715. Its last registered address was 21700 Greenfield Road, Suite 230, Oak Park, Michigan, 48237. It was dissolved by operation of law on July 15, 2011, without paying its debt to the United States.

40. Defendant Acure Home Care, Inc. is a home health agency that was incorporated in the State of Michigan in 2006 under corporate number 14040E. It submitted bills to the federal Medicare program under National Provider Identifier 1992863716 and Medicare billing (OSCAR) number 237486. Acure was located at 21700 Greenfield Road, Suite 123, Oak Park, Michigan and then at 130 Town Center Drive, Suite 207, Troy, Michigan, 48084, at times relevant to this Complaint. It was dissolved by operation of law on July 15, 2013, without paying its debt to the United States.

41. Defendant Embrace Home Health Care, Inc. is a home health agency that was incorporated in the State of Michigan by defendant Rahat Shahab in 2007 under corporate number 00827P. It submitted bills to the federal Medicare

program under National Provider Identifier 1962623678 and Medicare billing (OSCAR) number 237767. Its last registered address was 21700 Greenfield Road, Suite 458, Oak Park, Michigan, 48237. It was dissolved on April 7, 2011, without paying its debt to the United States.

42. Defendant Golden Age Home Health Care, Inc. is a home health agency that was incorporated in the State of Michigan in 2007 under corporate number 00283G. It submitted bills to the federal Medicare program under National Provider Identifier 1215088638 and Medicare billing (OSCAR) number 237779. Its last registered address is 15700 Providence Drive Suite 400B, Southfield, Michigan, 48075. It was dissolved effective November 14, 2014 without paying its debt to the United States.

43. Defendant Family Alliance Home Healthcare LLC is an active home health agency that was incorporated in the State of Michigan in 2007 under corporate number D17359. It submitted bills to the federal Medicare program under National Provider Identifier 1427273093 and Medicare billing (OSCAR) number 237799. Its current registered address is 24001 Southfield Road, Suite 208, Southfield, Michigan, 48075.

*The Prior Criminal Case*

44. Some of the individual defendants were convicted by a jury of criminal counts in connection with the scheme and conspiracy outlined in this

amended complaint in two criminal cases, No. 10-cr-20014 (E.D. Mich) (Chiradeep Gupta, Richard Shannon, Pramod Raval and Nabila Mahbub) and No. 11-cr-20052 (E.D. Mich.) (Mehran Javidan and Vishnu Meda). The jury findings in these cases as to these defendants, the government's proof, and the admissions of these defendants in their sentencing memoranda and sentencing hearings are incorporated by reference into this Complaint.

45. The individual defendants Muhammad K. Shahab, Christopher Collins, Hassan Akhtar, Tariq Chaudhary, Faisal Chaudry, Curtis Mallory, Lura Barrett, Theodore Haile, Myra Jones, Mohamed el-Fallal, Sherry Prescott, Guy Ross, Maira Suleman, John Thomas, as well as Jessica Vigil, pled guilty to criminal charges arising out of the scheme and conspiracy outlined in this amended complaint. The admissions in the respective Rule 11 plea agreements, plea hearings and sentencing memoranda and hearings are incorporated by reference into this Complaint.

46. Notwithstanding restitution orders in all of the criminal cases, other than for Pramod Raval, who died before sentencing, the criminally convicted defendants have not made the United States whole: as of the filing date of the government's amended complaint in intervention less than half of one percent of the fraud loss amount to Medicare had been repaid by any individual or entity that participated in this scheme.

a. Defendant Muhammad Shahab pled guilty to conspiracy to engage in the healthcare fraud scheme alleged in this amended complaint on February 17, 2010. He agreed to a restitution amount of $10,856,130 (No. 2:10cr20014, Docs. 117, 629). As of April 27, 2015, he had paid $17,560 in restitution.

b. Defendant Chiradeep Gupta was found guilty by a jury of conspiracy to commit healthcare fraud (count 1) and money laundering (counts 3-6) on October 26, 2012, in connection with the scheme alleged in this amended complaint (No. 2:10cr20014, Doc. 506). On March 14, 2014, he was sentenced to, among other things, pay $10,164,553 in restitution. As of April 27, 2015, he had paid nothing in restitution.

c. Defendant Hassan Akhtar pled guilty to conspiracy to commit healthcare fraud in connection with the scheme alleged in this amended complaint on September 27, 2010. He agreed to pay $4,650,000 in restitution (No. 2:10cr20014, Docs. 226, 655). As of April 27, 2015, he had paid nothing in restitution.

d. Defendant Christopher Collins pled guilty to conspiracy to commit healthcare fraud in connection with the scheme alleged in this amended complaint on May 13, 2010. He agreed to pay restitution of

$6,967,500 (No. 2:10cr20014, Docs. 138, 25). As of April 27, 2015, he had paid $2,964.33 in restitution.

e. Defendant Estate of Pramod Raval's decedent, Pramod Raval MD, was found guilty by a jury of healthcare fraud conspiracy (Count 1) and conspiracy to solicit or receive kickbacks (Count 2) on October 26, 2012, in connection with the scheme alleged in this amended complaint (No. 2:10cr20014, Doc. 505). Pramod Raval died before sentencing and neither he nor his estate has paid anything to the United States to redress the harm to the Medicare program alleged in this amended complaint.

f. Defendant Mehran Javidan was found guilty by a jury on April 2, 2013, of one count of conspiracy to commit healthcare fraud, three counts of healthcare fraud, three counts of making false statements related to health care matters, and one count of conspiracy to solicit or pay healthcare kickbacks, in connection with the same scheme as is alleged in this amended complaint (No. 2:11cr20052, Doc. 173). She was sentenced on November 7, 2013 to, among other things, pay restitution of $2,215,186.45 (No. 2:11cr20052, Docs. 89, 129). As of April 27, 2015, she had paid nothing in restitution.

g. Defendant Vishnupradeep Meda was found guilty by a jury on April 2, 2013, of one count of conspiracy to commit healthcare fraud, two counts of healthcare fraud and two counts of making false statements relating to healthcare matters arising out of the fraudulent home health billings at Acure Home Care, Inc., in connection with the same scheme as is alleged in this amended complaint (No. 2:11cr20052, Doc. 173). He was sentenced to pay $840,550.41 in restitution (No. 2:11cr20052, Docs. 91, 130). As of April 27, 2015, he had paid nothing in restitution.

h. Defendant John Thomas pled guilty to conspiracy to commit healthcare fraud in connection with the scheme alleged in this amended complaint on January 20, 2012. He agreed to pay $987,685 in restitution (No. 10cr20014, Doc. 428). As of April 27, 2015, he had paid $150 in restitution.

i. Defendant Tariq Chaudhary pled guilty to conspiracy to commit healthcare fraud in connection with the scheme alleged in this amended complaint on May 12, 2010, and agreed to pay $747,282 in restitution (No. 10cr20014, Docs. 141, 632). As of April 27, 2015, he had paid $350 in restitution.

j. Defendant Faisal Chaudry aka Chaudray pled guilty to conspiracy to commit healthcare fraud in connection with the scheme alleged in this amended complaint on July 13, 2010. He agreed to pay $917,394.57 in restitution (No. 10cr20014, Docs. 172, 631). As of April 27, 2015, he had paid nothing in restitution.

k. Defendant Lura Barrett pled guilty to a kickback conspiracy in connection with the scheme alleged in this amended complaint on May 12, 2010. She agreed to pay $607,000 in restitution (No. 10cr20014, Doc. 229). As of April 27, 2015, she had paid $18,457.92 in restitution.

l. Defendant Richard Shannon was found guilty by a jury of conspiracy to commit healthcare fraud (Count 1) in connection with the scheme alleged in this amended complaint on October 26, 2012 (No. 10cr20014, Doc. 507). On May 13, 2014, he was sentenced to pay $1,680,975 in restitution (No. 10cr20014, Doc. 705). As of April 27, 2015, he had paid nothing in restitution.

m. Defendant Theodore Haile pled guilty to conspiracy to commit healthcare fraud in connection with the scheme alleged in this amended complaint on June 23, 2010. He agreed to pay $900,000 in

restitution (No. 10-CR-20014, Docs. 162, 533). As of April 27, 2015, he had paid $110 in restitution.

n. Defendant Myra Jones pled guilty to conspiracy to commit healthcare fraud on October 6, 2011, in connection with the scheme alleged in this amended complaint. She agreed to pay $199,234.83 in restitution (No. 10cr20014 , Docs. 408, 532). As of April 27, 2015, she had paid $30 in restitution.

o. Defendant Mohamed el-Fallal pled guilty to conspiracy to commit healthcare fraud on June 23, 2010, in connection with the scheme alleged in this amended complaint. He agreed to pay $2,784,590.32 in restitution (No. 10cr20014, Docs. 162, 311). As of April 27, 2015, he had paid $18,097 in restitution.

p. Defendant Guy Ross pled guilty to kickback conspiracy in connection with the scheme alleged in this amended complaint on July 13, 2010. He agreed to pay $472,523.58 in restitution (No. 10cr20014, Docs. 173, 335). As of April 27, 2015, he had paid $360 in restitution.

q. Defendant Maira Suleman pled guilty to conspiracy to commit healthcare fraud in connection with the scheme alleged in this amended complaint on January 20, 2012. She agreed to pay

$6,960,000 in restitution (No. 10cr20014, Docs. 427, 645). As of April 27, 2015, she had paid $4,176 in restitution.

r. Defendant Sherry Prescott pled guilty to conspiracy to commit healthcare fraud in connection with the scheme alleged in this amended complaint on July 8, 2011. She agreed to pay $3,422,469 in restitution (No. 10cr20014, Docs. 362, 608). As of April 27, 2015, she had paid $210 in restitution.

s. Defendant Curtis Mallory pled guilty on January 20, 2012, to conspiracy to commit healthcare fraud in connection with the scheme alleged in this amended complaint, and agreed to pay $1,620,816.38 in restitution (No. 10cr20014, Docs. 424, 630). As of April 27, 2015, he had paid $10 in restitution.

t. Defendant Nabila Mahbub was found guilty by a jury of conspiracy to commit healthcare fraud in connection with the scheme alleged in this amended complaint on April 17, 2013. On April 14, 2014, she was sentenced to, among other things, pay $3,176,470.50 in restitution (No. 10cr20014, Doc. 722). As of April 27, 2015, she had paid $25 in restitution.

## LEGAL BACKGROUND

**The Medicare Program**

47. The Medicare Program is the federal health insurance program for the aged and disabled, 42 U.S.C. § 1395, and is administered by the Centers for Medicare and Medicaid Services, a component of the U.S. Department of Health and Human Services. Individuals who receive Medicare benefits are referred to in general, and in this amended complaint, as Medicare "beneficiaries." Medicare has four primary components: Part A, hospital insurance; Part B, medical insurance; Part C, Medicare Advantage managed care; and Part D, prescription drugs. This case involves false claims submitted to Parts A, B and D of Medicare.

48. Only individuals and entities which have signed the required certifications concerning compliance with the requirements of the Medicare program and are thereafter approved for participation are assigned billing numbers and permitted to bill Parts A and B of Medicare (these billing numbers are known as "Provider Identification Numbers," "CMS Certification Numbers" or "OSCAR numbers").

49. One type of entity that may apply for a billing number for services rendered to Medicare beneficiaries are "home health agencies." In order to obtain permission to bill Medicare for home health services, a home health agency must submit accurate information to Medicare on a form called an "855" concerning,

among other things, the entity's ownership, as well as the certifications outlined below by responsible officials of the agency.

50. When the ownership of a home health agency changes, the new owners must submit accurate information relating to its ownership and managing and authorized officials to Medicare on a Form 855, and must resubmit the required certifications outlined below signed by the new responsible officials in order to be approved to continue to bill Medicare.

51. When any individual or entity approved to bill Medicare renders a service, it submits a claim for reimbursement that includes the individual or entity's billing number, the identification number for the patient (known as a "HICN"), and a code for the service rendered.

52. Persons and entities with Medicare billing numbers may submit claims to Medicare only for services they actually rendered, which must be medically necessary and must be for an eligible beneficiary.

53. Persons and entities with Medicare billing numbers must maintain accurate and complete medical records showing that they rendered any service for which they billed and that the service was medically justified for an eligible beneficiary.

**Medicare's Payment for Home Health Care Services**

54. As one of its benefits, Medicare pays for certain skilled services in an eligible beneficiary's home rendered by non-physicians through a home health agency that has submitted an accurate and complete Form 855 and has been approved by Medicare to bill.

55. Any home health agency approved to bill must meet Medicare Conditions of Participation, including compliance with Medicare requirements concerning collection and transmission of data for any beneficiary that the agency seeks to enroll.

56. In order to be entitled to bill, the home health agency must receive a referral from a physician who is independent of the home health agency, who has evaluated the beneficiary and determined that the beneficiary meets the statutory eligibility criteria for home health services.

57. The referring physician must certify that a beneficiary is "confined to his home" in order for Medicare to pay for home health. 42 U.S.C. § 1395f(a)(2)(C) [Medicare Part A]; 42 U.S.C. § 1395n(a)(2)(A) [Medicare Part B]. A patient is "confined to the home" only if:

a. the individual "has a condition, due to an illness or injury, that restricts the ability of the individual to leave his or her home except with the assistance of another individual or the aid of a supportive device (such as

crutches, a cane, a wheelchair, or a walker)," and it is also a "considerable and taxing effort" to leave the home, or

b. the individual "has a condition such that leaving his or her home is medically contraindicated," and it is also a "considerable and taxing effort" to leave the home.

42 U.S.C. § 1395f(a) material after subpart (8) [Medicare Part A]; 42 U.S.C. § 1395n(a)(2) (material after subpart (F)) [Medicare Part B].

58. The independent physician must also certify that the beneficiary needs skilled care, either skilled nursing care, physical therapy, speech pathology services, and in certain instances, occupational therapy, 42 C.F.R. § 409.42(c)(4)), for the beneficiary to be eligible for home health services.

59. Following receipt of a physician referral, the home health agency must evaluate the beneficiary using a trained clinician, *i.e.*, a nurse or a therapist, and must independently determine that the beneficiary meets the statutory eligibility criteria for home health services.

60. The home health agency must evaluate each beneficiary's condition using a multi-part evaluation tool called an Outcome and Assessment Information Set (OASIS), that must include an accurate statement of the beneficiary's clinical medical condition as well as the severity of the beneficiary's functional disabilities, if any (ability to bathe themselves, dress themselves, walk unaided, attend to

elimination needs independently, etc.), and the home health agency clinician's independent judgment as to the number of therapy visits that the beneficiary will need during the enrollment.

61. The home health agency must use software obtained from the Center for Medicare and Medicaid Services to evaluate the information collected through the OASIS. This software will assign the beneficiary to one of 80 case-mix groups, called Home Health Resource Groups, or HHRGs.

62. Medicare pays home health agencies under a prospective payment system in which the base unit of payment is for a 60-day episode of care, and reimburses the agency for all reasonable and necessary nursing and therapy services, routine and non-routine medical supplies, home health aide, and medical social services associated with the beneficiary's care during that sixty days.

63. The actual payment made by Medicare for each 60-day episode is adjusted for the health condition and care needs of each beneficiary. Home health agencies who enroll a beneficiary who has been coded under an HHRG requiring more therapy visits and who represent to Medicare that they have conducted these therapy visits will receive a higher payment than for a beneficiary requiring fewer therapy visits.

64. When claims are submitted to Medicare for medically necessary services actually provided to beneficiaries certified as meeting statutory eligibility

criteria by an independent physician that is independently confirmed by the home health agency, payment can be made by either Parts A or B of Medicare. 42 U.S.C. § 1395f(a)(2)(C) [Medicare Part A]; 42 U.S.C. § 1395n(a)(2)(A) [Medicare Part B].

65. The independent certifying physician together with the home health agency must establish a plan of care for the patient that is signed by and periodically reviewed by the physician, called a "485." *See* 42 U.S.C. §§ 1395d(a)(3), 1395k(a)(2)(A), 1395x(m), 42 C.F.R. §§ 424.22, 409.41, 409.42.

66. In order for the patient to continue to receive home health benefits in his or her home beyond 60 days, a physician must re-certify that the prerequisite conditions still exist, and must re-certify a plan of care for the patient. 42 C.F.R. §§ 409.42(3), 424.22(b).

**Medicare Conditions of Payment to Home Health Agencies and Physicians**

67. The Medicare statute conditions any payment to any person or entity on the services and amounts submitted for payment being medically justified. 42 U.S.C. § 1395l(e).

68. Both home health agencies and physicians sign certifications as a condition of being permitted to bill Medicare and receiving any payment. Among the certifications that the defendant home health agencies and physicians signed are that they understand that "<u>any payment</u>" to them by the Medicare program is

"conditioned upon the claim and the underlying transaction complying" with "[t]he Medicare laws, regulations, and program instructions" as well as "all application conditions of participation in Medicare."

69. Anyone seeking reimbursement from Medicare must first certify that they will abide by the Medicare laws, regulations and program instructions and that they recognize that the laws upon which any payment to them is conditioned "include[e], but [are] not limited to, the Federal anti-kickback statute and the Stark law." Home health agencies so certify through authorized officials who certify that they have legal authority to bind the agency to these certifications, and physicians so certify individually.

70. Home health agencies and physicians must further represent that they will not present or cause to be presented any claims to the Medicare program that are knowingly false or fraudulent, nor will they present or cause to be presented any such claims "with deliberate ignorance or reckless disregard of their truth or falsity."

71. These certifications are contained in Medicare enrollment forms, known as Form 855s: a Form 855-A for each agency and a Form 855-I for each physician.

72. To bill electronically, agencies and physicians must sign contracts with the government concerning electronic data interchange under which they

represent that any electronic entry submitted to Medicare can be readily associated and identified with both the "[d]iagnosis/nature of illness" and the "Procedure/service performed" as to each claim. Physicians further represent that they will place a unique identifier number on the electronic claims that they submit, and that such placement constitutes his or her "legal electronic signature and constitutes an assurance" that "services were performed as billed." Agencies must also certify that they will "be responsible for all Medicare claims submitted [] by [them]sel[ves], [their] employees, or [their] agents."

73. The defendant home health agencies and physicians signed the above certifications.

**The False Claims Act**

74. For all times relevant to this Complaint through May 19, 2009, the False Claims Act makes subject to legal action, *inter alia*, the following:

a. any person who knowingly presents, or causes to be presented, to an officer or employee of the United States Government a false or fraudulent claim for payment or approval, 31 U.S.C. § 3729(a)(1);

b. any person who knowingly makes, uses or causes to be made or used, a false record or statement to get a false or fraudulent claim paid or approved by the Government, 31 U.S.C. § 3729(a)(2); and

c. any person who conspires to defraud the Government by getting a false or fraudulent claim allowed or paid, 31 U.S.C. 3729(a)(3).

75. For all times relevant to this Complaint after May 19, 2009, the False Claims Act makes subject to legal action, *inter alia*, the following (see section 4 of the Fraud Enforcement and Recovery Act of 2009, Pub. L. 111-21):

a. Any person who knowingly presents, or causes to be presented, a false or fraudulent claim for payment or approval, 31 U.S.C. § 3729(a)(1)(A);

b. Any person who knowingly makes, uses, or causes to be made or used, a false record or statement material to a false or fraudulent claim, 31 U.S.C. § 3729(a)(1)(B);

c. Any person who conspires to commit a violation, *inter alia*, of subparagraphs (A) or (B) of the Act. 31 U.S.C. § 3729(a)(1)(C).

76. The term "knowingly" under the False Claims Act means that a person, with respect to information, (i) has actual knowledge of the information, (ii) acts in deliberate ignorance of the truth or falsity of the information, or (iii) acts in reckless disregard of the truth or falsity of the information. 31 U.S.C. § 3729(b)(1). No proof of specific intent to defraud is required to show a person acted knowingly under the Act. 31 U.S.C. § 3729(b) (through May 19, 2009); § 3729(b)(1)(B) (after May 19, 2009).

77. The False Claims Act provides for recovery of three times the damages sustained by the United States ("treble damages") plus a civil penalty for each false claim presented or caused to be presented. This penalty is to be not less than $5,500 and not more than $11,000. 31 U.S.C. § 3729(a), as amended by the Federal Civil Penalties Inflation Adjustment Act of 1990, and the Debt Collection Improvement Act of 1996, see 28 U.S.C. § 2461 (notes), and 64 Fed. Reg. 47099, 47103 (1999).

**The Anti-Kickback Statute, 42 U.S.C. 1320a-7b**

78. Any payments to a home health agency under the Medicare program are conditioned on a certification by the home health agency that it has not paid kickbacks to a physician or any other person to obtain patient referrals or physician certifications for home health agency services. Any home health agency bills to Medicare that are infected by such kickbacks are false and therefore actionable under the False Claims Act. *See* 42 U.S.C. § 1320a-7b(g) (incorporating False Claims Act amendment clarifying that "a claim that includes items or services resulting from a violation of this section constitutes a false or fraudulent claim for purposes of [the False Claims Act].")

79. All individuals and entities enrolling in Medicare must certify that they are aware that any payment to them is conditioned upon the claims being in compliance with the Anti-Kickback Statute.

80. The Anti-Kickback Statute prohibits any person or entity from offering, making, or accepting anything of value to induce or reward any person for referring, recommending, or arranging for the purchase of any item for which payment may be made in whole or in part by a federal health care program. It similarly prohibits any person or entity from soliciting anything of value for such referrals.

81. The prohibition on kickbacks is based on evidence that providing things of value to those who can influence healthcare decisions will corrupt professional healthcare decision-making and result in federal funds being diverted to pay for goods and services that are medically unnecessary, of poor quality, and/or harmful.

82. The Anti-Kickback Statute prohibits the payment of remuneration by a home health care company to a physician that has, as one of its purposes, inducement of the physician's referrals of individuals to the home health care company or inducement of certifications by the physician that individuals have a need for home health services. The Anti-Kickback Statute also prohibits the payment of remuneration by a home health care company to a recruiter that has, as one of its purposes, the arrangement for the provision of Medicare services including home health.

83. Any person who accepts such payments and thereafter refers or certifies patients for home health has "caused" the submission of false claims to the United States within the meaning of the False Claims Act.

**The Stark Law**

84. The Stark Law prohibits home health agencies from submitting Medicare claims that are the product of patient referrals from physicians with whom an agency has an impermissible financial relationship. 42 U.S.C. § 1395nn, *see* 42 U.S.C. §§ 1395nn(h)(6)(I) (applying law to home health claims).

85. A physician who certifies a patient for home health and establishes a plan of care has referred the patient for home health care within the definitions of the statute. 42 U.S.C. § 1395nn (h)(5)(B).

86. A financial relationship that is impermissible is defined as a "compensation arrangement." 42 U.S.C. § 1395nn(a)(1) & (2).

87. A "compensation arrangement" is defined as "any arrangement involving any remuneration between a physician … and an entity." 42 U.S.C. § 1395nn(h)(1)(A).

88. If an impermissible financial relationship exists, then "(A) the physician may not make a referral to the entity for the furnishing of designated health services … and (B) the entity may not present or cause to be presented a

claim … for designated health services furnished pursuant to a referral prohibited under subparagraph (A)." 42 U.S.C. § 1395nn(a)(1).

89. Congress enacted the Stark Law because it found that financial relationships between physicians and entities to which they refer patients will compromise the physicians' professional judgment as to whether an item or service is medically necessary, safe, effective, and of good quality. Congress relied upon academic studies showing that physicians who had financial relationships with entities to which they referred used more of those entities' services than similarly situated physicians who did not have such relationships. The Stark Law was designed to protect the taxpayer from paying for the costs of questionable utilization of services by removing monetary influences on referral decisions.

90. The Stark Law requires that the Medicare program deny payment for claims for any services billed in violation of its provisions. 42 U.S.C. § 1395nn(g). In addition, it requires that providers who have collected Medicare payments for a healthcare service "performed under a prohibited referral must refund all collected amounts on a timely basis." 42 C.F.R. § 411.353.

91. All individuals and entities enrolling in Medicare must certify that they are aware that any payment to them is conditioned upon the claims being in compliance with the Stark law.

92. All claims for payment submitted knowingly that are infected by violations of the Stark law are actionable under the False Claims Act.

## FACTUAL ALLEGATIONS

93. This section of the Complaint incorporates the factual allegations set forth above as to each individual and corporate defendant by reference. In addition to the factual allegations set forth above and in this section, the United States may prove other relevant facts at trial.

94. This Complaint seeks redress for a scheme created by the defendants collectively to obtain more than $20 million from Medicare for home health care services by:

a. the payment of kickbacks to Medicare beneficiaries and recruiters to obtain identifying information and signatures that could be used to bill Medicare,

b. the subversion of the safeguard that Medicare uses to protect the process, which is the certification of eligibility by an independent physician, by providing financial inducements to physicians to sign such certifications without knowledge of the beneficiary's condition or with knowledge that the beneficiary did not meet eligibility criteria, and

c. deceiving of state and federal reviewers through falsification and manufacture of false and fictitious documentation and document destruction.

95. Defendant Patient Choice Home Healthcare, Inc., submitted at least 2,208 false claims for episodes of care taking place between June 1, 1007 and August 26, 2009, for which it was paid $8,470,011.90 by Medicare. The claim numbers, dates of initial service and amounts paid for each of these claims are set out in Appendix A to this Complaint, which is incorporated by reference. Defendant Patient Choice Home Healthcare, Inc. also submitted a request for anticipated payment seeking advance partial payments from Medicare that were also false, as well as false representations concerning dates and times of therapy visits performed by the home health agency, false representations concerning the beneficiaries' evaluation, condition, and eligibility, and false representations concerning the required physician certification. This defendant also maintained false records internally supporting the false representations and claims submitted to Medicare.

96. Defendant All American submitted at least 1,298 false claims for episodes of care taking place between June 4, 2008 and July 30, 2009, for which it was paid $5,458,411.74. The claim numbers, dates of initial service and amounts paid for each of these claims are set out in Appendix A to this Complaint, which is

incorporated by reference. Defendant All American Homecare, Inc. also submitted requests for anticipated payment seeking advance partial payments from Medicare that were also false, as well as false representations concerning dates and times of therapy visits performed by the home health agency, false representations concerning the beneficiaries' evaluation, condition, and eligibility, and false representations concerning the required physician certification. This defendant also maintained false records internally supporting the false representations and claims submitted to Medicare.

97. Defendant Embrace Home Health Care, Inc. submitted at least 286 false claims for episodes of care taking place between December 5, 2008 and August 14, 2009, for which it was paid $1,221,276.01. The claim numbers, dates of initial service and amounts paid for each of these claims are set out in Appendix A to this Complaint, which is incorporated by reference. Defendant Embrace Home Health Care, Inc. also submitted requests for anticipated payment seeking advance partial payments from Medicare that were false, as well as false representations concerning dates and times of therapy visits performed by the home health agency, false representations concerning the beneficiaries' evaluation, condition, and eligibility, and false representations concerning the required physician certification. This defendant also maintained false records internally supporting the false representations and claims submitted to Medicare.

98. Defendant Acure Home Care, Inc. submitted at least 660 false claims for episodes of care taking place between January 7, 2009 and October 28, 2010, for which it was paid $2,148,734.21. The claim numbers, dates of initial service and amounts paid for each of these claims are set out in Appendix A to this Complaint, which is incorporated by reference. Defendant Acure Home Care, Inc. also submitted requests for anticipated payment seeking advance partial payments from Medicare that were also false, as well as false representations concerning dates and times of therapy visits performed by the home health agency, false representations concerning the beneficiaries' evaluation, condition, and eligibility, and false representations concerning the required physician certification. This defendant also maintained false records internally supporting the false representations and claims submitted to Medicare.

99. Defendant Golden Age Home Healthcare, Inc. submitted at least 409 false claims for episodes of care taking place between January 23, 2009, and March 5, 2011, for which it was paid $1,467,318.70. The claim numbers, dates of initial service and amounts paid for each of these claims are set out in Appendix A to this Complaint, which is incorporated by reference. Defendant Golden Age Home Healthcare, Inc. also submitted requests for anticipated payment seeking advance partial payments from Medicare that were also false, as well as false representations concerning dates and times of therapy visits performed by the

home health agency, false representations concerning the beneficiaries' evaluation, condition, and eligibility, and false representations concerning the required physician certification. This defendant also maintained false records internally supporting the false representations and claims submitted to Medicare.

100. Defendant Family Alliance Home Health Care, LLC submitted at least 497 false claims for episodes of care taking place between March 5, 2009 and September 2, 2010, for which it was paid $1,703,781.05. The claim numbers, dates of initial service and amounts paid for each of these claims are set out in Appendix A to this Complaint, which is incorporated by reference. Defendant Family Alliance Home Health Care, LLC, also submitted requests for anticipated payment seeking advance partial payments from Medicare that were also false, as well as false representations concerning dates and times of therapy visits performed by the home health agency, false representations concerning the beneficiaries' evaluation, condition, and eligibility, and false representations concerning the required physician certification. This defendant also maintained false records internally supporting the false representations and claims submitted to Medicare.

101. Defendant Care Plus Home Health Services, Inc., submitted at least 245 false claims for episodes of care taking place between March 16, 2009 and March 30, 2010, for which it was paid $917,888.18. The claim numbers, dates of initial service and amounts paid for each of these claims are set out in Appendix A

to this Complaint, which is incorporated by reference. Defendant Care Plus Home Health Services, Inc., also submitted requests for anticipated payment seeking advance partial payments from Medicare that were also false, as well as false representations concerning dates and times of therapy visits performed by the home health agency, false representations concerning the beneficiaries' evaluation, condition, and eligibility, and false representations concerning the required physician certification. This defendant also maintained false records internally supporting the false representations and claims submitted to Medicare.

102. All of the individual defendants were integral parts of the scheme, conspiracy and combination designed to unlawfully obtain funds from the Medicare program for home health services.

*The False Representations to Medicare Concerning Ownership*

103. Defendant Muhammad Shahab was openly an owner of only two of the defendant home health agencies, Patient Choice Home Healthcare, Inc., and Embrace Home Health Care, Inc., but he provided all or the majority of the funds to purchase the other five home health agencies under straw buyers.

104. Other owners who shared in distributions of profit from the defendant home health agencies besides Muhammad Shahab included defendant Rahat Shahab (joint owner of Embrace Home Health Care, Inc., with spouse Muhammad Shahab), defendant Chiradeep Gupta (minority owner in Acure and All American

Homecare, Inc.), defendant Hassan Akhtar (minority owner in All American Homecare, Inc.); defendant John Thomas (minority owner in All American Homecare, Inc., and Golden Age Home Healthcare, Inc.), defendant Mehran Javidan (minority owner in Acure), defendant Myra Jones (minority owner in All American Homecare, Inc.), and defendant Chris Collins (minority owner in All American Homecare, Inc.) [hereinafter collectively referred to as "owners."]

105. The representations and certifications submitted to Medicare relating to ownership of Acure Home Care, Inc., All American Homecare, Inc., Golden Age Home Healthcare, Inc., Care Plus Home Health Services, Inc., and Family Alliance Home Healthcare, LLC, did not disclose the real owners of these agencies and were false. Because these agencies obtained billing numbers based on materially false representations, all of the claims that these agencies subsequently submitted were false.

106. Muhammad Shahab and the other defendant owners knew that Acure Home Care, Inc., All American Homecare, Inc., Golden Age Home Healthcare, Inc., Care Plus Home Health Services, Inc., and Family Alliance Home Healthcare, LLC, had obtained billing numbers based on false representations concerning ownership and therefore knew that these agencies were submitting false claims that would not have been paid had Medicare known that the enrollment applications for these agencies contained these false representations.

*The False Representations To Medicare Concerning Length of Stay*

107. Muhammad Shahab set up Acure Home Care, Inc., All American Homecare, Inc., Golden Age Home Healthcare, Inc., Care Plus Home Health Services, Inc., and Family Alliance Home Healthcare, LLC under straw owners in part in order to deceive the Medicare program into believing that beneficiaries moved from one of these agencies to another were being enrolled by home health agencies that were independent of one another.

108. By setting up seven apparently independent agencies and moving beneficiaries among the agencies, Muhammad Shahab was able to avoid the scrutiny that Medicare would have given to overly long average lengths of stay.

109. When looked at individually, each of the agencies owned or controlled by Muhammad Shahab appeared to be enrolling beneficiaries on average for a little more than one 60-day episode of care. When all of these agencies are looked at as effectively one entity controlled by Muhammad Shahab, on average each beneficiary who is enrolled for at least one full episode is remaining within this network of home health agencies for significantly longer periods.

110. Of the beneficiaries enrolled in the seven defendant home health agencies, 102 were consecutively enrolled in four or five of these agencies, 188

beneficiaries were consecutively enrolled in three separate agencies, and 528 beneficiaries were consecutively enrolled in two separate agencies.

111. Muhammad Shahab, the other defendant owners, the defendant beneficiary recruiters employed by Muhammad Shahab and the other defendant owners (Richard V. Shannon, Christopher Collins, Curtis Mallory, Lura Barrett, Theodore Haile, Guy Ross and Myra Jones), and the defendant members of the office staff (Sherry Prescott, Maira Suleman, and Nabila Mahbub), actively participated in this movement of beneficiaries from one agency to another with the purpose of deceiving Medicare as to the length of stay of each beneficiary moved among the seven agencies.

*The False Representations To Medicare As to Independent Physician Referral*

112. A Medicare beneficiary is normally enrolled in a home health agency because the beneficiary's physician has concluded that the beneficiary actually needs home health services and is eligible for those services, and the physician then makes a referral to a home health agency, which independently evaluates the beneficiary and then enrolls the beneficiary if s/he is in fact eligible. One of the most significant safeguards in the system is that a physician independent of the home health agency is certifying the physician's patient for care.

113. In this case, this protection of the independent physician was subverted and entirely eliminated. Few of the beneficiaries enrolled in the

defendant home health agencies, other than patients of Pramod Raval, were referred by their own physician. The patients of Pramod Raval were not referred because they were eligible for home health, but because Raval was receiving kickbacks from the defendant agencies. The vast majority of the individuals enrolled in the home health agencies had been found by recruiters, and paid by recruiters through cash or narcotics, to provide their identifying information and their signatures on blank visit forms. The recruiters were paid on a per patient/enrollment basis by the home health agencies.

114. The physicians who signed referral forms for the defendant agencies were induced to do so through kickbacks, cash payments disguised as loans, payments of their debts, and the ability to now bill Medicare directly for new "patients" found for them by the home health agency recruiters.

115. By participating in this scheme in which they agreed to certify anyone presented to them for home health regardless of need in return for financial inducements, the physician defendants (Savinov, Petre, and Raval) knowingly caused the submission to Medicare of false claims for each of the beneficiaries they certified.

116. By providing identifying information to the home health agencies for beneficiaries who had been recruited with cash or narcotics and regardless of their eligibility for home health and without a physician referral, the individual

defendant recruiters (Collins, Shannon, Mallory, Ross, Barrett, Jones, Haile), caused the submission of false claims to Medicare for each of the beneficiaries for whom they provided information.

117. By knowingly submitting claims to Medicare without a valid physician referral, the defendant owners and their therapists and office staff (defendants M Shahab, R Shahab, Javidan, Gupta, Thomas, Meda, Akhtar, Collins, F Chaudry, T Chaudhary, Suleman, Prescott and Mahbub, and others, including therapist Jessica Vigil), caused the submission of false claims to Medicare for each of the beneficiaries for whom they knew there was no valid physician referral.

118. By falsely certifying beneficiaries signing as physician Rohane Patel, defendant Mohamed el-Fallal, a nonlicensed medical assistant, caused the submission of false claims to Medicare for each of the beneficiaries for whom he signed.

*The False Representations As To Patients' Diagnosis and Condition*

119. Medicare pays more for home health beneficiaries who are enrolled because they need substantial physical therapy. Medicare divides beneficiaries into three groups: those needing 0-13 therapy visits, those needing 14-19 therapy visits and those needing 20 or more therapy visits.

120. Medicare pays more for home health beneficiaries who have worse clinical conditions and less functional capacity.

121. The individual defendant owners and office staff (defendants M Shahab, R Shahab, Javidan, Gupta, Thomas, Meda, Akhtar, Collins, F Chaudry, T Chaudhary, Suleman, Prescott and Mahbub, and others including therapist Jessica Vigil), conspired to and did create false diagnoses that would place the beneficiary in a home health resource group [HHRG] that would allow the home health agency to make 14-19 therapy visits. This category would yield the maximum possible reimbursement to the home health agencies but would not result in undesirable additional documentation requests from Medicare for beneficiaries who are placed in the "greater than 20 therapy visit" category.

122. In order to yield this result, over 92% of the Medicare beneficiaries who were certified for home health by Mohamed el-Fallel forging the signature of Dr. Rohane Patel, for example, were "diagnosed" with either lumbago or some form of arthropathy. Similarly impossible percentages of lumbago and arthropathy are attached to the beneficiary populations that were certified for home health by the defendant physicians Raval, Petre and Savinov.

123. Therapists employed by the defendant agencies were filling out OASIS beneficiary evaluation forms without seeing the beneficiaries and thus were necessarily falsifying the information in the forms relating to the beneficiaries' condition.

124. As a result of the falsified diagnoses and the falsified OASIS information, more than 95% of the episodes for the defendant home health agencies were coded as requiring 14-19 therapy visits, yielding the highest possible reimbursement for the defendant home health agencies without triggering a review.

125. While in a non-fraudulent home health agency on average there are significantly more skilled nursing visits to beneficiaries than physical therapy visits, at the defendant home health agencies there were virtually no nursing visits because those visits would not yield additional profit and would actually reduce profit, and because the beneficiaries had been improperly enrolled and were not eligible for and did not actually need any home health care.

126. Through this scheme of falsified diagnoses and other initial evaluations of the beneficiaries' condition, the individual defendant owners, therapists and office staff (defendants M Shahab, R Shahab, Javidan, Gupta, Meda, Thomas, Akhtar, Collins, F Chaudry, T Chaudhary, Suleman, Prescott and Mahbub, and others, including therapist Jessica Vigil), conspired to, and did, submit or cause the submission of false claims to Medicare for payment and false statements in support of claims for each of those beneficiaries.

127. By signing referral forms either in blank or containing falsified diagnoses, and by signing plans of care for beneficiaries with these falsified diagnoses and other conditions, the individual defendant physicians (Petre,

Savinov, Raval, and el-Fallal forging the name of Patel), caused the submission of false claims for payment to Medicare for each of these beneficiaries.

*The False Pre-signed Therapy Visit Forms*

128. The individual defendant owners, therapists, office staff (defendants M Shahab, R Shahab, Javidan, Gupta, Thomas, Meda, Akhtar, Collins, F Chaudry, T Chaudhary, Suleman, Prescott and Mahbub, and others, including Jessica Vigil), and recruiters (Collins, Shannon, Mallory, Ross, Barrett, Jones, Haile), conspired to, and did, create false and fictitious records of therapy visits that did not take place.

129. The defendant recruiters (Collins, Shannon, Mallory, Ross, Barrett, Jones, Haile), were paid to obtain beneficiary signatures on forms for each of the 14-19 supposed future therapy visits that the home health agencies expected would be authorized based on the falsified beneficiary diagnoses and other false information about the beneficiaries' condition. The beneficiaries signed these forms without dating them, and in return received cash or narcotics from the recruiters that either was a portion of the money the recruiters had been paid by the defendant home health agencies or were narcotics prescriptions that had been written for them by one of the defendant physicians participating in this scheme or Mohamed el-Fallal impersonating Dr. Rohane Patel.

130. The forms at issue should have been signed by the beneficiaries after they were enrolled and when they were visited by the home health agency therapists, which would create a record that the beneficiary had actually received therapy. The scheme to obtain these forms pre-signed by the beneficiary at the outset for the 14-19 future therapy visits that the home health agencies expected Medicare to authorize was instrumental in creating false patient records. The false patient records were used to support false claims and were designed to deceive any future federal or state reviewer.

131. Individual defendant owners and office staff (defendants Gupta, Suleman, and Mahbub), hid these pre-signed forms and defendant Mahbub took them out of the office so that surveyors or reviewers would not see them.

132. By creating inducements for recruiters to obtain and beneficiaries to provide these pre-signed forms, the individual defendant owners, office staff and recruiters submitted or caused the submission of false claims to Medicare that were dependent on the accuracy of those forms.

*The Falsified Therapy Visit Notes*

133. Because therapy visit forms had been pre-signed by all the enrolled beneficiaries based on kickbacks and other inducements that the defendant owners had caused the defendant recruiters to pay, the defendant home health agencies

could, and did, create false documentation of visits without visiting the beneficiaries.

134. By creating and implementing these inducements that would foreseeably lead to the creation of false documents that would be used as a basis to bill Medicare for visits that had not actually taken place, the defendant owners, office staff, therapists and recruiters submitted or caused the submission of false claims to Medicare and false documents in support of such claims.

*The Creation of False Documents and The Shredding Of Documents Designed To Mislead Auditors And Reviewers*

135. During two reviews, one in person by a Michigan State surveyor in January 2009, and involving a record request by the Medicare Program Safeguard Contractor, TrustSolutions LLC, in March of 2009, the defendant owners, office staff, therapists and recruiters created false beneficiary documentation designed to mislead the surveyors, auditors and reviewers.

136. Defendant Gupta also shredded patient files designed to mislead federal or state reviewers as to the nature and scope of his participation in the scheme.

137. Payments to the recruiters of fixed amounts for each person they recruited into this scheme were disguised by the home health agencies and owners by the creation of contracts falsely showing that the recruiters were being paid an hourly rate for “community liaison” activities.

138. Payments to physician Raval were disguised through a fraudulent contract created by defendants Muhammad Shahab and Gupta with Raval's designated payee, Voak Marketing.

139. Defendant Gupta instructed therapy staff, specifically Jessica Vigil, to lie to federal investigators and to state that she had actually visited patients in their homes when she had not.

**Kickbacks and Remuneration Paid To Physician Referrers and Certifiers**

140. The defendant home health agencies and owners caused the payment of inducements to physician certifiers to certify beneficiaries for home health regardless of need.

**Physician Certifier Rohane Patel**

141. Defendant Mohamed el-Fallal was a foreign-trained medical doctor with no U.S. medical license who was working as a medical assistant to Dr. Rohane Patel. Defendant Shahab paid el-Fallal to sign certifications using Rohane Patel's identity. Defendant Shahab paid defendant El-Fallal $100 for each certification signature.

142. El-Fallal also wrote controlled substance prescriptions in the name of Rohane Patel for at least 154 "patients" participating in these schemes as an inducement for them to participate, including approximately 7300 Vicodin

(hydrocodone) tablets for 126 of these individuals during the time period alleged in this Complaint.

**Physician Certifier Pramod Raval**

143. For a few months of the two-year period in which Pramod Raval certified “patients” for home health, and during a time when defendant Raval was demanding more money from defendant Muhammad Shahab for his participation in this scheme, defendant Muhammad Shahab paid defendant Sherry Prescott, an employee at All American Homecare, Inc., between $60 and $100 per signature to forge Pramod Raval’s signature, and defendant Akhtar also forged Raval’s signature on 8 to 10 certifications. During the remaining period, defendant Raval certified individuals for home health of whom he had no prior knowledge, or referred individuals for home health who did not qualify for this benefit.

144. Defendant Muhammad Shahab paid Pramod Raval at least $150,000 over a two year period and approximately $250,000 over a longer period. This arrangement was instituted in 2006, at which time Muhammad Shahab and Raval agreed that Muhammad Shahab would pay Raval $50,000 for referrals of 5-6 “patients” per week for some period of time. This arrangement was different from Muhammad Shahab’s other relationships with recruiters because defendant Raval would not accept payments calculated by individual referred. The checks were written from the account of a Muhammad Shahab-owned company, AAA

Marketer, and were written at Raval's direction to two companies associated with Raval, Voak Marketing and DSK Construction.

145. Defendant Javidan, the owner of Acure Home Care, Inc., also gave defendant Shahab $500 to give to Raval for each referral to Acure Home Care, Inc.

146. In addition to direct payments, the defendant home health agencies and owners paid Raval indirectly for these certifications by ensuring that at least 142 of the individuals certified for home health by Raval -- who had no prior connection to Raval before their recruitment by the defendant home health agency owners -- were brought to one of Raval's medical facilities. At those facilities, Raval subjected them to a wide variety of medically unnecessary tests, many involving exposure to large amounts of radiation, including nuclear stress tests (where a radionuclide is injected into patients) and CT scans.

147. Raval withheld medication from these individuals until they agreed to undergo these tests.

148. Raval submitted at least 2,338 separate claims to the Medicare program for these services, and Medicare paid Raval directly an additional approximately $400,000 for these 142 individuals.

149. Specifically, these 142 were subjected to 717 nerve conduction tests, 354 thyroid tests, 341 x-ray views plus 92 DEXA bone density x-ray scans, 330 balance tests, 165 electrocardiograms, 164 ultrasounds, 160 autonomic nervous

system tests, 133 echocardiograms, 118 CT scans without contrast media injection, 74 CT scans with contrast media injection, 77 nuclear stress tests involving the injection of nuclear material, a large variety of other blood tests, bioimpedance tests, otoacoustic and audiometry tests, all billed to Medicare supported by falsified diagnoses or symptoms, together with bills for office visits and home health certification, recertification and supervision.

150. Approximately half of these individuals certified for home health before they had been seen by Raval, or 62 people, also obtained Vicodin (hydrocodone) prescriptions from him paid for by Part D of Medicare, amounting to over 34,000 pills. Vicodin is a controlled substance.

**Physician Certifier Victor Savinov**

151. Defendant Muhammad Shahab paid a recruiter to find a physician whom he could use as a certifier for individuals without regard to their need for home health, and the recruiter provided him with defendant physician Victor Savinov.

152. Thereafter, defendant Savinov certified individuals recruited by the home health agencies for home health services regardless of need.

153. The quid pro quo for these certifications included, but was not limited to, the following:

a. Defendant Muhammad Shahab paid rent on an office for Savinov

located in the same Greenfield Road building where six of the seven home health agencies were located;

b. Defendant Muhammad Shahab paid for an assistant for defendant Savinov;

c. Defendant Shahab paid $4,000 directly into defendant Savinov's American Express account;

d. Defendant Shahab provided an opportunity for defendant Savinov to bill Medicare directly for visits or other services for individuals with Medicare numbers found by Shahab's recruiters. Medicare paid Savinov directly a total of about $384,000 for physician services ostensibly provided to these recruited individuals that was either not provided or was not medically necessary.

154. Defendant Savinov further participated in this scheme by writing controlled substance prescriptions for at least 107 of the "patients" referred to the Shahab facilities, including Vicodin (hydrocodone) prescriptions for 61 patients, amounting to approximately 7,000 pills.

**Physician Certifier Paul Petre**

155. Defendant physician Paul Petre participated in this scheme by certifying recruited individuals for home health services. In April 2009, defendant Muhammad Shahab gave Petre $110,000 with the understanding that it was payment for sufficient certifications of individuals for home health. Defendants

Muhammad Shahab and Petre characterized this amount as a loan following the public disclosure of the government's investigation. On information and belief, defendant Muhammad Shahab also paid defendant Petre or his company $800 per "patient," according to defendant Shahab, or between $400 and $600, according to defendant Petre, for referrals.

156. Physician referrer Paul Petre was also paid $100 per "patient" by defendant Mehran Javidan, owner of Acure Home Care, Inc.

157. As an additional quid pro quo, defendant Petre or his practice billed Medicare directly for physician services for at least 123 of the individuals recruited by the home health agency recruiters who were new to him or his practice. Medicare paid Petre or his practice a total of about $200,000 for services ostensibly provided by him to these individuals.

158. Defendant Petre further participated in this scheme by writing controlled substance prescriptions for at least 192 of the "patients" that he certified for home health by one of the defendant home health agencies, including approximately 110,000 Vicodin (hydrocodone) pills for at least 177 of these individuals.

# CLAIMS FOR RELIEF

**FIRST CAUSE OF ACTION**
(False Claims Act: Presentation of False Claims)
(31 U.S.C. § 3729(a)(1) (claims up to and through May 19, 2009)
and 31 U.S.C. § 3729(a)(1)(A) (claims from and after May 20, 2009))

159. The United States repeats and realleges the preceding paragraphs as if fully set forth herein.

160. Defendants knowingly presented and caused to be presented false or fraudulent claims for payment or approval to the United States for home health care services that were false or fraudulent because (a) the home health agencies had obtained billing numbers from Medicare based on false information, (b) there were no valid physician referrals, (c) there were no valid beneficiary evaluations that are the perquisite to enrollment, (d) fictitious information was supplied to the Medicare program to generate the authority to perform physical therapy visits; (e) the services authorized based on false information were not actually provided as billed, (f) the patient records were falsified in general and in response to federal and state audits and reviews, and/or (g) any services provided were not medically necessary.

161. Defendants knowingly presented and caused to be presented false or fraudulent claims for payment or approval to the United States for home health care services that were false or fraudulent because they were induced by kickbacks.

162. Defendants knowingly presented and caused to be presented false or fraudulent claims for payment or approval to the United States by submitting or causing to be submitted claims for home health care services that were ineligible for reimbursement under the Stark Law's express prohibition on Medicare billing and Medicare reimbursement for services that are the product of a referral from a physician with whom the home health agency has an illegal financial relationship.

163. Defendants knowingly presented and caused to be presented false or fraudulent claims for payment or approval to the United States for physician services billed under Part B of Medicare and for drugs under Part D of Medicare that were false or fraudulent because any services provided were not medically necessary.

164. Defendants knowingly presented and caused to be presented false or fraudulent claims for payment or approval to the United States for physician services billed under Part B of Medicare and for drugs under Part D of Medicare that were false or fraudulent because they were induced by kickbacks.

165. Defendants knowingly presented and caused to be presented false or fraudulent claims for payment or approval to the United States by submitting or causing to be submitted claims for certain claims under Part B of Medicare and for drugs under Part D of Medicare that were ineligible for reimbursement under the

Stark Law's express prohibition on Medicare billing and Medicare reimbursement for services that are the product of a referral that is tainted by an illegal financial relationship.

166. By virtue of the false or fraudulent claims, the United States suffered damages and therefore is entitled to treble damages under the False Claims Act, to be determined at trial, plus civil penalties of not less than $5,500 and up to $11,000 for each violation.

**SECOND CAUSE OF ACTION**
(False Claims Act: Presentation of False Statements Material to False Claims)
(31 U.S.C. § 3729(a)(1)(B) (claims from and after May 20, 2009) and
31 U.S.C. § 3729(a)(2) (claims up to and through May 19, 2009))

167. The United States repeats and realleges the preceding paragraphs as if fully set forth herein.

168. Defendants knowingly made, used, or caused to be made or used false records or statements material to false or fraudulent claims to get claims for home health care paid by the United States.

169. Defendants knowingly made, used, or caused to be made or used false records or statements material to false or fraudulent claims to get claims for home health care paid by the United States that was not provided, was not medically

necessary, or was provided without first making the required objective determination of eligibility.

170. Defendants knowingly made, used, or caused to be made or used false records or statements material to false or fraudulent claims with respect to home health care services that were ineligible for reimbursement as a result of illegal kickbacks.

171. Defendants knowingly made, used, or caused to be made or used false records or statements material to false or fraudulent claims and to get false or fraudulent claims paid by the United States with respect to home health care services ineligible for reimbursement under the Stark Law's express prohibition on Medicare billing and Medicare reimbursement for services that are the product of a referral from a physician with whom the home health agency has an illegal financial relationship.

172. Defendants knowingly made, used, or caused to be made or used false records or statements material to false or fraudulent claims and to get false or fraudulent claims paid by the United States for physician services billed under Part B of Medicare and for drugs under Part D of Medicare that were false or fraudulent because any services provided were not medically necessary.

173. Defendants knowingly made, used, or caused to be made or used false records or statements material to false or fraudulent claims and to get false or fraudulent claims paid by the United States for physician services billed under Part B of Medicare and for drugs under Part D of Medicare that were false or fraudulent because they were induced by kickbacks.

174. Defendants knowingly made, used, or caused to be made or used false records or statements material to false or fraudulent claims and to get false or fraudulent claims paid by the United States for certain claims under Part B of Medicare and for drugs under Part D of Medicare that were ineligible for reimbursement under the Stark Law's express prohibition on Medicare billing and Medicare reimbursement for services that are the product of a referral that is tainted by an illegal financial relationship.

175. By virtue of the false or fraudulent statements that defendants made and/or caused to be made, the United States suffered damages and therefore is entitled to treble damages under the False Claims Act, to be determined at trial, plus civil penalties of not less than $5,500 and up to $11,000 for each violation.

**THIRD CAUSE OF ACTION**
(False Claims Act: Conspiracy to Submit False Claims, Conspiracy to Present False Statements Material to False Claims)
31 U.S.C. 3729(a)(3) (claims up to and through May 19, 2009) and
31 U.S.C. § 3729(a)(1)(C) (claims from and after May 20, 2009)

176. The United States repeats and realleges the preceding paragraphs as if fully set forth herein.

177. Defendants conspired to submit or cause to be submitted false claims for payment or approval, and conspired to present or cause to be presented false records or statements material to false or fraudulent claims. Specifically, defendants conspired to submit claims for home health for individuals regardless of their eligibility for the service; they conspired to create documentation falsely showing eligibility; they conspired to create documentation falsely showing that services had been provided to individuals; they conspired to pay unlawful financial inducements to beneficiaries to enroll and to physicians to certify the beneficiaries for enrollment; and they conspired to create and submit false documentation, including but not limited to false enrollment applications, false contracts with recruiters, false contracts to hide payments to physicians, falsified OASIS evaluations, false beneficiary diagnoses, and false patient visit notes; and they conspired to hide the fraud from federal or state reviewers.

178. Defendants conspired to submit or cause to be submitted false claims for payment or approval, and conspired to present or cause to be presented false records or statements material to false or fraudulent knowingly made, used, or caused to be made or used false records or statements material to false or fraudulent claims with respect to home health care services that were ineligible for reimbursement as a result of illegal kickbacks.

179. Defendants conspired to submit or cause to be submitted false claims for payment or approval, and conspired to present or cause to be presented false records or statements material to false or fraudulent claims, with respect to home health care services ineligible for reimbursement under the Stark Law's express prohibition on Medicare billing and Medicare reimbursement for services that are the product of a referral from a physician with whom the home health agency has an illegal financial relationship.

180. Defendants conspired to submit or cause to be submitted false claims for payment or approval, and conspired to present or cause to be presented false records or statements material to false or fraudulent claims, for physician services billed under Part B of Medicare and for drugs under Part D of Medicare that were not medically necessary.

181. Defendants conspired to make or use false records or statements material to false or fraudulent claims and to get false or fraudulent claims paid by the United States for physician services billed under Part B of Medicare and for drugs under Part D of Medicare that were false or fraudulent because they were induced by kickbacks.

182. Defendants conspired to make or use false records or statements material to false or fraudulent claims and to get false or fraudulent claims paid by the United States for certain claims under Part B of Medicare and for drugs under Part D of Medicare that were ineligible for reimbursement under the Stark Law's express prohibition on Medicare billing and Medicare reimbursement for services that are the product of a referral that is tainted by an illegal financial relationship.

183. By reason of participating in the conspiracy outlined above, all of the defendants are responsible for the reasonably foreseeable damage occurring to the United States by reason of the conspiracy, which is the submission of more than 5600 false claims and damages to the United States of over $20 million.

184. By virtue of the conspiracy to submit false claims, the United States suffered damages and therefore is entitled to treble damages under the False Claims Act, to be determined at trial, plus civil penalties of not less than $5,500 and up to $11,000 for each violation.

**FOURTH CAUSE OF ACTION**
(Unjust Enrichment and Constructive Trust)

185. The United States repeats and realleges the preceding paragraphs as if fully set forth herein.

186. The United States claims the recovery of all monies by which defendants have been unjustly enriched, and a constructive trust has arisen on these amounts for the benefit of the United States.

187. As a consequence of the acts set forth above, defendants were unjustly enriched at the expense of the United States in an amount to be determined at trial which, under the circumstances, in equity and good conscience, should be returned to the United States.

188. As to defendant Sonal Raval as representative of the Estate of Pramod Raval, a constructive trust has arisen on all assets of Pramod Raval as of the date of his death, which reaches to those assets regardless of how they may have been distributed since that time.

## FIFTH CAUSE OF ACTION
(Payment by Mistake)

189. The United States repeats and realleges the preceding paragraphs as if fully set forth herein.

190. The United States claims the recovery of all monies it paid to defendants' companies and to the physician defendants, including the representative of the Estate of Pramod Raval, by mistake.

191. As a consequence of the acts set forth above, defendants' companies, the physician defendants, and defendant Estate of Pramod Raval's decedent were paid by mistake at the expense of the United States in an amount to be determined at trial which should be returned to the United States.

## PRAYER FOR RELIEF

WHEREFORE, the United States demands and prays that judgment be entered in favor of the plaintiffs against defendants as follows:

I. On the First Count under the False Claims Act, for the amount of the United States' damages, trebled as required by law, and such civil penalties as are required by law, together with all such further relief as may be just and proper.

II. On the Second Count under the False Claims Act, for the amount of the United States' damages, trebled as required by law, and such civil

penalties as are required by law, together with all such further relief as may be just and proper.

III. On the Third Count under the False Claims Act, for the amount of the United States' damages, trebled as required by law, and such civil penalties as are required by law, together with all such further relief as may be just and proper.

IV. On the Fourth Count for unjust enrichment, for the amounts by which defendants were unjustly enriched, plus interest, costs, and expenses, and for all such further relief as may be just and proper.

V. On the Fifth Count for payment by mistake, for the amounts the United States paid by mistake, plus interest, costs, and expenses, and for all such further relief as may be just and proper.

Dated: April 27, 2015

Respectfully submitted,

BARBARA L. McQUADE
United States Attorney

/s/Joan E. Hartman___________
By: JOAN E. HARTMAN
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9190
Joan.Hartman@usdoj.gov

# APPENDIX A

## FALSE CLAIMS SUBMITTED TO THE UNITED STATES

*Acure Home Care, Inc., 237486* **(Claim Numbers, Start of Service, Paid)**

20918102885802MIR, **01/07/2009,** $4,246.38; 20918102885302MIR, **01/07/2009,** $4,246.38; 20916302688402MIR, **01/08/2009,** $4,868.22; 20911001257002MIR, **01/09/2009,** $670.55; 20910403375002MIR, **01/12/2009,** $5,947.29; 20917606067902MIR, **01/14/2009,** $4,016.75; 20911001257202MIR, **01/14/2009,** $6,626.88; 21016502205802MIRU, **01/14/2009,** $5,979.44; 20916101779302MIR, **01/15/2009,** $4,600.33; 20911001257302MIR, **01/15/2009,** $4,584.71; 20917000913502MIR, **01/15/2009,** $5,323.40; 20918904779102MIR, **01/15/2009,** $0.00; 20919000853402MIR, **01/16/2009,** $443.17; 20919407760302MIR, **01/16/2009,** $4,077.89; 20919701763702MIR, **01/17/2009,** $5,012.94; 20911001257402MIR, **01/18/2009,** $4,868.22; 20916901500102MIR, **01/19/2009,** $5,669.20; 21016901597302MIR, **01/19/2009,** $4,426.48; 20916901500402MIR, **01/20/2009,** $3,642.86; 20912703544802MIR, **01/20/2009,** $4,868.22; 20917301822202MIR, **01/20/2009,** $5,218.59; 20916603843002MIR, **01/20/2009,** $5,551.21; 20916101778902MIR, **01/20/2009,** $5,551.21; 20919603791902MIR, **01/21/2009,** $4,246.38; 20915904733402MIR, **01/21/2009,** $4,895.18; 20916101779202MIR, **01/21/2009,** $4,600.33; 20916302688502MIR, **01/22/2009,** $4,000.04; 20912703544402MIR, **01/22/2009,** $5,323.40; 20911803643802MIR, **01/25/2009,** $5,551.21; 20919601033802MIR, **01/26/2009,** $5,669.20; 20911803644002MIR, **01/26/2009,** $5,164.65; 20911301800502MIR, **01/26/2009,** $5,518.38; 20919601034202MIR, **01/27/2009,** $5,518.38; 20916302688602MIR, **01/27/2009,** $4,246.38; 20911001257502MIR, **01/28/2009,** $4,868.22; 20918102884202MIR, **01/30/2009,** $3,983.92; 20919000852902MIR, **01/30/2009,** $3,290.28; 20911301800602MIR, **01/30/2009,** $5,277.33; 20916101779002MIR, **01/30/2009,** $4,542.81; 20918705978302MIR, **01/30/2009,** $3,946.32; 20913803744502MIR, **01/30/2009,** $4,895.18; 20916603842902MIR, **01/31/2009,** $4,847.84; 20919103749502MIR, **02/02/2009,** $3,247.25; 20919603791802MIR, **02/03/2009,** $4,605.76; 21018902357302MIR, **02/03/2009,** $352.98; 20917501698602MIR, **02/04/2009,** $4,309.21; 20911301800402MIR, **02/04/2009,** $0.00; 20911803644302MIR, **02/05/2009,** $4,077.89; 20915402821502MIR, **02/05/2009,** $4,246.38; 20913803745102MIR, **02/06/2009,** $4,584.71;

20917301822002MIR, **02/06/2009,** $4,542.81; 20911803644102MIR, **02/06/2009,** $2,025.25; 20918102884502MIR, **02/09/2009,** $4,542.81; 20911001256802MIR, **02/09/2009,** $5,518.38; 20919603792102MIR, **02/09/2009,** $4,827.66; 20917402317602MIR, **02/09/2009,** $4,896.53; 20913803744902MIR, **02/09/2009,** $5,200.43; 20910403374902MIR, **02/10/2009,** $5,164.65; 20911001257102MIR, **02/10/2009,** $4,584.71; 20918102885602MIR, **02/11/2009,** $4,246.38; 20915904733302MIR, **02/11/2009,** $4,600.33; 20919503993002MIR, **02/11/2009,** $470.63; 20912703544702MIR, **02/12/2009,** $4,868.22; 20917501698302MIR, **02/12/2009,** $5,200.43; 20912703544202MIR, **02/12/2009,** $325.50; 20914204418102MIR, **02/12/2009,** $5,922.51; 20915502863102MIR, **02/13/2009,** $5,889.76; 20914204417802MIR, **02/16/2009,** $5,222.18; 20912703544602MIR, **02/17/2009,** $4,895.18; 20919503993102MIR, **02/17/2009,** $4,327.22; 20913903550402MIR, **02/17/2009,** $4,581.17; 20918200514102MIR, **02/17/2009,** $3,594.40; 20918102884902MIR, **02/17/2009,** $325.50; 20913803744402MIR, **02/17/2009,** $4,581.17; 20913803744802MIR, **02/17/2009,** $4,581.17; 20915904733202MIR, **02/18/2009,** $4,309.21; 20919601034002MIR, **02/18/2009,** $4,060.92; 20916802465602MIR, **02/19/2009,** $3,967.34; 20912703545202MIR, **02/20/2009,** $4,246.38; 20919503993202MIR, **02/20/2009,** $4,565.62; 20912703544902MIR, **02/20/2009,** $4,868.22; 20919503993502MIR, **02/20/2009,** $2,287.97; 20915402821702MIR, **02/20/2009,** $4,246.38; 20919601034102MIR, **02/20/2009,** $3,774.44; 20919603791102MIR, **02/23/2009,** $5,323.40; 20916703932902MIR, **02/23/2009,** $5,164.65; 20914204417502MIR, **02/23/2009,** $4,246.38; 20912703545002MIR, **02/23/2009,** $0.00; 20912703544502MIR, **02/23/2009,** $5,164.65; 20916901500302MIR, **02/23/2009,** $5,922.51; 20919407760002MIR, **02/23/2009,** $4,327.22; 20916802465502MIR, **02/24/2009,** $5,164.65; 20916901500202MIR, **02/24/2009,** $4,565.62; 20916802465402MIR, **02/24/2009,** $2,900.08; 20919603791702MIR, **02/24/2009,** $4,565.62; 20913803745002MIR, **02/25/2009,** $1,333.69; 20932204805302MIR, **02/26/2009,** $5,012.94; 20912703545302MIR, **02/26/2009,** $4,246.38; 20919503993402MIR, **02/27/2009,** $4,880.46; 20918705978102MIR, **02/28/2009,** $4,228.70; 20912703544102MIR, **03/02/2009,** $4,077.89; 20913803744702MIR, **03/02/2009,** $5,200.43; 20917000913602MIR, **03/02/2009,** $4,584.71; 20919601034302MIR, **03/02/2009,** $4,495.47; 20919601033602MIR, **03/02/2009,** $3,642.86; 20916802465302MIR, **03/02/2009,** $5,947.29; 20915402821802MIR, **03/02/2009,** $4,868.22; 20916101779102MIR, **03/02/2009,** $1,489.65; 20912703545102MIR,

**03/03/2009,** $4,896.53; 20919701763802MIR, **03/03/2009,** $4,896.53; 20920202701302MIR, **03/03/2009,** $325.50; 20915502863002MIR, **03/04/2009,** $4,896.53; 20914204417902MIR, **03/09/2009,** $4,895.18; 20919601034402MIR, **03/09/2009,** $117.66; 20921002683602MIR, **03/09/2009,** $5,504.12; 20920202701602MIR, **03/09/2009,** $4,280.35; 20920202701502MIR, **03/09/2009,** $3,927.52; 20914204418002MIR, **03/09/2009,** $4,590.37; 20920202701702MIR, **03/10/2009,** $4,584.71; 20918102884802MIR, **03/10/2009,** $117.66; 20920401242802MIR, **03/12/2009,** $5,164.65; 20920202084002MIR, **03/12/2009,** $3,927.52; 20919000853502MIR, **03/13/2009,** $2,453.39; 20918904779402MIR, **03/15/2009,** $4,902.19; 20919603791502MIR, **03/16/2009,** $2,939.28; 20918102885502MIR, **03/16/2009,** $2,272.62; 20907703675402, **03/16/2009,** $2,596.33; 20918904779502MIR, **03/16/2009,** $117.66; 20920502403302MIR, **03/17/2009,** $4,246.38; 20918705978202MIR, **03/18/2009,** $117.66; 20920502403402MIR, **03/18/2009,** $5,222.18; 20915502863302MIR, **03/18/2009,** $4,228.70; 20919603791402MIR, **03/19/2009,** $2,367.86; 20918705978602MIR, **03/21/2009,** $5,353.52; 20919601033702MIR, **03/21/2009,** $5,240.97; 20918904779602MIR, **03/22/2009,** $5,222.18; 20918003953502MIR, **03/22/2009,** $4,600.33; 20918102885402MIR, **03/23/2009,** $4,016.75; 20918102884602MIR, **03/23/2009,** $4,584.71; 20921206220302MIR, **03/23/2009,** $4,542.81; 20918102884002MIR, **03/23/2009,** $2,755.83; 20916202819602MIR, **03/23/2009,** $117.66; 20918102883802MIR, **03/23/2009,** $4,542.81; 20917501698502MIR, **03/23/2009,** $4,279.89; 20919000853102MIR, **03/25/2009,** $117.16; 20916603843102MIR, **03/25/2009,** $5,360.31; 20919407760102MIR, **03/26/2009,** $1,799.06; 20919000853602MIR, **03/26/2009,** $4,523.90; 20918102884402MIR, **03/26/2009,** $2,972.57; 20918102885102MIR, **03/26/2009,** $4,246.38; 20919103749602MIR, **03/26/2009,** $4,246.38; 20920202701202MIR, **03/26/2009,** $2,661.63; 20916101779402MIR, **03/26/2009,** $4,542.81; 20918102885702MIR, **03/26/2009,** $2,614.98; 20918904780002MIR, **03/26/2009,** $315.45; 20919103748902MIR, **03/26/2009,** $117.66; 20919103749002MIR, **03/26/2009,** $5,143.14; 20918307204502MIR, **03/27/2009,** $4,895.18; 20918904779702MIR, **03/27/2009,** $352.98; 20919000852502MIR, **03/27/2009,** $3,640.60; 20919000852602MIR, **03/29/2009,** $235.31; 20919103749302MIR, **03/30/2009,** $4,246.38; 20918904779802MIR, **03/30/2009,** $4,246.38; 20922400538002MIRT, **03/30/2009,** $2,830.83; 20918904779202MIR, **03/30/2009,** $117.66; 20922202925102MIR, **03/30/2009,** $207.85; 20919000852802MIR, **03/30/2009,**

$117.66; 20919103749102MIR, **03/30/2009,** $117.66; 20918102884102MIR, **03/30/2009,** $4,584.71; 20931607699002MIR, **03/31/2009,** $5,194.87; 20918705978502MIR, **03/31/2009,** $1,495.84; 20918307204302MIR, **04/01/2009,** $215.20; 20919000853802MIR, **04/01/2009,** $3,135.38; 20918003953302MIR, **04/05/2009,** $4,000.04; 20919000853002MIR, **04/06/2009,** $3,642.86; 20920302489102MIR, **04/07/2009,** $4,495.47; 20918200514202MIR, **04/09/2009,** $4,902.19; 20919603791602MIR, **04/09/2009,** $3,049.78; 20917606067702MIR, **04/10/2009,** $4,542.81; 20916703933002MIR, **04/10/2009,** $5,164.65; 20917501698402MIR, **04/10/2009,** $5,164.65; 20918307204602MIR, **04/10/2009,** $4,847.95; 20919407760202MIR, **04/11/2009,** $4,542.81; 21020202033902MIRU, **04/11/2009,** $1,113.47; 20918200514002MIR, **04/11/2009,** $352.98; 20917606067602MIR, **04/12/2009,** $4,246.38; 20918102885002MIR, **04/13/2009,** $4,868.22; 20918307204202MIR, **04/13/2009,** $3,758.74; 20918102883902MIR, **04/13/2009,** $5,922.51; 20918200513902MIR, **04/14/2009,** $1,390.03; 20920202084202MIR, **04/15/2009,** $3,427.91; 20920501432002MIRT, **04/17/2009,** $1,730.78; 20917606067802MIR, **04/18/2009,** $4,228.70; 20918200513502MIR, **04/18/2009,** $3,758.74; 20918102884702MIR, **04/18/2009,** $4,228.70; 20918102885202MIR, **04/19/2009,** $117.16; 20917402317702MIR, **04/20/2009,** $5,158.31; 20918307204702MIR, **04/20/2009,** $470.63; 20917402317902MIR, **04/20/2009,** $5,518.38; 21007602514902MIR, **04/20/2009,** $3,049.78; 20919103748802MIR, **04/20/2009,** $4,542.81; 20919000854002MIR, **04/21/2009,** $3,983.92; 20918904779002MIR, **04/21/2009,** $4,868.22; 20919103749402MIR, **04/21/2009,** $235.31; 21004802559802MIRT, **04/22/2009,** $1,695.66; 20920202701402MIR, **04/22/2009,** $117.66; 20919603791202MIR, **04/24/2009,** $5,504.12; 20919601033902MIR, **04/24/2009,** $4,246.38; 20919000853302MIR, **04/24/2009,** $5,164.65; 21013001582002MIR, **04/24/2009,** $3,336.02; 20919407759902MIR, **04/24/2009,** $2,746.33; 20927202025602MIR, **04/26/2009,** $1,875.83; 20919103749802MIR, **04/27/2009,** $3,640.60; 20918200513602MIR, **04/27/2009,** $207.85; 20918904779902MIR, **04/27/2009,** $4,246.38; 20918003953602MIR, **04/27/2009,** $117.66; 20922302151602MIR, **04/27/2009,** $3,640.60; 20918705977802MIR, **04/27/2009,** $4,232.11; 20919103749902MIR, **04/27/2009,** $3,946.32; 20912505810402MIR, **04/27/2009,** $3,330.73; 20918705978402MIR, **04/27/2009,** $4,616.73; 20920302489002MIR, **04/27/2009,** $5,865.23; 20918200513802MIR, **04/27/2009,** $5,240.97; 20921000595602MIRT, **04/27/2009,** $4,616.73; 20918904779302MIR,

**05/01/2009,** $5,200.43; 20919603792002MIR, **05/01/2009,** $2,003.41; 20918307204402MIR, **05/01/2009,** $2,877.90; 20917301822102MIR, **05/01/2009,** $3,983.92; 20919000853902MIR, **05/02/2009,** $4,280.35; 20918705978702MIR, **05/03/2009,** $4,280.35; 20920302489302MIR, **05/07/2009,** $4,895.18; 20919503993302MIR, **05/08/2009,** $4,584.71; 20919407760502MIR, **05/08/2009,** $4,542.81; 20922302151502MIR, **05/11/2009,** $1,219.91; 20918200513702MIR, **05/11/2009,** $2,244.00; 20920401242902MIR, **05/11/2009,** $5,627.31; 20920302489202MIR, **05/12/2009,** $6,243.71; 20920202083902MIR, **05/13/2009,** $4,896.53; 20919503993602MIR, **05/14/2009,** $1,167.61; 20920302488902MIR, **05/14/2009,** $4,246.38; 21007602515002MIR, **05/14/2009,** $1,330.80; 20920502403202MIR, **05/15/2009,** $2,752.32; 20923902312602MIR, **05/17/2009,** $5,222.18; 20920202084502MIR, **05/17/2009,** $5,922.51; 20921100571802MIR, **05/18/2009,** $117.66; 20920202084302MIR, **05/19/2009,** $5,518.38; 20921100571702MIR, **05/20/2009,** $4,246.38; 20920202084102MIR, **05/24/2009,** $3,640.60; 20920401243002MIR, **05/25/2009,** $4,600.33; 20920803821702MIR, **05/26/2009,** $5,518.38; 20927202025502MIR, **05/30/2009,** $2,571.64; 20920903025302MIR, **06/01/2009,** $2,755.83; 20924402032502MIR, **06/08/2009,** $4,309.21; 20926402829702MIR, **06/08/2009,** $117.16; 20924405807802MIR, **06/08/2009,** $3,664.16; 20923201099602MIR, **06/12/2009,** $4,280.35; 20923104157502MIR, **06/15/2009,** $5,158.31; 20923104157402MIR, **06/15/2009,** $4,847.84; 20923704122102MIR, **06/15/2009,** $4,847.84; 20924402032802MIR, **06/16/2009,** $4,895.18; 20926402829502MIR, **06/16/2009,** $4,600.33; 20922902218502MIR, **06/16/2009,** $5,518.38; 20922600596202MIR, **06/16/2009,** $4,016.75; 20924402032702MIR, **06/16/2009,** $4,327.22; 20924405808102MIR, **06/16/2009,** $430.40; 20923201099402MIR, **06/16/2009,** $4,895.18; 20924303873502MIR, **06/17/2009,** $4,600.33; 20922600596102MIR, **06/17/2009,** $4,600.33; 20924405808002MIR, **06/18/2009,** $4,542.81; 20924601849102MIR, **06/18/2009,** $5,551.21; 20924601848902MIR, **06/19/2009,** $4,847.84; 20923201099702MIR, **06/19/2009,** $0.00; 20923201099502MIR, **06/19/2009,** $4,847.84; 20923201099802MIR, **06/19/2009,** $5,164.65; 20923704122202MIR, **06/19/2009,** $5,164.65; 21013203038902MIRT, **06/19/2009,** $4,716.87; 20923801847602MIR, **06/19/2009,** $5,547.82; 20923801847702MIR, **06/19/2009,** $4,584.71; 20934902076102MIR, **06/22/2009,** $1,534.33; 20930804484002MIR, **06/22/2009,** $4,280.35; 20930704287502MIR, **06/22/2009,** $3,983.92; 20926804415702MIR, **06/24/2009,** $6,280.62; 20925902279302MIR, **06/24/2009,**

$4,600.33; 21002601674108MIR, **06/24/2009,** $680.75; 20927202025802MIR, **06/25/2009,** $3,642.86; 21004000027102MIR, **06/26/2009,** $533.10; 20932403407102MIR, **06/27/2009,** $5,593.34; 20926402829002MIR, **06/29/2009,** $235.31; 20924402032602MIR, **06/29/2009,** $5,158.31; 20926804415602MIR, **06/29/2009,** $4,902.19; 20924601849002MIR, **06/29/2009,** $5,164.65; 20933810848002MIR, **07/02/2009,** $315.45; 20928804131602MIR, **07/04/2009,** $5,331.10; 20927103119802MIR, **07/06/2009,** $4,232.11; 20932203192702MIR, **07/06/2009,** $4,495.47; 20925902279502MIR, **07/07/2009,** $4,874.79; 20929904091302MIR, **07/08/2009,** $5,947.29; 20926804415802MIR, **07/09/2009,** $3,983.92; 20932001056502MIR, **07/09/2009,** $4,584.71; 20928501812902MIR, **07/10/2009,** $4,542.81; 20929904091902MIR, **07/10/2009,** $5,012.94; 20925903450202MIR, **07/11/2009,** $3,049.78; 20929901451502MIR, **07/13/2009,** $6,243.71; 20926402829202MIR, **07/15/2009,** $5,240.97; 20928605307102MIR, **07/15/2009,** $4,246.38; 20924405807902MIR, **07/15/2009,** $2,746.33; 20928804131502MIR, **07/17/2009,** $3,625.45; 21004200807902MIR, **07/17/2009,** $4,600.33; 20924402032402MIR, **07/19/2009,** $2,746.33; 20927102248602MIR, **07/20/2009,** $315.45; 20927103119602MIR, **07/20/2009,** $4,232.11; 20926402829402MIR, **07/21/2009,** $4,280.35; 20930104642002MIR, **07/21/2009,** $322.80; 20931401049102MIR, **07/21/2009,** $542.77; 20926804415002MIR, **07/22/2009,** $117.16; 20930305038902MIR, **07/23/2009,** $4,847.84; 20928501812702MIR, **07/23/2009,** $4,280.35; 21028701227902MIRU, **07/23/2009,** $4,847.84; 20928605307002MIR, **07/23/2009,** $3,049.78; 20930603063602MIR, **07/27/2009,** $5,947.29; 20930804483702MIR, **07/27/2009,** $4,584.71; 20927300404902MIRT, **07/27/2009,** $207.85; 21010303483602MIRU, **07/28/2009,** $4,584.71; 20927401436102MIR, **07/28/2009,** $4,565.62; 20928204351902MIR, **07/28/2009,** $4,565.62; 21009500087502MIR, **07/29/2009,** $225.26; 20927407073002MIR, **07/29/2009,** $430.40; 20928501812602MIR, **07/29/2009,** $4,596.11; 21002601213908MIR, **07/30/2009,** $2,426.14; 20931004077202MIR, **07/30/2009,** $5,222.18; 20928501812802MIR, **07/31/2009,** $5,164.65; 20932204804902MIR, **07/31/2009,** $3,640.60; 20928601469702MIR, **08/03/2009,** $3,983.92; 20927202025902MIR, **08/03/2009,** $4,584.71; 20935504889002MIR, **08/03/2009,** $2,419.54; 20930704287402MIR, **08/03/2009,** $5,219.15; 20930104641902MIR, **08/04/2009,** $4,584.71; 21001303216602MIR, **08/04/2009,** $4,246.38; 20931004077402MIR, **08/04/2009,** $4,895.18; 21035602530802MIRU, **08/04/2009,** $2,746.33; 20929904091702MIR,

**08/05/2009,** $3,299.11; 20931004077002MIR, **08/05/2009,** $5,551.21; 20929904091802MIR, **08/05/2009,** $5,222.18; 20929904091402MIR, **08/05/2009,** $5,222.18; 20930603063802MIR, **08/07/2009,** $4,016.75; 20930704287802MIR, **08/10/2009,** $4,016.75; 20928601469802MIR, **08/10/2009,** $3,299.11; 20927401436202MIR, **08/11/2009,** $3,535.93; 20927103119502MIR, **08/11/2009,** $4,077.89; 20930603063402MIR, **08/11/2009,** $3,967.34; 20927202025702MIR, **08/12/2009,** $117.66; 20926402829602MIR, **08/12/2009,** $2,414.35; 20930603063702MIR, **08/12/2009,** $3,299.11; 20926402829102MIR, **08/12/2009,** $3,241.59; 21013800451802MIR, **08/12/2009,** $1,333.69; 20930804483902MIR, **08/12/2009,** $4,896.53; 20926702219502MIR, **08/12/2009,** $117.16; 20930104641802MIR, **08/12/2009,** $2,755.83; 20931401049202MIR, **08/13/2009,** $332.86; 20926603881002MIR, **08/13/2009,** $2,900.08; 20933810847902MIR, **08/14/2009,** $3,774.44; 20929904091602MIR, **08/14/2009,** $5,143.14; 20931004077302MIR, **08/14/2009,** $4,584.71; 20930804483802MIR, **08/14/2009,** $5,504.12; 20930704287702MIR, **08/14/2009,** $5,593.34; 20926804415102MIR, **08/15/2009,** $3,946.32; 20930102756002MIR, **08/16/2009,** $2,746.33; 20934106451902MIR, **08/17/2009,** $4,868.22; 20930603063502MIR, **08/17/2009,** $3,642.86; 20926804414802MIR, **08/17/2009,** $2,723.01; 21003602925002MIR, **08/17/2009,** $4,511.56; 20930102755902MIR, **08/17/2009,** $3,983.92; 20930804483502MIR, **08/18/2009,** $4,590.37; 20926804415402MIR, **08/18/2009,** $2,141.23; 20930804483602MIR, **08/18/2009,** $5,158.31; 20930804483402MIR, **08/18/2009,** $4,896.53; 20931004076902MIR, **08/18/2009,** $4,896.53; 20932204804802MIR, **08/18/2009,** $117.66; 20933602890102MIR, **08/18/2009,** $4,895.18; 20926804415902MIR, **08/18/2009,** $117.66; 20930804483302MIR, **08/18/2009,** $5,158.31; 20932204805402MIR, **08/19/2009,** $3,299.11; 21003602921802MIR, **08/19/2009,** $5,518.38; 20931607699202MIR, **08/20/2009,** $4,279.89; 21001303216802MIR, **08/21/2009,** $3,929.90; 20928601469502MIR, **08/21/2009,** $2,877.90; 20926702219602MIR, **08/21/2009,** $2,141.23; 20927802629502MIR, **08/21/2009,** $2,404.32; 20926804415202MIR, **08/21/2009,** $117.66; 20932102098602MIRT, **08/21/2009,** $117.66; 20932204805202MIR, **08/24/2009,** $207.85; 20927102248802MIR, **08/24/2009,** $197.79; 20934106451602MIR, **08/25/2009,** $3,247.25; 20932302733702MIR, **08/25/2009,** $4,584.71; 20934401970802MIR, **08/25/2009,** $2,755.83; 21004708211802MIR, **08/25/2009,** $542.77; 21003602922102MIR, **08/26/2009,** $2,179.51; 21006802601502MIRT, **08/26/2009,** $4,199.59; 20927103119402MIR,

**08/26/2009,** $518.41; 20931607699102MIR, **08/27/2009,** $4,542.81; 21004202547102MIRU, **08/27/2009,** $4,232.11; 20932403407202MIR, **08/27/2009,** $4,584.71; 20924405807002MIR, **08/27/2009,** $0.00; 20931004077102MIR, **08/27/2009,** $4,016.75; 20934804966902MIR, **08/27/2009,** $2,746.33; 20927904014902MIR, **08/28/2009,** $3,285.40; 20934804967102MIR, **08/28/2009,** $207.85; 20926702219702MIR, **08/28/2009,** $206.97; 20926702219802MIR, **08/28/2009,** $206.97; 20927202025402MIR, **08/28/2009,** $2,414.35; 20934205955502MIR, **08/28/2009,** $4,584.71; 20927102249002MIR, **08/28/2009,** $117.66; 20928004496802MIR, **08/28/2009,** $3,825.26; 20929902088302MIRT, **08/28/2009,** $117.66; 20927103119702MIR, **08/28/2009,** $206.97; 20926702219402MIR, **08/28/2009,** $206.97; 20930102755802MIR, **08/31/2009,** $2,746.33; 20934902076002MIR, **08/31/2009,** $2,744.38; 20932203192602MIR, **09/01/2009,** $2,755.83; 20932203192502MIR, **09/01/2009,** $2,614.98; 20934902075902MIR, **09/01/2009,** $2,744.38; 20932302733502MIR, **09/01/2009,** $2,755.83; 20932203192802MIR, **09/02/2009,** $3,049.78; 21002601595608MIR, **09/02/2009,** $1,776.19; 21233800220808MIR, **09/03/2009,** $0.00; 20932204805102MIR, **09/04/2009,** $3,499.75; 20932204805002MIR, **09/04/2009,** $4,077.89; 21001908136002MIR, **09/05/2009,** $2,414.35; 20933610651302MIR, **09/08/2009,** $5,136.83; 20936404166202MIR, **09/08/2009,** $4,214.50; 20933602890002MIR, **09/09/2009,** $235.31; 20932203192902MIR, **09/10/2009,** $3,841.24; 20933505138802MIR, **09/11/2009,** $3,946.32; 21003303952202MIR, **09/14/2009,** $4,600.33; 20932302733402MIR, **09/14/2009,** $4,584.71; 20934804967202MIR, **09/15/2009,** $4,279.89; 20934106451802MIR, **09/16/2009,** $4,246.38; 21004904890102MIR, **09/16/2009,** $1,763.61; 21000601306402MIR, **09/16/2009,** $117.66; 21002601391208MIR, **09/17/2009,** $1,284.22; 20932302733602MIR, **09/18/2009,** $4,590.37; 21002204525702MIR, **09/18/2009,** $197.79; 21003203466402MIR, **09/21/2009,** $1,799.06; 20934106451702MIR, **09/21/2009,** $4,896.53; 21004904890002MIR, **09/22/2009,** $1,007.27; 21000601305902MIR, **09/22/2009,** $3,946.32; 20934804967002MIR, **09/22/2009,** $5,136.83; 21001503194302MIRT, **09/22/2009,** $1,160.03; 20933602889902MIR, **09/23/2009,** $4,899.57; 20934205955602MIR, **09/23/2009,** $4,495.47; 21000501420102MIR, **09/23/2009,** $487.11; 20934303175902MIR, **09/23/2009,** $5,158.31; 21002601634808MIR, **09/24/2009,** $2,692.07; 21008900617804MIR, **09/25/2009,** $1,930.63; 20935704519402MIR, **09/29/2009,** $5,164.65; 20934401970902MIR, **10/02/2009,** $3,664.16; 20934205955402MIR,

**10/02/2009,** $4,279.89; 20934205955302MIR, **10/02/2009,** $3,499.75; 20935504889102MIR, **10/06/2009,** $3,927.52; 21000601306002MIR, **10/06/2009,** $3,929.90; 21005503105602MIR, **10/07/2009,** $4,902.19; 20933810848102MIR, **10/07/2009,** $305.39; 21002204526102MIR, **10/07/2009,** $1,799.06; 21001907325602MIR, **10/10/2009,** $4,584.71; 21001303216702MIR, **10/13/2009,** $207.85; 20936504532502MIR, **10/14/2009,** $1,868.06; 21002503304802MIR, **10/15/2009,** $3,255.66; 21009200873002MIR, **10/15/2009,** $273.25; 21001303959802MIR, **10/15/2009,** $4,888.38; 21003602922402MIR, **10/20/2009,** $3,758.74; 21003602922002MIR, **10/21/2009,** $107.60; 21004000027002MIR, **10/23/2009,** $2,255.14; 21000804576102MIR, **10/23/2009,** $4,232.11; 20936404166102MIR, **10/23/2009,** $4,232.11; 21003602922202MIR, **10/25/2009,** $5,331.10; 20936404166002MIR, **10/26/2009,** $4,868.22; 21004708211402MIR, **10/27/2009,** $3,983.92; 21003303952302MIR, **10/27/2009,** $2,287.97; 21010302829902MIR, **10/27/2009,** $2,414.35; 21011702749102MIR, **10/27/2009,** $2,056.81; 20935502237302MIR, **10/28/2009,** $3,100.74; 21002004440902MIR, **10/28/2009,** $3,442.22; 21002800106602MIR, **10/28/2009,** $370.28; 21002800106902MIR, **10/28/2009,** $3,378.82; 20934303175802MIR, **10/28/2009,** $3,247.25; 21002800106802MIR, **10/28/2009,** $3,620.91; 21000804576402MIR, **10/29/2009,** $5,130.07; 21004704667002MIR, **10/29/2009,** $5,151.52; 21002204525802MIR, **10/30/2009,** $197.79; 21002204525902MIR, **10/30/2009,** $1,875.83; 21003303952402MIR, **10/31/2009,** $4,280.35; 21000804576002MIR, **10/31/2009,** $2,045.98; 21001908136202MIR, **11/03/2009,** $3,299.11; 21001908136102MIR, **11/03/2009,** $4,605.76; 21006000010002MIR, **11/04/2009,** $332.86; 21002503304602MIR, **11/05/2009,** $197.79; 21004200808302MIR, **11/05/2009,** $2,865.94; 21002204525602MIR, **11/05/2009,** $3,983.92; 21003303952102MIR, **11/06/2009,** $117.66; 21004704667102MIR, **11/07/2009,** $2,746.33; 21002503304502MIR, **11/09/2009,** $5,627.71; 21000804576202MIR, **11/09/2009,** $4,220.78; 21002800106702MIR, **11/09/2009,** $207.85; 21006000009902MIR, **11/09/2009,** $1,495.84; 21002703758302MIR, **11/10/2009,** $1,799.37; 21000804576302MIR, **11/10/2009,** $3,983.92; 21002504542902MIR, **11/11/2009,** $2,305.93; 21004200808502MIR, **11/11/2009,** $117.66; 21003401786702MIR, **11/11/2009,** $3,299.45; 21003602922302MIR, **11/11/2009,** $117.66; 21002503304702MIR, **11/12/2009,** $3,299.11; 21016703058502MIRU, **11/12/2009,** $2,746.33; 21002703758402MIR, **11/12/2009,** $5,504.52; 21007000828902MIR, **11/13/2009,** $1,675.19; 21004005366602MIR, **11/19/2009,**

$197.79; 21006000010102MIR, **11/19/2009,** $2,746.33; 21002504542802MIR, **11/19/2009,** $2,396.14; 21004704666902MIR, **11/20/2009,** $3,049.78; 21009500087402MIR, **11/22/2009,** $2,574.23; 21006301719802MIR, **11/24/2009,** $5,551.63; 21003602921702MIR, **11/25/2009,** $117.66; 21003602921902MIR, **11/25/2009,** $117.66; 21003502736602MIR, **11/25/2009,** $117.66; 21008102246602MIR, **11/27/2009,** $2,255.47; 21004708211602MIR, **11/28/2009,** $225.26; 21032803230902MIR, **11/30/2009,** $1,876.14; 21006301719702MIR, **11/30/2009,** $107.60; 21015200707002MIR, **11/30/2009,** $1,723.87; 21004200808202MIR, **12/03/2009,** $117.66; 21004200808402MIR, **12/04/2009,** $197.79; 21008900223802MIR, **12/05/2009,** $1,876.14; 21007602514702MIR, **12/06/2009,** $3,336.36; 21004200808002MIR, **12/06/2009,** $186.95; 21004005366702MIR, **12/06/2009,** $2,086.75; 21012503027902MIR, **12/07/2009,** $3,356.50; 21004904889902MIR, **12/07/2009,** $4,543.18; 21004000026602MIR, **12/08/2009,** $1,637.49; 21006105263002MIR, **12/08/2009,** $117.66; 21004708211502MIR, **12/10/2009,** $1,333.99; 21005600148202MIR, **12/10/2009,** $3,299.45; 21006105263102MIR, **12/11/2009,** $117.16; 21009500087602MIR, **12/14/2009,** $2,772.80; 21007702065102MIR, **12/15/2009,** $1,887.43; 21007702065202MIR, **12/15/2009,** $3,946.68; 21008500192102MIR, **12/15/2009,** $1,876.14; 21009500088002MIR, **12/16/2009,** $1,333.99; 21030500768902MIR, **12/18/2009,** $2,054.82; 21010903709902MIR, **12/22/2009,** $314.04; 21010903710102MIR, **12/22/2009,** $1,279.94; 21018705493702MIR, **12/24/2009,** $215.20; 21006705167602MIR, **12/28/2009,** $7,959.45; 21008500192002MIR, **12/28/2009,** $1,675.49; 21007004761602MIR, **12/30/2009,** $1,887.43; 21012302696102MIR, **01/04/2010,** $1,415.87; 21007104350902MIR, **01/09/2010,** $4,078.26; 21008900592904MIR, **01/09/2010,** $2,269.05; 21009903867802MIR, **01/10/2010,** $5,158.71; 21008102246502MIR, **01/12/2010,** $2,445.01; 21004708211702MIR, **01/12/2010,** $231.64; 21008300567402MIR, **01/13/2010,** $120.99; 21004200808102MIR, **01/14/2010,** $120.99; 21019400801102MIR, **01/15/2010,** $1,534.63; 21009200873102MIR, **01/22/2010,** $1,675.49; 21011702749002MIR, **01/23/2010,** $4,888.76; 21032803229802MIR, **01/26/2010,** $288.03; 21013001582102MIR, **02/03/2010,** $1,675.49; 21012302696002MIR, **02/04/2010,** $2,255.47; 21023002108202MIRU, **02/06/2010,** $1,496.14; 21016606399302MIR, **02/25/2010,** $7,314.32; 21013701342002MIR, **02/26/2010,** $7,040.12; 21026704277202MIR, **02/28/2010,** $1,637.49; 21013205316702MIR, **03/03/2010,** $3,299.88; 21015401378002MIR, **03/04/2010,** $4,848.66;

21018800672802MIR, **03/06/2010,** $1,675.49; 21022403740602MIR, **03/10/2010,** $3,774.80; 21015401378102MIR, **03/10/2010,** $4,045.22; 21016701549202MIR, **03/11/2010,** $4,868.62; 21018705493602MIR, **03/13/2010,** $2,086.75; 21015401377902MIR, **03/22/2010,** $4,585.08; 21018800672702MIR, **03/23/2010,** $1,675.49; 21017403179102MIR, **03/26/2010,** $4,259.41; 21016803353902MIR, **04/13/2010,** $4,232.48; 21017405032702MIR, **04/19/2010,** $4,888.76; 21017403179202MIR, **04/22/2010,** $1,333.99; 21023101706602MIR, **04/23/2010,** $2,615.31; 21104903524702MIRU, **04/23/2010,** $2,414.67; 21019400801202MIR, **04/26/2010,** $5,267.51; 21017601379302MIR, **04/27/2010,** $5,552.15; 21018705493502MIR, **04/28/2010,** $2,756.18; 21019600746202MIR, **05/05/2010,** $1,799.37; 21033500692302MIR, **05/07/2010,** $1,496.14; 21019600746102MIR, **05/09/2010,** $1,637.49; 21025009365902MIR, **05/12/2010,** $2,086.75; 21022403740502MIR, **05/18/2010,** $3,640.96; 21030102145502MIR, **05/20/2010,** $1,333.99; 21021504870702MIR, **05/25/2010,** $3,993.99; 21024500254102MIR, **06/13/2010,** $3,621.26; 21023504350702MIR, **06/16/2010,** $3,521.23; 21023002058102MIR, **06/17/2010,** $1,876.14; 21023002080002MIR, **06/18/2010,** $4,888.76; 21023002058002MIR, **06/19/2010,** $4,495.86; 21025805176202MIR, **06/21/2010,** $1,333.99; 21026006910402MIR, **06/27/2010,** $1,496.14; 21032803232402MIR, **07/04/2010,** $1,496.14; 21027705874802MIR, **07/08/2010,** $1,942.56; 21025805176102MIR, **07/13/2010,** $5,661.74; 21026006910502MIR, **07/13/2010,** $4,523.03; 21026704277302MIR, **07/13/2010,** $5,165.05; 21032803232302MIR, **07/15/2010,** $2,255.47; 21028404830802MIR, **07/19/2010,** $5,158.71; 21033702619202MIR, **07/24/2010,** $4,969.79; 21032803232202MIR, **08/10/2010,** $1,675.49; 21032803231502MIR, **08/12/2010,** $314.04; 21030900037702MIR, **08/16/2010,** $1,876.14; 21030201886802MIR, **08/17/2010,** $1,876.14; 21030900037802MIR, **08/17/2010,** $1,627.71; 21032803230702MIR, **08/18/2010,** $2,956.81; 21032803231102MIR, **08/28/2010,** $2,086.75; 21031900257002MIR, **09/01/2010,** $3,643.23; 21030705544502MIR, **09/03/2010,** $3,319.36; 21031900256802MIR, **09/03/2010,** $3,500.10; 21031900257102MIR, **09/07/2010,** $3,469.08; 21031900257302MIR, **09/08/2010,** $4,848.23; 21032803231702MIR, **09/08/2010,** $2,591.54; 21031900256902MIR, **09/09/2010,** $1,799.37; 21032803230002MIR, **09/10/2010,** $3,068.52; 21031900257502MIR, **09/11/2010,** $1,942.56; 21031900257602MIR, **09/11/2010,** $1,942.56; 21031900256702MIR, **09/11/2010,** $3,946.68; 21032803230102MIR, **09/14/2010,** $2,956.81; 21032803230402MIR, **09/15/2010,** $2,054.82; 21031900257802MIR,

**09/16/2010,** $3,551.06; 21031900257702MIR, **09/22/2010,** $2,255.47; 21106700746908MIR, **09/22/2010,** $2,635.07; 21031900256502MIR, **09/23/2010,** $3,551.06; 21031900257902MIR, **09/24/2010,** $4,044.79; 21411100230802MIRU, **09/24/2010,** $2,054.82; 21032803229902MIR, **09/28/2010,** $1,341.99; 21032803230802MIR, **09/28/2010,** $1,496.14; 21032803232002MIR, **09/28/2010,** $3,640.96; 21032803232502MIR, **09/29/2010,** $3,563.48; 21032803231902MIR, **09/29/2010,** $1,505.12; 21033501478302MIRT, **09/30/2010,** $1,772.99; 21032803230502MIR, **10/01/2010,** $3,050.12; 21033500692702MIR, **10/04/2010,** $204.63; 21032803230302MIR, **10/04/2010,** $3,547.20; 21034902400602MIRT, **10/04/2010,** $1,821.39; 21330400212308MIR, **10/07/2010,** $0.00; 21035602509402MIRT, **10/08/2010,** $998.60; 21032803230602MIR, **10/08/2010,** $1,810.19; 21034002176202MIRT, **10/11/2010,** $1,326.64; 21031900257402MIR, **10/12/2010,** $2,460.88; 21032803232102MIR, **10/16/2010,** $331.95; 21033702504802MIRT, **10/19/2010,** $502.65; 21034404140402MIRT, **10/20/2010,** $862.98; 21035702440402MIRT, **10/21/2010,** $283.11; 21035702443202MIRT, **10/21/2010,** $1,023.38; 21033500692602MIR, **10/22/2010,** $435.03; 21106604729808MIR, **10/27/2010,** $344.36; 21034902397202MIRT, **10/28/2010,** $222.64.

*All American Home Care, Inc. 237715* **(Claim Numbers, Start of Service, Paid)**

20902803447308, **06/04/2008,** $5,170.98; 20825406161402, **06/04/2008,** $4,611.62; 20902804351008, **06/04/2008,** $5,177.34; 20902803249808, **06/05/2008,** $4,290.39; 20823100369502, **06/05/2008,** $4,553.96; 20824804772502, **06/22/2008,** $5,234.99; 20826000941702, **06/23/2008,** $2,191.08; 20824902245202, **06/25/2008,** $5,531.93; 20824705083702, **06/27/2008,** $4,859.75; 20824804772602, **06/27/2008,** $4,553.96; 20825202428202, **06/28/2008,** $5,234.99; 20824804772402, **06/30/2008,** $4,907.19; 21016102431202MIRU, **06/30/2008,** $4,908.55; 20824705083602, **07/01/2008,** $5,531.93; 20824804772302, **07/03/2008,** $4,026.60; 20824804772802, **07/03/2008,** $4,595.96; 20824705083502, **07/03/2008,** $4,026.60; 20825303950002, **07/03/2008,** $4,595.96; 20825202428302, **07/05/2008,** $4,595.96; 20825303949902, **07/05/2008,** $4,595.96; 20828305172402, **07/05/2008,** $3,673.14; 20828904797202, **07/05/2008,** $5,253.84; 20824804772702, **07/05/2008,** $4,907.19; 20825303950102, **07/09/2008,** $4,880.18; 20825303949802, **07/09/2008,** $5,178.14; 20902803164508, **07/10/2008,** $2,451.80; 20828206855602, **07/11/2008,** $4,256.79; 20825400553702, **07/11/2008,** $4,900.38; 20825406161202, **07/11/2008,** $4,611.62; 21015202259602MIRU, **07/12/2008,** $4,026.60; 20825400554202, **07/12/2008,** $4,595.96; 20825400553902, **07/12/2008,** $4,595.96; 20825901049002, **07/12/2008,** $4,256.79; 20825400553802, **07/12/2008,** $4,595.96; 20825400554102, **07/12/2008,** $3,993.69; 20825400554002, **07/12/2008,** $4,256.79; 20826000941402, **07/15/2008,** $4,595.96; 20825901048802, **07/15/2008,** $4,595.96; 20829002800802, **07/16/2008,** $5,961.90; 20825901049102, **07/16/2008,** $5,234.99; 20828904797302, **07/16/2008,** $458.81; 20826100331802, **07/17/2008,** $4,880.18; 20826100331902, **07/17/2008,** $4,880.18; 20828404468702, **07/17/2008,** $4,243.14; 20825901048902, **07/17/2008,** $4,256.79; 20826000941502, **07/17/2008,** $3,255.21; 20826100331702, **07/18/2008,** $4,880.18; 20826302562402, **07/18/2008,** $4,611.62; 20826000941802, **07/18/2008,** $4,880.93; 20827402714602, **07/18/2008,** $4,595.96; 20828305172302, **07/18/2008,** $1,679.27; 20828206855702, **07/18/2008,** $4,290.85; 20826100331602, **07/18/2008,** $5,253.84; 20826000941602, **07/18/2008,** $4,256.79; 20828003618802, **07/20/2008,** $4,256.79; 20828003619002,

**07/21/2008,** $4,907.95; 20827402715202, **07/22/2008,** $4,907.19; 20827402714802, **07/22/2008,** $4,595.96; 20828904797102, **07/22/2008,** $4,595.96; 20827402714702, **07/22/2008,** $4,908.55; 20827402713802, **07/23/2008,** $4,596.67; 20934302328202MIRU, **07/23/2008,** $4,366.16; 20830304008202, **07/23/2008,** $1,329.72; 20829404162902, **07/23/2008,** $4,242.49; 20827402714502, **07/23/2008,** $4,907.19; 20827402714202, **07/23/2008,** $4,595.96; 20827402713702, **07/24/2008,** $4,595.96; 20827503003302, **07/24/2008,** $4,595.96; 20827402715002, **07/24/2008,** $4,256.79; 20827503003402, **07/25/2008,** $4,595.96; 20827503004102, **07/25/2008,** $2,008.49; 20828705369302, **07/26/2008,** $5,177.34; 20828305172502, **07/27/2008,** $4,595.96; 20827402714302, **07/27/2008,** $4,595.96; 20827402713902, **07/27/2008,** $4,595.96; 20827402714902, **07/27/2008,** $4,256.79; 20827503003102, **07/27/2008,** $4,026.60; 20827503003502, **07/27/2008,** $5,254.65; 20827402714102, **07/28/2008,** $4,859.75; 20828305172602, **07/28/2008,** $4,611.62; 20829404162702, **07/29/2008,** $4,595.96; 20827402714402, **07/29/2008,** $4,256.79; 20827503003702, **07/29/2008,** $4,595.96; 20827503003902, **07/29/2008,** $4,595.96; 20828404469102, **07/29/2008,** $4,595.96; 20827503003802, **07/29/2008,** $4,595.96; 20827402714002, **07/30/2008,** $4,595.96; 21219101143902MIRU, **07/30/2008,** $3,993.69; 20827503003002, **07/30/2008,** $4,611.62; 20827503003202, **07/31/2008,** $4,595.96; 21019302325302MIRU, **07/31/2008,** $4,907.19; 20829101590302, **08/01/2008,** $4,595.96; 20827503003602, **08/01/2008,** $4,595.96; 20828003619102, **08/02/2008,** $4,595.96; 20828003618902, **08/02/2008,** $4,553.96; 20828904796602, **08/03/2008,** $4,907.19; 20828705369402, **08/03/2008,** $4,256.79; 20828206855802, **08/03/2008,** $4,595.96; 20828904796502, **08/04/2008,** $4,601.63; 20828301276302, **08/04/2008,** $5,531.93; 20828301273702, **08/04/2008,** $4,256.79; 21016903591302MIRU, **08/04/2008,** $4,256.79; 20828301276102, **08/06/2008,** $4,907.19; 20828301273502, **08/06/2008,** $5,170.98; 20828904796802, **08/06/2008,** $5,564.85; 20828206855502, **08/06/2008,** $4,611.62; 20828301276502, **08/06/2008,** $5,994.14; 20829404163302, **08/06/2008,** $4,900.38; 20828206856002, **08/06/2008,** $4,907.19; 20828404468802, **08/06/2008,** $4,595.96; 20828206856102, **08/06/2008,** $4,595.96; 20828301274002, **08/06/2008,** $5,177.34; 20828206855902, **08/06/2008,** $5,336.48; 20829404163002, **08/06/2008,**

$2,753.05; 20829101590102, **08/07/2008,** $4,859.75; 20830304008102, **08/07/2008,** $4,506.52; 20828904796902, **08/07/2008,** $4,908.55; 20902803396202, **08/07/2008,** $5,531.93; 20829002800702, **08/07/2008,** $4,907.95; 20832904389602T, **08/07/2008,** $432.03; 20828206856202, **08/07/2008,** $4,611.62; 20831803504702, **08/07/2008,** $5,994.14; 20828301276702, **08/07/2008,** $4,595.96; 20829101590402, **08/07/2008,** $4,907.95; 20828301276802, **08/07/2008,** $4,859.75; 20828301276202, **08/08/2008,** $5,336.48; 20828301273602, **08/08/2008,** $5,336.48; 20830300645202, **08/08/2008,** $4,859.75; 20829504396402, **08/08/2008,** $5,234.99; 20829504396702, **08/09/2008,** $202.62; 20829804978102, **08/10/2008,** $4,242.49; 20828301276402, **08/11/2008,** $2,093.46; 20829504396602, **08/11/2008,** $4,595.96; 20830903778402, **08/11/2008,** $5,641.13; 20829604386402, **08/11/2008,** $4,595.96; 20829604386502, **08/12/2008,** $4,595.96; 20829604386902, **08/12/2008,** $4,595.96; 20831005020102, **08/12/2008,** $4,617.06; 20829504396902, **08/12/2008,** $4,026.60; 20829504397002, **08/13/2008,** $5,025.24; 20829404163102, **08/13/2008,** $4,595.96; 20828904796702, **08/13/2008,** $643.83; 20829604386602, **08/13/2008,** $4,595.96; 20829404162802, **08/13/2008,** $4,611.62; 20829504396302, **08/14/2008,** $4,595.96; 20829504396202, **08/14/2008,** $4,026.60; 20828904797402, **08/14/2008,** $1,054.42; 20830903778302, **08/14/2008,** $4,553.96; 20829404163402, **08/15/2008,** $4,256.79; 20829504396802, **08/15/2008,** $4,256.79; 20829101590202, **08/16/2008,** $4,553.96; 20829604386802, **08/17/2008,** $4,595.96; 20829804977902, **08/17/2008,** $4,859.75; 21008503336002MIRU, **08/17/2008,** $4,256.79; 20830304008302, **08/18/2008,** $4,243.14; 20829504396502, **08/19/2008,** $4,256.79; 20829604386302, **08/19/2008,** $1,007.62; 20829804977602, **08/20/2008,** $4,242.49; 21030903365802MIRT, **08/20/2008,** $546.73; 20830503282002, **08/20/2008,** $4,595.96; 20830804626002, **08/21/2008,** $4,242.49; 20830304008402, **08/21/2008,** $4,256.79; 20830205110802, **08/22/2008,** $5,177.34; 20831803505502, **08/24/2008,** $4,256.79; 20832503444002, **08/26/2008,** $2,621.38; 20830503281902, **08/26/2008,** $4,256.79; 20831903523002, **08/27/2008,** $4,880.18; 20832604348102, **08/28/2008,** $4,595.96; 20830300645402, **08/28/2008,** $4,256.79; 20830300645302, **08/28/2008,** $4,880.93; 20835300385402T, **08/29/2008,** $317.32; 20829804977702, **08/29/2008,** $4,256.79; 20830300645102, **08/29/2008,**

$4,256.79; 20830503281702, **08/29/2008,** $6,288.35; 20831803504802, **08/29/2008,** $4,611.62; 20901300249302T, **08/30/2008,** $432.03; 20830503282102, **08/30/2008,** $4,256.79; 20831803505002, **08/30/2008,** $4,917.06; 20833002465602, **09/01/2008,** $4,907.19; 20829804977802, **09/01/2008,** $344.11; 20831005020202, **09/01/2008,** $4,595.96; 20829604386202, **09/02/2008,** $114.70; 21002601236208MIR, **09/03/2008,** $3,394.64; 20829604387002, **09/03/2008,** $2,884.95; 20831501437502, **09/03/2008,** $5,177.34; 20833002465702, **09/03/2008,** $4,907.19; 20831501437702, **09/03/2008,** $4,595.96; 20831501437302, **09/03/2008,** $4,859.75; 20831604115702, **09/03/2008,** $4,553.96; 20834305973702, **09/03/2008,** $4,880.18; 20830804625702, **09/03/2008,** $4,611.62; 20831704972802, **09/04/2008,** $4,611.62; 20831501437902, **09/04/2008,** $4,859.75; 20832901807202, **09/04/2008,** $4,595.96; 20831104534902, **09/05/2008,** $4,672.01; 20833002465102, **09/05/2008,** $4,290.39; 20834602097702, **09/05/2008,** $4,611.62; 20832303225002, **09/06/2008,** $4,256.79; 20831704972902, **09/06/2008,** $5,025.24; 20831903522602, **09/07/2008,** $4,595.96; 20832901807002, **09/07/2008,** $5,234.99; 20832404191002, **09/07/2008,** $4,612.33; 20832500293502T, **09/08/2008,** $3,973.75; 20831104534402, **09/08/2008,** $6,259.06; 20831204037302, **09/08/2008,** $2,753.05; 20831903523102, **09/08/2008,** $5,025.24; 20832604348202, **09/09/2008,** $4,908.55; 20832303224902, **09/09/2008,** $4,907.19; 20831903522502, **09/09/2008,** $4,907.19; 20831803504502, **09/09/2008,** $4,611.62; 20831803505402, **09/09/2008,** $4,611.62; 20834602097202, **09/10/2008,** $4,914.23; 20832901807302, **09/10/2008,** $4,256.79; 20831803504402, **09/10/2008,** $4,595.96; 20831803505202, **09/10/2008,** $4,907.19; 20832901806702, **09/10/2008,** $4,611.62; 20831803505302, **09/10/2008,** $4,907.19; 20831501437602, **09/10/2008,** $4,611.62; 20831501437802, **09/10/2008,** $5,234.99; 20834602097102, **09/10/2008,** $5,234.99; 20831604115602, **09/11/2008,** $4,859.75; 20831704973402, **09/11/2008,** $4,595.96; 20831704973102, **09/11/2008,** $4,859.75; 20831704973302, **09/11/2008,** $4,859.75; 20831704972702, **09/11/2008,** $5,253.84; 20831704973502, **09/12/2008,** $4,595.96; 20831803504602, **09/12/2008,** $5,253.84; 20831903522902, **09/12/2008,** $4,880.18; 20833002465502, **09/13/2008,** $4,595.96; 20832503443902, **09/13/2008,** $4,026.60; 20906504049102, **09/13/2008,** $4,595.96; 20832901806902,

**09/14/2008,** $5,234.99; 20833002465202, **09/14/2008,** $4,026.60; 20832503443502, **09/15/2008,** $4,256.79; 20832503443802, **09/15/2008,** $4,880.18; 20832404190502, **09/15/2008,** $5,234.99; 20832404190302, **09/15/2008,** $4,595.96; 20833603412402T, **09/15/2008,** $3,462.80; 20832404190802, **09/15/2008,** $4,256.79; 20833103952402, **09/15/2008,** $5,234.99; 20835204268102, **09/15/2008,** $4,611.62; 20833103952502, **09/16/2008,** $4,907.19; 20833103952202, **09/16/2008,** $4,595.96; 20832404189802, **09/16/2008,** $5,235.80; 20832404190702, **09/16/2008,** $4,256.79; 20832303224702, **09/16/2008,** $4,337.84; 20831803505102, **09/16/2008,** $5,253.84; 20832303224502, **09/16/2008,** $4,907.19; 20832503443702, **09/16/2008,** $4,595.96; 20833601381402, **09/16/2008,** $5,234.99; 20832604348302, **09/17/2008,** $2,884.95; 20832404190902, **09/17/2008,** $5,994.14; 20832303224602, **09/17/2008,** $4,611.62; 20832404190102, **09/17/2008,** $4,337.84; 20832404190002, **09/17/2008,** $4,595.96; 20832303224402, **09/17/2008,** $4,907.19; 20832503443402, **09/17/2008,** $4,907.19; 20832404189902, **09/18/2008,** $4,611.62; 20835404040602, **09/18/2008,** $4,914.23; 20831903522802, **09/18/2008,** $4,859.75; 20833103952102, **09/18/2008,** $4,767.13; 20831604115802, **09/18/2008,** $4,595.96; 20833103952302, **09/18/2008,** $4,880.18; 20832901807102, **09/19/2008,** $4,256.79; 20831903522702, **09/19/2008,** $4,907.95; 20832404191102, **09/19/2008,** $4,595.96; 20833103952002, **09/19/2008,** $4,595.96; 20832404190402, **09/19/2008,** $5,234.99; 20835304544702, **09/20/2008,** $4,242.49; 20835404040502, **09/20/2008,** $4,595.96; 20834003833702, **09/20/2008,** $4,256.79; 20833002464902, **09/21/2008,** $4,907.95; 20834602097602, **09/21/2008,** $4,907.19; 20832901806602, **09/21/2008,** $4,595.96; 20835304545602, **09/22/2008,** $5,234.99; 20834003833202, **09/22/2008,** $4,907.19; 20832503444102, **09/22/2008,** $4,256.79; 20834602097502, **09/23/2008,** $4,907.19; 20833901474102, **09/24/2008,** $5,234.99; 20833901473202, **09/24/2008,** $4,257.45; 20834305973902, **09/24/2008,** $4,908.55; 20833901473702, **09/25/2008,** $5,025.24; 20833002465402, **09/25/2008,** $4,595.96; 20834003833302, **09/25/2008,** $4,907.19; 20903701415302, **09/25/2008,** $4,907.19; 20834003833902, **09/25/2008,** $5,234.99; 20834003833802, **09/25/2008,** $4,026.60; 20833901474002, **09/25/2008,** $4,907.19; 20834003833102, **09/25/2008,** $5,235.80; 20833901474202, **09/25/2008,**

$4,907.19; 20836400853502, **09/25/2008,** $5,253.84; 20834602097302, **09/26/2008,** $4,595.96; 20900904343202, **09/26/2008,** $5,177.34; 20836400852902, **09/26/2008,** $4,256.79; 20834305974002, **09/26/2008,** $4,880.18; 20901204644102, **09/27/2008,** $911.64; 20902203748402, **09/27/2008,** $4,595.96; 20834305973602, **09/27/2008,** $4,595.96; 20833901473302, **09/27/2008,** $5,253.84; 20833002465302, **09/27/2008,** $4,880.18; 20833901473602, **09/27/2008,** $4,595.96; 20836400854802, **09/27/2008,** $3,673.14; 20832901806802, **09/27/2008,** $4,595.96; 20834003832902, **09/27/2008,** $4,880.18; 20834003833602, **09/27/2008,** $4,058.23; 20833601381302, **09/27/2008,** $4,880.18; 20834003832602, **09/28/2008,** $4,907.19; 20834402600502, **09/28/2008,** $4,907.19; 20834305973802, **09/28/2008,** $4,907.19; 20901204643802, **09/28/2008,** $5,234.99; 20834003833402, **09/29/2008,** $4,907.19; 20834003832702, **09/29/2008,** $5,234.99; 20901303436702, **09/30/2008,** $4,907.19; 20834003833002, **09/30/2008,** $5,234.99; 20834305973502, **09/30/2008,** $4,595.96; 20834003834002, **10/01/2008,** $4,617.06; 20833901473402, **10/01/2008,** $4,880.18; 20833901473102, **10/01/2008,** $5,234.99; 20834003832802, **10/01/2008,** $5,531.93; 20836400855002, **10/01/2008,** $4,907.19; 20833901473802, **10/01/2008,** $4,596.67; 20836400854602, **10/01/2008,** $4,907.19; 20833901473002, **10/02/2008,** $4,337.84; 21215001559402MIRU, **10/02/2008,** $4,256.79; 20833901473902, **10/02/2008,** $4,907.19; 20834003833502, **10/02/2008,** $4,242.49; 20902803389502, **10/03/2008,** $4,291.05; 20836400854702, **10/03/2008,** $4,880.18; 20902006528102, **10/03/2008,** $5,234.99; 20902803398302, **10/03/2008,** $4,256.79; 20835404040802, **10/03/2008,** $5,531.93; 20832601161302T, **10/03/2008,** $1,464.84; 20900605202002, **10/03/2008,** $4,595.96; 20835404040902, **10/04/2008,** $4,859.75; 20836400853802, **10/04/2008,** $4,026.60; 20902203748502, **10/05/2008,** $0.00; 21016102422302MIRU, **10/05/2008,** $4,907.19; 20902203747702, **10/05/2008,** $4,595.96; 20835304545502, **10/05/2008,** $4,595.96; 20835304544802, **10/05/2008,** $5,234.99; 20902203748302, **10/05/2008,** $5,564.85; 20834602097402, **10/05/2008,** $4,907.19; 20902203748202, **10/05/2008,** $5,234.99; 20835003990802, **10/05/2008,** $5,234.99; 20831800130408, **10/05/2008,** $458.81; 20835304545402, **10/06/2008,** $5,177.34; 20835304545302, **10/06/2008,** $4,611.62; 20836400854502, **10/06/2008,** $5,234.99; 20913901430702MIRT, **10/06/2008,**

$1,393.43; 20901204644702, **10/06/2008,** $4,596.67; 21001401460602MIRU, **10/06/2008,** $4,611.62; 20900904343402, **10/06/2008,** $4,611.62; 20904304094702, **10/06/2008,** $5,531.93; 20902203747902, **10/06/2008,** $4,907.19; 20835404041002, **10/06/2008,** $4,907.19; 20900605202202, **10/06/2008,** $4,880.93; 20835003990602, **10/06/2008,** $4,907.19; 20836400853402, **10/06/2008,** $4,907.19; 20901503204402, **10/07/2008,** $4,553.96; 20836400853702, **10/07/2008,** $5,234.99; 20835100170308, **10/07/2008,** $3,109.75; 20902203747602, **10/07/2008,** $4,907.19; 20900605201802, **10/07/2008,** $5,234.99; 20900904342802, **10/07/2008,** $4,907.19; 20902803389902, **10/07/2008,** $3,307.20; 20836400854302, **10/07/2008,** $5,234.99; 20901204644302, **10/08/2008,** $3,993.69; 20835304545202, **10/08/2008,** $4,938.06; 20831704972602, **10/08/2008,** $573.40; 20835003990502, **10/10/2008,** $0.00; 20900904342402, **10/10/2008,** $6,288.35; 20903403266302, **10/10/2008,** $4,880.18; 20902203748002, **10/11/2008,** $4,595.96; 20836400853602, **10/11/2008,** $4,595.96; 20903303702402, **10/11/2008,** $4,026.60; 20900904342602, **10/12/2008,** $4,907.19; 20900904343002, **10/12/2008,** $4,907.19; 20836400853002, **10/12/2008,** $4,337.84; 20900904343102, **10/12/2008,** $4,907.19; 20836400854902, **10/12/2008,** $4,907.19; 20901204644602, **10/12/2008,** $5,234.99; 20901204644402, **10/13/2008,** $4,595.96; 20902203748602, **10/13/2008,** $4,337.84; 20835003990402, **10/13/2008,** $649.08; 20836400854202, **10/13/2008,** $5,234.99; 20901204643902, **10/13/2008,** $5,234.99; 20835003990702, **10/14/2008,** $645.17; 20836400853102, **10/14/2008,** $4,337.84; 20835404040702, **10/14/2008,** $5,170.98; 20911100312402MIRT, **10/14/2008,** $1,210.13; 20901405057402, **10/14/2008,** $5,234.99; 20905703603502, **10/14/2008,** $2,885.39; 20902803398202, **10/14/2008,** $4,595.96; 20904105527802, **10/14/2008,** $3,783.70; 20903503155002, **10/15/2008,** $3,994.30; 20903503155102, **10/15/2008,** $4,257.45; 20903503155402, **10/15/2008,** $4,880.93; 20835404040402, **10/15/2008,** $4,611.62; 20900605201702, **10/16/2008,** $4,611.62; 20900605201202, **10/16/2008,** $5,234.99; 20836400853302, **10/16/2008,** $5,234.99; 20900605202702, **10/17/2008,** $4,907.19; 20902803396402, **10/17/2008,** $4,595.96; 20904000603802T, **10/17/2008,** $680.87; 20836400854402, **10/17/2008,** $5,234.99; 20900605201402, **10/18/2008,** $4,880.18; 20900904343502, **10/20/2008,** $4,907.19; 20907200427002U, **10/20/2008,** $4,337.84; 20901405056202, **10/20/2008,**

$1,127.84; 20900904343702, **10/20/2008,** $4,907.19; 20900605202302, **10/21/2008,** $4,337.84; 20900605201102, **10/21/2008,** $4,907.19; 20900605202902, **10/21/2008,** $4,907.19; 20900605201002, **10/21/2008,** $4,907.19; 20901204644202, **10/21/2008,** $2,684.34; 20904000605402T, **10/21/2008,** $5,416.44; 20900904342202, **10/22/2008,** $4,907.19; 20901405056002, **10/22/2008,** $4,907.19; 20900605200902, **10/22/2008,** $4,907.19; 20836400854002, **10/24/2008,** $5,561.44; 20833002465002, **10/24/2008,** $2,420.25; 20900605202402, **10/25/2008,** $4,595.96; 20836400853202, **10/25/2008,** $0.00; 20901405056402, **10/25/2008,** $5,121.45; 20900605200402, **10/26/2008,** $4,907.19; 20900605201902, **10/26/2008,** $4,611.62; 20901405056502, **10/26/2008,** $5,234.99; 20900605200502, **10/26/2008,** $4,611.62; 20900605202602, **10/26/2008,** $5,234.99; 20902006527602, **10/27/2008,** $4,611.62; 20900904342302, **10/27/2008,** $5,235.80; 20903303701702, **10/28/2008,** $5,235.80; 20903303701802, **10/28/2008,** $4,595.96; 20902803397502, **10/28/2008,** $5,235.80; 20902006528602, **10/28/2008,** $5,234.99; 20904304094802, **10/28/2008,** $4,880.93; 20902300560508, **10/28/2008,** $364.83; 20900904343602, **10/28/2008,** $4,907.19; 20903701415202, **10/29/2008,** $4,880.93; 20909800337802MIRU, **10/29/2008,** $4,611.62; 20906200250702T, **10/29/2008,** $202.62; 20900605202502, **10/29/2008,** $4,907.19; 20903303702202, **10/29/2008,** $4,612.33; 20902803397802, **10/29/2008,** $5,235.80; 20901204644502, **10/29/2008,** $4,595.96; 20901405056802, **10/30/2008,** $4,907.19; 20900605201302, **10/30/2008,** $5,234.99; 20901405057102, **10/30/2008,** $4,611.62; 20900605200802, **10/30/2008,** $3,307.20; 20900605202102, **10/30/2008,** $5,170.98; 20907603517302, **10/30/2008,** $5,254.65; 20902803396802, **10/31/2008,** $4,612.33; 20904105527402, **10/31/2008,** $3,652.36; 20904105526802, **10/31/2008,** $3,673.70; 20900605201602, **10/31/2008,** $4,595.96; 20901405056902, **10/31/2008,** $5,531.93; 20902803389002, **10/31/2008,** $4,612.33; 20902803388902, **10/31/2008,** $4,026.60; 20901405055902, **10/31/2008,** $4,859.75; 20903303700902, **10/31/2008,** $4,612.33; 20900605202802, **10/31/2008,** $5,234.99; 20900904343302, **11/02/2008,** $5,531.93; 20900904342902, **11/02/2008,** $5,234.99; 20901405056302, **11/02/2008,** $4,880.18; 20900904342502, **11/02/2008,** $5,234.99; 20901503204502, **11/03/2008,** $5,495.40; 20902006528002, **11/03/2008,** $5,222.18; 20902203747802, **11/03/2008,**

$4,907.19; 20901405057002, **11/03/2008,** $5,495.40; 20902803396302, **11/04/2008,** $5,495.40; 20903303701302, **11/04/2008,** $5,200.43; 20901405056102, **11/04/2008,** $5,495.40; 20901405057202, **11/05/2008,** $5,495.40; 20904004011002, **11/05/2008,** $4,880.18; 20901405057302, **11/05/2008,** $5,495.40; 20901405056602, **11/05/2008,** $5,495.40; 20901405056702, **11/05/2008,** $6,217.70; 20903303702502, **11/05/2008,** $5,158.31; 20904004011202, **11/06/2008,** $4,895.18; 20904004011302, **11/06/2008,** $5,607.94; 20904902662802, **11/07/2008,** $1,782.90; 20905403343102, **11/07/2008,** $4,617.77; 21002601493208MIR, **11/07/2008,** $360.69; 20905403343202, **11/07/2008,** $5,345.01; 20902006528802, **11/08/2008,** $4,868.22; 20902006527902, **11/08/2008,** $4,584.71; 20903503154702, **11/08/2008,** $4,880.93; 20903503156402, **11/08/2008,** $4,257.45; 20901303437002, **11/09/2008,** $5,518.38; 20902006527802, **11/10/2008,** $5,158.31; 20902006528702, **11/10/2008,** $4,868.22; 20902200173302T, **11/10/2008,** $959.43; 20902006528202, **11/10/2008,** $5,222.18; 20903503154902, **11/10/2008,** $4,584.71; 20902006527702, **11/10/2008,** $5,551.21; 20902006528902, **11/11/2008,** $5,222.18; 20903503155502, **11/11/2008,** $4,000.04; 20904105527602, **11/11/2008,** $4,000.04; 20905403341802, **11/11/2008,** $4,581.17; 21015202261302MIRU, **11/11/2008,** $4,581.17; 20901303436902, **11/11/2008,** $4,895.18; 20901303436802, **11/11/2008,** $4,895.18; 20903503154802, **11/11/2008,** $3,994.30; 20903503154402, **11/11/2008,** $4,847.95; 20903303701502, **11/11/2008,** $4,584.71; 20902006528302, **11/11/2008,** $5,222.18; 20903503155802, **11/11/2008,** $4,523.90; 20901303437102, **11/11/2008,** $4,895.18; 20903503155202, **11/11/2008,** $4,228.70; 20902803398102, **11/13/2008,** $4,327.22; 20903303700802, **11/13/2008,** $4,847.84; 20902803389302, **11/15/2008,** $4,868.22; 20904105527702, **11/15/2008,** $4,016.75; 20904105526202, **11/15/2008,** $4,584.71; 20905703606402, **11/15/2008,** $4,016.75; 20909304156302, **11/16/2008,** $4,876.14; 20903303701202, **11/16/2008,** $5,222.18; 20902803390002, **11/16/2008,** $4,895.18; 20902803389402, **11/17/2008,** $4,895.18; 20904304093702, **11/17/2008,** $5,222.18; 20905403342602, **11/17/2008,** $4,617.77; 20903503155702, **11/17/2008,** $4,016.75; 20902803389602, **11/17/2008,** $4,896.53; 20902803397202, **11/17/2008,** $5,222.18; 20902803397002, **11/18/2008,** $5,222.18; 20902803397102, **11/18/2008,** $4,895.18; 20905601814202, **11/18/2008,**

$5,551.21; 20902803397702, **11/18/2008,** $4,874.79; 20902803389802, **11/18/2008,** $4,327.22; 20902803396502, **11/18/2008,** $4,895.18; 20902803396702, **11/18/2008,** $4,232.11; 20901405057502, **11/18/2008,** $4,868.22; 20902803389702, **11/18/2008,** $5,222.18; 20902803397302, **11/18/2008,** $4,895.18; 20904105527102, **11/18/2008,** $4,605.76; 20902803396602, **11/18/2008,** $4,895.18; 20903603893902, **11/19/2008,** $4,584.71; 20903503154302, **11/19/2008,** $4,565.62; 20902803389102, **11/19/2008,** $4,309.21; 20902803398402, **11/19/2008,** $4,895.18; 20902803397902, **11/20/2008,** $4,000.04; 20905601814702, **11/21/2008,** $4,584.71; 20903701415402, **11/21/2008,** $4,232.11; 20902803396902, **11/21/2008,** $4,584.71; 20905601813902, **11/21/2008,** $4,584.71; 20902803389202, **11/22/2008,** $4,584.71; 20903503156302, **11/23/2008,** $4,584.71; 20904105526402, **11/23/2008,** $4,868.22; 20905601814502, **11/23/2008,** $4,327.22; 20905703604802, **11/23/2008,** $4,895.18; 20915904685002MIR, **11/23/2008,** $2,753.48; 20904304093502, **11/23/2008,** $5,222.18; 20905703605302, **11/23/2008,** $4,895.18; 20904304094102, **11/23/2008,** $4,327.22; 20905403340502, **11/23/2008,** $4,896.53; 20903303701602, **11/24/2008,** $4,327.22; 20903303702302, **11/24/2008,** $5,158.31; 20903503156102, **11/24/2008,** $4,584.71; 20906504049002, **11/24/2008,** $3,307.20; 20904105527902, **11/24/2008,** $4,584.71; 20903303702102, **11/24/2008,** $5,551.21; 20904004011502, **11/25/2008,** $4,847.95; 20903503155302, **11/25/2008,** $4,584.71; 20905703603202, **11/25/2008,** $4,895.18; 20904105526502, **11/25/2008,** $5,143.14; 20905402275702, **11/25/2008,** $4,868.22; 20906402916302, **11/25/2008,** $6,217.70; 20903303701002, **11/25/2008,** $4,895.18; 20905703605102, **11/25/2008,** $4,895.18; 20903303701402, **11/25/2008,** $4,895.18; 20906402916602, **11/25/2008,** $5,200.43; 20903503156202, **11/25/2008,** $4,605.76; 20904004011102, **11/25/2008,** $5,143.14; 20906504048502, **11/25/2008,** $5,222.18; 20903603894402, **11/25/2008,** $4,584.71; 20903303702002, **11/25/2008,** $4,327.22; 20905403341602, **11/25/2008,** $4,228.70; 20903503154602, **11/25/2008,** $4,584.71; 20912604375602MIR, **11/26/2008,** $3,508.33; 20904105526702, **11/26/2008,** $4,584.71; 20903303702602, **11/26/2008,** $4,327.22; 20906402917102, **11/26/2008,** $5,200.43; 20905703604702, **11/26/2008,** $4,895.18; 20906300238602T, **11/26/2008,** $2,242.61; 20906402917002, **11/26/2008,** $6,599.26;

20904105527502, **11/26/2008,** $4,584.71; 20902803397602, **11/26/2008,** $6,217.70; 20905601815302, **11/26/2008,** $5,222.18; 20904105526302, **11/26/2008,** $4,016.75; 20906402916202, **11/26/2008,** $5,200.43; 20905601814602, **11/26/2008,** $4,895.18; 20902803398002, **11/26/2008,** $5,495.40; 20910503957202MIR, **11/26/2008,** $3,057.72; 20836400853902, **11/26/2008,** $546.73; 20914005336902MIR, **11/26/2008,** $3,911.17; 20904304094502, **11/26/2008,** $5,158.31; 20904304093402, **11/26/2008,** $5,222.18; 20905703604302, **11/26/2008,** $4,600.33; 20904304093902, **11/26/2008,** $4,895.18; 20904304094302, **11/27/2008,** $4,584.71; 20904304094002, **11/27/2008,** $4,895.18; 20904304094202, **11/27/2008,** $4,868.22; 20904105527302, **11/27/2008,** $4,584.71; 20908200351002T, **11/27/2008,** $3,838.41; 20909800331902MIRT, **11/27/2008,** $536.93; 20906504048202, **11/27/2008,** $4,584.71; 20906402917402, **11/27/2008,** $4,590.37; 20905703604202, **11/27/2008,** $4,327.22; 20903603894202, **11/28/2008,** $4,584.71; 20917000905402MIR, **11/28/2008,** $307.52; 20905703605502, **11/28/2008,** $4,016.75; 20907803501702, **11/28/2008,** $4,874.79; 20905403341202, **11/28/2008,** $5,012.94; 20910503956902MIR, **11/28/2008,** $5,922.51; 20916901484702MIR, **11/28/2008,** $2,065.95; 20905601815402, **11/28/2008,** $4,584.71; 20904304093602, **11/28/2008,** $4,847.84; 20908303988602, **11/28/2008,** $4,895.18; 20905601815002, **11/28/2008,** $4,895.18; 20906903714202, **11/28/2008,** $3,648.91; 20905601814902, **11/28/2008,** $4,895.18; 20917000905502MIR, **11/28/2008,** $202.62; 20907203479102, **11/28/2008,** $4,584.71; 20903603894302, **11/28/2008,** $5,240.97; 20904105526602, **11/29/2008,** $4,584.71; 20903603894502, **11/29/2008,** $4,584.71; 20905703605602, **11/30/2008,** $4,895.18; 20907803501602, **11/30/2008,** $4,895.18; 20904105527002, **11/30/2008,** $5,222.18; 20904105526102, **11/30/2008,** $5,222.18; 20903603894002, **11/30/2008,** $4,895.18; 20905601814102, **11/30/2008,** $4,895.18; 20910603684202MIR, **11/30/2008,** $3,299.11; 20905403340402, **11/30/2008,** $4,874.79; 20903503155902, **11/30/2008,** $4,605.76; 20914702017802MIR, **11/30/2008,** $4,584.71; 20903603894102, **11/30/2008,** $5,551.21; 20905601813802, **11/30/2008,** $4,327.22; 20905403343602, **12/01/2008,** $4,327.22; 21215001559502MIRU, **12/01/2008,** $4,600.33; 20903503154502, **12/01/2008,** $4,895.18; 20905403342302, **12/02/2008,** $4,600.33; 20903503155602, **12/02/2008,** $5,164.65; 20903503156002, **12/03/2008,**

$4,847.84; 20904105527202, **12/03/2008,** $4,600.33; 20905703606302, **12/04/2008,** $4,881.27; 20905403342702, **12/05/2008,** $4,868.22; 20906204999202, **12/05/2008,** $0.00; 20905403343302, **12/05/2008,** $4,895.18; 20905703604002, **12/05/2008,** $4,895.18; 20905403341002, **12/05/2008,** $4,895.18; 20905703604602, **12/06/2008,** $4,016.75; 20904004011402, **12/06/2008,** $4,868.22; 20905403341102, **12/06/2008,** $4,868.22; 20905703606102, **12/06/2008,** $4,584.71; 20905403343502, **12/06/2008,** $4,584.71; 20905703603402, **12/07/2008,** $4,590.37; 20906504046302, **12/07/2008,** $4,020.15; 20911902228802MIR, **12/07/2008,** $1,834.74; 20905703603902, **12/07/2008,** $4,895.18; 20905703603302, **12/07/2008,** $4,895.18; 20923802927502MIR, **12/08/2008,** $4,895.18; 20905703604502, **12/08/2008,** $0.00; 20905601815102, **12/09/2008,** $4,895.18; 20905403340702, **12/09/2008,** $4,847.84; 20905703604402, **12/10/2008,** $5,158.31; 20921703839002MIR, **12/10/2008,** $1,979.47; 20905601815502, **12/10/2008,** $4,847.84; 20905703604902, **12/10/2008,** $5,158.31; 20905703605802, **12/10/2008,** $4,895.18; 20905403340902, **12/11/2008,** $4,868.22; 20905703605202, **12/11/2008,** $5,136.83; 20905703605902, **12/11/2008,** $4,309.21; 20905403341702, **12/11/2008,** $4,000.04; 20905403343002, **12/11/2008,** $4,228.70; 20905703603102, **12/11/2008,** $5,323.40; 20912004865802MIR, **12/11/2008,** $5,200.43; 20905403340302, **12/11/2008,** $3,983.92; 20905403342802, **12/11/2008,** $4,584.71; 20907108377702, **12/11/2008,** $202.62; 20905403342102, **12/12/2008,** $5,222.18; 20906504048402, **12/13/2008,** $3,299.11; 20905403341402, **12/13/2008,** $4,232.11; 20906504046902, **12/13/2008,** $4,584.71; 21002601218608MIR, **12/14/2008,** $2,496.81; 20906504047902, **12/14/2008,** $4,246.38; 20905403341302, **12/15/2008,** $4,600.33; 20905403342202, **12/15/2008,** $5,222.18; 20916605107202MIR, **12/16/2008,** $2,282.09; 20906504048602, **12/16/2008,** $4,868.22; 20920202673302MIR, **12/16/2008,** $4,246.38; 20906504046202, **12/16/2008,** $4,542.81; 20906504047602, **12/16/2008,** $4,584.71; 20906504046702, **12/16/2008,** $5,222.18; 20905403340202, **12/16/2008,** $5,222.18; 20905703604102, **12/16/2008,** $5,222.18; 20911902228902MIR, **12/16/2008,** $4,228.70; 20905703605002, **12/16/2008,** $4,868.22; 20906504048302, **12/16/2008,** $5,164.65; 20912004865302MIR, **12/16/2008,** $3,967.34; 20907108378402, **12/17/2008,** $4,895.18; 20906504046602, **12/17/2008,** $4,847.84; 20905601814802, **12/18/2008,** $5,158.31;

20906402917202, **12/18/2008,** $5,922.51; 20905703606502, **12/18/2008,** $5,222.18; 20905601814302, **12/18/2008,** $5,158.31; 20906402916802, **12/18/2008,** $5,200.43; 20905703605702, **12/18/2008,** $4,874.79; 20906402915902, **12/18/2008,** $5,922.51; 20906402917302, **12/18/2008,** $5,200.43; 20905403342902, **12/18/2008,** $4,895.18; 20905703606002, **12/18/2008,** $5,518.38; 20905703603602, **12/18/2008,** $4,874.79; 20907108377602, **12/18/2008,** $3,499.75; 20905601814402, **12/19/2008,** $5,158.31; 20905703603702, **12/19/2008,** $4,874.79; 20906402916702, **12/19/2008,** $5,922.51; 20905403340602, **12/19/2008,** $4,827.66; 20907203479302, **12/19/2008,** $4,581.17; 20907200427102U, **12/19/2008,** $4,600.33; 20905403340802, **12/20/2008,** $4,016.75; 20911201163802MIRU, **12/20/2008,** $4,584.71; 20905403342402, **12/20/2008,** $4,584.71; 20909902578202MIR, **12/20/2008,** $4,584.71; 20914100452702MIRT, **12/20/2008,** $1,599.98; 20906504048902, **12/21/2008,** $4,584.71; 20919703731702MIR, **12/21/2008,** $4,895.18; 20906504046502, **12/21/2008,** $4,605.76; 20909604844802MIR, **12/23/2008,** $3,499.75; 20913304694902MIR, **12/23/2008,** $5,277.88; 20905403342002, **12/23/2008,** $5,518.38; 20905601814002, **12/23/2008,** $5,158.31; 20912801762302MIR, **12/24/2008,** $4,495.47; 20907503412602, **12/24/2008,** $5,222.18; 20905703606202, **12/24/2008,** $4,874.79; 20906504045702, **12/25/2008,** $4,868.22; 20907503412502, **12/25/2008,** $4,600.33; 20907503413102, **12/25/2008,** $4,868.22; 20906504045902, **12/25/2008,** $4,246.38; 20914005336002MIR, **12/25/2008,** $4,868.22; 20911001872202MIR, **12/27/2008,** $4,847.95; 20909604844502MIR, **12/27/2008,** $4,992.06; 20907503413202, **12/27/2008,** $4,847.95; 20905403343402, **12/27/2008,** $4,584.71; 20906504046002, **12/28/2008,** $5,222.18; 20908904000202, **12/28/2008,** $4,868.22; 20906504048002, **12/28/2008,** $4,584.71; 20913204219502MIR, **12/28/2008,** $4,232.11; 20910004652602MIR, **12/28/2008,** $4,228.70; 20909604844702MIR, **12/28/2008,** $5,200.43; 20907108377502, **12/29/2008,** $4,584.71; 20906504046802, **12/29/2008,** $4,868.22; 20906504048102, **12/29/2008,** $4,246.38; 20906504047702, **12/29/2008,** $5,164.65; 20910503956502MIR, **12/30/2008,** $4,262.53; 20906504047202, **12/30/2008,** $4,895.18; 20913402397802MIR, **12/30/2008,** $4,644.10; 20906504045802, **12/30/2008,** $3,682.28; 20910503957902MIR, **12/30/2008,** $4,228.70; 20909902577602MIR, **12/30/2008,** $6,663.79; 20913402397902MIR, **12/30/2008,** $4,016.75;

20905703603802, **12/30/2008,** $4,228.70; 20906504048802, **12/30/2008,** $4,868.22; 20905703605402, **12/30/2008,** $4,847.95; 20913204219602MIR, **12/31/2008,** $4,327.22; 20919503974802MIR, **01/01/2009,** $107.60; 20908504266302, **01/02/2009,** $5,143.14; 20906402916002, **01/02/2009,** $4,309.21; 20906402916102, **01/02/2009,** $5,922.51; 20906402915802, **01/02/2009,** $5,219.15; 20906402916402, **01/02/2009,** $5,528.09; 20906402916502, **01/02/2009,** $4,874.79; 20907704160302, **01/02/2009,** $4,523.90; 20906402916902, **01/02/2009,** $4,309.21; 20908602611702, **01/02/2009,** $5,257.71; 20907704160502, **01/03/2009,** $5,143.14; 20920404751902MIR, **01/03/2009,** $5,570.04; 20907704159802, **01/03/2009,** $4,876.14; 20907902745502, **01/04/2009,** $5,495.40; 20907704160402, **01/04/2009,** $5,495.40; 20908504266202, **01/04/2009,** $5,603.87; 20907704160002, **01/04/2009,** $6,217.70; 20914702018302MIR, **01/04/2009,** $3,299.11; 20920404751602MIR, **01/05/2009,** $225.26; 20919503975302MIR, **01/05/2009,** $1,333.69; 20908203933002, **01/06/2009,** $4,868.22; 20921703838502MIR, **01/06/2009,** $4,896.53; 20906504048702, **01/06/2009,** $2,755.83; 20907108377202, **01/06/2009,** $4,495.47; 20919703732302MIR, **01/06/2009,** $1,333.69; 20907108378202, **01/06/2009,** $5,164.65; 20907503412702, **01/07/2009,** $5,151.52; 20907503413302, **01/07/2009,** $3,499.75; 20908203933202, **01/08/2009,** $4,523.90; 20911300589802MIRT, **01/09/2009,** $3,838.41; 20908203932802, **01/09/2009,** $4,847.84; 20907108377302, **01/09/2009,** $5,240.97; 20907108377102, **01/09/2009,** $4,584.71; 20907108376902, **01/09/2009,** $4,016.75; 20908203932402, **01/09/2009,** $5,240.97; 21233800220508MIR, **01/09/2009,** $0.00; 20907203479202, **01/09/2009,** $2,174.14; 20907603517402, **01/09/2009,** $4,476.76; 20907603517602, **01/10/2009,** $4,584.71; 20906504049202, **01/10/2009,** $4,605.76; 20911402832902MIR, **01/10/2009,** $3,967.34; 20911301770102MIR, **01/10/2009,** $4,584.71; 20907108377402, **01/10/2009,** $4,584.71; 20907203479002, **01/10/2009,** $4,016.75; 20915904684702MIR, **01/10/2009,** $2,746.33; 20910004653102MIR, **01/10/2009,** $4,584.71; 20908303988502, **01/10/2009,** $5,504.12; 20908203933302, **01/11/2009,** $4,902.19; 20911301769702MIR, **01/11/2009,** $5,551.21; 21002702189902MIRU, **01/12/2009,** $3,664.16; 20906504047302, **01/12/2009,** $4,246.38; 20911402832502MIR, **01/12/2009,** $4,874.79; 20911001872302MIR, **01/13/2009,** $4,327.22; 20909604844902MIR, **01/13/2009,** $5,136.83; 20906504046402,

**01/13/2009,** $4,605.76; 20909902577802MIR, **01/13/2009,** $4,600.33; 20910503957102MIR, **01/13/2009,** $5,222.18; 20922402821802MIR, **01/13/2009,** $4,246.38; 20907102426302, **01/13/2009,** $117.66; 20909604845102MIR, **01/13/2009,** $5,922.51; 20910503957502MIR, **01/13/2009,** $5,528.09; 20910503957702MIR, **01/13/2009,** $5,947.29; 20914902575702MIR, **01/14/2009,** $4,280.35; 20915904684402MIR, **01/14/2009,** $2,482.73; 20910503956802MIR, **01/14/2009,** $5,222.18; 20908402845502, **01/14/2009,** $4,584.71; 20914902575802MIR, **01/14/2009,** $4,232.11; 20914902576002MIR, **01/14/2009,** $4,246.38; 20916005361002MIR, **01/14/2009,** $5,164.65; 20908904000102, **01/15/2009,** $4,895.18; 20910603684502MIR, **01/15/2009,** $5,158.31; 20914902575602MIR, **01/15/2009,** $2,412.09; 20908504265902, **01/15/2009,** $2,900.08; 20914902575902MIR, **01/15/2009,** $3,642.86; 20908602611802, **01/15/2009,** $5,814.36; 20908402845702, **01/16/2009,** $4,232.11; 20908504266702, **01/16/2009,** $4,868.22; 20910503956402MIR, **01/16/2009,** $4,895.18; 20912004866202MIR, **01/16/2009,** $1,295.06; 20908602611302, **01/16/2009,** $5,222.18; 20920404750902MIR, **01/16/2009,** $2,596.33; 20908402845202, **01/17/2009,** $4,605.76; 20908402845302, **01/17/2009,** $4,232.11; 20907803501802, **01/17/2009,** $4,565.62; 20915402794702MIR, **01/17/2009,** $2,550.00; 20907902745402, **01/17/2009,** $4,565.62; 20908504267002, **01/17/2009,** $3,664.16; 20912004865402MIR, **01/17/2009,** $4,584.71; 20908402845002, **01/17/2009,** $4,232.11; 21017402408608MIRU, **01/17/2009,** $1,098.53; 20906504047502, **01/17/2009,** $3,299.11; 20915402794902MIR, **01/17/2009,** $4,584.71; 20909802264502MIR, **01/17/2009,** $4,868.22; 20915402794502MIR, **01/18/2009,** $4,895.18; 20907108378302, **01/18/2009,** $883.65; 20908504266402, **01/18/2009,** $4,000.04; 20908402845602, **01/18/2009,** $4,605.76; 20907203479402, **01/19/2009,** $4,020.15; 20910503957002MIR, **01/19/2009,** $4,246.38; 20911301769802MIR, **01/19/2009,** $4,246.38; 20912004866002MIR, **01/19/2009,** $3,774.44; 20907108377802, **01/19/2009,** $4,000.04; 20919703731402MIR, **01/20/2009,** $1,333.69; 20909902578002MIR, **01/20/2009,** $4,584.71; 20910603684302MIR, **01/20/2009,** $4,327.22; 20908402845102, **01/20/2009,** $4,605.76; 20906504047002, **01/20/2009,** $3,642.86; 20915904684302MIR, **01/20/2009,** $4,220.78; 20910503956602MIR, **01/20/2009,** $1,627.41; 20914005336702MIR, **01/21/2009,** $4,895.18; 20911700197102MIRT, **01/22/2009,** $4,038.25; 20911301770502MIR, **01/22/2009,** $4,279.89; 20909802265102MIR, **01/22/2009,** $4,600.33;

20912004865902MIR, **01/22/2009,** $4,895.18; 20912604375902MIR, **01/22/2009,** $5,547.82; 20917604186502MIR, **01/22/2009,** $323.10; 20910004652802MIR, **01/22/2009,** $4,584.71; 20909800330902MIRT, **01/22/2009,** $2,426.14; 20910603684602MIR, **01/22/2009,** $5,547.82; 20911301770402MIR, **01/22/2009,** $4,847.84; 20916005361202MIR, **01/23/2009,** $5,323.40; 20910503957402MIR, **01/23/2009,** $4,327.22; 20911203081502MIR, **01/23/2009,** $4,327.22; 20908504266002, **01/23/2009,** $4,279.89; 20909802264702MIR, **01/23/2009,** $5,495.40; 20907704160202, **01/23/2009,** $4,847.84; 20908904000302, **01/24/2009,** $4,584.71; 20913801334402MIR, **01/24/2009,** $4,584.71; 20912004866302MIR, **01/24/2009,** $3,640.60; 20910004652502MIR, **01/24/2009,** $4,868.22; 20916005360702MIR, **01/24/2009,** $5,570.04; 20917604186702MIR, **01/24/2009,** $325.50; 20909902577702MIR, **01/24/2009,** $4,868.22; 20913402398002MIR, **01/24/2009,** $3,299.11; 20909802264902MIR, **01/24/2009,** $4,584.71; 20916005360802MIR, **01/24/2009,** $4,847.95; 20912004865702MIR, **01/24/2009,** $3,499.75; 20921203128402MIR, **01/24/2009,** $4,233.47; 20910603684102MIR, **01/24/2009,** $4,584.71; 20909802265202MIR, **01/24/2009,** $4,016.75; 20910503957602MIR, **01/25/2009,** $5,200.43; 20916005360902MIR, **01/25/2009,** $3,285.40; 20910004653002MIR, **01/25/2009,** $5,922.51; 20910503957802MIR, **01/25/2009,** $4,600.33; 20908402845402, **01/25/2009,** $5,865.23; 20910503956702MIR, **01/25/2009,** $5,200.43; 20909802265402MIR, **01/25/2009,** $5,518.38; 20916101755802MIR, **01/25/2009,** $4,895.18; 20907704160102, **01/25/2009,** $4,881.78; 20909802265302MIR, **01/25/2009,** $5,158.31; 20905703601302, **01/25/2009,** $2,008.38; 20911203082002MIR, **01/25/2009,** $4,246.38; 20914005336602MIR, **01/25/2009,** $4,232.11; 20908602611602, **01/26/2009,** $4,584.71; 20910004652702MIR, **01/26/2009,** $4,232.11; 20909902577902MIR, **01/26/2009,** $6,626.88; 20910004652902MIR, **01/26/2009,** $4,584.71; 20909802265002MIR, **01/26/2009,** $4,895.18; 20916005361102MIR, **01/26/2009,** $1,268.71; 20933503319902MIRT, **01/26/2009,** $352.98; 20908504266902, **01/26/2009,** $5,164.65; 20911301770702MIR, **01/26/2009,** $4,246.38; 20925303338502MIR, **01/26/2009,** $3,664.16; 20920404751002MIR, **01/27/2009,** $117.66; 20908504265802, **01/27/2009,** $4,584.71; 20909604844602MIR, **01/27/2009,** $3,648.91; 20908504266102, **01/27/2009,** $4,847.84; 20913801334502MIR, **01/27/2009,** $4,902.19; 20910004652402MIR, **01/27/2009,** $4,584.71; 20912704232602MIR, **01/27/2009,** $4,495.47; 20916901484602MIR, **01/27/2009,** $235.31;

20911702230502MIR, **01/27/2009,** $4,895.18; 20908504266802, **01/27/2009,** $5,143.14; 20911702230402MIR, **01/27/2009,** $4,584.71; 20914005337002MIR, **01/27/2009,** $5,240.97; 20916101755602MIR, **01/27/2009,** $1,102.24; 20917301794502MIR, **01/27/2009,** $2,620.49; 20911702230602MIR, **01/27/2009,** $3,682.28; 20907108378002, **01/28/2009,** $4,495.47; 20910603684702MIR, **01/28/2009,** $4,605.76; 20908904000002, **01/28/2009,** $4,847.84; 20919603753802MIR, **01/28/2009,** $559.70; 20913801334602MIR, **01/28/2009,** $4,895.18; 20919703732402MIR, **01/29/2009,** $117.66; 20908203932902, **01/29/2009,** $4,495.47; 20911402832702MIR, **01/29/2009,** $4,896.53; 20911203082102MIR, **01/29/2009,** $4,016.75; 20908203933602, **01/29/2009,** $4,605.76; 20917604186902MIR, **01/29/2009,** $3,094.99; 20908900291108MIR, **01/29/2009,** $1,045.41; 20909802264802MIR, **01/29/2009,** $4,584.71; 20909304156202, **01/29/2009,** $3,499.75; 20913304694802MIR, **01/29/2009,** $5,551.21; 20909802265502MIR, **01/29/2009,** $5,158.31; 20911203081402MIR, **01/29/2009,** $5,012.94; 20908504266502, **01/29/2009,** $4,016.75; 20911001872402MIR, **01/29/2009,** $5,158.31; 21015303620602MIRU, **01/29/2009,** $2,746.33; 20914603128902MIR, **01/29/2009,** $117.66; 20911203081602MIR, **01/29/2009,** $5,164.65; 20916605107402MIR, **01/30/2009,** $3,841.24; 20908904000402, **01/30/2009,** $4,279.89; 20910603684402MIR, **01/30/2009,** $4,847.84; 20909604845002MIR, **01/30/2009,** $4,735.66; 20908602611502, **01/30/2009,** $4,542.81; 20912604375802MIR, **01/30/2009,** $4,876.14; 20908602611902, **02/02/2009,** $4,214.50; 20911804540402MIR, **02/02/2009,** $3,135.38; 20908504265702, **02/02/2009,** $3,536.66; 20914702018202MIR, **02/03/2009,** $3,841.24; 20912004865602MIR, **02/03/2009,** $4,565.62; 20911203081302MIR, **02/03/2009,** $4,444.98; 20912704232702MIR, **02/03/2009,** $4,232.11; 20914005336802MIR, **02/04/2009,** $3,664.16; 20914702018102MIR, **02/04/2009,** $4,280.35; 20914005336102MIR, **02/04/2009,** $4,584.71; 20909902577402MIR, **02/05/2009,** $3,927.52; 20912604376202MIR, **02/05/2009,** $4,584.71; 20914702018402MIR, **02/05/2009,** $4,584.71; 21016602570602MIRU, **02/05/2009,** $5,889.76; 20911301770602MIR, **02/05/2009,** $4,584.71; 20909300080902T, **02/06/2009,** $325.50; 20913801334102MIR, **02/06/2009,** $4,902.19; 20914005337102MIR, **02/06/2009,** $4,660.57; 20920903015002MIR, **02/06/2009,** $3,664.16; 20910603684002MIR, **02/06/2009,** $6,010.48; 20911301769902MIR, **02/07/2009,** $4,584.71; 20911804540302MIR, **02/08/2009,** $4,847.84; 20912604375102MIR, **02/08/2009,**

$4,847.84; 20917301794302MIR, **02/08/2009,** $4,584.71; 20909902578102MIR, **02/08/2009,** $3,299.11; 20912004866602MIR, **02/09/2009,** $5,164.65; 20913402398202MIR, **02/10/2009,** $5,240.97; 20916901485302MIR, **02/10/2009,** $3,488.62; 20911203081202MIR, **02/10/2009,** $5,922.51; 20911203081902MIR, **02/11/2009,** $4,232.11; 20925804327402MIR, **02/11/2009,** $4,565.62; 20925804327302MIR, **02/11/2009,** $4,495.47; 20911203081102MIR, **02/11/2009,** $5,151.52; 20907108378102, **02/12/2009,** $207.85; 20911203082302MIR, **02/12/2009,** $0.00; 20917703579002MIR, **02/12/2009,** $4,663.51; 20915402794602MIR, **02/12/2009,** $4,077.89; 20912604375302MIR, **02/12/2009,** $3,927.52; 20911702230102MIR, **02/13/2009,** $4,327.22; 20925201105502MIRU, **02/13/2009,** $5,164.65; 20912604375202MIR, **02/13/2009,** $4,280.35; 20920903014402MIR, **02/14/2009,** $117.66; 20911301770302MIR, **02/14/2009,** $4,868.22; 20908602611202, **02/15/2009,** $2,414.35; 20908203932602, **02/16/2009,** $3,442.22; 20912801762402MIR, **02/16/2009,** $5,570.04; 20911702230002MIR, **02/16/2009,** $5,518.38; 20911301769602MIR, **02/16/2009,** $5,222.18; 20911402832802MIR, **02/16/2009,** $4,600.33; 20915302523002MIR, **02/16/2009,** $4,896.53; 20911203081802MIR, **02/16/2009,** $4,847.84; 20923602772302MIR, **02/16/2009,** $4,600.33; 20925804327002MIR, **02/16/2009,** $4,847.95; 20924702641102MIR, **02/16/2009,** $2,764.05; 20914005337302MIR, **02/16/2009,** $5,200.43; 20914005336402MIR, **02/16/2009,** $4,246.38; 20911301770002MIR, **02/16/2009,** $5,518.38; 20911203081702MIR, **02/17/2009,** $4,895.18; 20917501682502MIR, **02/17/2009,** $2,754.22; 20925804327102MIR, **02/17/2009,** $5,570.04; 20912604376102MIR, **02/18/2009,** $4,896.53; 20914005337402MIR, **02/18/2009,** $4,590.37; 20925804326102MIR, **02/18/2009,** $4,327.22; 20915904685102MIR, **02/18/2009,** $470.63; 20919703732502MIR, **02/18/2009,** $4,542.81; 20919503975102MIR, **02/19/2009,** $4,097.83; 20921203127102MIR, **02/19/2009,** $4,476.76; 20914702018502MIR, **02/19/2009,** $4,020.15; 20921203128102MIR, **02/20/2009,** $107.60; 20919703733402MIR, **02/20/2009,** $3,094.99; 20916605107302MIR, **02/20/2009,** $117.66; 20915904685202MIR, **02/20/2009,** $3,550.70; 20911702230202MIR, **02/20/2009,** $5,158.31; 20912004866102MIR, **02/20/2009,** $3,927.52; 20916605107102MIR, **02/21/2009,** $3,946.32; 20911702230302MIR, **02/21/2009,** $4,868.22; 20911301770202MIR, **02/21/2009,** $4,279.89; 20916605107602MIR, **02/21/2009,** $3,927.52; 20911203082202MIR, **02/21/2009,** $4,847.84; 20912604375502MIR, **02/23/2009,** $4,895.18; 20909802264602MIR, **02/26/2009,** $207.85;

20919503974602MIR, **02/26/2009,** $3,443.53; 20909902577502MIR, **02/26/2009,** $3,049.78; 20915402795002MIR, **02/26/2009,** $207.85; 20914603129202MIR, **02/26/2009,** $3,605.85; 20914005336502MIR, **02/26/2009,** $117.66; 21002203355402MIRU, **02/26/2009,** $5,518.38; 20922503768602MIR, **02/26/2009,** $207.85; 20912604376002MIR, **02/26/2009,** $5,814.36; 20919603753502MIR, **02/26/2009,** $5,158.31; 20917604186102MIR, **02/26/2009,** $5,158.31; 20920404751502MIR, **02/28/2009,** $4,847.84; 20919805172702MIR, **02/28/2009,** $5,368.01; 20916005360502MIR, **03/01/2009,** $3,983.92; 20921203128202MIR, **03/03/2009,** $4,847.84; 20921203128302MIR, **03/03/2009,** $5,200.43; 20920503507702MIR, **03/03/2009,** $5,219.15; 20914005336202MIR, **03/03/2009,** $5,528.09; 20921203128002MIR, **03/03/2009,** $4,565.62; 20921203127402MIR, **03/03/2009,** $4,000.04; 20917703578602MIR, **03/04/2009,** $4,590.37; 20916901484502MIR, **03/04/2009,** $0.00; 20912604375402MIR, **03/04/2009,** $5,164.65; 20916005360602MIR, **03/05/2009,** $3,492.77; 20917703578402MIR, **03/08/2009,** $4,279.89; 20920404752002MIR, **03/11/2009,** $4,309.21; 20914702018002MIR, **03/13/2009,** $4,246.38; 20918703176502MIR, **03/14/2009,** $2,414.35; 20917501683702MIR, **03/14/2009,** $4,228.70; 20915904684902MIR, **03/14/2009,** $3,247.25; 20915904684602MIR, **03/14/2009,** $4,847.95; 20921100511402MIR, **03/14/2009,** $4,605.76; 20919603754702MIR, **03/16/2009,** $235.31; 20918703176802MIR, **03/17/2009,** $197.79; 20919503974702MIR, **03/17/2009,** $235.31; 20919503975502MIR, **03/17/2009,** $207.85; 20921203127902MIR, **03/18/2009,** $4,565.62; 20921100511702MIR, **03/18/2009,** $0.00; 20915203978602MIR, **03/18/2009,** $3,642.86; 20921203127602MIR, **03/19/2009,** $207.85; 20921904570302MIR, **03/20/2009,** $207.85; 20916901485102MIR, **03/20/2009,** $117.66; 20917703578202MIR, **03/20/2009,** $4,590.37; 20921703839502MIR, **03/20/2009,** $5,158.31; 20915203978902MIR, **03/21/2009,** $4,246.38; 20918307188602MIR, **03/21/2009,** $2,755.83; 20916901485002MIR, **03/21/2009,** $3,983.92; 20917703578502MIR, **03/23/2009,** $5,889.76; 20917703577802MIR, **03/23/2009,** $2,755.83; 20925804326902MIR, **03/23/2009,** $207.85; 20915904685302MIR, **03/24/2009,** $4,246.38; 20915904684502MIR, **03/24/2009,** $4,523.90; 20919603754102MIR, **03/25/2009,** $0.00; 20914005337202MIR, **03/26/2009,** $3,187.14; 20914005336302MIR, **03/27/2009,** $3,696.54; 20915203978802MIR, **03/30/2009,** $5,518.38; 20918803805502MIR, **03/30/2009,** $117.66; 20922201364402MIRT, **03/31/2009,** $1,421.20; 20917501683602MIR, **03/31/2009,** $4,581.17;

20920303664102MIR, **04/02/2009,** $4,895.18; 20919603753402MIR, **04/06/2009,** $4,584.71; 20923005232102MIR, **04/09/2009,** $3,194.04; 20917703578902MIR, **04/09/2009,** $4,896.53; 20920303663002MIR, **04/14/2009,** $5,158.31; 20918803805602MIR, **04/14/2009,** $0.00; 20923204532702MIR, **04/14/2009,** $2,567.93; 20917604186302MIR, **04/14/2009,** $4,495.47; 20923204532202MIR, **04/14/2009,** $3,094.99; 20917604186802MIR, **04/15/2009,** $207.85; 20917703578102MIR, **04/15/2009,** $4,542.81; 20920404751802MIR, **04/15/2009,** $5,158.31; 20920303664202MIR, **04/15/2009,** $6,243.71; 20924303847502MIR, **04/16/2009,** $1,534.33; 20919503974902MIR, **04/16/2009,** $4,896.53; 20916901484402MIR, **04/17/2009,** $4,542.81; 20918703176602MIR, **04/17/2009,** $5,889.76; 20920303663802MIR, **04/18/2009,** $5,164.65; 20917703578302MIR, **04/18/2009,** $5,164.65; 20918307188402MIR, **04/18/2009,** $4,246.38; 20920303663202MIR, **04/18/2009,** $5,164.65; 20916901484302MIR, **04/19/2009,** $3,642.86; 20919703731802MIR, **04/19/2009,** $470.63; 20921805512902MIR, **04/19/2009,** $4,600.33; 20923602772602MIR, **04/19/2009,** $2,008.38; 20915904684802MIR, **04/20/2009,** $3,642.86; 20920503507902MIR, **04/20/2009,** $3,648.91; 20919603754602MIR, **04/21/2009,** $560.82; 20919503974502MIR, **04/21/2009,** $4,847.84; 20920803794502MIR, **04/21/2009,** $4,495.47; 20925804326502MIR, **04/21/2009,** $2,591.20; 20925206609902MIR, **04/21/2009,** $4,590.37; 20919603754402MIR, **04/21/2009,** $4,895.18; 20920303663402MIR, **04/21/2009,** $4,327.22; 20919603753302MIR, **04/21/2009,** $3,967.34; 20920303663602MIR, **04/22/2009,** $5,518.38; 20918307189002MIR, **04/22/2009,** $3,499.75; 20920503507602MIR, **04/22/2009,** $5,164.65; 20918204178302MIR, **04/22/2009,** $4,440.62; 20916901484902MIR, **04/23/2009,** $0.00; 20921203127202MIR, **04/24/2009,** $5,158.31; 20918307188802MIR, **04/24/2009,** $2,755.83; 20920303663302MIR, **04/25/2009,** $4,847.84; 20921703839402MIR, **04/25/2009,** $5,164.65; 20917703577902MIR, **04/26/2009,** $3,146.03; 20920303663502MIR, **04/27/2009,** $5,136.83; 20919603754202MIR, **04/27/2009,** $5,593.34; 20918204178402MIR, **04/27/2009,** $4,495.47; 20921203127002MIR, **04/27/2009,** $4,847.84; 20919603753202MIR, **04/27/2009,** $3,299.11; 20926001073202MIR, **04/28/2009,** $315.45; 20920303663702MIR, **04/28/2009,** $4,896.53; 20920404751402MIR, **04/29/2009,** $4,495.47; 20919603754002MIR, **04/29/2009,** $6,243.71; 20918803805802MIR, **04/29/2009,** $207.85; 20920303664002MIR, **04/29/2009,** $5,158.31; 20920404752102MIR, **04/30/2009,** $5,240.97; 20920303663102MIR, **05/01/2009,** $5,151.52; 20920303663902MIR,

**05/01/2009,** $4,837.75; 20920503507802MIR, **05/01/2009,** $4,232.11; 20925206610502MIR, **05/02/2009,** $4,327.22; 20917703578802MIR, **05/02/2009,** $3,442.22; 20919703731502MIR, **05/03/2009,** $3,642.86; 20915904686202MIR, **05/03/2009,** $0.00; 20918803805702MIR, **05/03/2009,** $3,642.86; 20920903014602MIR, **05/04/2009,** $4,895.18; 20926001073102MIR, **05/06/2009,** $225.26; 20916901484802MIR, **05/06/2009,** $225.26; 20919805173002MIR, **05/07/2009,** $3,299.11; 20918703176402MIR, **05/07/2009,** $4,542.81; 20919603754502MIR, **05/07/2009,** $1,333.69; 20920803794702MIR, **05/07/2009,** $4,246.38; 20921805513102MIR, **05/07/2009,** $5,219.15; 20919703731602MIR, **05/08/2009,** $2,900.08; 20923802927302MIR, **05/09/2009,** $1,799.06; 20921805512802MIR, **05/09/2009,** $3,468.72; 20921100511502MIR, **05/09/2009,** $4,600.33; 20920503508002MIR, **05/14/2009,** $4,203.22; 20919703732102MIR, **05/15/2009,** $3,640.60; 20921100511602MIR, **05/15/2009,** $1,668.25; 20922402822202MIR, **05/15/2009,** $197.79; 20918307188702MIR, **05/16/2009,** $2,218.00; 20917301794202MIR, **05/16/2009,** $1,333.69; 20922503769102MIR, **05/19/2009,** $4,660.57; 20920803794602MIR, **05/20/2009,** $4,847.84; 20921100511302MIR, **05/20/2009,** $6,216.78; 20918703176702MIR, **05/20/2009,** $3,442.22; 20920903014902MIR, **05/20/2009,** $4,847.84; 20919805172902MIR, **05/20/2009,** $2,614.98; 20921703838902MIR, **05/21/2009,** $2,614.98; 20922903836802MIR, **05/21/2009,** $0.00; 20923704105702MIR, **05/21/2009,** $2,282.09; 20922402822002MIR, **05/21/2009,** $4,279.89; 20936302511102MIRT, **05/21/2009,** $550.77; 20921703839602MIR, **05/22/2009,** $4,896.53; 20922903837402MIR, **05/22/2009,** $4,542.81; 20922503768902MIR, **05/23/2009,** $4,279.89; 21410400190102MIRU, **05/27/2009,** $6,700.71; 20925703258202MIR, **05/27/2009,** $197.79; 20921701200602MIRT, **05/27/2009,** $434.22; 20925804326702MIR, **05/27/2009,** $197.79; 20918204178502MIR, **05/27/2009,** $1,930.63; 20925303337902MIR, **05/27/2009,** $4,584.71; 20923802927202MIR, **05/28/2009,** $3,946.32; 20918204178702MIR, **05/28/2009,** $197.79; 20921703838602MIR, **05/28/2009,** $1,875.83; 20922402822102MIR, **05/28/2009,** $215.20; 20921203127702MIR, **05/29/2009,** $3,946.32; 20922402821902MIR, **05/31/2009,** $4,542.81; 20921904570102MIR, **05/31/2009,** $3,499.75; 20922903836402MIR, **05/31/2009,** $1,875.83; 20922903837302MIR, **05/31/2009,** $5,158.31; 20922503768702MIR, **05/31/2009,** $4,847.84; 20922903837102MIR, **06/01/2009,** $2,414.35; 20915904685402MIR, **06/02/2009,** $3,094.99; 20923802927002MIR, **06/03/2009,** $5,158.31; 20923005232502MIR, **06/05/2009,**

$4,279.89; 20925303338402MIR, **06/06/2009,** $4,847.84; 20923704105602MIR, **06/06/2009,** $550.77; 20922903836702MIR, **06/06/2009,** $3,499.75; 20923005232402MIR, **06/08/2009,** $4,280.35; 20923704106302MIR, **06/08/2009,** $4,542.81; 20925303337402MIR, **06/09/2009,** $3,946.32; 20917501683402MIR, **06/09/2009,** $342.91; 20923802927102MIR, **06/09/2009,** $5,158.31; 20919805172802MIR, **06/10/2009,** $197.79; 20924605181902MIR, **06/10/2009,** $4,847.84; 20924403195902MIR, **06/10/2009,** $4,847.84; 20923305152302MIR, **06/11/2009,** $2,956.48; 20923204531702MIR, **06/11/2009,** $4,542.81; 20923704106402MIR, **06/11/2009,** $2,255.14; 20924003849802MIR, **06/12/2009,** $4,521.74; 20921703838702MIR, **06/13/2009,** $4,495.47; 20923902352602MIR, **06/13/2009,** $4,232.11; 20924003848902MIR, **06/13/2009,** $4,232.11; 20921703839102MIR, **06/16/2009,** $3,682.28; 20923602772402MIR, **06/16/2009,** $5,164.65; 20923802927702MIR, **06/17/2009,** $4,868.22; 20923704105902MIR, **06/17/2009,** $2,746.33; 20923204531802MIR, **06/17/2009,** $3,774.44; 20924003849902MIR, **06/17/2009,** $4,016.75; 20924303847202MIR, **06/17/2009,** $5,504.12; 20922503769002MIR, **06/17/2009,** $197.79; 20924303847002MIR, **06/18/2009,** $4,279.89; 20925303337802MIR, **06/18/2009,** $3,841.24; 20924702641502MIR, **06/18/2009,** $4,232.11; 20923704106202MIR, **06/19/2009,** $1,675.19; 20925703258402MIR, **06/19/2009,** $5,164.65; 20923704105802MIR, **06/19/2009,** $2,482.73; 20923704105502MIR, **06/19/2009,** $3,442.22; 20924003849702MIR, **06/19/2009,** $4,016.75; 20925800890802MIR, **06/19/2009,** $1,534.33; 20923704106102MIR, **06/20/2009,** $3,841.24; 20925206610002MIR, **06/20/2009,** $4,016.75; 20924303846902MIR, **06/20/2009,** $4,246.38; 20924303847602MIR, **06/21/2009,** $4,279.89; 20923704106002MIR, **06/21/2009,** $4,600.33; 20925101119102MIRT, **06/21/2009,** $5,395.02; 20921203127302MIR, **06/23/2009,** $3,640.60; 20924703734302MIR, **06/23/2009,** $4,077.89; 20925303338602MIR, **06/23/2009,** $4,600.33; 20925205406302MIR, **06/24/2009,** $4,827.66; 20925206610102MIR, **06/24/2009,** $4,895.18; 20925206610202MIR, **06/26/2009,** $4,581.17; 20925206610302MIR, **06/27/2009,** $4,868.22; 20925206610402MIR, **06/28/2009,** $4,895.18; 20924403195802MIR, **06/29/2009,** $4,584.71; 20922903837002MIR, **06/30/2009,** $3,292.25; 20921703839302MIR, **07/01/2009,** $686.55; 20925205406202MIR, **07/01/2009,** $4,220.78; 20925800891002MIR, **07/02/2009,** $4,902.19; 20925804327202MIR, **07/07/2009,** $197.79; 20924703734402MIR, **07/07/2009,** $1,875.83; 20925800891102MIR, **07/08/2009,** $0.00; 20925401491202MIRT, **07/09/2009,** $2,996.25;

20925703258002MIR, **07/10/2009,** $5,926.67; 20925800890702MIR, **07/10/2009,** $5,164.65; 20921100512602MIR, **07/10/2009,** $2,748.70; 20926001073702MIR, **07/11/2009,** $5,164.65; 20922903836902MIR, **07/16/2009,** $570.24; 20926001073302MIR, **07/17/2009,** $0.00; 20925205406502MIR, **07/20/2009,** $3,247.25; 20925303337702MIR, **07/20/2009,** $2,414.35; 20925804327502MIR, **07/21/2009,** $2,434.53; 20924605181802MIR, **07/21/2009,** $2,877.90; 20927500450502MIRT, **07/22/2009,** $1,182.98; 20922903836502MIR, **07/29/2009,** $2,448.92; 20925804326302MIR, **07/30/2009,** $107.60.

*Care Plus Home Health Services, Inc. 237772* **(Claim Numbers, Start of Service, Paid)**

20925903451602MIR, **03/16/2009,** $5,240.97; 20916005362402MIR, **03/16/2009,** $4,581.17; 20919405338502MIR, **03/17/2009,** $5,012.94; 20914700214304MIR, **03/18/2009,** $2,093.72; 20916005362502MIR, **03/19/2009,** $6,217.70; 20926801018602MIR, **03/24/2009,** $2,711.69; 20916604458602MIR, **03/25/2009,** $5,495.40; 21021501461902MIRU, **03/25/2009,** $4,327.22; 20915503452202MIR, **03/25/2009,** $4,327.22; 20916005362302MIR, **03/25/2009,** $4,581.17; 20916604458202MIR, **03/26/2009,** $5,495.40; 20915400666104MIR, **03/27/2009,** $0.00; 20918002750302MIR, **03/30/2009,** $3,640.60; 20918002750502MIR, **03/30/2009,** $4,992.06; 20916604458302MIR, **03/30/2009,** $6,217.70; 20917403711502MIR, **04/02/2009,** $4,584.71; 20910501543402MIR, **04/06/2009,** $3,572.72; 20921501249702MIR, **04/06/2009,** $5,158.31; 20921603454102MIR, **04/07/2009,** $5,979.44; 20921501249902MIR, **04/08/2009,** $5,158.31; 20918002750102MIR, **04/09/2009,** $4,847.84; 20916604458502MIR, **04/09/2009,** $5,200.43; 20917002788202MIR, **04/10/2009,** $4,847.84; 20917002788302MIR, **04/10/2009,** $5,158.31; 20921101679802MIR, **04/10/2009,** $5,865.23; 20917403711602MIR, **04/10/2009,** $5,164.65; 20921101679702MIR, **04/11/2009,** $5,481.19; 20918002750202MIR, **04/13/2009,** $0.00; 20916604458402MIR, **04/14/2009,** $5,158.31; 20917403711402MIR, **04/14/2009,** $5,301.23; 20925804346102MIR, **04/14/2009,** $5,814.36; 20921601450402MIR, **04/14/2009,** $4,827.66; 20917002788402MIR, **04/14/2009,** $4,896.53; 20922500014402MIR, **04/15/2009,** $2,604.12; 20921901839602MIR, **04/15/2009,** $5,301.23; 20922500014302MIR, **04/16/2009,** $2,944.20; 20921203523802MIR, **04/17/2009,** $3,168.13; 20917403711202MIR, **04/17/2009,** $4,542.81; 20918002750602MIR, **04/17/2009,** $5,164.65; 20919405338402MIR, **04/17/2009,** $1,333.69; 20921501249802MIR, **04/18/2009,** $4,060.92; 20921203524202MIR, **04/20/2009,** $4,896.53; 20918002750002MIR, **04/21/2009,** $5,889.76; 20918002750402MIR, **04/21/2009,** $4,896.53; 20917600312904MIR, **04/21/2009,** $4,876.14; 20917600304904MIR, **04/21/2009,** $4,896.53; 20920404763602MIR, **04/21/2009,** $5,158.31; 20918803818902MIR, **04/23/2009,** $4,896.53; 20920802379302MIR, **04/27/2009,** $0.00; 20922503781902MIR, **04/27/2009,** $2,672.27; 20920404763702MIR, **04/28/2009,** $207.85; 20920404764802MIR, **04/28/2009,** $5,222.18; 20920404764602MIR, **05/01/2009,** $4,847.84; 20921603454202MIR,

**05/01/2009,** $5,158.31; 20921203523902MIR, **05/05/2009,** $4,590.37; 20920404763502MIR, **05/05/2009,** $5,158.31; 20921203524102MIR, **05/06/2009,** $4,881.78; 20925303317902MIR, **05/07/2009,** $235.31; 20923005249702MIR, **05/07/2009,** $5,158.31; 21003900574504MIR, **05/08/2009,** $4,902.19; 20920404764502MIR, **05/11/2009,** $4,542.81; 20923803518402MIR, **05/12/2009,** $1,333.69; 20923204551702MIR, **05/14/2009,** $4,843.59; 20928802885202MIR, **05/14/2009,** $2,171.79; 20922202925802MIR, **05/14/2009,** $4,895.18; 20923204551402MIR, **05/15/2009,** $2,944.20; 20924303874202MIR, **05/15/2009,** $4,896.53; 20920802379402MIR, **05/15/2009,** $4,581.17; 21022401591202MIRT, **05/18/2009,** $117.16; 20920902669202MIR, **05/18/2009,** $6,217.70; 20928802885102MIR, **05/19/2009,** $5,164.65; 20928802885002MIR, **05/19/2009,** $3,550.70; 20922202925902MIR, **05/20/2009,** $5,518.38; 20922503781802MIR, **05/20/2009,** $2,865.94; 20921603454302MIR, **05/20/2009,** $5,865.23; 20922503782002MIR, **05/20/2009,** $4,896.53; 20921603454502MIR, **05/20/2009,** $5,790.14; 20923202581902MIR, **05/20/2009,** $5,158.31; 20923202582102MIR, **05/20/2009,** $4,279.89; 20926001110502MIR, **05/22/2009,** $2,287.97; 20921901839802MIR, **05/24/2009,** $2,409.50; 20923702110902MIR, **05/24/2009,** $352.98; 20921603454402MIR, **05/24/2009,** $4,600.33; 20921203524002MIR, **05/24/2009,** $4,228.70; 20921601450302MIR, **05/25/2009,** $3,442.22; 20919102076202MIR, **05/25/2009,** $1,875.83; 20923902374002MIR, **05/25/2009,** $5,012.94; 20923202582002MIR, **05/26/2009,** $4,016.75; 20925903450902MIR, **05/26/2009,** $5,158.31; 20921901839502MIR, **05/29/2009,** $6,146.91; 20922903914902MIR, **05/29/2009,** $1,922.63; 21032804310602MIRT, **06/01/2009,** $509.13; 20926001110902MIR, **06/01/2009,** $3,946.32; 20920404764402MIR, **06/03/2009,** $2,141.23; 20922903915002MIR, **06/05/2009,** $5,323.40; 20920404764702MIR, **06/05/2009,** $3,135.38; 20925804345602MIR, **06/05/2009,** $5,309.46; 20922903915102MIR, **06/05/2009,** $5,158.31; 20922903914702MIR, **06/07/2009,** $5,158.31; 21006300689704MIR, **06/08/2009,** $4,847.95; 20923602800602MIR, **06/09/2009,** $4,600.33; 20925303317802MIR, **06/09/2009,** $2,746.33; 20922202925702MIR, **06/10/2009,** $2,956.48; 20925903451002MIR, **06/10/2009,** $4,275.74; 20930302216802MIR, **06/12/2009,** $5,131.26; 20923803518302MIR, **06/12/2009,** $4,896.53; 20923204551202MIR, **06/13/2009,** $5,158.31; 20923602800702MIR, **06/13/2009,** $4,874.79; 20925903451202MIR, **06/13/2009,** $4,600.33; 20923702110402MIR, **06/14/2009,** $3,627.71; 20923005249502MIR, **06/15/2009,** $5,277.33; 21411100221502MIRU,

**06/16/2009,** $7,426.05; 20926801017902MIR, **06/16/2009,** $0.00; 20926801017602MIR, **06/16/2009,** $443.17; 20921601450102MIR, **06/16/2009,** $351.50; 20923702110802MIR, **06/16/2009,** $5,158.31; 20926801017302MIR, **06/16/2009,** $352.98; 20923005249602MIR, **06/17/2009,** $5,164.65; 20923902373902MIR, **06/19/2009,** $5,901.55; 20930305040202MIR, **06/19/2009,** $2,746.33; 21102702130502MIRT, **06/20/2009,** $777.36; 20923204551602MIR, **06/20/2009,** $5,889.76; 20928802884602MIR, **06/20/2009,** $5,541.03; 20923204551502MIR, **06/20/2009,** $4,876.14; 20930703027802MIR, **06/20/2009,** $2,245.78; 21003402090202MIRU, **06/20/2009,** $0.00; 20923204551102MIR, **06/20/2009,** $2,628.25; 20923702110302MIR, **06/20/2009,** $3,299.11; 20930703027902MIR, **06/20/2009,** $2,245.78; 20926801018002MIR, **06/20/2009,** $4,590.37; 20923202581802MIR, **06/22/2009,** $325.50; 20923702110502MIR, **06/22/2009,** $6,243.71; 20923702110602MIR, **06/22/2009,** $4,896.53; 20925303318302MIR, **06/22/2009,** $4,896.53; 20925303318002MIR, **06/23/2009,** $234.33; 21010500593504MIR, **06/24/2009,** $5,814.36; 20925804345302MIR, **06/27/2009,** $5,703.05; 20921601450002MIR, **06/27/2009,** $2,746.33; 20930600906702MIR, **06/30/2009,** $2,755.83; 20923204551302MIR, **07/04/2009,** $2,414.35; 20928802885702MIR, **07/05/2009,** $3,168.13; 20926801018202MIR, **07/06/2009,** $4,847.84; 20926801018402MIR, **07/06/2009,** $4,590.37; 20926502485602MIR, **07/06/2009,** $6,217.70; 20930305040302MIR, **07/06/2009,** $5,547.82; 20928802884702MIR, **07/06/2009,** $5,222.18; 20925804345502MIR, **07/06/2009,** $5,814.36; 20926801017402MIR, **07/06/2009,** $6,700.71; 20925804345402MIR, **07/07/2009,** $5,495.40; 20926801017702MIR, **07/08/2009,** $470.63; 20919500274304MIR, **07/09/2009,** $3,094.99; 20926502485502MIR, **07/10/2009,** $4,542.81; 20930000617802MIR, **07/11/2009,** $4,883.67; 20926801017802MIR, **07/11/2009,** $225.26; 20930600906502MIR, **07/13/2009,** $4,519.15; 20926801016802MIR, **07/13/2009,** $443.17; 20930703027602MIR, **07/13/2009,** $2,239.76; 20925303318102MIR, **07/13/2009,** $4,726.03; 20930804484602MIR, **07/13/2009,** $3,640.60; 20930300422704MIR, **07/13/2009,** $5,309.46; 20928802884402MIR, **07/14/2009,** $3,247.25; 20928802884802MIR, **07/15/2009,** $235.31; 21002601299208MIR, **07/15/2009,** $689.26; 20926801016902MIR, **07/16/2009,** $4,600.33; 20926001110802MIR, **07/18/2009,** $4,627.28; 20930305040002MIR, **07/19/2009,** $4,600.33; 20928802885302MIR, **07/20/2009,** $2,255.14; 20930305040402MIR, **07/24/2009,** $3,620.91; 20930600906802MIR, **07/24/2009,** $2,956.48; 20930000619002MIR, **07/27/2009,**

$197.79; 20930000618802MIR, **07/28/2009,** $4,211.35; 20928802885902MIR, **07/29/2009,** $6,146.91; 20926801018302MIR, **07/29/2009,** $4,896.53; 20926801018502MIR, **07/30/2009,** $5,158.31; 21002601375008MIR, **07/31/2009,** $748.41; 20930000617502MIR, **08/03/2009,** $2,528.75; 20928802885402MIR, **08/04/2009,** $2,755.83; 20928802884302MIR, **08/04/2009,** $4,896.53; 20928802885802MIR, **08/04/2009,** $3,299.11; 20930000618302MIR, **08/06/2009,** $3,640.60; 20930000619102MIR, **08/10/2009,** $3,927.52; 20930804484902MIR, **08/11/2009,** $4,497.34; 21002601396208MIR, **08/11/2009,** $1,623.63; 20930000618402MIR, **08/11/2009,** $2,215.55; 20930000617602MIR, **08/11/2009,** $214.30; 20928802886102MIR, **08/12/2009,** $2,614.98; 20930200601404MIR, **08/12/2009,** $3,499.75; 21002601293708MIR, **08/14/2009,** $3,820.63; 20930000617402MIR, **08/14/2009,** $5,345.30; 20930305040102MIR, **08/14/2009,** $4,868.22; 20928802885602MIR, **08/15/2009,** $4,232.11; 20930600906602MIR, **08/16/2009,** $1,930.63; 20930000618702MIR, **08/17/2009,** $325.50; 20928802884902MIR, **08/17/2009,** $2,670.70; 20928802884502MIR, **08/17/2009,** $2,804.53; 20926801017502MIR, **08/18/2009,** $2,723.01; 20930000618602MIR, **08/19/2009,** $2,661.06; 20928802885502MIR, **08/19/2009,** $2,414.35; 20930000618502MIR, **08/20/2009,** $1,799.06; 20925903451102MIR, **08/21/2009,** $3,181.35; 20930000618102MIR, **08/21/2009,** $3,946.32; 21000503042002MIR, **08/23/2009,** $3,821.55; 20930305040502MIR, **08/26/2009,** $5,504.12; 20930703027402MIR, **08/26/2009,** $4,124.32; 21008504191802MIR, **09/01/2009,** $4,275.74; 21004709448102MIR, **09/01/2009,** $117.66; 21001903145502MIR, **09/01/2009,** $206.97; 21002601298408MIR, **09/04/2009,** $658.75; 20930000617702MIR, **09/04/2009,** $2,414.35; 21002601374908MIR, **09/04/2009,** $658.75; 21002601517008MIR, **09/04/2009,** $2,744.80; 20930000617902MIR, **09/04/2009,** $2,445.83; 20930703027502MIR, **09/04/2009,** $235.31; 20930000618002MIR, **09/05/2009,** $3,929.90; 21004709448202MIR, **09/11/2009,** $4,519.15; 21001903145602MIR, **09/18/2009,** $1,875.83; 21000503042102MIR, **10/02/2009,** $4,755.46; 21000503042602MIR, **10/07/2009,** $0.00; 21000503042502MIR, **10/09/2009,** $3,524.27; 21000503042302MIR, **10/11/2009,** $6,008.14; 20930902192802MIR, **10/13/2009,** $2,571.64; 21000503042202MIR, **10/14/2009,** $5,062.50; 21004709448402MIR, **10/18/2009,** $4,883.67; 21004802559602MIRT, **10/27/2009,** $1,941.39; 21004709448502MIR, **10/30/2009,** $4,477.41; 21418100197302MIRU, **10/31/2009,** $6,591.80; 21004709448302MIR, **11/19/2009,** $3,632.02; 21006405026602MIR, **11/30/2009,**

$7,320.33; 21006405026402MIR, **12/01/2009,** $3,664.51; 21006405026302MIR, **12/09/2009,** $6,238.09; 21008504191502MIR, **12/13/2009,** $3,652.28; 21006405026502MIR, **12/14/2009,** $4,660.95; 21008504191602MIR, **12/18/2009,** $4,197.91; 21008504191902MIR, **12/29/2009,** $1,363.20; 21009704698202MIR, **12/30/2009,** $1,110.70; 21008504191702MIR, **01/09/2010,** $3,239.13; 21010604933902MIR, **02/01/2010,** $3,634.89; 21009704698302MIR, **02/03/2010,** $3,336.79; 21108100925508MIR, **02/06/2010,** $4,620.92; 21011804420102MIR, **02/12/2010,** $5,013.32; 21108100887508MIR, **02/17/2010,** $4,532.87; 21010604933702MIR, **02/20/2010,** $3,452.06; 21010604934002MIR, **02/27/2010,** $203.39; 21015801492802MIR, **03/05/2010,** $3,510.23; 21016300723202MIR, **03/30/2010,** $4,778.23.

*Embrace Home Health Care, Inc. 237767* **(Claim Numbers, Start of Service, Paid)**

20906205733302, **12/05/2008,** $4,246.38; 20907704173902, **12/16/2008,** $5,979.44; 20906901644302, **12/16/2008,** $5,158.31; 20906503728902, **12/18/2008,** $4,868.22; 20907804055202, **12/18/2008,** $5,222.18; 20911203100702MIR, **12/18/2008,** $5,947.29; 20906901644602, **12/18/2008,** $4,902.19; 20908203048102, **12/18/2008,** $4,246.38; 20908203048002, **12/18/2008,** $3,983.92; 20906901644402, **12/18/2008,** $4,600.33; 20907804055502, **12/18/2008,** $5,222.18; 20908203048302, **12/18/2008,** $4,605.76; 20923701720702MIR, **12/18/2008,** $4,600.33; 20924402032102MIR, **12/20/2008,** $4,600.33; 20909305497802, **12/21/2008,** $5,222.18; 20910603702702MIR, **12/22/2008,** $5,889.76; 20909902589702MIR, **12/22/2008,** $4,847.95; 20909100652002, **12/23/2008,** $4,868.22; 20920303687702MIR, **12/23/2008,** $4,868.22; 20907804055302, **12/23/2008,** $5,795.01; 20908203048602, **12/23/2008,** $4,605.76; 20908203048502, **12/23/2008,** $4,246.38; 20906901644702, **12/26/2008,** $4,868.22; 20906901644502, **12/26/2008,** $5,222.18; 20925105545002MIR, **12/26/2008,** $4,888.38; 20923104157002MIR, **12/26/2008,** $1,495.84; 20908203048202, **12/28/2008,** $4,895.18; 20907804055402, **12/31/2008,** $5,518.38; 20907109276202, **12/31/2008,** $5,222.18; 20924402032002MIR, **01/05/2009,** $4,542.81; 20912604395902MIR, **01/05/2009,** $3,642.86; 20908603265702, **01/05/2009,** $4,327.22; 20907704174002, **01/06/2009,** $5,222.18; 20913903549702MIR, **01/06/2009,** $4,584.71; 20922902217402MIR, **01/07/2009,** $4,868.22; 20915302552302MIR, **01/07/2009,** $4,600.33; 20908203048402, **01/08/2009,** $4,565.62; 20909305498002, **01/08/2009,** $1,930.63; 20910603702602MIR, **01/08/2009,** $4,895.18; 20907704173802, **01/09/2009,** $5,593.34; 20911902243202MIR, **01/09/2009,** $4,868.22; 21020002378102MIRU, **01/14/2009,** $5,158.31; 20925205428302MIR, **01/14/2009,** $4,233.47; 20908603265802, **01/14/2009,** $5,547.82; 20911203100802MIR, **01/19/2009,** $5,593.34; 20918802399502MIR, **01/19/2009,** $5,588.12; 20920303688002MIR, **01/20/2009,** $3,642.86; 20918002748502MIR, **01/20/2009,** $4,600.33; 20912403712602MIR, **01/26/2009,** $5,947.29; 20922203720402MIR, **01/27/2009,** $4,232.11; 20913903549502MIR, **01/30/2009,** $4,280.35; 20918802398702MIR, **01/30/2009,** $4,280.35; 20909305497902, **01/30/2009,** $2,025.25;

20919405326902MIR, **01/30/2009,** $961.22; 20912704242302MIR, **02/04/2009,** $4,542.81; 20913903549602MIR, **02/04/2009,** $4,000.04; 20920303688102MIR, **02/05/2009,** $4,896.53; 20923303177402MIR, **02/05/2009,** $4,586.59; 20911804566902MIR, **02/05/2009,** $5,889.76; 20922903665402MIR, **02/06/2009,** $4,868.22; 20923801138002MIR, **02/06/2009,** $4,232.11; 20920303687902MIR, **02/07/2009,** $4,000.04; 20913304709502MIR, **02/07/2009,** $4,228.70; 20922202924302MIR, **02/08/2009,** $4,868.22; 20918102882602MIR, **02/09/2009,** $4,280.35; 20912403712702MIR, **02/09/2009,** $4,902.19; 20923303177802MIR, **02/10/2009,** $2,746.33; 20917403709102MIR, **02/13/2009,** $2,739.37; 20918802399002MIR, **02/14/2009,** $5,814.36; 20918802398902MIR, **02/14/2009,** $4,895.18; 20912604396102MIR, **02/14/2009,** $4,847.95; 20919405326802MIR, **02/14/2009,** $4,523.90; 20911301800302MIR, **02/16/2009,** $4,232.11; 20919503992502MIR, **02/16/2009,** $4,565.62; 20922302151102MIR, **02/16/2009,** $3,642.86; 20916101778702MIR, **02/16/2009,** $3,983.92; 20913402419102MIR, **02/16/2009,** $4,605.76; 20921603452702MIR, **02/16/2009,** $3,642.86; 20922902217902MIR, **02/16/2009,** $3,642.86; 20913304709402MIR, **02/16/2009,** $4,868.22; 20925402179502MIR, **02/17/2009,** $4,228.70; 20924402032202MIR, **02/18/2009,** $4,246.38; 20912403712802MIR, **02/19/2009,** $4,868.22; 20913304709302MIR, **02/20/2009,** $4,584.71; 20923104157302MIR, **02/20/2009,** $5,627.31; 20913402419302MIR, **02/20/2009,** $4,847.95; 20922902217502MIR, **02/21/2009,** $4,868.22; 20920803821502MIR, **02/21/2009,** $4,868.22; 20912604395702MIR, **02/21/2009,** $5,316.61; 20911402853802MIR, **02/21/2009,** $4,902.19; 20918802398802MIR, **02/21/2009,** $4,573.74; 20920303687802MIR, **02/23/2009,** $352.98; 20923801138502MIR, **02/24/2009,** $4,060.92; 20919405327002MIR, **02/24/2009,** $4,605.76; 20923104156902MIR, **02/25/2009,** $3,927.52; 20913903549202MIR, **02/25/2009,** $4,232.11; 20923204550502MIR, **02/25/2009,** $4,077.89; 20923701720802MIR, **02/25/2009,** $5,518.38; 20923104157102MIR, **02/26/2009,** $117.66; 20913402419202MIR, **02/26/2009,** $4,232.11; 21015303614302MIRU, **02/28/2009,** $4,495.47; 20923902373302MIR, **02/28/2009,** $4,888.38; 20915302552202MIR, **02/28/2009,** $4,600.33; 20913504313102MIR, **03/01/2009,** $4,605.76; 20923301283902MIR, **03/02/2009,** $4,565.62; 20922203720302MIR, **03/02/2009,** $117.16; 20912604396002MIR, **03/05/2009,** $2,272.62; 20919405327102MIR, **03/06/2009,** $4,523.90; 20917403707802MIR, **03/06/2009,** $4,523.90; 20923303177602MIR, **03/06/2009,** $4,228.70; 20912604395802MIR, **03/06/2009,** $6,820.66; 20921504353602MIR,

**03/06/2009,** $4,016.75; 20922503780502MIR, **03/07/2009,** $4,565.62; 20922203721702MIR, **03/07/2009,** $4,228.70; 20922603317402MIR, **03/07/2009,** $4,228.70; 20915503451002MIR, **03/07/2009,** $3,983.92; 20922903665802MIR, **03/07/2009,** $3,627.71; 20921603452902MIR, **03/07/2009,** $4,876.14; 20921603453102MIR, **03/07/2009,** $4,228.70; 20915602367102MIR, **03/07/2009,** $4,214.50; 20920202701002MIR, **03/07/2009,** $3,233.74; 20914005367502MIR, **03/07/2009,** $4,000.04; 20918307204002MIR, **03/07/2009,** $4,232.11; 20918702811302MIR, **03/08/2009,** $2,746.33; 20918702811402MIR, **03/09/2009,** $3,648.91; 20917403707902MIR, **03/09/2009,** $4,827.66; 20922903666402MIR, **03/09/2009,** $4,827.66; 20924303872102MIR, **03/09/2009,** $4,847.84; 20913903549802MIR, **03/09/2009,** $4,847.95; 20914605000502MIR, **03/10/2009,** $4,605.76; 20913903549402MIR, **03/10/2009,** $4,868.22; 20919704462302MIR, **03/10/2009,** $4,868.22; 20923305165102MIR, **03/10/2009,** $4,586.59; 20916302688202MIR, **03/10/2009,** $4,246.38; 20923303177102MIR, **03/15/2009,** $4,895.18; 21020802121402MIRT, **03/15/2009,** $989.48; 20913903549302MIR, **03/15/2009,** $5,164.65; 20919000850602MIR, **03/17/2009,** $234.33; 20919000851202MIR, **03/18/2009,** $4,228.70; 20916702760802MIR, **03/20/2009,** $3,927.52; 20918802399302MIR, **03/26/2009,** $4,523.90; 20923801138102MIR, **03/26/2009,** $4,876.14; 20923900262802MIR, **03/26/2009,** $5,143.14; 20918802399102MIR, **03/27/2009,** $5,164.65; 20917606066802MIR, **03/27/2009,** $5,222.18; 20922203720502MIR, **03/28/2009,** $3,983.92; 20922203721902MIR, **03/28/2009,** $4,896.53; 20917606066902MIR, **03/31/2009,** $3,983.92; 20918802398602MIR, **03/31/2009,** $4,246.38; 20924402031702MIR, **04/01/2009,** $4,896.53; 20916702760702MIR, **04/05/2009,** $4,605.76; 20916003235702MIR, **04/05/2009,** $3,648.91; 20922903666102MIR, **04/05/2009,** $5,222.18; 20923801138402MIR, **04/06/2009,** $5,158.31; 20923201098902MIR, **04/06/2009,** $5,627.31; 20918102882302MIR, **04/08/2009,** $3,967.34; 20918802399202MIR, **04/09/2009,** $4,000.04; 20922903666202MIR, **04/09/2009,** $1,520.47; 20919000851502MIR, **04/10/2009,** $4,280.35; 20921601449102MIR, **04/10/2009,** $2,308.09; 20920202700802MIR, **04/11/2009,** $4,523.90; 20923301283602MIR, **04/13/2009,** $4,327.22; 20923305165702MIR, **04/13/2009,** $4,896.53; 20923303177702MIR, **04/14/2009,** $4,876.14; 20923305164902MIR, **04/15/2009,** $5,222.18; 20924402031602MIR, **04/15/2009,** $4,827.66; 20925205428402MIR, **04/16/2009,** $5,164.65; 20923802943902MIR, **04/16/2009,** $117.66; 20918102882402MIR, **04/17/2009,** $5,014.19; 20919503992402MIR, **04/17/2009,**

$4,881.78; 20923900263002MIR, **04/17/2009,** $4,896.53; 20918102882502MIR, **04/18/2009,** $4,016.75; 20921206389202MIR, **04/18/2009,** $4,542.81; 20918002748602MIR, **04/18/2009,** $4,896.53; 20925402179602MIR, **04/18/2009,** $5,143.14; 20919102074102MIR, **04/20/2009,** $3,983.92; 20921504353802MIR, **04/20/2009,** $5,143.14; 20921603452602MIR, **04/20/2009,** $4,876.14; 20922903665602MIR, **04/21/2009,** $470.63; 20923104157202MIR, **04/21/2009,** $5,627.31; 20920803821602MIR, **04/22/2009,** $5,926.67; 20921504353702MIR, **04/22/2009,** $4,584.71; 20922203721502MIR, **04/22/2009,** $1,268.71; 20925202527602MIR, **04/23/2009,** $5,164.65; 20925202527802MIR, **04/24/2009,** $4,542.81; 20919000851002MIR, **04/25/2009,** $5,518.38; 20923104156802MIR, **04/26/2009,** $4,016.75; 20925703270902MIR, **04/26/2009,** $4,232.11; 20923701720902MIR, **04/26/2009,** $117.66; 20920803821302MIR, **04/27/2009,** $4,584.71; 20919102074202MIR, **04/28/2009,** $4,755.46; 20923303177202MIR, **04/29/2009,** $1,485.00; 20914005367202MIR, **04/30/2009,** $3,194.04; 20919102074502MIR, **04/30/2009,** $4,262.53; 20918307203902MIR, **05/01/2009,** $4,896.53; 20912704243202MIR, **05/01/2009,** $2,754.22; 20919000850902MIR, **05/01/2009,** $4,476.76; 20923902373102MIR, **05/01/2009,** $4,246.38; 20922503780602MIR, **05/01/2009,** $4,827.66; 20923305165202MIR, **05/01/2009,** $4,214.50; 20919102074302MIR, **05/01/2009,** $4,600.33; 20920803821002MIR, **05/02/2009,** $4,523.90; 20921504353502MIR, **05/02/2009,** $4,523.90; 20922902217602MIR, **05/02/2009,** $2,482.73; 20923902372902MIR, **05/02/2009,** $5,518.38; 20919000850402MIR, **05/03/2009,** $5,331.10; 20919000850502MIR, **05/03/2009,** $4,827.66; 20923801138302MIR, **05/04/2009,** $4,262.08; 20925703271102MIR, **05/05/2009,** $4,881.78; 20923303177502MIR, **05/05/2009,** $3,967.34; 20923900262502MIR, **05/06/2009,** $5,222.18; 20922503780402MIR, **05/06/2009,** $3,285.40; 20923801138202MIR, **05/06/2009,** $3,758.74; 20922603317302MIR, **05/06/2009,** $4,586.59; 20922903665902MIR, **05/06/2009,** $3,967.34; 20921603452802MIR, **05/06/2009,** $3,967.34; 20921603453002MIR, **05/06/2009,** $3,967.34; 20920202700902MIR, **05/06/2009,** $1,230.71; 20919000850702MIR, **05/06/2009,** $4,228.70; 20923900263202MIR, **05/07/2009,** $4,847.84; 20923902373202MIR, **05/08/2009,** $4,523.90; 20919503992302MIR, **05/08/2009,** $5,143.14; 20919102074602MIR, **05/08/2009,** $4,895.18; 20924303872202MIR, **05/08/2009,** $4,605.76; 20919000851402MIR, **05/08/2009,** $3,967.34; 20923305165002MIR, **05/09/2009,** $4,523.90; 20920803821102MIR, **05/09/2009,** $4,246.38; 20923902373002MIR, **05/11/2009,** $4,523.90;

20923305165302MIR, **05/11/2009,** $5,143.14; 20919102074402MIR, **05/13/2009,** $2,746.33; 20921601449202MIR, **05/16/2009,** $0.00; 20919000851102MIR, **05/17/2009,** $3,967.34; 20921206389302MIR, **05/18/2009,** $4,827.66; 20923201098402MIR, **05/20/2009,** $5,136.83; 20920803821402MIR, **05/20/2009,** $5,158.31; 20920404761902MIR, **05/21/2009,** $4,896.53; 20922902217702MIR, **05/21/2009,** $4,827.66; 20925402179402MIR, **05/22/2009,** $5,143.14; 20920803821202MIR, **05/22/2009,** $3,037.10; 20922203722102MIR, **05/22/2009,** $4,228.70; 20925300599002MIRT, **05/24/2009,** $4,388.35; 20923900262602MIR, **05/24/2009,** $5,158.31; 20921601449002MIR, **05/24/2009,** $5,136.83; 20925202527702MIR, **05/25/2009,** $5,130.07; 20922600386702MIRT, **05/26/2009,** $3,804.67; 20922203721302MIR, **05/26/2009,** $5,158.31; 20922203721802MIR, **05/27/2009,** $3,946.32; 20924702864002MIR, **05/28/2009,** $4,847.84; 20921603452502MIR, **05/28/2009,** $5,954.53; 20923900262402MIR, **05/29/2009,** $4,902.19; 20921603452302MIR, **05/29/2009,** $4,896.53; 20919603790402MIR, **05/29/2009,** $3,049.78; 20921601448902MIR, **05/29/2009,** $4,896.53; 20922203721602MIR, **05/29/2009,** $4,876.14; 20921603453202MIR, **05/31/2009,** $4,280.35; 20923802943702MIR, **06/02/2009,** $4,876.14; 20923201098802MIR, **06/02/2009,** $0.00; 20922203720202MIR, **06/02/2009,** $4,279.89; 20922603317502MIR, **06/04/2009,** $5,158.31; 20926701106702MIRU, **06/04/2009,** $5,555.29; 20922203721402MIR, **06/05/2009,** $4,847.84; 20922503780702MIR, **06/05/2009,** $4,600.33; 20922203722002MIR, **06/08/2009,** $207.85; 20923301284002MIR, **06/09/2009,** $4,847.84; 20923301283702MIR, **06/09/2009,** $3,299.11; 20925202527302MIR, **06/10/2009,** $0.00; 20925202527402MIR, **06/10/2009,** $2,900.08; 20924702863902MIR, **06/10/2009,** $4,571.26; 20923201098702MIR, **06/11/2009,** $4,895.18; 20923301283802MIR, **06/11/2009,** $4,876.14; 20923301283502MIR, **06/12/2009,** $4,016.75; 20923305165602MIR, **06/12/2009,** $4,246.38; 20919704461002MIR, **06/13/2009,** $2,008.38; 20923305164802MIR, **06/14/2009,** $4,868.22; 20922903665702MIR, **06/14/2009,** $3,911.17; 20923900263102MIR, **06/16/2009,** $4,896.53; 20924402031802MIR, **06/21/2009,** $4,246.38; 20925202527502MIR, **06/22/2009,** $5,164.65; 20924702863802MIR, **06/24/2009,** $4,896.53; 20918702811502MIR, **06/30/2009,** $2,585.53; 20925105545102MIR, **07/01/2009,** $4,584.71; 20925804343702MIR, **07/01/2009,** $4,868.22; 20925703271002MIR, **07/06/2009,** $4,847.84; 20923900262702MIR, **07/09/2009,** $1,495.84; 20925404289602MIR, **07/09/2009,** $3,946.32; 20926001096202MIR, **08/14/2009,** $117.66.

*Family Alliance Home Health Care, LLC 237799* **(Claim Numbers, Start of Service, Paid)**

20918705982402MIR, **03/05/2009,** $4,586.59; 20918705981902MIR, **03/20/2009,** $3,967.34; 20917000915902MIR, **03/20/2009,** $5,308.90; 20917301827402MIR, **03/20/2009,** $5,570.04; 20917301827202MIR, **03/20/2009,** $4,847.95; 20917301827702MIR, **03/20/2009,** $4,228.70; 20924605210902MIR, **03/21/2009,** $3,135.38; 20918705982302MIR, **03/21/2009,** $4,868.03; 20918705981702MIR, **03/21/2009,** $3,648.91; 20917301827102MIR, **03/23/2009,** $4,228.70; 20918705981502MIR, **03/23/2009,** $4,881.78; 20918003769502MIR, **03/23/2009,** $4,279.89; 20917000915702MIR, **03/23/2009,** $5,865.23; 20917000915802MIR, **03/23/2009,** $4,586.59; 20915302556802MIR, **03/24/2009,** $4,565.62; 20918705982102MIR, **03/24/2009,** $3,967.34; 20915402823202MIR, **03/24/2009,** $5,136.83; 20915402823302MIR, **03/24/2009,** $4,327.22; 20915302557002MIR, **03/24/2009,** $4,166.86; 20919003594502MIR, **03/24/2009,** $4,542.05; 20915302556902MIR, **03/25/2009,** $1,005.16; 20915302556602MIR, **03/25/2009,** $3,224.03; 20915502866602MIR, **03/25/2009,** $5,164.65; 20915502866202MIR, **03/25/2009,** $4,600.33; 20915402823002MIR, **03/26/2009,** $4,327.22; 20915602368102MIR, **03/26/2009,** $4,600.33; 20915502866102MIR, **03/27/2009,** $5,222.18; 20915502866402MIR, **03/27/2009,** $5,518.38; 20909100652902, **03/27/2009,** $2,896.60; 20918705982202MIR, **03/27/2009,** $4,262.53; 20917000916002MIR, **03/28/2009,** $5,865.23; 20918705981602MIR, **03/28/2009,** $5,308.90; 20915502866002MIR, **03/28/2009,** $4,246.38; 20918705982502MIR, **03/29/2009,** $4,586.59; 20915402822702MIR, **04/01/2009,** $4,847.84; 20915402823102MIR, **04/04/2009,** $5,143.14; 20921701200902MIRT, **04/04/2009,** $4,088.53; 20915602368002MIR, **04/05/2009,** $2,054.50; 20915402822802MIR, **04/06/2009,** $4,584.71; 20918200576102MIRT, **04/06/2009,** $4,906.42; 20915502865802MIR, **04/10/2009,** $4,902.19; 20917301827502MIR, **04/11/2009,** $4,896.53; 20915904736702MIR, **04/11/2009,** $4,542.81; 20915502865902MIR, **04/11/2009,** $4,542.81; 20915904736802MIR, **04/11/2009,** $4,542.81; 20922503787102MIR, **04/14/2009,** $3,841.24; 20915904737002MIR, **04/15/2009,** $5,164.65; 20915904736902MIR, **04/15/2009,** $4,542.81; 20919405343002MIR, **04/16/2009,** $4,279.89; 20922503787402MIR, **04/18/2009,** $470.63; 20918003769602MIR, **04/18/2009,** $4,542.81; 20919003594902MIR, **04/18/2009,** $4,847.84; 20918003769402MIR, **04/18/2009,**

$4,847.84; 20917401435702MIR, **04/18/2009,** $4,246.38; 20917401435602MIR, **04/18/2009,** $5,164.65; 20917401435402MIR, **04/18/2009,** $4,847.84; 20911702253202MIR, **04/19/2009,** $3,094.99; 20917606070002MIR, **04/20/2009,** $4,542.81; 20918003769702MIR, **04/20/2009,** $5,012.94; 20922503787602MIR, **04/20/2009,** $4,584.71; 20918300220008MIR, **04/20/2009,** $4,011.30; 20919805186702MIR, **04/20/2009,** $4,327.22; 20917606070102MIR, **04/20/2009,** $5,164.65; 20924605210802MIR, **04/21/2009,** $5,627.31; 20919805186502MIR, **04/21/2009,** $4,896.53; 20919805186802MIR, **04/22/2009,** $4,584.71; 20922503786902MIR, **04/22/2009,** $4,584.71; 20922503786402MIR, **04/22/2009,** $684.73; 20922903917802MIR, **04/22/2009,** $4,868.22; 21319600110808MIR, **04/22/2009,** $470.63; 20922503786802MIR, **04/22/2009,** $4,584.71; 20922503787002MIR, **04/22/2009,** $620.68; 20917301827302MIR, **04/22/2009,** $4,868.22; 20915302556702MIR, **04/22/2009,** $909.42; 20922903917202MIR, **04/23/2009,** $4,584.71; 20917301827602MIR, **04/23/2009,** $4,600.33; 20919802813902MIR, **04/23/2009,** $4,600.33; 21018803083902MIRU, **04/24/2009,** $5,164.65; 20931605762602MIR, **04/25/2009,** $5,547.82; 20918802402902MIR, **04/25/2009,** $4,246.38; 20917606069802MIR, **04/25/2009,** $2,197.21; 20918304915802MIR, **04/25/2009,** $4,896.53; 20917606070202MIR, **04/25/2009,** $4,600.33; 20918705982902MIR, **04/25/2009,** $3,181.35; 20915402822602MIR, **04/25/2009,** $2,746.33; 20919703757502MIR, **04/25/2009,** $2,390.33; 21000804029902MIRU, **04/27/2009,** $4,246.38; 21018102136002MIRU, **04/27/2009,** $4,542.81; 20918705982602MIR, **04/27/2009,** $4,868.22; 20918705982802MIR, **04/29/2009,** $4,584.71; 20918304915902MIR, **04/29/2009,** $4,584.71; 20921000590102MIRT, **04/29/2009,** $4,506.77; 20918705982702MIR, **04/29/2009,** $4,246.38; 20917606069902MIR, **04/29/2009,** $5,926.67; 20917606069702MIR, **04/29/2009,** $5,889.76; 20922503786602MIR, **04/29/2009,** $2,414.35; 20918304916002MIR, **04/29/2009,** $634.46; 20920901571602MIR, **05/01/2009,** $4,246.38; 20919405342702MIR, **05/04/2009,** $4,847.84; 20918705982002MIR, **05/04/2009,** $5,164.65; 20918705983102MIR, **05/04/2009,** $4,246.38; 20920303692402MIR, **05/06/2009,** $5,158.31; 20920303692302MIR, **05/07/2009,** $5,164.65; 20919405342102MIR, **05/07/2009,** $5,143.14; 20920501551702MIR, **05/08/2009,** $2,185.72; 20920303692202MIR, **05/08/2009,** $4,847.84; 20919405342202MIR, **05/08/2009,** $3,983.92; 20919802814002MIR, **05/08/2009,** $2,877.90; 20920802380302MIR, **05/08/2009,** $4,246.38; 20920501551502MIR, **05/08/2009,**

$3,983.92; 20920501551602MIR, **05/08/2009,** $4,542.81; 20919405342302MIR, **05/09/2009,** $4,542.81; 20919405342402MIR, **05/09/2009,** $5,164.65; 20920802380202MIR, **05/09/2009,** $4,542.81; 20919405342802MIR, **05/09/2009,** $4,280.35; 20922503786502MIR, **05/11/2009,** $2,746.33; 20922500015602MIR, **05/11/2009,** $4,560.39; 20923000590202MIRT, **05/11/2009,** $1,268.71; 20922500015802MIR, **05/11/2009,** $5,164.65; 20922500016102MIR, **05/11/2009,** $4,847.84; 20922903917502MIR, **05/13/2009,** $5,593.34; 20919405343102MIR, **05/13/2009,** $4,542.81; 20922500015902MIR, **05/14/2009,** $4,542.81; 20932202147502MIRU, **05/14/2009,** $4,246.38; 21319600110708MIR, **05/14/2009,** $352.98; 20926104181402MIR, **05/14/2009,** $4,220.78; 20919405342902MIR, **05/15/2009,** $4,542.81; 20919003594802MIR, **05/16/2009,** $5,889.76; 20922503786702MIR, **05/16/2009,** $550.77; 20922500016002MIR, **05/17/2009,** $3,519.95; 20919003595002MIR, **05/17/2009,** $4,847.84; 20919003594702MIR, **05/17/2009,** $4,847.84; 20914200695402MIR, **05/19/2009,** $2,725.69; 20922903917702MIR, **05/19/2009,** $5,889.76; 20919802813802MIR, **05/19/2009,** $4,896.53; 20926102154202MIRU, **05/20/2009,** $3,983.92; 20923204716502MIR, **05/22/2009,** $5,164.65; 20919805186602MIR, **05/22/2009,** $4,847.84; 20922903917902MIR, **05/24/2009,** $5,164.65; 20922903917602MIR, **05/27/2009,** $4,847.84; 20922903917402MIR, **05/27/2009,** $4,847.84; 20920901571702MIR, **05/29/2009,** $4,262.08; 20920303692502MIR, **05/30/2009,** $5,504.12; 20922903918002MIR, **05/30/2009,** $4,495.47; 20920303692602MIR, **05/31/2009,** $4,232.11; 20922500015702MIR, **06/01/2009,** $4,542.81; 20922500016202MIR, **06/03/2009,** $4,847.84; 20922503787502MIR, **06/04/2009,** $1,675.19; 20931605762702MIR, **06/08/2009,** $5,240.97; 20926001112402MIR, **06/11/2009,** $4,847.84; 20920303692102MIR, **06/15/2009,** $225.26; 20924601859302MIR, **06/17/2009,** $117.66; 20928600008702MIR, **06/17/2009,** $3,640.60; 20926502485902MIR, **06/17/2009,** $2,746.33; 20924601859402MIR, **06/17/2009,** $3,983.92; 20924402034702MIR, **06/17/2009,** $4,868.22; 20924402034902MIR, **06/17/2009,** $4,868.22; 20924601859202MIR, **06/19/2009,** $4,847.84; 20926804423402MIR, **06/19/2009,** $3,642.86; 20926001112302MIR, **06/19/2009,** $4,847.84; 20922503787302MIR, **06/19/2009,** $3,983.92; 20925701061002MIRU, **06/20/2009,** $3,821.55; 20925303355402MIR, **06/21/2009,** $3,181.35; 20925303355302MIR, **06/21/2009,** $3,049.78; 20924402034802MIR, **06/23/2009,** $4,605.76; 20926104181602MIR, **06/24/2009,** $4,902.19; 20931401556502MIR, **06/25/2009,** $5,158.31; 20922503787202MIR,

**06/27/2009,** $720.58; 20926104181802MIR, **06/30/2009,** $4,016.75; 20926001112202MIR, **07/02/2009,** $4,542.81; 20931610426402MIR, **07/05/2009,** $2,614.98; 20926502486002MIR, **07/07/2009,** $4,902.19; 20926104182002MIR, **07/08/2009,** $4,542.81; 20926104181902MIR, **07/08/2009,** $5,164.65; 20926104182202MIR, **07/10/2009,** $0.00; 20926001112102MIR, **07/10/2009,** $5,504.12; 20926001112502MIR, **07/11/2009,** $5,240.97; 20926104182102MIR, **07/11/2009,** $4,246.38; 20926001112002MIR, **07/11/2009,** $4,542.81; 20934404051402MIR, **07/12/2009,** $1,799.06; 20931605762302MIR, **07/13/2009,** $4,847.84; 20926104181502MIR, **07/13/2009,** $4,584.71; 20931605762402MIR, **07/13/2009,** $5,164.65; 20926104181302MIR, **07/13/2009,** $1,930.63; 20925303355502MIR, **07/15/2009,** $3,594.53; 20931610426502MIR, **07/18/2009,** $1,930.63; 20926804423302MIR, **07/21/2009,** $1,930.63; 20926104181702MIR, **07/22/2009,** $315.45; 21002201133502MIR, **09/01/2009,** $3,946.32; 21009505382002MIR, **09/02/2009,** $4,220.78; 21009505382202MIR, **09/03/2009,** $3,442.22; 21002201133602MIR, **09/03/2009,** $3,946.32; 21009505381902MIR, **09/08/2009,** $1,444.35; 21010604340202MIR, **09/11/2009,** $3,442.22; 21019305333602MIR, **09/11/2009,** $107.60; 21010604340102MIR, **09/11/2009,** $3,247.25; 20935605457802MIR, **10/07/2009,** $4,077.89; 21021104225202MIR, **10/12/2009,** $225.26; 20934504724602MIR, **10/15/2009,** $4,888.38; 20934206116602MIR, **10/19/2009,** $3,664.16; 21003205066702MIR, **10/21/2009,** $3,946.32; 20935504587702MIR, **10/23/2009,** $197.79; 21001301715102MIR, **10/27/2009,** $4,214.50; 21001907478502MIR, **10/28/2009,** $5,164.65; 21006705271002MIR, **10/30/2009,** $460.58; 21002504549602MIR, **10/30/2009,** $3,983.92; 21008304069802MIR, **10/30/2009,** $2,900.08; 21001105070802MIR, **10/30/2009,** $4,232.11; 21001504094102MIR, **11/02/2009,** $4,232.11; 21001907478402MIR, **11/12/2009,** $3,946.68; 21009104760402MIR, **11/14/2009,** $3,642.86; 21012004554702MIR, **11/17/2009,** $2,746.33; 21004203999202MIR, **11/18/2009,** $3,642.86; 21006105014402MIR, **11/18/2009,** $4,017.12; 21003505264802MIR, **11/18/2009,** $4,585.08; 21004100376502MIR, **11/19/2009,** $4,284.31; 21004708659802MIR, **11/20/2009,** $4,495.86; 21020704451102MIR, **11/20/2009,** $1,534.33; 21020200127402MIR, **11/20/2009,** $1,799.37; 21003505264902MIR, **11/20/2009,** $2,755.83; 21004708659602MIR, **11/20/2009,** $4,495.86; 21010604340002MIR, **11/21/2009,** $2,756.18; 21019305333402MIR, **11/24/2009,** $1,534.33; 21020704451202MIR, **11/24/2009,** $215.20; 21007504177602MIR, **11/24/2009,** $4,078.26; 21021104225102MIR, **11/25/2009,**

$107.60; 21016804908102MIR, **11/25/2009,** $197.79; 21021104225002MIR, **11/25/2009,** $315.45; 21020204063502MIR, **11/25/2009,** $225.26; 21008904320002MIR, **12/02/2009,** $1,799.37; 21004708973802MIR, **12/02/2009,** $3,841.60; 21006705271102MIR, **12/03/2009,** $5,151.92; 21008904230702MIR, **12/04/2009,** $2,615.31; 21008804430202MIR, **12/05/2009,** $3,841.60; 21017305000002MIR, **12/05/2009,** $315.45; 21008104428202MIR, **12/06/2009,** $5,627.71; 21018705515302MIR, **12/07/2009,** $4,848.23; 21020200127202MIR, **12/08/2009,** $1,370.60; 21411100239302MIRU, **12/08/2009,** $7,034.93; 21004304547502MIR, **12/09/2009,** $3,500.10; 21019305333702MIR, **12/09/2009,** $235.31; 21004304547602MIR, **12/09/2009,** $3,841.60; 21019305333802MIR, **12/09/2009,** $540.70; 21004708659702MIR, **12/09/2009,** $3,442.58; 21008804430102MIR, **12/10/2009,** $3,774.80; 21008404133902MIR, **12/10/2009,** $3,442.58; 21008904230602MIR, **12/10/2009,** $2,746.66; 21030003081302MIR, **12/10/2009,** $117.66; 21009203379202MIR, **12/10/2009,** $3,500.10; 21007604872502MIR, **12/10/2009,** $1,940.91; 21018705515102MIR, **12/11/2009,** $4,848.23; 21011804463702MIR, **12/12/2009,** $3,299.45; 21010205172002MIR, **12/12/2009,** $3,500.10; 21007604872802MIR, **12/12/2009,** $3,500.10; 21004100376702MIR, **12/12/2009,** $3,500.10; 21006705270902MIR, **12/12/2009,** $3,050.12; 21019505171602MIR, **12/12/2009,** $2,746.66; 21021104225302MIR, **12/16/2009,** $342.91; 21022205767602MIR, **12/17/2009,** $197.79; 21013804662702MIR, **12/17/2009,** $4,888.76; 21019505171302MIR, **12/17/2009,** $545.68; 21007704237902MIR, **12/18/2009,** $5,165.05; 21007803973202MIR, **12/19/2009,** $2,956.81; 21006203510502MIR, **12/19/2009,** $4,495.86; 21012009490302MIR, **12/19/2009,** $107.60; 21012004554902MIR, **12/19/2009,** $315.45; 21012004555002MIR, **12/19/2009,** $324.38; 21006405220102MIR, **12/29/2009,** $4,606.15; 21008104428402MIR, **12/31/2009,** $846.82; 21009804100602MIR, **12/31/2009,** $3,336.36; 21007604872702MIR, **01/05/2010,** $2,558.51; 21030003081202MIR, **01/05/2010,** $455.71; 21006405220002MIR, **01/05/2010,** $2,318.64; 21007604872602MIR, **01/06/2010,** $3,442.58; 21008504159302MIR, **01/07/2010,** $2,414.67; 21010405451602MIR, **01/09/2010,** $4,020.51; 21020204064002MIR, **01/09/2010,** $213.73; 21007704238002MIR, **01/09/2010,** $2,900.42; 21019505171502MIR, **01/09/2010,** $362.97; 21020204063902MIR, **01/09/2010,** $120.99; 21009604795802MIR, **01/11/2010,** $3,640.96; 21008104428302MIR, **01/11/2010,** $1,799.37; 21018705133802MIRU, **01/14/2010,** $6,272.01; 21010205171902MIR, **01/14/2010,** $5,788.05;

21006405219902MIR, **01/17/2010,** $3,640.96; 21009004593402MIR, **01/18/2010,** $3,946.68; 21016305191302MIR, **01/18/2010,** $2,054.82; 21008304692002MIR, **01/18/2010,** $3,135.73; 21021603383602MIR, **01/19/2010,** $331.95; 21020200127502MIR, **01/22/2010,** $576.70; 21008904319902MIR, **01/22/2010,** $3,299.45; 21012505272902MIR, **01/22/2010,** $177.42; 21016110209402MIR, **01/23/2010,** $2,054.82; 21012505273002MIR, **01/26/2010,** $3,299.45; 21018313942302MIR, **01/28/2010,** $3,640.96; 21019505171202MIR, **01/28/2010,** $1,505.12; 21021603383502MIR, **01/29/2010,** $424.69; 21022805278702MIR, **01/29/2010,** $110.65; 21008304069902MIR, **01/29/2010,** $1,496.14; 21008304069702MIR, **01/29/2010,** $1,496.14; 21020204064102MIR, **01/30/2010,** $1,496.14; 21012009490402MIR, **01/31/2010,** $4,232.48; 21012505273202MIR, **02/01/2010,** $7,319.19; 21019704735202MIR, **02/01/2010,** $3,241.93; 21012004554802MIR, **02/02/2010,** $2,414.67; 21016110208902MIR, **02/02/2010,** $2,756.18; 21013305126602MIR, **02/03/2010,** $2,204.94; 21022205767402MIR, **02/04/2010,** $213.73; 21010405451702MIR, **02/04/2010,** $3,299.45; 21106700648708MIR, **02/06/2010,** $6,701.15; 21010305901202MIR, **02/07/2010,** $3,640.96; 21011104312602MIR, **02/07/2010,** $2,756.18; 21013804662802MIR, **02/08/2010,** $2,956.81; 21016804908202MIR, **02/09/2010,** $221.30; 21030004386302MIR, **02/10/2010,** $362.97; 21011005778002MIR, **02/12/2010,** $2,756.18; 21013205314602MIR, **03/04/2010,** $5,223.01; 21016110209302MIR, **03/05/2010,** $2,308.81; 21016110209102MIR, **03/05/2010,** $3,946.68; 21016110209602MIR, **03/05/2010,** $2,746.66; 21013804662902MIR, **03/10/2010,** $1,941.34; 21018003739002MIR, **03/10/2010,** $4,272.39; 21016110209202MIR, **03/11/2010,** $1,144.15; 21019303002502MIR, **03/12/2010,** $2,067.18; 21013404553202MIR, **03/12/2010,** $3,336.79; 21017505471702MIR, **03/13/2010,** $3,774.80; 21030003081502MIR, **03/16/2010,** $445.28; 21022205767702MIR, **03/17/2010,** $501.76; 21019303002302MIR, **03/18/2010,** $324.38; 21016110209702MIR, **03/18/2010,** $1,357.77; 21013404553102MIR, **03/19/2010,** $4,606.58; 21019303002402MIR, **03/19/2010,** $4,290.00; 21013205314702MIR, **03/19/2010,** $4,020.51; 21020204063802MIR, **03/20/2010,** $120.99; 21016110209002MIR, **03/24/2010,** $2,756.18; 21018301045402MIR, **03/25/2010,** $2,182.91; 21016705420702MIR, **03/26/2010,** $5,222.58; 21014702103702MIR, **03/26/2010,** $3,299.88; 21014702103602MIR, **03/26/2010,** $4,869.05; 21014704603902MIR, **03/27/2010,** $4,601.14; 21017505471602MIR, **03/29/2010,** $3,299.45; 21020204063602MIR, **03/30/2010,** $110.65; 21018301045302MIR,

**04/01/2010,** $3,299.45; 21017502427902MIRU, **04/02/2010,** $7,186.23; 21015204363602MIR, **04/02/2010,** $4,020.94; 21016904593502MIR, **04/02/2010,** $2,054.82; 21020404640402MIR, **04/02/2010,** $3,984.27; 21018705515202MIR, **04/02/2010,** $2,184.58; 21025009769202MIR, **04/05/2010,** $3,643.23; 21021605313202MIR, **04/06/2010,** $2,763.22; 21020200127102MIR, **04/06/2010,** $1,685.56; 21021605313302MIR, **04/06/2010,** $2,895.59; 21021605313402MIR, **04/06/2010,** $4,633.98; 21023904540902MIR, **04/06/2010,** $2,756.18; 21019505171102MIR, **04/06/2010,** $1,637.49; 21016503805002MIR, **04/07/2010,** $7,186.23; 21016503804902MIR, **04/08/2010,** $3,640.96; 21019105620902MIR, **04/13/2010,** $2,756.18; 21020100040408MIR, **04/13/2010,** $2,506.30; 21016110209502MIR, **04/13/2010,** $1,496.14; 21017604722602MIR, **04/13/2010,** $3,241.93; 21030004388102MIR, **04/14/2010,** $362.81; 21018100811902MIR, **04/14/2010,** $3,664.51; 21022304627202MIR, **04/14/2010,** $458.48; 21023504838002MIR, **04/16/2010,** $556.02; 21022405255102MIR, **04/16/2010,** $498.14; 21017204752802MIR, **04/16/2010,** $5,627.71; 21018100811802MIR, **04/19/2010,** $2,419.87; 21022405255702MIR, **04/19/2010,** $3,505.55; 21017505471802MIR, **04/21/2010,** $6,701.15; 21022205767902MIR, **04/24/2010,** $455.71; 21022805278402MIR, **04/29/2010,** $120.99; 21023504838502MIR, **05/01/2010,** $1,675.49; 21020404640502MIR, **05/01/2010,** $4,895.56; 21028700583502MIR, **05/03/2010,** $3,521.75; 21020204063702MIR, **05/04/2010,** $3,640.96; 21026005001902MIR, **05/04/2010,** $4,495.86; 21022405255302MIR, **05/04/2010,** $3,442.58; 21022405255202MIR, **05/04/2010,** $239.05; 21024400945702MIR, **05/08/2010,** $3,946.68; 21022405255902MIR, **05/08/2010,** $1,534.63; 21022405255502MIR, **05/08/2010,** $3,181.70; 21026501410202MIR, **05/08/2010,** $3,946.68; 21019305333502MIR, **05/10/2010,** $4,258.05; 21021003953102MIR, **05/11/2010,** $2,746.66; 21030004388002MIR, **05/12/2010,** $203.39; 21021003953202MIR, **05/12/2010,** $3,640.96; 21019505171402MIR, **05/12/2010,** $4,020.51; 21020704451302MIR, **05/13/2010,** $4,585.08; 21021003953302MIR, **05/13/2010,** $2,414.67; 21016805057302MIR, **05/13/2010,** $1,940.91; 21022405255802MIR, **05/14/2010,** $4,020.51; 21021805307402MIR, **05/14/2010,** $3,640.96; 21019505171002MIR, **05/14/2010,** $2,661.97; 21021605313502MIR, **05/15/2010,** $2,756.18; 21022205767302MIR, **05/17/2010,** $4,495.86; 21020804628202MIR, **05/18/2010,** $2,746.66; 21022205767502MIR, **05/18/2010,** $241.98; 21022805278602MIR, **05/18/2010,** $463.28; 21020204063302MIR, **05/19/2010,** $4,232.48; 21023504838202MIR, **05/20/2010,**

$3,299.45; 21030004386502MIR, **05/21/2010,** $424.69; 21023504838102MIR, **05/22/2010,** $4,221.16; 21021104225402MIR, **05/23/2010,** $4,543.18; 21020200127302MIR, **05/25/2010,** $5,331.50; 21023504837902MIR, **05/26/2010,** $1,333.99; 21021003953402MIR, **05/26/2010,** $5,241.38; 21022205767802MIR, **05/27/2010,** $473.62; 21024204455702MIR, **05/27/2010,** $3,640.96; 21024600226202MIR, **05/27/2010,** $4,495.86; 21026009602802MIR, **05/28/2010,** $3,500.10; 21021003953002MIR, **05/28/2010,** $4,020.51; 21022805278202MIR, **06/01/2010,** $4,888.76; 21022805278502MIR, **06/02/2010,** $2,414.67; 21026501410102MIR, **06/02/2010,** $2,756.18; 21021805307202MIR, **06/02/2010,** $1,333.99; 21023904540802MIR, **06/03/2010,** $5,222.58; 21023504837802MIR, **06/07/2010,** $4,606.15; 21022805278302MIR, **06/07/2010,** $3,393.66; 21027404486302MIR, **06/07/2010,** $5,310.63; 21022405255602MIR, **06/08/2010,** $3,247.59; 21023904541002MIR, **06/10/2010,** $1,675.49; 21025009769302MIR, **06/11/2010,** $1,675.49; 21023504838302MIR, **06/11/2010,** $4,606.15; 21030003081402MIR, **06/16/2010,** $0.00; 21023904541102MIR, **06/20/2010,** $5,158.71; 21025009769002MIR, **06/22/2010,** $3,643.23; 21027904809002MIR, **06/23/2010,** $948.95; 21027204179402MIR, **06/28/2010,** $5,222.58; 21027204179702MIR, **06/28/2010,** $3,797.60; 21028405390302MIR, **06/28/2010,** $1,627.71; 21024505021302MIR, **06/29/2010,** $2,994.38; 21024505021402MIR, **06/29/2010,** $2,900.42; 21025206032402MIR, **06/29/2010,** $4,606.15; 21025009768902MIR, **06/29/2010,** $4,017.12; 21025009769102MIR, **06/29/2010,** $4,495.86; 21025206032602MIR, **06/29/2010,** $3,984.27; 21025804690202MIR, **06/29/2010,** $1,940.91; 21025206032502MIR, **06/30/2010,** $3,774.80; 21029804721002MIR, **06/30/2010,** $3,643.23; 21025804690602MIR, **06/30/2010,** $4,868.62; 21027104873202MIR, **07/01/2010,** $4,600.71; 21134702220002MIRU, **07/02/2010,** $5,196.27; 21024600226602MIR, **07/03/2010,** $1,876.14; 21025305065902MIR, **07/06/2010,** $2,756.18; 21027706013902MIR, **07/07/2010,** $3,241.93; 21025804690402MIR, **07/07/2010,** $3,774.80; 21025804690502MIR, **07/07/2010,** $4,590.75; 21025305065802MIR, **07/08/2010,** $2,756.18; 21027404486502MIR, **07/09/2010,** $4,020.51; 21028105321802MIR, **07/09/2010,** $1,333.99; 21028105321702MIR, **07/11/2010,** $1,496.14; 21026704351902MIR, **07/12/2010,** $3,263.82; 21025804690302MIR, **07/12/2010,** $4,868.62; 21027806184002MIR, **07/12/2010,** $2,862.60; 21027304721202MIR, **07/13/2010,** $2,414.67; 21030204241902MIR, **07/13/2010,** $2,054.82; 21026501410302MIR, **07/14/2010,** $3,662.94; 21026304657702MIR, **07/14/2010,** $4,041.38;

21027404486202MIR, **07/16/2010,** $4,888.76; 21028105321602MIR, **07/16/2010,** $1,496.14; 21030103204802MIR, **07/17/2010,** $5,788.05; 21027404486102MIR, **07/21/2010,** $3,379.17; 21026005002002MIR, **07/23/2010,** $3,662.94; 21027904809102MIR, **07/23/2010,** $3,774.80; 21105223321602MIRT, **07/27/2010,** $2,110.93; 21027904809402MIR, **07/27/2010,** $4,895.56; 21027806183902MIR, **07/28/2010,** $5,331.50; 21028405390402MIR, **07/28/2010,** $4,868.62; 21029504389802MIR, **07/30/2010,** $2,287.03; 21027904809302MIR, **07/30/2010,** $2,746.66; 21028700583602MIR, **08/02/2010,** $2,756.18; 21027204179602MIR, **08/02/2010,** $4,606.15; 21027706013802MIR, **08/03/2010,** $3,640.96; 21027904809202MIR, **08/04/2010,** $2,756.18; 21028001531302MIRT, **08/04/2010,** $1,689.59; 21027904808902MIR, **08/05/2010,** $4,585.08; 21027904808802MIR, **08/05/2010,** $3,640.96; 21030103205002MIR, **08/05/2010,** $4,606.15; 21026501410402MIR, **08/06/2010,** $621.70; 21027404486402MIR, **08/06/2010,** $4,044.79; 21030204242102MIR, **08/09/2010,** $4,232.48; 21029304354702MIR, **08/09/2010,** $4,868.62; 21029504389902MIR, **08/12/2010,** $3,664.51; 21027404486602MIR, **08/13/2010,** $2,772.80; 21030204241702MIR, **08/16/2010,** $6,309.58; 21029504390102MIR, **08/16/2010,** $2,054.82; 21029804720902MIR, **08/18/2010,** $3,299.45; 21029304354802MIR, **08/19/2010,** $5,165.05; 21030103204902MIR, **08/23/2010,** $5,023.65; 21030504832402MIR, **08/24/2010,** $4,996.71; 21029504390002MIR, **08/25/2010,** $2,756.18; 21030504832302MIR, **08/26/2010,** $3,821.90; 21030204241802MIR, **08/28/2010,** $3,643.23; 21029804721102MIR, **08/29/2010,** $3,984.27; 21030504832502MIR, **09/01/2010,** $3,946.68; 21029504389602MIR, **09/02/2010,** $2,992.04.

*Golden Age Home Health Care, Inc. 237779* **(Claim Numbers, Start of Service, Paid)**

20911705196302MIR, **01/23/2009,** $4,000.04; 20912505811202MIR, **02/07/2009,** $4,214.50; 20912101933002MIR, **02/12/2009,** $107.60; 20912505811102MIR, **02/20/2009,** $4,584.71; 20911101832502MIR, **02/21/2009,** $197.79; 20913402420402MIR, **02/21/2009,** $5,524.71; 20912800170108MIR, **02/22/2009,** $2,366.39; 20913304257602MIR, **02/24/2009,** $5,570.04; 20912603847602MIR, **02/26/2009,** $5,257.71; 20912504651102MIR, **03/02/2009,** $4,847.84; 20915402821902MIR, **03/08/2009,** $5,240.97; 20913203152102MIR, **03/10/2009,** $3,427.91; 20916003236902MIR, **03/12/2009,** $4,584.71; 20916101781202MIR, **03/12/2009,** $4,584.71; 20916205765702MIR, **03/12/2009,** $4,584.71; 20916101781002MIR, **03/12/2009,** $3,664.16; 20916101781102MIR, **03/12/2009,** $4,214.50; 20915603669302MIR, **03/12/2009,** $4,246.38; 20914902001902MIR, **03/13/2009,** $4,444.98; 20917301824702MIR, **03/13/2009,** $4,542.81; 20916703933102MIR, **03/13/2009,** $4,495.47; 20916205765902MIR, **03/13/2009,** $5,518.38; 20913803747502MIR, **03/13/2009,** $4,905.45; 20917403713302MIR, **03/13/2009,** $4,279.89; 20913803747602MIR, **03/13/2009,** $4,262.08; 20918307206802MIR, **03/13/2009,** $4,571.26; 20916205765802MIR, **03/14/2009,** $5,012.94; 20916003237002MIR, **03/17/2009,** $3,299.11; 20934802320702MIRU, **03/17/2009,** $4,246.38; 20916901018802MIR, **03/17/2009,** $3,479.13; 20917702241502MIR, **03/19/2009,** $4,232.11; 20917605544302MIR, **03/20/2009,** $5,316.61; 20917605544502MIR, **03/20/2009,** $1,333.69; 20916803847302MIR, **03/21/2009,** $3,983.92; 20915203999702MIR, **03/23/2009,** $5,316.61; 20915203999602MIR, **03/23/2009,** $5,151.52; 20919701772102MIR, **03/24/2009,** $3,627.71; 20923602245102MIR, **04/01/2009,** $2,778.83; 20919703756602MIR, **04/03/2009,** $4,262.08; 20919103750002MIR, **04/06/2009,** $4,262.53; 21015504563402MIRU, **04/07/2009,** $3,929.90; 20918902824102MIR, **04/08/2009,** $4,584.71; 20918307206702MIR, **04/08/2009,** $5,603.87; 20918705979502MIR, **04/08/2009,** $4,827.66; 20917702242102MIR, **04/11/2009,** $3,983.92; 20919501549202MIR, **04/11/2009,** $3,664.16; 20918802401702MIR, **04/14/2009,** $4,884.75; 20917702241702MIR, **04/14/2009,** $3,648.91; 20917702241402MIR, **04/14/2009,** $4,246.38; 20917403713202MIR, **04/14/2009,** $4,016.75; 20917702241902MIR, **04/14/2009,** $4,000.04; 20916901018702MIR, **04/14/2009,** $4,246.38; 20916901018902MIR, **04/14/2009,** $4,016.75;

20920303690902MIR, **04/15/2009,** $4,265.61; 20917301824602MIR, **04/17/2009,** $3,967.34; 20919006194302MIR, **04/17/2009,** $4,523.90; 20917000914602MIR, **04/18/2009,** $4,228.70; 20919501549402MIR, **04/19/2009,** $5,603.87; 20919703756702MIR, **04/19/2009,** $4,881.78; 20920401245902MIR, **04/21/2009,** $3,640.60; 20920404765202MIR, **04/22/2009,** $4,660.57; 20922500014802MIR, **04/22/2009,** $4,016.75; 20918202206402MIR, **04/22/2009,** $4,228.70; 20920303690602MIR, **04/22/2009,** $3,967.34; 20920404764902MIR, **04/22/2009,** $3,983.92; 20920303690802MIR, **04/23/2009,** $4,584.71; 20918003769102MIR, **04/23/2009,** $3,983.92; 20932004005202MIR, **04/23/2009,** $5,164.65; 20920404765102MIR, **04/23/2009,** $4,584.71; 20920401246202MIR, **04/23/2009,** $4,016.75; 20919701251802MIRT, **04/24/2009,** $540.50; 20923303183102MIR, **04/24/2009,** $4,016.75; 20917702242002MIR, **04/25/2009,** $5,570.04; 20920404765002MIR, **04/25/2009,** $4,605.76; 20923303182902MIR, **04/29/2009,** $5,049.85; 21307001113602MIRU, **04/29/2009,** $338.27; 20926402084102MIR, **04/29/2009,** $4,565.62; 20917605544402MIR, **04/30/2009,** $2,866.62; 20927102357302MIR, **04/30/2009,** $3,241.59; 20923202582602MIR, **04/30/2009,** $4,232.11; 20928100998602MIR, **04/30/2009,** $0.00; 20929201057902MIR, **04/30/2009,** $4,605.76; 20922500015202MIR, **04/30/2009,** $4,584.71; 20919501549302MIR, **05/01/2009,** $4,246.38; 20922600601602MIR, **05/04/2009,** $1,675.19; 20923102206502MIR, **05/04/2009,** $4,565.62; 20922500014902MIR, **05/05/2009,** $4,246.38; 20923702112102MIR, **05/05/2009,** $4,847.84; 20928105315002MIR, **05/07/2009,** $4,092.61; 20924301878602MIR, **05/08/2009,** $3,983.92; 20927102356802MIR, **05/09/2009,** $443.17; 20927300405802MIRT, **05/09/2009,** $2,407.96; 20936502318702MIR, **05/10/2009,** $1,168.85; 20924301878702MIR, **05/10/2009,** $5,158.31; 20924601855602MIR, **05/10/2009,** $4,660.57; 20926403572102MIR, **05/10/2009,** $4,584.71; 20934203845402MIR, **05/11/2009,** $2,116.06; 20923702112202MIR, **05/11/2009,** $4,280.35; 20933801851602MIR, **05/11/2009,** $117.66; 20927102356702MIR, **05/11/2009,** $4,586.59; 20923303182502MIR, **05/11/2009,** $3,983.92; 20920404765302MIR, **05/12/2009,** $117.66; 20924002400002MIR, **05/12/2009,** $4,280.35; 20932004005302MIR, **05/12/2009,** $5,164.65; 20927102356602MIR, **05/12/2009,** $3,983.92; 20928100998302MIR, **05/12/2009,** $3,485.19; 20923303182302MIR, **05/13/2009,** $3,299.11; 20934203845102MIR, **05/13/2009,** $3,983.92; 20926403573402MIR, **05/13/2009,** $3,007.76; 20919701772202MIR, **05/14/2009,** $0.00; 20922300187004MIR, **05/14/2009,** $0.00; 20934203844802MIR,

**05/15/2009,** $3,664.16; 20927102357402MIR, **05/15/2009,** $4,214.50; 20927102357202MIR, **05/15/2009,** $4,755.46; 21002601278108MIR, **05/15/2009,** $3,156.11; 20934203844902MIR, **05/15/2009,** $5,323.40; 20923303182402MIR, **05/16/2009,** $3,642.86; 21003402224902MIR, **05/16/2009,** $2,746.33; 20923303182602MIR, **05/16/2009,** $4,283.29; 20923100239102MIRT, **05/17/2009,** $2,850.59; 20922500015002MIR, **05/18/2009,** $4,605.76; 20924601855702MIR, **05/18/2009,** $5,012.94; 20922600601802MIR, **05/19/2009,** $4,605.76; 20922500015302MIR, **05/20/2009,** $197.79; 20923303182202MIR, **05/20/2009,** $4,246.38; 20925800903002MIR, **05/21/2009,** $3,499.75; 20927404466102MIR, **05/22/2009,** $1,799.06; 20925800902802MIR, **05/22/2009,** $4,868.22; 20922500015102MIR, **05/22/2009,** $4,584.71; 20922600601702MIR, **05/22/2009,** $3,087.85; 20922600601502MIR, **05/22/2009,** $4,016.75; 20914204482502MIR, **05/22/2009,** $2,567.93; 20923602245002MIR, **05/26/2009,** $4,426.48; 21008802819502MIR, **05/28/2009,** $5,294.47; 20924002400102MIR, **05/29/2009,** $4,584.71; 20923902312902MIR, **05/30/2009,** $3,299.11; 20929202343202MIR, **05/30/2009,** $3,176.68; 20923303182702MIR, **05/30/2009,** $4,660.57; 20930102756502MIR, **06/01/2009,** $4,542.81; 20936201268002MIR, **06/01/2009,** $4,092.61; 20934301424602MIR, **06/02/2009,** $3,285.40; 20930201762102MIR, **06/04/2009,** $4,660.57; 20923902312702MIR, **06/05/2009,** $4,004.25; 21015504563502MIRU, **06/06/2009,** $4,228.70; 20924301878802MIR, **06/07/2009,** $2,688.87; 20929702564302MIR, **06/07/2009,** $4,895.18; 20926402084002MIR, **06/07/2009,** $2,744.38; 20931305421702MIR, **06/08/2009,** $4,584.71; 20929202343002MIR, **06/08/2009,** $225.26; 20926403571702MIR, **06/09/2009,** $4,532.38; 21104501495202MIRU, **06/09/2009,** $4,847.84; 20926403571602MIR, **06/09/2009,** $117.16; 20920303690702MIR, **06/09/2009,** $550.77; 20930201762302MIR, **06/10/2009,** $2,746.33; 20930102756302MIR, **06/10/2009,** $3,841.24; 21001904011202MIR, **06/13/2009,** $5,188.43; 20923202582302MIR, **06/13/2009,** $3,627.71; 20923202582502MIR, **06/13/2009,** $3,983.92; 20936502318402MIR, **06/13/2009,** $2,755.83; 20922600601402MIR, **06/13/2009,** $3,967.34; 20930102756402MIR, **06/13/2009,** $4,827.66; 20923303183002MIR, **06/13/2009,** $3,774.44; 20923202582402MIR, **06/13/2009,** $3,299.11; 20927102357102MIR, **06/14/2009,** $4,246.38; 20936400523102MIR, **06/14/2009,** $1,093.97; 20930102756602MIR, **06/16/2009,** $4,902.19; 20923102206702MIR, **06/16/2009,** $5,664.22; 20927102356902MIR, **06/16/2009,** $4,584.71; 20923102206602MIR, **06/16/2009,** $5,143.14; 20926403572202MIR,

**06/17/2009,** $3,037.10; 20932403290802MIR, **06/18/2009,** $2,746.33; 20930201762202MIR, **06/18/2009,** $5,603.87; 20928703063702MIR, **06/18/2009,** $3,627.71; 21127200580308MIR, **06/19/2009,** $0.00; 20925402181002MIR, **06/21/2009,** $4,495.47; 20928105314902MIR, **06/21/2009,** $3,627.71; 20928703063302MIR, **06/21/2009,** $117.66; 20929504544602MIR, **06/22/2009,** $3,983.92; 20924002399902MIR, **06/22/2009,** $4,232.11; 20933604651502MIR, **06/22/2009,** $3,299.11; 20923902312802MIR, **06/23/2009,** $4,444.98; 20926502236702MIR, **06/24/2009,** $4,847.84; 20929202342802MIR, **06/24/2009,** $4,584.71; 21002100166602MIR, **06/24/2009,** $460.58; 21419700110608MIR, **06/24/2009,** $0.00; 20925902279802MIR, **06/24/2009,** $4,868.22; 20927102357002MIR, **06/24/2009,** $4,847.84; 21001904011002MIR, **06/25/2009,** $3,049.78; 20926502236602MIR, **06/26/2009,** $3,640.60; 21021803558202MIRU, **06/26/2009,** $7,185.78; 20929500285402MIR, **06/27/2009,** $4,895.18; 20928100998402MIR, **06/29/2009,** $3,911.17; 20926403572002MIR, **06/29/2009,** $4,660.57; 20925800902902MIR, **06/29/2009,** $4,847.84; 21000402416702MIR, **06/30/2009,** $1,218.46; 20932303205202MIR, **06/30/2009,** $5,012.94; 20926403571802MIR, **06/30/2009,** $4,246.38; 20922202926102MIR, **07/01/2009,** $294.02; 20928703063402MIR, **07/01/2009,** $5,787.64; 20931006782402MIR, **07/02/2009,** $225.26; 21002601395408MIR, **07/02/2009,** $450.67; 20929500285302MIR, **07/02/2009,** $4,584.71; 20928702460302MIR, **07/04/2009,** $4,641.17; 20926403571902MIR, **07/04/2009,** $4,847.84; 20932003373202MIR, **07/07/2009,** $4,246.38; 20931601016702MIR, **07/08/2009,** $107.15; 20928702460202MIR, **07/08/2009,** $5,787.64; 20928702459902MIR, **07/09/2009,** $196.96; 20928703063602MIR, **07/09/2009,** $196.96; 21127200580608MIR, **07/09/2009,** $0.00; 20931703903602MIR, **07/10/2009,** $107.15; 20928703063902MIR, **07/10/2009,** $196.96; 20931703903702MIR, **07/10/2009,** $196.96; 21002601397408MIR, **07/10/2009,** $984.51; 20928702460102MIR, **07/10/2009,** $196.96; 20932003373302MIR, **07/10/2009,** $107.15; 21127200580408MIR, **07/10/2009,** $0.00; 20933606560802MIR, **07/10/2009,** $4,847.95; 20928902554702MIR, **07/11/2009,** $2,604.12; 21000502970002MIR, **07/11/2009,** $1,834.70; 20928703063802MIR, **07/14/2009,** $2,744.38; 21001300532302MIR, **07/15/2009,** $196.96; 20934203844702MIR, **07/18/2009,** $4,605.76; 20935001644302MIR, **07/20/2009,** $4,232.11; 20926703176802MIR, **07/21/2009,** $4,523.90; 20926703176902MIR, **07/21/2009,** $4,876.14; 20926703177002MIR, **07/21/2009,** $4,523.90; 20926703177102MIR, **07/21/2009,**

$0.00; 20926703176702MIR, **07/21/2009,** $3,929.90; 21127200580808MIR, **07/22/2009,** $0.00; 21127200580508MIR, **07/23/2009,** $0.00; 20934203845002MIR, **07/23/2009,** $4,228.70; 20928902554802MIR, **07/23/2009,** $196.96; 20933615936802MIR, **07/23/2009,** $3,664.16; 21002100166502MIR, **07/23/2009,** $196.96; 21002601336008MIR, **07/25/2009,** $2,174.14; 20928703064102MIR, **07/28/2009,** $4,584.71; 20929202342902MIR, **07/29/2009,** $4,660.57; 20931601016902MIR, **07/30/2009,** $4,847.95; 20936400523402MIR, **07/31/2009,** $4,476.76; 21127200580008MIR, **08/07/2009,** $0.00; 20931608512002MIR, **08/07/2009,** $4,847.95; 20931608511802MIR, **08/07/2009,** $4,228.70; 20929504544702MIR, **08/08/2009,** $1,912.74; 21104501495302MIRU, **08/08/2009,** $4,847.84; 20935500814102MIR, **08/09/2009,** $3,642.86; 20928703064002MIR, **08/15/2009,** $3,499.75; 21127200580108MIR, **08/15/2009,** $0.00; 20931608511902MIR, **08/15/2009,** $4,228.70; 20930302047702MIR, **08/15/2009,** $4,401.95; 20928703064202MIR, **08/18/2009,** $3,627.71; 20931305421602MIR, **08/18/2009,** $4,228.70; 20934203844502MIR, **08/20/2009,** $4,000.04; 20934203844602MIR, **08/20/2009,** $2,804.53; 21000402416802MIR, **08/20/2009,** $1,328.18; 20936201267902MIR, **08/21/2009,** $107.15; 20926703177202MIR, **08/22/2009,** $117.66; 20931006782502MIR, **08/23/2009,** $4,660.57; 20930803919302MIR, **08/24/2009,** $4,214.50; 21127200580908MIR, **08/24/2009,** $0.00; 21127700270008MIR, **08/25/2009,** $0.00; 21002001826502MIR, **08/25/2009,** $5,136.83; 21000402417002MIR, **08/27/2009,** $206.97; 20932701017402MIR, **08/29/2009,** $314.12; 20936400523302MIR, **08/29/2009,** $3,689.29; 20930803919402MIR, **09/02/2009,** $3,427.91; 21001904011402MIR, **09/05/2009,** $4,868.22; 20933807387702MIR, **09/10/2009,** $6,010.48; 20931601017002MIR, **09/10/2009,** $4,827.66; 21002700223302MIR, **09/10/2009,** $5,504.12; 20936400523202MIR, **09/17/2009,** $4,605.76; 21004002317702MIR, **09/28/2009,** $4,214.50; 21002601257208MIR, **10/07/2009,** $554.02; 21007402244602MIR, **10/07/2009,** $3,838.07; 21002001826402MIR, **10/15/2009,** $2,661.63; 20935500814202MIR, **10/16/2009,** $4,092.61; 20935600642302MIR, **10/20/2009,** $5,012.94; 20934301424702MIR, **10/23/2009,** $2,744.38; 21005002624802MIR, **10/23/2009,** $3,299.11; 21001904011302MIR, **10/24/2009,** $2,482.73; 20936502318602MIR, **10/26/2009,** $4,660.57; 21003503394602MIR, **10/27/2009,** $3,841.24; 21005400241402MIR, **10/29/2009,** $5,889.76; 21000701110402MIR, **11/02/2009,** $4,792.37; 20936502318302MIR, **11/03/2009,** $3,122.35; 21002501410602MIR, **11/07/2009,** $4,476.76;

21001100560502MIR, **11/09/2009,** $4,880.46; 21002501410502MIR, **11/09/2009,** $5,669.20; 21001100560602MIR, **11/10/2009,** $3,664.16; 21001100560702MIR, **11/10/2009,** $4,660.57; 21003602413702MIR, **11/12/2009,** $3,825.26; 21001100560402MIR, **11/16/2009,** $3,642.86; 20935500814302MIR, **11/16/2009,** $0.00; 21005002624602MIR, **11/17/2009,** $2,404.32; 21005002624702MIR, **11/17/2009,** $4,017.12; 20936502318502MIR, **11/24/2009,** $4,233.47; 21002200331102MIR, **11/25/2009,** $4,641.17; 21003503394802MIR, **11/29/2009,** $3,485.19; 21003503394902MIR, **11/29/2009,** $3,285.40; 21010903517402MIR, **12/02/2009,** $4,495.86; 21003201680702MIR, **12/19/2009,** $3,841.60; 21011100190002MIR, **12/19/2009,** $3,146.37; 21003201680902MIR, **12/21/2009,** $2,900.42; 21007402244402MIR, **12/21/2009,** $3,927.89; 21010301565702MIR, **12/22/2009,** $4,258.05; 21003201680802MIR, **12/23/2009,** $3,821.90; 21008804529502MIR, **12/29/2009,** $2,255.47; 21011100189902MIR, **01/01/2010,** $3,328.20; 21005600284002MIR, **01/07/2010,** $3,864.80; 21008804529602MIR, **01/07/2010,** $5,703.88; 21006400268802MIR, **01/07/2010,** $4,306.13; 21007402244502MIR, **01/08/2010,** $4,410.70; 21008802819602MIR, **01/08/2010,** $2,956.81; 21005600284102MIR, **01/14/2010,** $3,774.80; 21008802819402MIR, **01/29/2010,** $3,662.94; 21011804628702MIR, **02/20/2010,** $3,154.65; 21013700860202MIR, **03/05/2010,** $3,101.51; 21011100189802MIR, **03/08/2010,** $2,955.49; 21012403288402MIR, **03/08/2010,** $5,628.14; 21012403288302MIR, **03/11/2010,** $3,050.55; 21016302994402MIR, **03/17/2010,** $4,495.86; 21013800452502MIR, **03/17/2010,** $3,838.86; 21013800452402MIR, **03/25/2010,** $2,756.61; 21013700860402MIR, **04/03/2010,** $3,299.88; 21016109389802MIR, **04/03/2010,** $3,664.51; 21014801525302MIR, **04/05/2010,** $3,641.39; 21013700860302MIR, **04/07/2010,** $3,641.39; 21017500033502MIR, **04/12/2010,** $4,585.08; 21015301371102MIR, **04/14/2010,** $3,500.53; 21016800480502MIR, **04/16/2010,** $4,660.95; 21106701648708MIR, **04/21/2010,** $3,068.52; 21019603371902MIR, **04/23/2010,** $4,495.86; 21025200526902MIR, **04/27/2010,** $2,956.81; 21016105116902MIR, **05/04/2010,** $2,756.18; 21021500069602MIR, **05/04/2010,** $2,615.31; 21019401764902MIR, **05/05/2010,** $5,504.52; 21020200123002MIR, **05/10/2010,** $3,841.60; 21018902471802MIR, **05/12/2010,** $4,848.23; 21019401764702MIR, **05/13/2010,** $4,232.48; 21017301438602MIR, **05/13/2010,** $1,675.49; 21019303161502MIR, **05/13/2010,** $4,896.92; 21020200123102MIR, **05/16/2010,** $2,615.31; 21024202528502MIR, **05/21/2010,** $4,660.95; 21024503216102MIR, **05/21/2010,** $4,495.86; 21018902471702MIR,

**05/26/2010,** $3,927.89; 21019401765002MIR, **05/27/2010,** $4,232.48; 21021001831002MIR, **06/05/2010,** $4,232.48; 21021601436902MIR, **06/10/2010,** $4,232.48; 21023502358602MIR, **06/10/2010,** $3,664.51; 21019303161402MIR, **06/11/2010,** $2,414.67; 21024202528602MIR, **06/17/2010,** $3,181.70; 21023502358702MIR, **06/22/2010,** $3,299.45; 21033703852002MIR, **06/23/2010,** $3,299.45; 21024402335202MIR, **07/07/2010,** $4,848.23; 21027302515802MIR, **07/09/2010,** $3,946.68; 21023901255902MIR, **07/09/2010,** $3,841.60; 21024202528802MIR, **07/12/2010,** $4,606.15; 21025302233502MIR, **07/12/2010,** $4,877.53; 21024202528702MIR, **07/13/2010,** $5,183.07; 21023901255802MIR, **07/13/2010,** $4,232.48; 21028501642102MIR, **07/28/2010,** $5,504.52; 21029803488502MIR, **08/03/2010,** $3,841.60; 21027700734602MIR, **08/05/2010,** $4,495.86; 21028802923302MIR, **08/07/2010,** $3,500.10; 21027302515902MIR, **08/07/2010,** $3,927.89; 21106602800508MIR, **08/17/2010,** $3,927.89; 21028501642002MIR, **08/21/2010,** $4,495.86; 21029301928402MIR, **08/21/2010,** $4,495.86; 21029803488402MIR, **08/21/2010,** $4,495.86; 21032304444702MIR, **08/31/2010,** $4,848.23; 21030203901202MIR, **09/08/2010,** $3,927.89; 21030203901302MIR, **09/10/2010,** $3,662.94; 21106601500308MIR, **09/16/2010,** $4,926.52; 21035101155702MIR, **09/17/2010,** $3,946.68; 21032801734002MIR, **09/21/2010,** $3,951.61; 21036302482002MIR, **09/24/2010,** $3,500.10; 21031503405202MIR, **09/26/2010,** $3,640.96; 21036201914002MIR, **09/28/2010,** $3,640.96; 21036302481802MIR, **09/28/2010,** $5,013.32; 21032801734202MIR, **09/30/2010,** $4,495.86; 21035101155402MIR, **10/12/2010,** $4,280.27; 21035101155602MIR, **10/12/2010,** $4,306.13; 21036302481902MIR, **10/20/2010,** $4,495.86; 21106603753408MIR, **10/26/2010,** $566.36; 21035101155502MIR, **10/29/2010,** $3,521.23; 21106603201708MIR, **11/01/2010,** $4,495.86; 21106604291308MIR, **11/04/2010,** $4,495.86; 21106601447808MIR, **11/05/2010,** $4,280.27; 21104504586102MIR, **11/07/2010,** $2,756.18; 21106603892608MIR, **11/10/2010,** $4,495.86; 21112302834602MIR, **11/22/2010,** $1,584.75; 21113302230802MIR, **11/27/2010,** $1,943.41; 21102003924102MIR, **12/01/2010,** $4,355.69; 21106802588602MIR, **12/14/2010,** $5,046.51; 21105904393202MIR, **12/17/2010,** $3,632.83; 21106802588402MIR, **12/21/2010,** $3,309.93; 21115901222702MIR, **12/23/2010,** $2,884.47; 21105904393102MIR, **01/04/2011,** $3,309.93; 21107006037602MIR, **01/04/2011,** $4,251.43; 21107006037702MIR, **01/04/2011,** $4,251.43; 21106606128802MIR, **01/08/2011,** $3,714.41; 21106802588502MIR, **01/08/2011,** $3,309.93; 21112302114002MIR, **01/23/2011,**

$3,296.66; 21112302113902MIR, **01/25/2011,** $3,309.93; 21113302231102MIR, **01/29/2011,** $3,732.18; 21112302834502MIR, **02/09/2011,** $4,251.43; 21112302834802MIR, **02/23/2011,** $3,309.93; 21112302834702MIR, **03/05/2011,** $3,120.22; 21113302231002MIR, **03/05/2011,** $3,443.11.

*Patient Choice Home Healthcare, Inc. 237680* **(Claim Numbers, Start of Service, Paid)**

20723401378902, **06/01/2007,** $4,667.09; 20723500130502, **06/11/2007,** $4,341.18; 20727502379102, **06/30/2007,** $3,087.67; 20727502379302, **07/05/2007,** $4,757.90; 20725702117802, **07/06/2007,** $4,341.18; 20727700846802, **07/14/2007,** $4,757.90; 20727502379202, **07/14/2007,** $4,757.90; 20726206108702, **07/18/2007,** $4,757.90; 20726201846702, **07/18/2007,** $4,757.90; 20726801225802, **07/19/2007,** $2,468.07; 20727400717302, **07/21/2007,** $4,757.90; 20729207855202, **07/23/2007,** $4,667.09; 20731004040902, **07/27/2007,** $4,667.09; 20731702874902, **07/30/2007,** $4,002.82; 20730302535902, **07/30/2007,** $5,618.08; 20729902483902, **07/30/2007,** $4,419.54; 20730403291002, **07/31/2007,** $6,116.06; 20728303276102, **07/31/2007,** $4,419.54; 20728202662202, **07/31/2007,** $104.32; 20728303276002, **07/31/2007,** $4,757.90; 20728101494102, **07/31/2007,** $4,667.09; 20730402368702, **08/03/2007,** $4,667.09; 20732003364102, **08/05/2007,** $4,757.90; 20819700158508T, **08/06/2007,** $322.69; 20731004041002, **08/06/2007,** $4,757.90; 20805801428402T, **08/07/2007,** $1,135.98; 20731105267702, **08/08/2007,** $4,667.09; 20731004040802, **08/10/2007,** $4,757.90; 20731004040702, **08/10/2007,** $4,250.14; 20730200228002, **08/11/2007,** $4,667.09; 20729902484002, **08/11/2007,** $4,667.09; 20730200227602, **08/11/2007,** $4,757.90; 20731305326202, **08/12/2007,** $4,757.90; 20729902483802, **08/13/2007,** $5,528.84; 20734406039602, **08/13/2007,** $4,667.09; 20730403290902, **08/13/2007,** $5,715.59; 20732003364302, **08/13/2007,** $4,177.63; 20731105267802, **08/13/2007,** $5,062.69; 20733202874002, **08/14/2007,** $4,667.09; 20733202873902, **08/16/2007,** $4,587.47; 20731105267602, **08/16/2007,** $5,624.79; 20726801225902, **08/16/2007,** $2,129.96; 20728202662302, **08/17/2007,** $1,713.00; 20729207855302, **08/18/2007,** $4,667.09; 20729002701102, **08/21/2007,** $4,757.90; 20730200227702, **08/22/2007,** $4,667.09; 20730402368602, **08/22/2007,** $4,667.09; 20734801845102, **08/22/2007,** $4,667.09; 20730200227902, **08/22/2007,** $4,667.09; 20731105268002, **08/22/2007,** $4,667.09; 20731603702102, **08/24/2007,** $4,667.09; 20729002701202, **08/24/2007,** $5,624.79; 20731803614902, **08/24/2007,** $4,667.09; 20734704050102, **08/28/2007,**

$4,757.90; 20731803614802, **08/28/2007,** $4,250.14; 20733800468502, **08/29/2007,** $4,667.09; 20731904166402, **08/29/2007,** $4,667.09; 20731105267902, **09/04/2007,** $4,667.09; 20733800468602, **09/05/2007,** $5,624.79; 20733202873702, **09/05/2007,** $4,667.09; 20731603702002, **09/06/2007,** $4,587.47; 20734101895702, **09/07/2007,** $4,667.09; 20735301434602T, **09/10/2007,** $104.32; 20733202873802, **09/12/2007,** $114.06; 20734801844702, **09/13/2007,** $4,667.09; 20801002335902, **09/13/2007,** $4,667.09; 20734001960602, **09/16/2007,** $4,667.09; 20800901704102, **09/16/2007,** $4,667.09; 20734001960702, **09/16/2007,** $4,757.90; 20734704050002, **09/17/2007,** $5,624.79; 20733404254502, **09/19/2007,** $5,624.79; 20801002335702, **09/24/2007,** $5,715.59; 20800901703702, **09/25/2007,** $4,667.09; 20733800468702, **09/26/2007,** $4,667.09; 20734502697102, **09/27/2007,** $4,667.09; 20734502697002, **09/27/2007,** $4,667.09; 20734801844802, **09/28/2007,** $5,618.08; 20800901704402, **09/28/2007,** $4,667.09; 20800901703902, **09/28/2007,** $4,021.70; 20800901703502, **09/28/2007,** $4,667.09; 20731702874802, **09/29/2007,** $3,425.76; 20800901704202, **09/29/2007,** $4,667.09; 20800901704702, **09/29/2007,** $4,667.09; 20733807277502, **09/29/2007,** $3,425.76; 20734406039702, **10/01/2007,** $104.32; 20800901704002, **10/02/2007,** $4,667.09; 20734101895802, **10/02/2007,** $4,667.09; 20735104081902, **10/02/2007,** $4,250.14; 20734704050202, **10/02/2007,** $4,667.09; 20803603341202, **10/04/2007,** $104.32; 20801802295502, **10/05/2007,** $161.30; 20800901705202, **10/05/2007,** $5,624.79; 20800901704902, **10/05/2007,** $4,757.90; 20802303122402, **10/06/2007,** $4,667.09; 20735104081602, **10/06/2007,** $4,419.54; 20802205692502, **10/07/2007,** $4,250.14; 20735104081702, **10/08/2007,** $4,667.09; 20801402025702, **10/08/2007,** $4,002.82; 20801402026302, **10/09/2007,** $4,757.90; 20734102050102T, **10/09/2007,** $104.32; 20800901703002, **10/09/2007,** $2,868.55; 20801704634402, **10/09/2007,** $4,250.14; 20735104082102, **10/10/2007,** $4,667.09; 20813522571502T, **10/10/2007,** $816.48; 20735104081802, **10/10/2007,** $4,667.09; 20800901704802, **10/11/2007,** $4,341.18; 20800901705102, **10/11/2007,** $4,419.54; 20802205692402, **10/11/2007,** $4,250.14; 20801402026202, **10/11/2007,** $4,757.90; 20801102712602, **10/12/2007,** $4,667.09; 20734704049902, **10/12/2007,** $4,344.14; 20800901704302, **10/12/2007,** $4,667.09; 20735104082002, **10/12/2007,** $4,667.09; 20801402026102, **10/15/2007,**

$4,002.82; 20802502562902, **10/15/2007,** $2,377.27; 20801505194802, **10/15/2007,** $4,002.82; 20801102712702, **10/15/2007,** $4,667.09; 20800901703402, **10/15/2007,** $5,624.79; 20801505195002, **10/15/2007,** $4,667.09; 20801002336002, **10/17/2007,** $4,757.90; 20800901703802, **10/18/2007,** $4,757.90; 20731803615002, **10/18/2007,** $2,129.96; 20801402025502, **10/18/2007,** $4,667.09; 20801704634502, **10/20/2007,** $114.06; 20800802267402, **10/21/2007,** $4,667.09; 20800901703602, **10/21/2007,** $4,419.54; 20801402025402, **10/21/2007,** $4,667.09; 20800901704502, **10/21/2007,** $4,002.82; 20801402025802, **10/23/2007,** $4,002.82; 20801505194902, **10/23/2007,** $0.00; 20800901703102, **10/23/2007,** $1,461.12; 20801402025602, **10/23/2007,** $4,121.50; 20800901705402, **10/23/2007,** $4,667.09; 20800901703302, **10/23/2007,** $4,002.82; 20800901703202, **10/23/2007,** $446.49; 20802205692302, **10/24/2007,** $2,377.27; 20801402026402, **10/24/2007,** $4,667.09; 20802400970402, **10/25/2007,** $4,419.54; 20801102712402, **10/25/2007,** $4,341.18; 20801002335802, **10/27/2007,** $4,419.54; 20801102712502, **10/28/2007,** $4,002.82; 20801102712302, **10/28/2007,** $4,002.82; 20801702182002, **10/29/2007,** $4,667.09; 20802303122502, **10/30/2007,** $4,002.82; 20801704634702, **11/01/2007,** $112.11; 20804202801902, **11/02/2007,** $4,667.09; 20801505194702, **11/02/2007,** $1,713.00; 20902600857908, **11/04/2007,** $4,322.30; 20801704634202, **11/04/2007,** $4,667.09; 20801802295402, **11/05/2007,** $4,419.54; 20902601110408, **11/05/2007,** $4,565.10; 20902601217708, **11/05/2007,** $4,564.40; 20805302215602, **11/06/2007,** $4,156.61; 20801702182102, **11/06/2007,** $1,960.55; 20806403017702, **11/07/2007,** $4,322.30; 20802205692802, **11/08/2007,** $104.32; 20902601199608, **11/08/2007,** $4,565.10; 20902600970608, **11/09/2007,** $4,246.30; 20805302215802, **11/10/2007,** $4,419.54; 20902600933208, **11/10/2007,** $3,914.74; 20902600611908, **11/12/2007,** $4,022.24; 20902600755708, **11/12/2007,** $3,914.74; 20803702177102, **11/12/2007,** $342.17; 20805703908302, **11/13/2007,** $114.06; 20803702177402, **11/13/2007,** $4,156.61; 20804905501302, **11/14/2007,** $2,336.72; 20803702177502, **11/14/2007,** $4,667.09; 20804905501402, **11/14/2007,** $4,156.61; 20805002902102, **11/14/2007,** $4,156.61; 20804202802002, **11/14/2007,** $4,564.40; 20902600712508, **11/15/2007,** $4,564.40; 20902601096308, **11/15/2007,** $4,564.40; 20902601239108, **11/15/2007,** $314.71; 20805902767002, **11/16/2007,** $4,564.40; 20804905501602,

**11/16/2007,** $4,564.40; 20902600912908, **11/16/2007,** $4,156.61; 20804905500902, **11/16/2007,** $218.38; 20902601010808, **11/16/2007,** $4,245.64; 20805002902602, **11/18/2007,** $4,564.40; 20805606344702, **11/19/2007,** $2,377.27; 20902601113908, **11/19/2007,** $4,564.40; 20803903693502, **11/20/2007,** $4,653.19; 20803702177302, **11/21/2007,** $4,637.08; 20805606344302, **11/23/2007,** $1,782.80; 20805002902502, **11/23/2007,** $4,653.19; 20805606344402, **11/24/2007,** $4,564.40; 20805902766402, **11/25/2007,** $1,713.00; 20804905501502, **11/26/2007,** $3,914.74; 20804600080802, **11/26/2007,** $4,564.40; 20804202802102, **11/26/2007,** $4,564.40; 20805002902202, **11/26/2007,** $3,914.74; 20803903693402, **11/27/2007,** $4,653.91; 20804600080602, **11/27/2007,** $4,564.40; 20803702177202, **11/27/2007,** $4,564.40; 20804301887202, **11/28/2007,** $4,564.40; 20804503316402, **11/28/2007,** $4,564.40; 20805002902702, **11/29/2007,** $4,564.40; 20805002902402, **11/29/2007,** $4,564.40; 20807104329502, **11/29/2007,** $4,564.40; 20805606344002, **11/29/2007,** $4,564.40; 20808401868302, **11/29/2007,** $3,914.74; 20805606344202, **11/29/2007,** $4,322.30; 20807301400402T, **12/01/2007,** $456.23; 20805703907902, **12/01/2007,** $4,564.40; 20804905501002, **12/01/2007,** $114.06; 20802203310402, **12/03/2007,** $312.94; 20802203310502, **12/03/2007,** $312.94; 20805902767202, **12/04/2007,** $4,156.61; 20805703908202, **12/04/2007,** $4,564.40; 20806302830802, **12/04/2007,** $4,564.40; 20804600080702, **12/04/2007,** $4,564.40; 20804905500802, **12/06/2007,** $1,675.31; 20807904023902, **12/07/2007,** $3,691.34; 20804600080902, **12/07/2007,** $3,914.74; 20807304271102, **12/07/2007,** $4,156.61; 20805902766702, **12/07/2007,** $114.06; 20805703908002, **12/07/2007,** $4,156.61; 20805703908102, **12/08/2007,** $3,691.34; 20805606344102, **12/08/2007,** $4,564.40; 20806403017402, **12/10/2007,** $3,914.74; 20806302831202, **12/10/2007,** $2,324.97; 20805002902302, **12/11/2007,** $4,322.30; 20807104329602, **12/11/2007,** $3,914.74; 20805703907802, **12/11/2007,** $4,322.96; 20805606344602, **12/11/2007,** $104.32; 20809202599002, **12/11/2007,** $3,914.74; 20805302215702, **12/13/2007,** $4,322.30; 20807705213102, **12/13/2007,** $3,914.74; 20809202598902, **12/13/2007,** $4,322.30; 20806302831102, **12/13/2007,** $4,100.75; 20808602537602, **12/14/2007,** $209.81; 20808703117902, **12/14/2007,** $3,914.74; 20808503868302, **12/14/2007,** $4,156.61; 20808503868502, **12/14/2007,** $4,564.40; 20808800887702, **12/14/2007,**

$4,322.30; 20807203132602, **12/14/2007,** $3,692.97; 20805302215902, **12/14/2007,** $4,156.61; 20806403017302, **12/16/2007,** $4,245.64; 20803903693602, **12/17/2007,** $104.90; 20808100060808, **12/17/2007,** $3,390.16; 20805703908402, **12/17/2007,** $114.06; 20805002902902, **12/22/2007,** $0.00; 20806302831002, **12/22/2007,** $3,693.54; 20808401868202, **12/22/2007,** $1,861.32; 20814200111008, **12/23/2007,** $0.00; 20806302830902, **12/23/2007,** $3,914.74; 20807304271002, **12/24/2007,** $4,322.30; 20813323429602T, **12/24/2007,** $958.71; 20805902766602, **12/26/2007,** $104.90; 20809202598702, **12/26/2007,** $3,914.74; 20805902766502, **12/26/2007,** $219.60; 20807705213002, **12/26/2007,** $4,322.30; 20809202599102, **12/26/2007,** $4,322.30; 20807104329702, **12/26/2007,** $4,564.40; 20806603275802, **12/29/2007,** $3,914.74; 21019702234002MIRU, **01/01/2008,** $4,859.75; 21016903591402MIRU, **01/02/2008,** $4,375.76; 20902704606808, **01/02/2008,** $4,243.14; 20819300126402U, **01/02/2008,** $4,617.06; 21019502364202MIRU, **01/03/2008,** $2,941.93; 20902704765908, **01/03/2008,** $4,914.23; 20819300122502U, **01/06/2008,** $4,617.06; 20902704262608, **01/07/2008,** $3,993.69; 20902704380908, **01/07/2008,** $4,880.18; 20809202599402, **01/08/2008,** $3,451.20; 20902704285308, **01/08/2008,** $4,595.96; 20824000799308, **01/08/2008,** $104.90; 20902704760708, **01/08/2008,** $4,595.96; 20831901419302U, **01/09/2008,** $5,234.99; 21016803159202MIRU, **01/09/2008,** $4,595.96; 20902704345908, **01/09/2008,** $4,880.18; 20902703687608, **01/11/2008,** $4,455.88; 20823200308902U, **01/11/2008,** $209.81; 20820500514302U, **01/12/2008,** $4,617.06; 20812000477102, **01/12/2008,** $3,850.67; 20810702518302, **01/13/2008,** $3,249.53; 20808703118002, **01/14/2008,** $5,253.84; 21019302326402MIRU, **01/15/2008,** $3,387.10; 20810005519302, **01/15/2008,** $4,596.67; 21006202056802MIRU, **01/15/2008,** $3,956.00; 20902704728108, **01/15/2008,** $4,859.75; 21302202114902MIRU, **01/16/2008,** $7,014.11; 20808503868802, **01/17/2008,** $2,059.52; 20809202598802, **01/17/2008,** $5,253.84; 20902704465008, **01/18/2008,** $4,880.18; 20811303630102, **01/18/2008,** $4,026.60; 20810801755902, **01/18/2008,** $3,344.20; 20822701607802U, **01/19/2008,** $4,917.06; 20902703943808, **01/23/2008,** $4,617.06; 20902705022108, **01/23/2008,** $4,617.06; 21020703364602MIRU, **01/24/2008,** $2,753.05; 20809904259802, **01/24/2008,** $4,455.88; 20811303630202, **01/25/2008,** $4,859.75; 20902704124708, **01/25/2008,** $4,242.49; 20902704125508, **01/25/2008,**

$4,617.06; 20902704489908, **01/26/2008,** $4,242.49; 21011603050402MIRU, **01/27/2008,** $5,253.84; 20820500511102U, **01/28/2008,** $3,783.70; 20811501883502, **01/28/2008,** $4,231.14; 20810501985802, **01/28/2008,** $4,595.96; 20902704542908, **01/28/2008,** $4,595.96; 20812006390402, **01/29/2008,** $4,231.14; 20812200160308, **01/29/2008,** $3,085.62; 20902703781608, **01/30/2008,** $6,025.23; 20811501883402, **01/31/2008,** $4,595.96; 20811501883202, **01/31/2008,** $3,143.06; 20819223598902U, **02/02/2008,** $1,631.37; 20811501884002, **02/04/2008,** $2,963.72; 20902704428408, **02/04/2008,** $4,026.60; 20812006390502, **02/05/2008,** $1,679.27; 20810103531602, **02/05/2008,** $3,649.53; 20811300624102, **02/05/2008,** $1,880.41; 20811501883802, **02/05/2008,** $2,420.25; 21122002305402MIRU, **02/05/2008,** $4,880.18; 20823903285908, **02/05/2008,** $297.73; 20811306400502, **02/06/2008,** $4,595.96; 20831201281602U, **02/06/2008,** $5,381.07; 20811306400602, **02/06/2008,** $5,253.84; 20902704709308, **02/06/2008,** $5,641.13; 20824000731308, **02/07/2008,** $104.90; 20811300624202, **02/07/2008,** $2,762.59; 20902703963008, **02/08/2008,** $4,242.49; 20808503868902, **02/08/2008,** $2,185.24; 20811501883702, **02/08/2008,** $4,030.01; 20902704801608, **02/08/2008,** $4,242.49; 20902703442908, **02/11/2008,** $3,673.14; 20811402079702, **02/11/2008,** $4,595.96; 20812006391102, **02/11/2008,** $3,850.67; 20811601292102, **02/11/2008,** $3,307.20; 21018102139602MIRU, **02/11/2008,** $3,189.15; 20812902106102, **02/12/2008,** $2,762.59; 20811601292302, **02/12/2008,** $4,030.01; 20812006391502, **02/12/2008,** $3,649.53; 20812602237302, **02/13/2008,** $3,831.50; 20902704227108, **02/13/2008,** $4,242.49; 20824000577908, **02/13/2008,** $209.84; 20902704425808, **02/14/2008,** $4,242.49; 20902703821008, **02/15/2008,** $4,242.49; 20812006390802, **02/15/2008,** $3,649.53; 20812006391602, **02/15/2008,** $3,307.20; 20811300624302, **02/18/2008,** $2,450.66; 20902704705008, **02/18/2008,** $5,164.17; 20824000512008, **02/20/2008,** $307.52; 20811303629802, **02/20/2008,** $3,508.33; 20811501883602, **02/20/2008,** $209.81; 20812704959802, **02/21/2008,** $5,518.48; 20812006391402, **02/22/2008,** $4,231.14; 20812704959902, **02/23/2008,** $5,253.84; 21023602356502MIRU, **02/24/2008,** $3,651.80; 20902801761208, **02/24/2008,** $4,290.85; 20824801297602U, **02/25/2008,** $5,214.22; 20812902106002, **02/27/2008,** $4,231.14; 20812200832102, **02/27/2008,** $2,287.67; 20902701064408, **02/27/2008,** $2,184.71; 20902704586408,

**02/28/2008,** $4,914.98; 20813300719102, **03/01/2008,** $3,508.33; 20813303043202, **03/01/2008,** $4,859.75; 20902704100308, **03/02/2008,** $4,914.23; 20813401214102, **03/03/2008,** $4,859.75; 20813401214002, **03/03/2008,** $5,025.24; 20819700171102U, **03/04/2008,** $4,553.96; 20819623429702U, **03/04/2008,** $4,880.18; 20814300303902, **03/04/2008,** $3,649.53; 20813401213402, **03/05/2008,** $5,517.63; 20814000530202, **03/06/2008,** $3,508.33; 20813401213502, **03/06/2008,** $4,859.75; 20813401213702, **03/06/2008,** $4,290.39; 20813401214302, **03/06/2008,** $4,595.96; 20813300719202, **03/06/2008,** $4,026.60; 20823903301208, **03/06/2008,** $507.52; 20815000210508, **03/06/2008,** $314.46; 20817800084002U, **03/07/2008,** $4,553.96; 20813303043002, **03/08/2008,** $3,249.53; 20814300304102, **03/08/2008,** $3,850.67; 20814000530402, **03/08/2008,** $4,859.75; 20902704285408, **03/08/2008,** $4,595.96; 20813303042602, **03/08/2008,** $3,649.53; 20902704760808, **03/08/2008,** $4,242.49; 20935801473502MIRU, **03/10/2008,** $3,993.69; 21021103354902MIRU, **03/11/2008,** $1,499.48; 20902704427208, **03/11/2008,** $4,907.19; 20824000899308, **03/11/2008,** $439.21; 20813501885802, **03/13/2008,** $2,963.72; 20902704069008, **03/13/2008,** $4,506.52; 20902703944908, **03/14/2008,** $4,242.49; 20821400140802T, **03/14/2008,** $1,130.26; 21018905249102MIRU, **03/14/2008,** $4,595.96; 20814201613702, **03/15/2008,** $4,595.96; 20824000599508, **03/16/2008,** $104.90; 20816501157102, **03/17/2008,** $6,286.99; 20824000375308, **03/17/2008,** $192.82; 20902704367608, **03/17/2008,** $5,330.48; 21020703363602MIRU, **03/18/2008,** $3,979.38; 20833800364002U, **03/18/2008,** $4,914.23; 20813303042802, **03/19/2008,** $1,679.27; 20902704348808, **03/19/2008,** $5,561.44; 20813303042902, **03/19/2008,** $2,059.52; 20815704161302, **03/20/2008,** $3,956.00; 20820304456402U, **03/20/2008,** $1,631.37; 20902704229908, **03/21/2008,** $4,672.01; 20814300304002, **03/21/2008,** $3,450.67; 21121704352802MIRU, **03/23/2008,** $3,651.80; 20902704547508, **03/24/2008,** $4,859.75; 20815605786602, **03/24/2008,** $4,595.96; 20819002123402U, **03/25/2008,** $4,617.06; 20815704161502, **03/25/2008,** $5,607.08; 20902704262208, **03/25/2008,** $4,907.19; 20816202103902, **03/25/2008,** $4,859.75; 20902704021508, **03/27/2008,** $4,506.52; 20818401173102, **03/27/2008,** $3,255.21; 20816501156802, **03/27/2008,** $4,595.96; 20902704940608, **03/27/2008,** $4,859.75; 20819701774702, **03/28/2008,** $3,450.67; 20816801892602, **03/28/2008,**

$4,257.45; 20819002725602, **03/29/2008,** $2,762.59; 20814401378302, **03/29/2008,** $2,420.25; 20902703781708, **03/30/2008,** $4,617.06; 20831100431002U, **03/31/2008,** $4,604.35; 20902704581608, **04/01/2008,** $4,595.96; 21002802303802MIRU, **04/01/2008,** $1,935.34; 20902703946808, **04/02/2008,** $4,595.96; 20817500385602, **04/02/2008,** $3,649.53; 20902704088208, **04/03/2008,** $4,290.85; 20902704461408, **04/03/2008,** $4,900.38; 20902704046908, **04/04/2008,** $4,595.96; 20817901566802, **04/04/2008,** $3,850.67; 20814201613602, **04/04/2008,** $3,143.06; 20819701774602, **04/04/2008,** $3,651.80; 20817901567102, **04/05/2008,** $2,907.20; 20817901567002, **04/06/2008,** $2,762.59; 20831201281702U, **04/06/2008,** $5,381.07; 20817901566902, **04/06/2008,** $2,762.59; 20902703806308, **04/07/2008,** $5,170.98; 20817202408602, **04/08/2008,** $3,649.53; 20818201258202, **04/09/2008,** $3,887.55; 20824000319008, **04/09/2008,** $192.82; 20819003553602, **04/09/2008,** $317.32; 20818201258102, **04/10/2008,** $4,231.14; 20819003553202, **04/10/2008,** $2,753.05; 20818300544802, **04/10/2008,** $3,307.20; 20902703828408, **04/11/2008,** $4,595.96; 20902703845808, **04/11/2008,** $5,164.17; 20819003553802, **04/11/2008,** $2,420.25; 20817801515002, **04/11/2008,** $5,025.24; 20902704308808, **04/12/2008,** $5,253.84; 20902704345008, **04/12/2008,** $4,242.49; 20818201258002, **04/13/2008,** $4,907.19; 20817200499802, **04/14/2008,** $2,420.25; 20819902211702, **04/14/2008,** $4,026.60; 20819700173102U, **04/14/2008,** $3,903.79; 20902703821108, **04/15/2008,** $4,337.84; 20902704062408, **04/15/2008,** $3,673.14; 20819003553002, **04/15/2008,** $2,762.59; 20831201282602U, **04/15/2008,** $5,642.00; 20818300544902, **04/15/2008,** $4,595.96; 20819002725702, **04/16/2008,** $4,030.01; 20820501037502, **04/16/2008,** $3,850.67; 20821002029802, **04/16/2008,** $2,705.44; 20818401172702, **04/16/2008,** $3,307.20; 20902704328308, **04/16/2008,** $5,253.84; 20902704706708, **04/16/2008,** $4,242.49; 20819002725902, **04/16/2008,** $5,344.19; 20821002029702, **04/16/2008,** $4,256.79; 20902704169108, **04/17/2008,** $4,242.49; 20817601084502, **04/17/2008,** $3,650.09; 20902704682708, **04/17/2008,** $4,595.96; 20821002029502, **04/18/2008,** $4,256.79; 20819204772902, **04/18/2008,** $3,783.70; 20902704263208, **04/18/2008,** $3,673.14; 21016003119308MIRU, **04/18/2008,** $4,242.49; 20818401172402, **04/18/2008,** $3,629.78; 20819003553702, **04/19/2008,** $2,287.67; 21018303170202MIRU,

**04/19/2008,** $4,026.60; 20902803802408, **04/19/2008,** $1,336.94; 20819002726402, **04/21/2008,** $5,687.16; 20817901567402, **04/21/2008,** $5,518.48; 20819003553102, **04/22/2008,** $229.40; 20819003553302, **04/22/2008,** $1,679.27; 20819003553502, **04/22/2008,** $114.72; 20820503021402, **04/22/2008,** $5,253.84; 20902704401108, **04/22/2008,** $4,026.60; 20902704447908, **04/22/2008,** $4,907.19; 20818401172502, **04/22/2008,** $5,517.63; 20820503021602, **04/22/2008,** $4,532.72; 20902704729908, **04/22/2008,** $5,564.85; 20826102727802, **04/23/2008,** $2,260.66; 20902704001708, **04/23/2008,** $4,242.49; 20902704524808, **04/23/2008,** $4,595.96; 20902803863308, **04/23/2008,** $4,595.96; 20902704784708, **04/23/2008,** $4,242.49; 20825403962602, **04/24/2008,** $4,595.96; 20825403963002, **04/24/2008,** $5,607.08; 20902803960708, **04/25/2008,** $4,595.96; 20819701774202, **04/26/2008,** $4,040.68; 20902704003308, **04/26/2008,** $4,242.49; 20902803503408, **04/26/2008,** $1,880.41; 20819002726202, **04/26/2008,** $1,880.41; 20902803761108, **04/26/2008,** $4,026.60; 20902803925208, **04/26/2008,** $192.82; 20818401172602, **04/26/2008,** $1,048.13; 20821201107502, **04/27/2008,** $3,850.67; 20817500385502, **04/28/2008,** $3,850.67; 20819902211902, **04/29/2008,** $2,420.25; 20821101401302, **04/29/2008,** $4,553.96; 20819204772702, **04/30/2008,** $4,337.84; 20823902092302, **04/30/2008,** $1,337.15; 20816501156902, **04/30/2008,** $1,679.27; 20823902091902, **04/30/2008,** $4,242.49; 20902704608008, **04/30/2008,** $4,242.49; 20902703865608, **05/02/2008,** $4,506.52; 20821002029302, **05/03/2008,** $4,256.79; 20819701775202, **05/03/2008,** $4,026.60; 20821002029002, **05/05/2008,** $5,381.07; 20833701162902T, **05/06/2008,** $3,846.01; 20902704183008, **05/06/2008,** $3,673.14; 20820503021702, **05/06/2008,** $3,307.20; 20819701774802, **05/07/2008,** $4,256.79; 20902901785308, **05/07/2008,** $3,508.86; 20820501037702, **05/07/2008,** $4,595.96; 20821101401202, **05/07/2008,** $4,595.96; 20819204773002, **05/07/2008,** $4,256.79; 20829103046302, **05/08/2008,** $3,993.69; 20902803447208, **05/08/2008,** $4,256.79; 20821201107402, **05/08/2008,** $3,649.53; 20826803496902, **05/08/2008,** $1,659.17; 20902704245108, **05/08/2008,** $4,907.19; 20902803668208, **05/08/2008,** $2,420.25; 20902803700808, **05/08/2008,** $4,026.60; 20902803786308, **05/08/2008,** $4,026.60; 20821002028602, **05/08/2008,** $4,026.60; 20821704060802, **05/09/2008,** $4,335.81; 20816202103802, **05/09/2008,** $334.30;

20902704381008, **05/10/2008,** $5,164.17; 20821106301602, **05/10/2008,** $3,307.20; 20829403057002, **05/10/2008,** $507.52; 20902804244308, **05/10/2008,** $5,941.12; 20902803401808, **05/12/2008,** $2,907.20; 20828902998102, **05/13/2008,** $2,420.25; 20824601207702, **05/13/2008,** $4,026.60; 20902804148108, **05/13/2008,** $4,880.18; 20824001630102, **05/13/2008,** $4,611.62; 20902802849508, **05/14/2008,** $3,937.16; 20828003017502, **05/14/2008,** $2,907.20; 20824903290002, **05/14/2008,** $4,617.06; 20902803366008, **05/14/2008,** $5,164.17; 20829403057702, **05/14/2008,** $1,679.27; 20823902091402, **05/14/2008,** $4,026.60; 20829603338602, **05/14/2008,** $3,673.14; 20821002029602, **05/14/2008,** $3,649.53; 20820501037402, **05/14/2008,** $4,596.67; 20821201107702, **05/14/2008,** $2,963.72; 20829403056402, **05/14/2008,** $1,679.27; 20824001630302, **05/14/2008,** $2,907.20; 20902803001508, **05/15/2008,** $3,937.16; 20902703769608, **05/16/2008,** $4,242.49; 20902803327808, **05/16/2008,** $4,026.60; 20819704304902, **05/16/2008,** $3,307.20; 20820503020402, **05/16/2008,** $3,994.30; 20902803945808, **05/16/2008,** $4,290.39; 20826803497302, **05/17/2008,** $1,945.33; 20823902092202, **05/17/2008,** $3,651.80; 20902803684908, **05/18/2008,** $5,298.33; 20824601207202, **05/19/2008,** $4,026.60; 20832904388502T, **05/20/2008,** $3,767.52; 20902803422908, **05/20/2008,** $3,307.20; 20821002029102, **05/20/2008,** $2,096.40; 20824001630202, **05/21/2008,** $2,884.95; 20829103046202, **05/21/2008,** $507.52; 20821002028702, **05/21/2008,** $4,256.79; 20817500385402, **05/21/2008,** $1,880.41; 20829403056102, **05/21/2008,** $1,880.41; 20824000716808, **05/22/2008,** $114.70; 20820700153102T, **05/22/2008,** $297.73; 20826703151302T, **05/22/2008,** $1,376.53; 20829403056502, **05/23/2008,** $4,595.96; 20828704327802, **05/23/2008,** $3,673.14; 20828003017202, **05/23/2008,** $3,673.14; 20903700432402T, **05/23/2008,** $1,127.84; 20826003553402, **05/24/2008,** $4,595.96; 20824202106602, **05/24/2008,** $3,307.20; 20902803922908, **05/24/2008,** $3,783.70; 20829103046502, **05/24/2008,** $5,455.38; 20822704259402, **05/27/2008,** $5,345.01; 20903700432102T, **05/27/2008,** $968.10; 20824102040002, **05/28/2008,** $4,337.84; 20902803723808, **05/28/2008,** $4,506.52; 20826803497202, **05/28/2008,** $4,242.49; 20826902626102, **05/29/2008,** $4,242.49; 20830103988502, **05/29/2008,** $3,993.69; 20824102040302, **05/29/2008,** $4,256.79; 20829403055502, **05/29/2008,** $4,290.85; 20826003553002,

**05/29/2008,** $4,026.60; 20823202824902, **05/29/2008,** $4,290.85; 20826902626002, **05/29/2008,** $3,649.53; 20826302920002, **05/29/2008,** $3,649.53; 20902803506808, **05/29/2008,** $4,027.22; 20826703150302T, **05/29/2008,** $647.79; 20825204896402, **05/29/2008,** $4,595.96; 20829603338402, **05/29/2008,** $3,673.14; 20824703265802, **05/29/2008,** $4,026.60; 20830801592102, **05/29/2008,** $2,797.28; 20902803260708, **05/30/2008,** $2,459.41; 20827001989002, **05/30/2008,** $4,611.62; 20824102040102, **05/30/2008,** $4,026.60; 20824901487602U, **05/30/2008,** $1,597.20; 20826102727902, **05/30/2008,** $3,307.20; 20826003552702, **05/30/2008,** $3,307.20; 20902803924408, **05/31/2008,** $4,242.49; 20828902998002, **05/31/2008,** $3,993.69; 20902803682108, **06/01/2008,** $4,859.75; 20829603338702, **06/02/2008,** $3,993.69; 20902803786608, **06/02/2008,** $2,907.20; 20823202825002, **06/03/2008,** $4,242.49; 20825403963302, **06/03/2008,** $4,027.22; 20826102727602, **06/03/2008,** $3,650.09; 20825204896002, **06/03/2008,** $3,307.20; 20825403962902, **06/04/2008,** $4,633.55; 20828404447402, **06/04/2008,** $4,338.51; 20823305165902, **06/04/2008,** $4,596.67; 20824703265502, **06/04/2008,** $3,307.20; 20830902301902, **06/04/2008,** $4,596.67; 20823501411102, **06/04/2008,** $3,650.09; 20827402163702, **06/04/2008,** $4,231.14; 20824703265902, **06/04/2008,** $4,338.51; 20904103892502, **06/04/2008,** $5,170.98; 20825204895902, **06/04/2008,** $4,595.96; 20824802020802, **06/04/2008,** $4,907.95; 20824903289802, **06/04/2008,** $5,565.70; 20824703265402, **06/04/2008,** $4,907.95; 20824703265602, **06/05/2008,** $4,242.49; 20825204896202, **06/05/2008,** $4,242.49; 20827402163802, **06/06/2008,** $4,859.75; 20829700960802, **06/06/2008,** $3,649.53; 20825204895802, **06/06/2008,** $3,649.53; 20902803309208, **06/07/2008,** $3,673.70; 20823305166002, **06/07/2008,** $3,307.71; 20829700961402, **06/07/2008,** $3,851.26; 20826902626202, **06/07/2008,** $5,254.65; 20825303932202, **06/07/2008,** $4,596.67; 20824703266302, **06/07/2008,** $4,596.67; 20830103988902, **06/07/2008,** $3,673.70; 20830103989102, **06/07/2008,** $4,596.67; 20824802020702, **06/07/2008,** $4,901.14; 20902803147208, **06/08/2008,** $3,057.25; 20825204896302, **06/08/2008,** $4,611.62; 20829700960702, **06/09/2008,** $2,287.67; 20824601207102, **06/09/2008,** $4,242.49; 20826902626302, **06/10/2008,** $5,177.34; 20902804242808, **06/10/2008,** $4,242.49; 20826302920202, **06/11/2008,** $458.81; 20823202825102,

**06/11/2008,** $3,649.53; 20825303932002, **06/11/2008,** $4,595.96; 20824601207502, **06/12/2008,** $4,860.50; 20825303931702, **06/12/2008,** $4,860.50; 20825403962802, **06/12/2008,** $4,860.50; 20830103988802, **06/12/2008,** $4,507.21; 20827402163902, **06/13/2008,** $3,993.69; 20830103988402, **06/13/2008,** $4,368.26; 20824703266002, **06/13/2008,** $2,763.01; 20826601522402, **06/13/2008,** $3,651.80; 20825609265902, **06/13/2008,** $3,673.14; 20830301956502, **06/13/2008,** $3,650.09; 20830204592202, **06/13/2008,** $5,648.92; 20830502781802, **06/13/2008,** $3,650.09; 20830103988302, **06/14/2008,** $3,994.30; 20828704327402, **06/14/2008,** $229.40; 20827001988702, **06/14/2008,** $2,907.20; 20830103988602, **06/14/2008,** $3,650.09; 20902803044708, **06/15/2008,** $4,026.60; 20830204592002, **06/15/2008,** $4,017.54; 20823902091702, **06/15/2008,** $4,595.96; 20826003553102, **06/15/2008,** $5,253.84; 20832400546802U, **06/15/2008,** $3,652.36; 20826601521902, **06/15/2008,** $4,595.96; 20823902091602, **06/15/2008,** $4,880.18; 20830301958102, **06/15/2008,** $4,901.14; 20830204592302, **06/16/2008,** $1,679.53; 20825609265502, **06/16/2008,** $5,234.99; 20830301958002, **06/16/2008,** $5,171.78; 20830301957502, **06/17/2008,** $5,027.22; 20828704328402, **06/17/2008,** $3,673.14; 20825204896502, **06/17/2008,** $5,254.65; 20824601207302, **06/17/2008,** $3,673.70; 21016003119202MIRU, **06/17/2008,** $3,255.21; 20826301353402T, **06/18/2008,** $1,481.86; 20828201059902, **06/19/2008,** $4,860.50; 20824903290102, **06/19/2008,** $4,455.88; 20828201060902, **06/19/2008,** $4,860.50; 20825403963402, **06/19/2008,** $4,595.96; 20828704327202, **06/19/2008,** $5,171.78; 20828204971902, **06/19/2008,** $4,860.50; 20828201059702, **06/19/2008,** $4,860.50; 20828305510202, **06/19/2008,** $5,518.48; 20828201060702, **06/19/2008,** $5,518.48; 20828201060602, **06/19/2008,** $4,860.50; 20831503366302, **06/19/2008,** $2,964.18; 20831103358402, **06/19/2008,** $3,307.20; 20828204970802, **06/19/2008,** $4,602.34; 20828404447202, **06/19/2008,** $4,291.05; 20828802720502, **06/19/2008,** $4,242.49; 20827503573802, **06/20/2008,** $5,344.19; 20832901421102, **06/21/2008,** $4,040.68; 20830801592302, **06/21/2008,** $5,253.84; 20826003552602, **06/21/2008,** $4,242.49; 20830801592202, **06/21/2008,** $4,859.75; 20828704328202, **06/21/2008,** $2,762.59; 20825204896102, **06/21/2008,** $6,062.11; 20825609265602, **06/21/2008,** $5,253.84; 20825902343502, **06/22/2008,** $4,617.06;

20826003552902, **06/22/2008,** $4,859.75; 20826601522302, **06/22/2008,** $4,595.96; 20826803497002, **06/23/2008,** $3,673.14; 20828802720402, **06/23/2008,** $307.52; 20831503366502, **06/23/2008,** $4,242.49; 20831606348702, **06/24/2008,** $4,596.67; 20825609264702, **06/24/2008,** $4,907.19; 20827402164402, **06/24/2008,** $4,243.14; 20828802720302, **06/25/2008,** $4,026.60; 20828204971302, **06/25/2008,** $3,673.14; 20825609265402, **06/25/2008,** $4,242.49; 20828802720602, **06/25/2008,** $4,900.38; 20828204970902, **06/25/2008,** $4,506.52; 20828204971002, **06/25/2008,** $5,298.33; 20829403055702, **06/25/2008,** $3,307.71; 20825902343302, **06/26/2008,** $4,595.96; 20826003553302, **06/26/2008,** $4,337.84; 20826601522202, **06/26/2008,** $4,595.96; 20828201061302, **06/26/2008,** $4,601.63; 20825902343402, **06/26/2008,** $4,595.96; 20826601522102, **06/26/2008,** $4,595.96; 20831606348902, **06/27/2008,** $4,595.96; 20827402164502, **06/27/2008,** $4,256.79; 20831606348802, **06/27/2008,** $4,595.96; 20828902997502, **06/27/2008,** $4,242.49; 20825609264402, **06/27/2008,** $4,595.96; 20828902997402, **06/27/2008,** $2,763.01; 20826601522502, **06/27/2008,** $3,673.14; 20825609265702, **06/27/2008,** $4,242.49; 20825609264602, **06/27/2008,** $4,256.79; 20830103988702, **06/27/2008,** $202.62; 20833702729102, **06/27/2008,** $4,596.67; 20826601522702, **06/27/2008,** $4,595.96; 20826102727702, **06/28/2008,** $4,027.22; 20825609264902, **06/28/2008,** $4,256.79; 20825303931902, **06/28/2008,** $3,673.14; 20826102727402, **06/28/2008,** $4,027.22; 20828902997602, **06/28/2008,** $3,143.55; 20826302920102, **06/28/2008,** $2,420.25; 20826003552802, **06/28/2008,** $4,595.96; 20828404447602, **06/28/2008,** $3,673.70; 20828704328502, **06/28/2008,** $1,880.41; 20825403962702, **06/28/2008,** $4,880.18; 20831606349202, **06/28/2008,** $4,256.79; 20835300397502U, **06/28/2008,** $1,631.37; 20825603174402, **06/29/2008,** $4,242.49; 20831704428802, **06/30/2008,** $4,595.96; 20826102727502, **06/30/2008,** $4,596.67; 20831704428702, **07/01/2008,** $4,243.14; 20828704327502, **07/01/2008,** $4,901.14; 20828201061102, **07/01/2008,** $5,254.65; 20828802721202, **07/01/2008,** $4,596.67; 20828704328102, **07/02/2008,** $4,880.93; 20828305510302, **07/02/2008,** $4,596.67; 20828201060402, **07/02/2008,** $4,596.67; 20829804620102, **07/02/2008,** $4,596.67; 20828305510602, **07/03/2008,** $5,254.65; 20829700961002, **07/03/2008,** $4,596.67; 20828305510102, **07/03/2008,** $3,673.70;

20828305510402, **07/03/2008,** $4,596.67; 20825609264802, **07/03/2008,** $4,859.75; 20828201059802, **07/03/2008,** $5,254.65; 20830301957202, **07/03/2008,** $4,243.14; 20828704327902, **07/03/2008,** $4,596.67; 20828305510002, **07/03/2008,** $4,901.14; 20829804620502, **07/03/2008,** $4,880.93; 20828305510502, **07/03/2008,** $4,243.14; 20828201060002, **07/05/2008,** $4,596.67; 20828204971702, **07/05/2008,** $3,307.20; 20830204592402, **07/05/2008,** $4,596.67; 20829403056702, **07/05/2008,** $4,243.14; 20827402164002, **07/05/2008,** $4,859.75; 20828003017302, **07/06/2008,** $3,937.76; 20825403963102, **07/06/2008,** $4,900.38; 20829403057802, **07/06/2008,** $2,907.20; 20828704327602, **07/07/2008,** $1,679.27; 20830301957102, **07/07/2008,** $5,254.65; 20834305114302, **07/07/2008,** $458.81; 20832403298502, **07/07/2008,** $2,907.20; 20827503573902, **07/07/2008,** $3,673.14; 20830204591902, **07/08/2008,** $4,596.67; 20834501607902, **07/08/2008,** $4,242.49; 20830301956902, **07/08/2008,** $192.84; 20829700961202, **07/08/2008,** $5,254.65; 20828204971802, **07/09/2008,** $4,617.06; 20828204971502, **07/10/2008,** $2,907.20; 20828204971602, **07/10/2008,** $4,596.67; 20830301956302, **07/10/2008,** $4,338.51; 20827304272902, **07/10/2008,** $4,338.51; 20828802721102, **07/10/2008,** $3,450.67; 20829403055602, **07/11/2008,** $2,420.62; 20830301957402, **07/11/2008,** $5,690.57; 20829403057102, **07/11/2008,** $4,027.22; 20829804620002, **07/11/2008,** $4,596.67; 20828404447302, **07/11/2008,** $4,338.51; 20828201060302, **07/12/2008,** $5,254.65; 20831003768902, **07/12/2008,** $4,026.60; 20829403056302, **07/12/2008,** $5,254.65; 20830902302202, **07/12/2008,** $4,880.18; 20828201060502, **07/12/2008,** $4,027.22; 20835803560602, **07/12/2008,** $4,553.96; 20827001989102, **07/13/2008,** $2,963.72; 20827402164102, **07/14/2008,** $4,290.39; 20829002245302, **07/14/2008,** $1,945.63; 20829700961502, **07/14/2008,** $3,307.71; 20824601207402, **07/15/2008,** $1,336.94; 20831003768702, **07/15/2008,** $192.82; 20831103358202, **07/15/2008,** $3,993.69; 20830902302102, **07/15/2008,** $4,338.51; 20829804620202, **07/15/2008,** $4,338.51; 20830902302002, **07/15/2008,** $4,595.96; 20828201059602, **07/15/2008,** $3,673.14; 20830301956702, **07/16/2008,** $2,621.38; 20829403057302, **07/16/2008,** $1,336.94; 20829403055802, **07/16/2008,** $3,993.69; 20831103357802, **07/16/2008,** $4,026.60; 20827701178202, **07/16/2008,** $4,880.18; 20827503574002, **07/16/2008,** $4,595.96; 20827701178102,

**07/17/2008,** $4,256.79; 20832603971202, **07/17/2008,** $4,596.67; 20830301956802, **07/17/2008,** $5,531.93; 20832603970902, **07/17/2008,** $4,596.67; 20828404447502, **07/17/2008,** $4,027.22; 20828201059502, **07/17/2008,** $4,595.96; 20830502782002, **07/17/2008,** $5,253.84; 20830502782102, **07/17/2008,** $4,595.96; 20832603970802, **07/17/2008,** $4,596.67; 20829403055202, **07/18/2008,** $4,595.96; 20829403057602, **07/18/2008,** $3,249.53; 20828201060202, **07/18/2008,** $4,595.96; 20827503574102, **07/18/2008,** $4,880.18; 20828201060102, **07/18/2008,** $4,026.60; 20828201060802, **07/19/2008,** $4,256.79; 20828201061002, **07/19/2008,** $4,596.67; 20830204592102, **07/19/2008,** $5,164.97; 20828902997802, **07/19/2008,** $4,595.96; 20829403056602, **07/22/2008,** $4,242.49; 20829002245402, **07/22/2008,** $4,242.49; 21032101588202MIRU, **07/22/2008,** $1,007.62; 20824102040202, **07/22/2008,** $104.90; 20828003017102, **07/22/2008,** $4,595.96; 20828404447102, **07/23/2008,** $4,596.67; 20835803559502, **07/23/2008,** $3,344.20; 20830902301702, **07/24/2008,** $4,338.51; 20829403057502, **07/24/2008,** $2,907.65; 20829403057402, **07/24/2008,** $4,595.96; 20829403056002, **07/24/2008,** $4,596.67; 21024303585802MIRU, **07/25/2008,** $4,026.60; 20831606349402, **07/25/2008,** $4,617.06; 20831503365902, **07/25/2008,** $3,993.69; 20829603338302, **07/25/2008,** $4,242.49; 20830902301502, **07/25/2008,** $3,673.70; 20831503366202, **07/25/2008,** $3,307.20; 20831503366002, **07/25/2008,** $202.62; 20829403056902, **07/25/2008,** $432.09; 20831902441402, **07/26/2008,** $4,256.79; 20834702070702, **07/26/2008,** $3,649.53; 20828802720802, **07/27/2008,** $4,595.96; 20832302209102, **07/27/2008,** $2,373.67; 20830301957602, **07/27/2008,** $229.40; 20830401539102, **07/28/2008,** $229.40; 20829002244602, **07/28/2008,** $114.70; 20832302208302, **07/28/2008,** $3,993.69; 20831003768602, **07/28/2008,** $4,880.18; 20830502782502, **07/28/2008,** $344.11; 20832302208602, **07/28/2008,** $4,242.49; 20832302208502, **07/28/2008,** $4,026.60; 20901203825902, **07/29/2008,** $4,242.49; 20832302208802, **07/29/2008,** $4,026.60; 20829700961102, **07/29/2008,** $4,027.22; 20828404447002, **07/29/2008,** $4,027.22; 20901203826102, **07/30/2008,** $4,880.18; 20830401539202, **07/30/2008,** $4,337.84; 20831606349302, **07/30/2008,** $4,859.75; 20828305510702, **07/30/2008,** $4,027.22; 20829700960602, **07/30/2008,** $4,027.22; 20829002245102, **07/30/2008,** $4,243.14; 20919701253602MIRT, **07/31/2008,** $2,588.83; 20828201061202, **08/01/2008,**

$3,993.69; 20829700960502, **08/02/2008,** $4,860.50; 20829403056802, **08/02/2008,** $4,026.60; 20829002244802, **08/02/2008,** $4,242.49; 20830902301602, **08/03/2008,** $5,164.97; 20830502782302, **08/03/2008,** $4,672.72; 20835803559402, **08/03/2008,** $4,914.23; 20833702728002, **08/03/2008,** $4,860.50; 20831103358002, **08/03/2008,** $4,031.18; 20831103358102, **08/03/2008,** $3,673.70; 20905103349302, **08/03/2008,** $3,307.20; 20828704328002, **08/03/2008,** $3,307.20; 20830502782202, **08/03/2008,** $4,243.14; 20831203152702, **08/03/2008,** $4,938.02; 20831902441202, **08/03/2008,** $3,974.64; 20830301957902, **08/04/2008,** $5,904.24; 20829002244702, **08/05/2008,** $4,242.49; 20835803557602, **08/06/2008,** $4,027.22; 20833702728502, **08/06/2008,** $4,901.14; 20833702728202, **08/06/2008,** $4,907.95; 20831103357902, **08/06/2008,** $4,901.14; 20831902442002, **08/06/2008,** $3,307.71; 20835301533202, **08/06/2008,** $3,650.09; 20832603970702, **08/06/2008,** $4,901.14; 20830103988102, **08/07/2008,** $4,026.60; 20831902441902, **08/07/2008,** $4,880.18; 20835803558802, **08/08/2008,** $5,518.48; 20832502912502, **08/08/2008,** $317.32; 20830301957802, **08/08/2008,** $4,026.60; 20831700240208, **08/08/2008,** $701.16; 20835803559002, **08/10/2008,** $4,595.96; 20835901683502, **08/11/2008,** $4,027.22; 20833702729302, **08/11/2008,** $4,596.67; 20835901683602, **08/11/2008,** $3,673.70; 20833803770102, **08/11/2008,** $4,243.14; 20833803770202, **08/12/2008,** $1,435.12; 20829103046402, **08/12/2008,** $4,455.88; 20833603725402, **08/12/2008,** $2,567.25; 20830301956602, **08/12/2008,** $4,907.95; 20829103046702, **08/13/2008,** $4,595.96; 20832403298602, **08/13/2008,** $4,595.96; 20833903238802, **08/14/2008,** $5,336.48; 20829403057202, **08/14/2008,** $4,595.96; 20831003768502, **08/14/2008,** $1,880.41; 20829503345002, **08/14/2008,** $4,256.79; 20829700961302, **08/14/2008,** $5,170.98; 20829403055402, **08/14/2008,** $4,506.52; 20829503344902, **08/16/2008,** $5,253.84; 20832403298302, **08/17/2008,** $5,177.34; 20834702071702, **08/18/2008,** $4,596.67; 20833603726302, **08/18/2008,** $4,907.95; 20831902441102, **08/18/2008,** $4,595.96; 20901603326702, **08/18/2008,** $4,596.67; 20833702727402, **08/18/2008,** $4,596.67; 20834702071802, **08/18/2008,** $4,860.50; 20833702728602, **08/18/2008,** $4,596.67; 20829804620402, **08/18/2008,** $4,026.60; 20833702728402, **08/18/2008,** $5,518.48; 20834305114802, **08/18/2008,** $4,860.50; 20900702859702, **08/18/2008,**

$4,860.50; 20831902441502, **08/18/2008,** $114.70; 20902601432502, **08/18/2008,** $4,880.18; 20833702729202, **08/18/2008,** $4,860.50; 20833702727802, **08/18/2008,** $4,860.50; 20905500355402, **08/18/2008,** $3,937.16; 20830902301302, **08/19/2008,** $4,595.96; 20829503345102, **08/19/2008,** $4,242.49; 20829503344802, **08/19/2008,** $4,553.96; 20835201787802, **08/20/2008,** $5,164.17; 20835201787602, **08/20/2008,** $5,253.84; 20830502782602, **08/20/2008,** $4,026.60; 20830502782402, **08/21/2008,** $4,880.18; 20831503366102, **08/21/2008,** $4,907.19; 20831103358502, **08/21/2008,** $4,907.19; 20901603327202, **08/21/2008,** $4,595.96; 20831203153202, **08/21/2008,** $3,673.14; 20901603326602, **08/21/2008,** $2,763.01; 20831902442102, **08/22/2008,** $5,025.24; 20832403298402, **08/22/2008,** $4,859.75; 20834501608302, **08/24/2008,** $3,673.14; 20834501608402, **08/24/2008,** $0.00; 20834501608102, **08/24/2008,** $3,649.53; 20901603327802, **08/24/2008,** $5,298.33; 20901603328202, **08/25/2008,** $3,937.16; 20834702070302, **08/25/2008,** $4,256.79; 20833603725502, **08/26/2008,** $682.42; 20831203153102, **08/26/2008,** $5,336.48; 20901603326802, **08/26/2008,** $2,997.28; 20834601471402, **08/26/2008,** $4,907.19; 20902601431002, **08/27/2008,** $4,027.22; 20901603327602, **08/27/2008,** $4,338.51; 20901603327902, **08/27/2008,** $4,027.22; 20831902441002, **08/27/2008,** $5,170.98; 20834601471502, **08/28/2008,** $5,564.85; 20835803560002, **08/28/2008,** $2,420.25; 20902704849302, **08/28/2008,** $4,026.60; 20831606349002, **08/28/2008,** $4,907.19; 20835803557902, **08/29/2008,** $361.02; 20835103642302, **08/29/2008,** $5,254.65; 20901603328102, **08/29/2008,** $4,595.96; 20832502912702, **08/29/2008,** $4,901.14; 20833603726402, **08/29/2008,** $5,683.12; 20901603327402, **08/30/2008,** $4,596.67; 20901603327502, **08/30/2008,** $5,164.97; 20834305114402, **08/30/2008,** $5,254.65; 20831203152902, **08/30/2008,** $4,907.19; 20902601429902, **08/30/2008,** $4,595.96; 20834702071002, **08/30/2008,** $4,596.67; 20833702729002, **08/30/2008,** $4,595.96; 20831902442202, **08/30/2008,** $4,595.96; 20834501608202, **08/31/2008,** $5,178.14; 20834305114602, **08/31/2008,** $4,596.67; 20835803559302, **08/31/2008,** $4,596.67; 20911000252002MIRT, **08/31/2008,** $114.70; 20902601432002, **08/31/2008,** $4,907.95; 20834501608002, **09/01/2008,** $5,164.97; 20835803559102, **09/01/2008,** $4,596.67; 20834305114702, **09/01/2008,** $5,171.78; 20902601432702, **09/01/2008,** $4,243.14; 20834501608502,

**09/01/2008,** $5,164.97; 20834305115002, **09/01/2008,** $4,907.95; 20902601431402, **09/01/2008,** $5,518.48; 20835803557402, **09/01/2008,** $5,905.14; 20834305114502, **09/01/2008,** $4,907.95; 20833603725602, **09/02/2008,** $5,253.84; 20832603971002, **09/02/2008,** $4,257.45; 20836400642602, **09/03/2008,** $4,860.50; 20836400642002, **09/03/2008,** $4,907.19; 20902601430702, **09/03/2008,** $4,596.67; 20901603328002, **09/03/2008,** $4,243.14; 20835803560102, **09/03/2008,** $4,595.96; 20902601432602, **09/03/2008,** $1,336.94; 20833603726102, **09/03/2008,** $4,242.49; 20833101479602, **09/04/2008,** $5,253.84; 20831704428902, **09/04/2008,** $4,338.51; 20834702071602, **09/05/2008,** $4,907.19; 20902303814102, **09/05/2008,** $5,254.65; 20834702071902, **09/05/2008,** $5,025.24; 20833702728902, **09/05/2008,** $4,907.19; 20904404905602, **09/05/2008,** $1,945.33; 20834702070202, **09/05/2008,** $4,027.22; 20831902440902, **09/05/2008,** $4,612.33; 20904303708902, **09/05/2008,** $4,595.96; 20832502912602, **09/05/2008,** $4,595.96; 20834702070502, **09/05/2008,** $4,596.67; 20833702727302, **09/05/2008,** $3,673.14; 20836400641702, **09/06/2008,** $4,596.67; 20832403298202, **09/06/2008,** $4,880.18; 20902704849102, **09/06/2008,** $2,059.84; 20831902441802, **09/06/2008,** $4,595.96; 20904404905702, **09/06/2008,** $1,631.37; 20901603327302, **09/06/2008,** $5,345.01; 20831704428602, **09/08/2008,** $3,651.80; 20833603725902, **09/08/2008,** $4,337.84; 20833702727502, **09/08/2008,** $4,907.19; 20831902442302, **09/08/2008,** $4,596.67; 20835803557802, **09/08/2008,** $4,596.67; 20832502912202, **09/08/2008,** $4,338.51; 20902601430902, **09/08/2008,** $5,025.24; 20833001388602, **09/08/2008,** $5,336.48; 20904901529402, **09/09/2008,** $5,601.73; 20902000533002T, **09/09/2008,** $546.73; 20832502912402, **09/09/2008,** $4,257.45; 20905500354802, **09/09/2008,** $4,672.01; 21016803164502MIRU, **09/09/2008,** $4,256.79; 20833603725702, **09/09/2008,** $4,337.84; 20835803558402, **09/09/2008,** $4,907.95; 20834702071102, **09/09/2008,** $3,937.76; 20902601432102, **09/09/2008,** $2,811.40; 20902601431802, **09/10/2008,** $4,901.14; 20833702728102, **09/10/2008,** $4,907.19; 20904802691802, **09/10/2008,** $0.00; 20902802453202, **09/10/2008,** $4,027.22; 20833702728802, **09/11/2008,** $4,338.51; 20835103642802, **09/12/2008,** $4,595.96; 20835003918502, **09/12/2008,** $4,595.96; 20833702727602, **09/12/2008,** $3,307.71; 20835803560202, **09/13/2008,** $2,763.01;

20835803559602, **09/13/2008,** $4,027.22; 20832502912102, **09/13/2008,** $5,025.24; 20832603971102, **09/15/2008,** $4,907.19; 20835003918402, **09/15/2008,** $4,290.39; 20833603726202, **09/15/2008,** $4,907.19; 20832603971302, **09/15/2008,** $5,607.08; 20835803558702, **09/15/2008,** $5,531.93; 20833702728702, **09/15/2008,** $4,291.05; 20832502912302, **09/15/2008,** $5,564.85; 20835003917402, **09/15/2008,** $3,143.06; 20835803558602, **09/16/2008,** $3,307.20; 20834702071402, **09/16/2008,** $5,732.80; 20900702859302, **09/17/2008,** $5,482.31; 20836400641902, **09/17/2008,** $3,673.70; 20834702071202, **09/17/2008,** $5,254.65; 20835803559902, **09/17/2008,** $4,027.22; 20835003918702, **09/18/2008,** $4,243.14; 20835103642702, **09/18/2008,** $4,256.79; 20833702727902, **09/19/2008,** $4,027.22; 20835803558202, **09/19/2008,** $2,884.95; 20835003918302, **09/20/2008,** $4,721.68; 20900903556502, **09/21/2008,** $5,829.53; 20834702070902, **09/22/2008,** $4,880.18; 20836400642102, **09/22/2008,** $4,027.22; 20900605186002, **09/22/2008,** $4,455.88; 20835201787502, **09/22/2008,** $4,907.95; 20835003917502, **09/22/2008,** $4,243.14; 20835003917302, **09/22/2008,** $4,596.67; 20835103642202, **09/22/2008,** $458.81; 20835003918202, **09/22/2008,** $4,026.60; 20836400641502, **09/23/2008,** $5,643.96; 20904103893102, **09/23/2008,** $458.81; 20835803559202, **09/23/2008,** $2,420.62; 20835003917102, **09/24/2008,** $5,690.57; 20835003918002, **09/24/2008,** $4,337.84; 20901303404602, **09/24/2008,** $594.66; 20835103642502, **09/24/2008,** $458.88; 20904303708702, **09/24/2008,** $4,027.22; 20835803560402, **09/24/2008,** $4,553.96; 20833702729402, **09/24/2008,** $5,234.99; 20904103892702, **09/25/2008,** $4,907.19; 20835803559802, **09/25/2008,** $4,595.96; 20904103893302, **09/25/2008,** $4,290.39; 20835803558102, **09/25/2008,** $4,617.06; 20835003918602, **09/25/2008,** $4,337.84; 20835103642402, **09/25/2008,** $4,243.14; 20904807794102, **09/26/2008,** $229.40; 20835003917802, **09/26/2008,** $3,673.14; 20834702070602, **09/26/2008,** $4,027.22; 20835003918802, **09/26/2008,** $114.70; 20904103892802, **09/26/2008,** $5,254.65; 20907503348502, **09/26/2008,** $2,963.72; 20904807154702, **09/27/2008,** $4,859.75; 20835803559702, **09/27/2008,** $3,307.71; 20900605185802, **09/27/2008,** $4,027.22; 20835803558502, **09/28/2008,** $3,673.14; 20900702860102, **09/28/2008,** $4,860.50; 20836400641602, **09/28/2008,** $3,307.71; 20836400642202, **09/28/2008,** $4,596.67; 20902001779002, **09/29/2008,** $647.41; 20835103642602, **09/29/2008,**

$2,762.59; 20835003917702, **09/29/2008,** $4,337.84; 20904807794202, **09/29/2008,** $1,679.27; 20835003918102, **09/29/2008,** $4,859.75; 20905500355002, **09/30/2008,** $2,059.52; 20835003917202, **09/30/2008,** $3,307.71; 20834702071502, **09/30/2008,** $4,907.19; 20835901683702, **09/30/2008,** $0.00; 20835003917602, **09/30/2008,** $4,596.67; 20909704252402MIR, **09/30/2008,** $441.21; 20834702071302, **09/30/2008,** $4,290.85; 20900702859902, **10/02/2008,** $5,517.63; 20835803560302, **10/03/2008,** $5,517.63; 20835201787902, **10/03/2008,** $5,561.44; 20900702859602, **10/03/2008,** $4,596.67; 20835803557502, **10/03/2008,** $114.70; 20900702859202, **10/03/2008,** $5,641.13; 20902006463702, **10/04/2008,** $432.03; 20900702860002, **10/04/2008,** $4,617.06; 20906904387602, **10/04/2008,** $4,595.96; 20900802193902, **10/06/2008,** $3,673.14; 20901404200602, **10/06/2008,** $4,290.39; 20835201787702, **10/07/2008,** $5,170.98; 20836605911002, **10/07/2008,** $4,242.49; 20835201787302, **10/07/2008,** $5,170.98; 20907903221702, **10/07/2008,** $546.73; 20906203916302, **10/08/2008,** $5,253.84; 20902006463802, **10/08/2008,** $2,420.25; 20905500355302, **10/08/2008,** $4,595.96; 20905602659002, **10/08/2008,** $3,673.14; 20836400642302, **10/09/2008,** $4,595.96; 20836605911102, **10/09/2008,** $4,595.96; 20836605910602, **10/09/2008,** $4,027.22; 20902102342602, **10/09/2008,** $317.32; 20902102342302, **10/09/2008,** $3,673.70; 20905500354902, **10/09/2008,** $4,596.67; 20905500355202, **10/09/2008,** $2,420.25; 20917401415902MIR, **10/09/2008,** $4,595.96; 20900802193302, **10/09/2008,** $2,287.67; 20902601432302, **10/10/2008,** $3,477.23; 20836400641802, **10/11/2008,** $4,860.50; 20836605910802, **10/11/2008,** $4,880.93; 20902001779302, **10/13/2008,** $4,242.49; 20836405174002, **10/13/2008,** $4,338.51; 20901303404902, **10/13/2008,** $3,649.53; 20900605186202, **10/13/2008,** $1,880.70; 20901603327102, **10/13/2008,** $4,026.60; 20836400641402, **10/13/2008,** $2,297.54; 20902001779202, **10/13/2008,** $4,595.96; 20836605910902, **10/13/2008,** $3,649.53; 20835901684602, **10/13/2008,** $5,517.63; 20900903556402, **10/13/2008,** $4,256.79; 20900802193102, **10/13/2008,** $4,859.75; 20835803557702, **10/13/2008,** $5,170.98; 20902001778802, **10/14/2008,** $4,242.49; 20900702859502, **10/14/2008,** $432.03; 20902601432202, **10/14/2008,** $0.00; 20900702859002, **10/15/2008,** $3,189.15; 20902006464402, **10/17/2008,** $3,673.70; 20900903556802, **10/17/2008,** $4,596.67; 20900903556602, **10/17/2008,**

$4,026.60; 20903602961502, **10/17/2008,** $3,775.25; 20902102342402, **10/17/2008,** $4,907.19; 20901203825802, **10/17/2008,** $4,595.96; 20900903556902, **10/17/2008,** $4,595.96; 20835803558302, **10/17/2008,** $4,595.96; 20900605186102, **10/17/2008,** $4,026.60; 20900702860202, **10/18/2008,** $4,880.18; 20900802193602, **10/18/2008,** $114.70; 20902901367102, **10/19/2008,** $583.69; 20900605186402, **10/20/2008,** $2,762.59; 20901303405002, **10/20/2008,** $4,026.60; 20902303814402, **10/20/2008,** $4,880.18; 20900802193502, **10/20/2008,** $2,196.14; 20900702859102, **10/21/2008,** $4,026.60; 20900605185902, **10/21/2008,** $4,506.52; 20901203825702, **10/21/2008,** $4,595.96; 20901404200902, **10/21/2008,** $3,673.14; 20900605186302, **10/21/2008,** $4,880.18; 20836400642402, **10/21/2008,** $3,307.20; 20902704849202, **10/21/2008,** $4,908.55; 20900702859402, **10/21/2008,** $5,554.51; 20836605910702, **10/21/2008,** $5,164.17; 20902601429602, **10/21/2008,** $3,307.20; 20902006464102, **10/21/2008,** $229.40; 20901603327002, **10/22/2008,** $4,880.18; 20901303404302, **10/23/2008,** $4,026.60; 20901303403802, **10/23/2008,** $4,026.60; 20901404200702, **10/23/2008,** $4,242.49; 20901203826202, **10/23/2008,** $5,607.08; 21334301188702MIRU, **10/23/2008,** $869.96; 20902303814502, **10/24/2008,** $1,679.53; 20902601429802, **10/24/2008,** $546.81; 20901603326902, **10/24/2008,** $4,026.60; 20900903557002, **10/24/2008,** $5,254.65; 20901203826002, **10/24/2008,** $4,027.22; 20902006464002, **10/24/2008,** $4,596.67; 20901404200402, **10/25/2008,** $4,595.96; 20902303814202, **10/25/2008,** $5,177.34; 20902202365002, **10/25/2008,** $5,518.48; 20902102342802, **10/25/2008,** $4,596.67; 20902202365402, **10/26/2008,** $4,242.49; 20901203826402, **10/27/2008,** $5,253.84; 20903701872802, **10/27/2008,** $4,900.38; 20902601429502, **10/27/2008,** $4,506.52; 20900802192902, **10/28/2008,** $4,880.18; 20901303404202, **10/28/2008,** $4,030.63; 20901303404802, **10/28/2008,** $1,381.30; 20902303814602, **10/28/2008,** $5,026.86; 20902704848902, **10/28/2008,** $114.70; 20902001779502, **10/28/2008,** $4,026.60; 20901404201002, **10/28/2008,** $4,880.18; 20901303403902, **10/28/2008,** $1,210.13; 20901203826302, **10/28/2008,** $4,595.96; 20901203825602, **10/28/2008,** $4,595.96; 20902601431902, **10/29/2008,** $4,026.60; 20902303814002, **10/29/2008,** $4,907.19; 20901303404002, **10/29/2008,** $4,026.60; 20902006463902, **10/29/2008,** $3,122.17; 20902006464202, **10/29/2008,** $4,026.60; 20900802193402, **10/29/2008,**

$4,595.96; 20900802193802, **10/29/2008,** $4,256.79; 20903302110002, **10/29/2008,** $4,506.52; 20902901367202, **10/30/2008,** $4,907.19; 21024303586802MIRU, **10/30/2008,** $4,907.95; 20835803560502, **10/31/2008,** $3,255.21; 20907503348202, **10/31/2008,** $3,154.21; 20902901366302, **10/31/2008,** $3,307.20; 20902001778902, **10/31/2008,** $4,243.14; 20901503170402, **10/31/2008,** $4,243.14; 20900802193002, **10/31/2008,** $5,517.63; 20902102342502, **11/01/2008,** $202.62; 20904204742902, **11/02/2008,** $4,595.96; 20902303813702, **11/03/2008,** $2,420.62; 20902102342702, **11/03/2008,** $5,164.65; 20902202365202, **11/03/2008,** $4,672.01; 20900802193202, **11/03/2008,** $4,027.22; 20902006463602, **11/03/2008,** $4,595.96; 20901303404502, **11/03/2008,** $4,596.67; 20905103349602, **11/04/2008,** $4,584.71; 20910403336102MIR, **11/04/2008,** $4,242.49; 20902704848802, **11/04/2008,** $4,895.18; 20904901529002, **11/04/2008,** $4,895.18; 20902303813602, **11/04/2008,** $5,219.15; 20902601430002, **11/04/2008,** $5,178.14; 20902202364902, **11/04/2008,** $4,584.71; 20901303404702, **11/04/2008,** $4,868.03; 20902601431602, **11/05/2008,** $4,868.22; 20901404200502, **11/05/2008,** $0.00; 20908403109302, **11/05/2008,** $5,222.18; 20902601430602, **11/05/2008,** $2,146.47; 20902601430802, **11/06/2008,** $458.81; 20902704849002, **11/06/2008,** $5,158.31; 20901303404102, **11/06/2008,** $4,596.67; 20909704252302MIR, **11/06/2008,** $458.81; 20902202365102, **11/07/2008,** $4,016.75; 20901503170502, **11/07/2008,** $4,584.71; 20901404200802, **11/07/2008,** $4,847.84; 20903003601002, **11/08/2008,** $3,664.16; 20904901529602, **11/08/2008,** $4,228.70; 20902202365302, **11/08/2008,** $4,016.75; 20908403109402, **11/08/2008,** $229.40; 20906101432302, **11/08/2008,** $4,246.38; 20902001779102, **11/08/2008,** $3,664.16; 20905803071102, **11/09/2008,** $4,584.71; 20902001778602, **11/10/2008,** $4,584.71; 20902901367002, **11/10/2008,** $4,507.21; 20902601429702, **11/10/2008,** $4,827.66; 20903302110102, **11/10/2008,** $4,476.76; 20902601432402, **11/10/2008,** $4,827.66; 20902001779402, **11/11/2008,** $4,868.22; 20904103892602, **11/11/2008,** $3,983.92; 20902001778702, **11/11/2008,** $5,593.34; 20908504571402, **11/12/2008,** $4,868.22; 20902102342902, **11/12/2008,** $4,868.22; 20905803070602, **11/12/2008,** $4,203.22; 20909902458902MIR, **11/13/2008,** $3,640.60; 20902006463502, **11/13/2008,** $3,451.99; 20909704252902MIR, **11/13/2008,** $4,868.22; 20902901366702, **11/13/2008,** $4,565.62; 20917402630902MIR,

**11/14/2008,** $2,602.70; 20906101432202, **11/14/2008,** $4,584.71; 20835201787402, **11/14/2008,** $314.71; 20904204743102, **11/14/2008,** $4,584.71; 20903501930802, **11/14/2008,** $5,222.18; 20902901366602, **11/14/2008,** $4,605.76; 20904901529502, **11/14/2008,** $5,669.20; 20909704253002MIR, **11/14/2008,** $3,664.16; 20904901530102, **11/14/2008,** $5,240.97; 20904204743002, **11/15/2008,** $4,232.11; 20906803372602, **11/15/2008,** $4,584.71; 20902802453402, **11/15/2008,** $3,983.92; 20904807793802, **11/17/2008,** $4,895.18; 20902802453302, **11/17/2008,** $4,584.71; 20904103893002, **11/17/2008,** $5,551.21; 20907103316702, **11/17/2008,** $5,240.97; 20904901529302, **11/18/2008,** $4,000.04; 20902601431502, **11/18/2008,** $3,774.44; 20910501430602MIR, **11/18/2008,** $4,016.75; 20903501930702, **11/18/2008,** $4,895.18; 20909902459602MIR, **11/18/2008,** $546.73; 20902901366902, **11/18/2008,** $202.62; 20905103349702, **11/18/2008,** $4,016.75; 20905803068702, **11/19/2008,** $3,649.53; 20903602961002, **11/19/2008,** $4,888.38; 20905103350502, **11/19/2008,** $5,323.40; 20909704253102MIR, **11/20/2008,** $4,232.11; 20903501930902, **11/20/2008,** $4,016.75; 20907503348702, **11/20/2008,** $3,629.78; 20905803068602, **11/20/2008,** $4,016.75; 20909604325402MIR, **11/20/2008,** $4,495.47; 20917402630702MIR, **11/20/2008,** $4,232.11; 20903003601102, **11/20/2008,** $4,232.11; 20903003600902, **11/20/2008,** $4,565.62; 20903003601202, **11/20/2008,** $4,016.75; 20906904388002, **11/20/2008,** $4,232.11; 20910403335702MIR, **11/20/2008,** $4,280.35; 20905500354602, **11/20/2008,** $3,642.86; 20902802453502, **11/20/2008,** $4,232.11; 20903003600802, **11/20/2008,** $4,847.84; 20902303813902, **11/20/2008,** $4,232.11; 20910003956802MIR, **11/20/2008,** $4,232.11; 20909704252102MIR, **11/20/2008,** $317.32; 20909704253202MIR, **11/20/2008,** $4,584.71; 20906904387902, **11/21/2008,** $4,868.22; 20902901367502, **11/21/2008,** $3,627.71; 20903701872702, **11/21/2008,** $3,299.11; 20907503348302, **11/21/2008,** $5,240.97; 20904901530002, **11/21/2008,** $0.00; 20902901367402, **11/21/2008,** $4,565.62; 20905803070702, **11/21/2008,** $4,584.71; 20905103350002, **11/21/2008,** $4,016.75; 20904204742602, **11/23/2008,** $4,232.11; 20904303708802, **11/23/2008,** $3,664.16; 20904303708602, **11/23/2008,** $4,868.22; 20905103350702, **11/24/2008,** $3,664.16; 20902901366802, **11/24/2008,** $4,228.70; 20905602658902, **11/24/2008,** $4,584.71; 20909902459102MIR, **11/24/2008,** $4,584.71; 20910403336202MIR, **11/24/2008,**

$5,331.10; 20907107981702, **11/25/2008,** $4,016.75; 20905103350402, **11/25/2008,** $4,895.18; 20910403335902MIR, **11/25/2008,** $4,016.75; 20902901366502, **11/25/2008,** $3,625.45; 20904807793902, **11/25/2008,** $4,327.22; 20905803071002, **11/26/2008,** $5,240.97; 20903602961402, **11/26/2008,** $4,000.04; 20909902459402MIR, **11/26/2008,** $458.81; 20910403336002MIR, **11/26/2008,** $4,232.11; 20910403336302MIR, **11/26/2008,** $4,232.11; 20910603595702MIR, **11/26/2008,** $4,214.50; 20906503575302, **11/26/2008,** $202.62; 20909902459002MIR, **11/26/2008,** $5,029.88; 20903602961602, **11/28/2008,** $4,584.71; 20904901529702, **11/28/2008,** $4,016.75; 20905803070802, **11/29/2008,** $0.00; 20911804453302MIR, **11/29/2008,** $0.00; 20911103795002MIR, **12/01/2008,** $4,868.22; 20910501430302MIR, **12/01/2008,** $5,136.83; 20917402630602MIR, **12/01/2008,** $307.52; 20904204742702, **12/01/2008,** $4,016.75; 20904901529802, **12/02/2008,** $6,010.48; 20905103350302, **12/03/2008,** $4,016.75; 20903602961102, **12/03/2008,** $2,245.78; 20906803373102, **12/04/2008,** $5,222.18; 20904103892902, **12/04/2008,** $3,983.92; 20906101432102, **12/05/2008,** $4,016.75; 20905103350602, **12/05/2008,** $4,584.71; 20906101431902, **12/06/2008,** $4,847.84; 20905803070402, **12/06/2008,** $4,868.22; 20903602961202, **12/08/2008,** $4,605.76; 20905803068502, **12/08/2008,** $4,605.76; 20905803070502, **12/08/2008,** $4,000.04; 20904807794002, **12/09/2008,** $5,922.51; 20908603244302, **12/09/2008,** $5,947.29; 20906404333702, **12/10/2008,** $5,222.18; 20911804452802MIR, **12/10/2008,** $2,282.09; 21013802253502MIRU, **12/11/2008,** $5,901.55; 20909004916202, **12/12/2008,** $4,584.71; 20908305274602, **12/12/2008,** $4,868.22; 20906404333802, **12/12/2008,** $2,404.32; 20908603243902, **12/12/2008,** $0.00; 20908403109002, **12/12/2008,** $4,868.22; 20907803947802, **12/12/2008,** $1,868.06; 20906101432402, **12/12/2008,** $3,664.16; 20908403109602, **12/12/2008,** $4,584.71; 20917402630302MIR, **12/12/2008,** $4,584.71; 20906101432502, **12/12/2008,** $4,232.11; 20904901529102, **12/12/2008,** $3,983.92; 20911804453202MIR, **12/15/2008,** $560.82; 20909204258502, **12/16/2008,** $0.00; 20907903222402, **12/16/2008,** $5,889.76; 20906904388102, **12/16/2008,** $4,565.62; 20902303814302, **12/16/2008,** $1,940.59; 20905803070902, **12/16/2008,** $4,600.33; 20912801476102MIR, **12/16/2008,** $1,166.13; 20905103349402, **12/16/2008,** $5,947.29; 20906904387802, **12/16/2008,** $2,900.08; 20912801476702MIR, **12/16/2008,** $1,627.41;

20904901529202, **12/16/2008,** $5,164.65; 20906201663802, **12/16/2008,** $4,584.71; 20904807794302, **12/16/2008,** $4,584.71; 20906201663602, **12/16/2008,** $4,246.38; 20906404333602, **12/16/2008,** $6,663.79; 20905103349802, **12/17/2008,** $5,222.18; 20917402629902MIR, **12/17/2008,** $3,299.11; 20908903396102, **12/17/2008,** $4,895.18; 20906503575102, **12/17/2008,** $3,774.44; 20905103350202, **12/17/2008,** $5,222.18; 20906904387702, **12/17/2008,** $5,979.44; 20908305274502, **12/18/2008,** $4,895.18; 20908603245202, **12/18/2008,** $4,895.18; 20908603245102, **12/18/2008,** $4,246.38; 20906803372402, **12/18/2008,** $5,593.34; 20904901529902, **12/19/2008,** $4,016.75; 20907903222102, **12/19/2008,** $4,279.89; 20906803372502, **12/19/2008,** $4,016.75; 20902901367702, **12/19/2008,** $202.62; 20905103349902, **12/19/2008,** $4,584.71; 20905103349502, **12/19/2008,** $4,847.84; 20905103350102, **12/19/2008,** $4,584.71; 20912801476202MIR, **12/19/2008,** $4,016.75; 20907903221802, **12/19/2008,** $4,827.66; 20906803372802, **12/19/2008,** $4,584.71; 20906203916402, **12/19/2008,** $4,584.71; 20906201663502, **12/19/2008,** $4,847.84; 20907903222202, **12/20/2008,** $4,016.75; 20906803372702, **12/20/2008,** $4,584.71; 20902601431102, **12/20/2008,** $449.01; 20918304484302MIR, **12/20/2008,** $542.77; 20902006464302, **12/20/2008,** $307.52; 20906803373202, **12/21/2008,** $4,868.22; 20906101432002, **12/22/2008,** $5,814.36; 20900903556702, **12/22/2008,** $202.62; 20905500354502, **12/22/2008,** $197.79; 20905703083502, **12/22/2008,** $4,590.37; 20917402629202MIR, **12/22/2008,** $4,016.75; 20905803068402, **12/22/2008,** $4,895.18; 20912801476302MIR, **12/23/2008,** $432.03; 20909004916002, **12/23/2008,** $4,895.18; 20908603244202, **12/23/2008,** $3,664.16; 20905703083302, **12/23/2008,** $4,895.18; 20908603244502, **12/23/2008,** $5,222.18; 20910501430502MIR, **12/23/2008,** $2,242.61; 20908603244402, **12/23/2008,** $5,528.09; 20906904388402, **12/23/2008,** $5,570.04; 20906904388302, **12/23/2008,** $4,000.04; 20908603245402, **12/23/2008,** $4,232.11; 20906200252202T, **12/23/2008,** $1,102.33; 20909004915902, **12/23/2008,** $5,222.18; 20906904388202, **12/23/2008,** $4,565.62; 20910003956602MIR, **12/23/2008,** $4,584.71; 20907503348402, **12/24/2008,** $5,164.65; 20907107982002, **12/24/2008,** $197.79; 20905602659102, **12/24/2008,** $4,584.71; 20902901366402, **12/24/2008,** $202.62; 20905500354702, **12/24/2008,** $4,584.71; 20905703083402, **12/24/2008,** $5,240.97; 20902901367802, **12/24/2008,** $114.70; 20907803947702, **12/24/2008,**

$5,790.14; 20907803948102, **12/24/2008,** $4,874.79; 20905803068802, **12/26/2008,** $4,584.71; 20906803372302, **12/27/2008,** $4,444.98; 20902901367302, **12/27/2008,** $114.70; 20910004626602MIR, **12/27/2008,** $3,664.16; 20905500354402, **12/27/2008,** $4,605.76; 20907803947902, **12/28/2008,** $4,868.22; 20907107981902, **12/28/2008,** $3,642.86; 20906503575202, **12/29/2008,** $2,448.92; 20914204340002MIR, **12/29/2008,** $2,287.97; 20909305349402, **12/29/2008,** $560.82; 20909103068802, **12/29/2008,** $4,895.18; 20913304641802MIR, **12/29/2008,** $5,551.21; 20914701460002MIR, **12/29/2008,** $3,664.16; 20908603244702, **12/29/2008,** $5,200.43; 20906404334002, **12/29/2008,** $4,895.18; 20907107981802, **12/29/2008,** $468.67; 20906404333902, **12/29/2008,** $5,222.18; 20910403335802MIR, **12/30/2008,** $4,214.50; 20910004625902MIR, **12/30/2008,** $4,214.50; 20906803372202, **12/30/2008,** $570.52; 20906803372902, **12/31/2008,** $4,327.22; 20906803373402, **12/31/2008,** $5,222.18; 20907903221902, **12/31/2008,** $4,016.75; 20908305274802, **01/02/2009,** $4,902.19; 20908403109502, **01/02/2009,** $5,012.94; 20919101230802MIR, **01/04/2009,** $441.31; 20909004915802, **01/05/2009,** $4,895.18; 20909004916102, **01/05/2009,** $5,219.15; 20906803373302, **01/06/2009,** $4,895.18; 20906904387502, **01/06/2009,** $4,895.18; 20908603244602, **01/06/2009,** $917.69; 20907903222002, **01/06/2009,** $5,222.18; 20910004626002MIR, **01/07/2009,** $3,664.16; 20907503348102, **01/07/2009,** $5,158.31; 20910004626302MIR, **01/07/2009,** $3,664.16; 20910004626202MIR, **01/07/2009,** $3,664.16; 20910004626502MIR, **01/08/2009,** $4,077.89; 20908603244902, **01/09/2009,** $1,235.85; 20908603244802, **01/09/2009,** $4,827.66; 20908603245302, **01/09/2009,** $4,476.76; 20909704252602MIR, **01/09/2009,** $4,220.78; 20909204258402, **01/09/2009,** $0.00; 20907503348802, **01/12/2009,** $5,222.18; 20911103795202MIR, **01/12/2009,** $3,393.32; 20912600352102MIRT, **01/12/2009,** $1,272.54; 20910004625802MIR, **01/13/2009,** $4,605.76; 20908202964602, **01/13/2009,** $5,551.21; 20908305274702, **01/14/2009,** $5,323.40; 20909704252802MIR, **01/14/2009,** $4,895.18; 20921002667102MIR, **01/14/2009,** $332.86; 20908903396002, **01/14/2009,** $5,323.40; 20908305274902, **01/14/2009,** $4,600.33; 20909902459702MIR, **01/16/2009,** $207.85; 20909305349602, **01/16/2009,** $4,232.11; 20909902459502MIR, **01/16/2009,** $4,584.71; 20919602738502MIR, **01/16/2009,** $3,774.44; 20907903222302, **01/16/2009,** $352.98; 20909305349502, **01/17/2009,** $4,016.75; 20917605493702MIR,

**01/18/2009,** $4,016.75; 20908403109102, **01/18/2009,** $4,902.19; 20910004626102MIR, **01/19/2009,** $4,232.11; 20915503369802MIR, **01/19/2009,** $4,868.22; 20911001817802MIR, **01/19/2009,** $3,758.74; 20909704252002MIR, **01/19/2009,** $4,232.11; 20909704252502MIR, **01/19/2009,** $4,586.59; 20909604325302MIR, **01/19/2009,** $4,495.47; 20910004626402MIR, **01/19/2009,** $4,232.11; 20909704251902MIR, **01/19/2009,** $3,640.60; 20910004625702MIR, **01/19/2009,** $4,232.11; 20909704252702MIR, **01/19/2009,** $4,232.11; 20909604325502MIR, **01/19/2009,** $4,495.47; 20910705027202MIR, **01/19/2009,** $4,584.71; 20915903198402MIR, **01/20/2009,** $4,542.81; 21019302324102MIRU, **01/22/2009,** $5,158.31; 20911103794802MIR, **01/22/2009,** $4,590.37; 20910705027102MIR, **01/23/2009,** $4,020.15; 20908403109202, **01/23/2009,** $5,629.93; 20910501430402MIR, **01/23/2009,** $5,012.94; 20911001818102MIR, **01/24/2009,** $4,584.71; 20908603244102, **01/24/2009,** $4,605.76; 20910403335502MIR, **01/26/2009,** $4,847.84; 20910403335602MIR, **01/26/2009,** $5,504.12; 20919804343302MIR, **01/26/2009,** $4,641.17; 20911103795402MIR, **01/27/2009,** $1,333.69; 20916603734302MIR, **01/27/2009,** $4,847.84; 20916102762502MIR, **01/27/2009,** $5,222.18; 20911902200202MIR, **01/28/2009,** $560.82; 20912604281302MIR, **01/28/2009,** $470.63; 20909704252202MIR, **01/28/2009,** $5,158.31; 20918001787902MIR, **01/28/2009,** $3,210.26; 20917301653802MIR, **01/29/2009,** $4,895.18; 20911103795102MIR, **01/29/2009,** $4,895.18; 20916704590702MIR, **01/29/2009,** $4,584.71; 20910004626702MIR, **01/29/2009,** $4,584.71; 21028701227802MIRU, **01/29/2009,** $5,551.21; 20919804343702MIR, **01/30/2009,** $4,605.76; 20909801227402MIR, **02/02/2009,** $4,246.38; 20913402319902MIR, **02/03/2009,** $5,158.31; 20911103794402MIR, **02/03/2009,** $4,584.71; 20911804453102MIR, **02/04/2009,** $2,209.64; 20910705026702MIR, **02/04/2009,** $4,584.71; 20911001817902MIR, **02/04/2009,** $4,801.58; 20910403336402MIR, **02/05/2009,** $4,077.89; 20910501430202MIR, **02/05/2009,** $5,158.31; 20916302078702MIR, **02/05/2009,** $4,876.14; 20910005089002MIR, **02/05/2009,** $5,518.38; 20911103794902MIR, **02/05/2009,** $1,549.00; 21413200200902MIRU, **02/05/2009,** $4,895.18; 20913801260902MIR, **02/06/2009,** $5,219.15; 20911804452602MIR, **02/06/2009,** $0.00; 20909801227302MIR, **02/07/2009,** $4,271.77; 21000602470202MIRU, **02/09/2009,** $4,584.71; 20919602738802MIR, **02/09/2009,** $206.97; 20917402629702MIR, **02/09/2009,** $4,896.53; 20920303948002MIR, **02/09/2009,** $4,232.11; 20912801476502MIR, **02/09/2009,** $5,814.36; 20919801143002MIR,

**02/10/2009,** $3,983.92; 20913801261702MIR, **02/10/2009,** $3,983.92; 20913903460902MIR, **02/10/2009,** $5,285.36; 20913402320102MIR, **02/10/2009,** $4,847.84; 20913801261602MIR, **02/10/2009,** $117.16; 20910705026902MIR, **02/11/2009,** $4,895.18; 20914701459802MIR, **02/11/2009,** $3,550.70; 20919404998202MIR, **02/11/2009,** $4,016.75; 20914005275102MIR, **02/11/2009,** $4,564.17; 20923902784502MIR, **02/12/2009,** $4,584.71; 20912801476902MIR, **02/12/2009,** $4,895.18; 20912801476802MIR, **02/12/2009,** $5,814.36; 20919801143202MIR, **02/12/2009,** $2,414.35; 20917402629802MIR, **02/12/2009,** $207.85; 20918304486202MIR, **02/13/2009,** $2,585.53; 20910705026802MIR, **02/13/2009,** $4,000.04; 20910705027002MIR, **02/13/2009,** $4,584.71; 20911103794602MIR, **02/13/2009,** $4,868.22; 20911001818002MIR, **02/13/2009,** $4,868.22; 20913801261202MIR, **02/13/2009,** $117.66; 20915203603502MIR, **02/14/2009,** $1,272.54; 20911302884502MIR, **02/14/2009,** $4,246.38; 20911402618102MIR, **02/14/2009,** $0.00; 20919404999102MIR, **02/14/2009,** $5,889.76; 20911402617902MIR, **02/15/2009,** $0.00; 20919101230402MIR, **02/15/2009,** $4,868.22; 20911402617402MIR, **02/15/2009,** $0.00; 20919101229802MIR, **02/15/2009,** $5,547.82; 20913801261902MIR, **02/16/2009,** $3,640.60; 20913801261102MIR, **02/16/2009,** $4,232.11; 20911001818202MIR, **02/16/2009,** $1,675.58; 20911702190502MIR, **02/16/2009,** $5,323.40; 20911702190302MIR, **02/16/2009,** $0.00; 20911402617802MIR, **02/17/2009,** $4,584.71; 20919404997502MIR, **02/17/2009,** $4,280.35; 20914701459502MIR, **02/17/2009,** $4,542.81; 20919404999302MIR, **02/17/2009,** $5,865.23; 20911902200102MIR, **02/17/2009,** $0.00; 20911402617702MIR, **02/17/2009,** $0.00; 20913801261502MIR, **02/17/2009,** $207.85; 20910003956702MIR, **02/17/2009,** $3,228.11; 20911402618002MIR, **02/17/2009,** $0.00; 20911402617602MIR, **02/17/2009,** $0.00; 20919504636802MIR, **02/17/2009,** $3,625.45; 20913304641902MIR, **02/17/2009,** $3,299.11; 20919404998002MIR, **02/17/2009,** $4,895.18; 20915203603302MIR, **02/17/2009,** $961.22; 20915302417502MIR, **02/17/2009,** $961.22; 20919101230302MIR, **02/17/2009,** $5,158.31; 20911103794502MIR, **02/17/2009,** $2,744.38; 20919804343102MIR, **02/18/2009,** $4,016.75; 20915302417402MIR, **02/18/2009,** $4,895.18; 20914902530802MIR, **02/18/2009,** $4,016.75; 20919602738302MIR, **02/18/2009,** $1,168.07; 20913402320002MIR, **02/19/2009,** $4,584.71; 20911402617502MIR, **02/20/2009,** $0.00; 21016803157002MIRU, **02/20/2009,** $4,868.22; 20907803948202, **02/20/2009,** $117.66; 20911402618202MIR, **02/20/2009,** $0.00;

20913801262002MIR, **02/21/2009,** $5,504.12; 20911402617302MIR, **02/21/2009,** $0.00; 20914204339802MIR, **02/21/2009,** $4,847.84; 20912704044802MIR, **02/21/2009,** $470.63; 20914005274902MIR, **02/23/2009,** $4,868.22; 20912003816402MIR, **02/23/2009,** $0.00; 20913304642002MIR, **02/23/2009,** $207.85; 20911702190402MIR, **02/23/2009,** $558.48; 20919404999402MIR, **02/23/2009,** $3,927.52; 20916001650202MIR, **02/23/2009,** $4,868.22; 20911804452902MIR, **02/23/2009,** $0.00; 20912003817002MIR, **02/23/2009,** $560.82; 20915302417602MIR, **02/23/2009,** $5,504.12; 20914701459902MIR, **02/23/2009,** $5,158.31; 20918200033108MIR, **02/24/2009,** $2,141.23; 20912101326402MIR, **02/24/2009,** $0.00; 20913903460602MIR, **02/24/2009,** $4,868.22; 20912704045102MIR, **02/24/2009,** $5,323.40; 20913801261302MIR, **02/25/2009,** $4,016.75; 20918001788502MIR, **02/26/2009,** $206.97; 20919404998802MIR, **02/26/2009,** $206.97; 20912704045002MIR, **02/26/2009,** $4,895.18; 20912003816302MIR, **02/26/2009,** $0.00; 20915903198702MIR, **02/27/2009,** $4,847.84; 20918001788102MIR, **02/27/2009,** $3,640.60; 20912101326602MIR, **02/27/2009,** $0.00; 20912003817102MIR, **02/27/2009,** $1,940.59; 20912101326502MIR, **02/27/2009,** $0.00; 20919404998302MIR, **02/28/2009,** $117.16; 20917301654302MIR, **03/01/2009,** $235.31; 20913903460402MIR, **03/01/2009,** $5,222.18; 20914204340202MIR, **03/01/2009,** $4,016.75; 20914005274802MIR, **03/02/2009,** $4,895.18; 20914005275502MIR, **03/03/2009,** $5,947.29; 20914204339702MIR, **03/03/2009,** $4,590.37; 20913903460802MIR, **03/03/2009,** $4,847.84; 20913801262102MIR, **03/03/2009,** $4,847.84; 20915302417102MIR, **03/04/2009,** $3,640.60; 20916704590802MIR, **03/04/2009,** $5,158.31; 20914701459302MIR, **03/04/2009,** $4,896.53; 20915203603202MIR, **03/04/2009,** $4,279.89; 20914005275002MIR, **03/04/2009,** $4,590.37; 20913204080302MIR, **03/04/2009,** $4,327.22; 20919801142402MIR, **03/05/2009,** $4,755.46; 20914204339902MIR, **03/05/2009,** $4,827.66; 20913503672702MIR, **03/05/2009,** $4,888.38; 20914701459602MIR, **03/05/2009,** $5,901.55; 21002601638208MIR, **03/05/2009,** $660.41; 20913903461002MIR, **03/06/2009,** $1,912.74; 20914204339502MIR, **03/06/2009,** $3,841.24; 20920303948102MIR, **03/07/2009,** $4,584.71; 20917301654702MIR, **03/07/2009,** $3,664.16; 20913801262202MIR, **03/07/2009,** $4,584.71; 20914902530602MIR, **03/07/2009,** $4,868.22; 20913903460202MIR, **03/08/2009,** $5,158.31; 20920503444802MIR, **03/09/2009,** $207.85; 20915903198502MIR, **03/09/2009,** $4,600.33; 20915903198602MIR, **03/09/2009,** $4,600.33; 20923202325502MIR,

**03/09/2009,** $3,299.11; 20920503444302MIR, **03/10/2009,** $2,755.83; 20914005275402MIR, **03/11/2009,** $4,895.18; 20932102124202MIRU, **03/11/2009,** $4,495.47; 20911103795302MIR, **03/11/2009,** $3,841.24; 20914005275202MIR, **03/11/2009,** $4,895.18; 20914701459202MIR, **03/11/2009,** $4,327.22; 20923202325802MIR, **03/11/2009,** $2,404.32; 20912801476402MIR, **03/12/2009,** $2,371.59; 20913903460502MIR, **03/12/2009,** $4,590.37; 20921004334502MIR, **03/13/2009,** $5,593.34; 20914005275702MIR, **03/13/2009,** $4,584.71; 20918904654302MIR, **03/13/2009,** $4,000.04; 20918001788402MIR, **03/13/2009,** $4,565.62; 20915203602902MIR, **03/13/2009,** $4,868.22; 20913903460302MIR, **03/13/2009,** $4,868.22; 20913503672502MIR, **03/13/2009,** $4,827.66; 20918705751002MIR, **03/13/2009,** $1,875.83; 20918001787702MIR, **03/13/2009,** $4,542.81; 20914803164402MIR, **03/14/2009,** $4,868.22; 20915402647002MIR, **03/14/2009,** $4,246.38; 20916801890002MIR, **03/14/2009,** $5,719.15; 20914902530702MIR, **03/15/2009,** $5,158.31; 20913903460702MIR, **03/15/2009,** $4,590.37; 20915402646902MIR, **03/16/2009,** $4,590.37; 20918304481302MIR, **03/16/2009,** $4,495.47; 21022801548602MIRT, **03/16/2009,** $325.50; 20919101229402MIR, **03/16/2009,** $4,444.98; 20916001650102MIR, **03/16/2009,** $3,946.32; 20913801261802MIR, **03/17/2009,** $207.85; 20921201913502MIR, **03/17/2009,** $235.31; 20915203603402MIR, **03/17/2009,** $5,323.40; 20918705751202MIR, **03/17/2009,** $4,232.11; 20921004334202MIR, **03/17/2009,** $2,862.27; 20918304482902MIR, **03/17/2009,** $4,232.11; 20921004334602MIR, **03/17/2009,** $2,804.53; 20914701459702MIR, **03/17/2009,** $5,323.40; 20917003603102MIR, **03/18/2009,** $4,327.22; 20914803164302MIR, **03/18/2009,** $5,814.36; 20915402646802MIR, **03/18/2009,** $5,518.38; 21016703059302MIRU, **03/19/2009,** $5,551.21; 20917301654002MIR, **03/19/2009,** $4,495.47; 20918304483502MIR, **03/20/2009,** $2,755.83; 20919101230202MIR, **03/20/2009,** $3,894.24; 20915302417302MIR, **03/20/2009,** $5,164.65; 20916801890102MIR, **03/21/2009,** $2,670.22; 20914005275602MIR, **03/21/2009,** $1,962.66; 20916202747002MIR, **03/23/2009,** $4,847.84; 20916603734502MIR, **03/23/2009,** $4,600.33; 20916603734102MIR, **03/23/2009,** $4,896.53; 20918304481902MIR, **03/23/2009,** $478.55; 20919600493302MIRT, **03/23/2009,** $207.85; 20915203603102MIR, **03/23/2009,** $4,590.37; 20917605493602MIR, **03/24/2009,** $4,590.37; 20917301654602MIR, **03/24/2009,** $5,814.36; 20916603733602MIR, **03/24/2009,** $5,158.31; 20916001649902MIR, **03/24/2009,** $5,158.31; 20918904654702MIR, **03/24/2009,** $5,158.31;

20918304483602MIR, **03/24/2009,** $117.66; 20916704590902MIR, **03/25/2009,** $5,151.52; 20915402647102MIR, **03/25/2009,** $4,590.37; 20919804343602MIR, **03/25/2009,** $2,245.78; 20914902530502MIR, **03/25/2009,** $117.66; 20915503369602MIR, **03/25/2009,** $5,158.31; 20918304481702MIR, **03/25/2009,** $2,723.01; 21233800220608MIR, **03/25/2009,** $0.00; 20913801261402MIR, **03/26/2009,** $117.66; 20915903198302MIR, **03/26/2009,** $4,895.18; 20911902200302MIR, **03/26/2009,** $2,604.12; 20917301653702MIR, **03/27/2009,** $4,280.35; 20916801890502MIR, **03/27/2009,** $5,151.52; 20916603734202MIR, **03/28/2009,** $4,246.38; 20919404998902MIR, **03/28/2009,** $3,454.32; 20916901399402MIR, **03/29/2009,** $400.11; 20919003333202MIR, **03/29/2009,** $3,758.30; 20915302417202MIR, **03/29/2009,** $4,232.11; 20922903785302MIR, **03/30/2009,** $2,304.74; 20918001787802MIR, **03/30/2009,** $4,232.11; 20918304483902MIR, **03/31/2009,** $4,280.35; 20919101230902MIR, **03/31/2009,** $5,938.46; 20915903198802MIR, **03/31/2009,** $5,158.31; 20916603734002MIR, **03/31/2009,** $3,983.92; 20916001650002MIR, **03/31/2009,** $4,896.53; 20915903198202MIR, **03/31/2009,** $5,504.12; 20916001649702MIR, **03/31/2009,** $5,518.38; 20917301654402MIR, **03/31/2009,** $2,755.83; 20918304482502MIR, **03/31/2009,** $4,280.35; 20919101229702MIR, **03/31/2009,** $5,164.65; 20918904654502MIR, **03/31/2009,** $6,010.48; 20916801889802MIR, **03/31/2009,** $3,278.75; 20916603734402MIR, **03/31/2009,** $5,518.38; 20923600422302MIRT, **03/31/2009,** $560.82; 20916603734602MIR, **04/02/2009,** $4,542.81; 20916704590502MIR, **04/02/2009,** $5,158.31; 20916001649802MIR, **04/02/2009,** $4,571.26; 20916801889902MIR, **04/02/2009,** $4,896.53; 20915402647202MIR, **04/02/2009,** $4,590.37; 20923202325602MIR, **04/03/2009,** $5,240.97; 20918904654202MIR, **04/03/2009,** $5,164.65; 20919504636102MIR, **04/04/2009,** $417.02; 20916603733402MIR, **04/04/2009,** $4,016.75; 20919804342902MIR, **04/04/2009,** $4,584.71; 20917301653902MIR, **04/04/2009,** $4,847.84; 20921500547302MIRT, **04/06/2009,** $2,608.29; 20916202746902MIR, **04/06/2009,** $4,327.22; 20916603734702MIR, **04/06/2009,** $4,895.18; 20917402630402MIR, **04/06/2009,** $4,523.90; 20916801890402MIR, **04/06/2009,** $5,222.18; 21032101588102MIRU, **04/06/2009,** $0.00; 20916603733302MIR, **04/07/2009,** $4,827.66; 20919003333902MIR, **04/07/2009,** $207.85; 20918304482702MIR, **04/08/2009,** $5,301.23; 20912801476602MIR, **04/08/2009,** $2,448.92; 20917301654202MIR, **04/08/2009,** $4,590.37; 20917301654102MIR, **04/09/2009,** $207.85; 20924303783602MIR, **04/11/2009,** $874.14;

20919504636202MIR, **04/11/2009,** $3,640.60; 20916603733802MIR, **04/12/2009,** $4,600.33; 20919602738702MIR, **04/13/2009,** $4,755.46; 20919602738202MIR, **04/13/2009,** $4,232.11; 20918304484402MIR, **04/13/2009,** $5,240.97; 20917605493402MIR, **04/13/2009,** $5,518.38; 20917402629502MIR, **04/13/2009,** $4,847.84; 20919602738402MIR, **04/13/2009,** $5,323.40; 20918304483402MIR, **04/14/2009,** $5,790.14; 20921804497302MIR, **04/14/2009,** $5,136.83; 20916603733502MIR, **04/14/2009,** $4,489.65; 20920902957902MIR, **04/14/2009,** $3,247.25; 20919101230502MIR, **04/14/2009,** $5,814.36; 20919702582602MIR, **04/14/2009,** $4,571.26; 20925703168802MIR, **04/14/2009,** $2,877.90; 20918001788202MIR, **04/14/2009,** $5,158.31; 20917003603202MIR, **04/14/2009,** $117.66; 20918304483102MIR, **04/14/2009,** $4,279.89; 20916603733902MIR, **04/14/2009,** $4,232.11; 20919101231302MIR, **04/14/2009,** $560.82; 20919404999202MIR, **04/14/2009,** $4,584.71; 20919602738602MIR, **04/14/2009,** $4,228.70; 20919101230702MIR, **04/14/2009,** $5,136.83; 20919404997802MIR, **04/14/2009,** $5,158.31; 20919602739102MIR, **04/14/2009,** $207.85; 20918304484102MIR, **04/14/2009,** $5,518.38; 20917402630102MIR, **04/14/2009,** $5,222.18; 20919101230602MIR, **04/14/2009,** $4,584.71; 20917402630002MIR, **04/14/2009,** $3,927.52; 20918304482002MIR, **04/14/2009,** $4,542.81; 20917301654802MIR, **04/15/2009,** $2,755.83; 20918304483002MIR, **04/15/2009,** $4,038.25; 20916704590602MIR, **04/15/2009,** $5,947.29; 20919003333302MIR, **04/15/2009,** $5,158.31; 20931502251002MIRU, **04/16/2009,** $5,158.31; 21002601330808MIR, **04/16/2009,** $2,511.98; 20921203029902MIR, **04/16/2009,** $352.98; 20918304483302MIR, **04/17/2009,** $4,542.81; 20919504636502MIR, **04/17/2009,** $117.66; 20919504636602MIR, **04/18/2009,** $5,143.14; 20919101231102MIR, **04/18/2009,** $5,629.93; 20919101229602MIR, **04/19/2009,** $4,016.75; 20918904654402MIR, **04/20/2009,** $4,584.71; 20919702582802MIR, **04/21/2009,** $3,682.28; 20920303948302MIR, **04/21/2009,** $5,323.40; 20919404999502MIR, **04/21/2009,** $5,158.31; 20918904654902MIR, **04/21/2009,** $207.85; 20919504635902MIR, **04/21/2009,** $6,309.84; 20918705751502MIR, **04/21/2009,** $5,518.38; 20917401415702MIR, **04/21/2009,** $4,571.26; 20919404997102MIR, **04/21/2009,** $117.66; 20918304481502MIR, **04/21/2009,** $4,827.66; 20919602739002MIR, **04/22/2009,** $5,240.97; 20919003333502MIR, **04/22/2009,** $4,895.18; 20918705751302MIR, **04/22/2009,** $4,584.71; 20920404700302MIR, **04/22/2009,** $323.10; 20921203030702MIR, **04/23/2009,** $5,164.65; 20921203031002MIR, **04/23/2009,** $4,902.19; 20921903816002MIR,

**04/23/2009,** $4,220.78; 20918705750902MIR, **04/23/2009,** $1,799.06; 20921804496802MIR, **04/23/2009,** $3,336.02; 20918304481602MIR, **04/23/2009,** $4,600.33; 20919404999002MIR, **04/23/2009,** $5,518.38; 20921901563902MIR, **04/23/2009,** $4,280.35; 20919101231202MIR, **04/23/2009,** $5,158.31; 20918304484002MIR, **04/23/2009,** $5,164.65; 20919702583202MIR, **04/23/2009,** $325.50; 20925703169502MIR, **04/23/2009,** $5,547.82; 20920902958102MIR, **04/23/2009,** $5,164.65; 20925703170002MIR, **04/23/2009,** $4,302.15; 20922503205702MIR, **04/23/2009,** $5,518.38; 20917402629402MIR, **04/24/2009,** $4,868.22; 20917402629602MIR, **04/24/2009,** $4,565.62; 20917402630502MIR, **04/24/2009,** $4,565.62; 20921804496902MIR, **04/24/2009,** $207.85; 20919101230102MIR, **04/24/2009,** $4,868.22; 20917401415802MIR, **04/24/2009,** $4,565.62; 20917402630802MIR, **04/24/2009,** $4,016.75; 20920303947602MIR, **04/24/2009,** $4,847.84; 20925803741302MIR, **04/24/2009,** $5,164.65; 20918304482102MIR, **04/24/2009,** $5,481.19; 20925703168702MIR, **04/24/2009,** $341.85; 20919003334002MIR, **04/24/2009,** $4,584.71; 20918100190208MIR, **04/25/2009,** $3,351.51; 20915503369702MIR, **04/25/2009,** $2,900.08; 20918904654102MIR, **04/25/2009,** $4,847.84; 20913903461302MIR, **04/25/2009,** $2,292.36; 20918304484202MIR, **04/25/2009,** $4,584.71; 20918904654802MIR, **04/27/2009,** $207.85; 20916801890302MIR, **04/27/2009,** $468.96; 20918001788002MIR, **04/27/2009,** $4,584.71; 20918705751602MIR, **04/27/2009,** $4,246.38; 20925703168902MIR, **04/28/2009,** $4,605.76; 20917003603402MIR, **04/28/2009,** $117.66; 20919804344002MIR, **04/28/2009,** $3,357.57; 20919801142602MIR, **04/28/2009,** $207.85; 20918705750802MIR, **04/28/2009,** $4,600.33; 20925703169802MIR, **04/28/2009,** $4,847.84; 20919404998402MIR, **04/28/2009,** $4,847.84; 20917003603302MIR, **04/28/2009,** $4,246.38; 20920902958502MIR, **04/29/2009,** $3,821.15; 20920803662402MIR, **04/29/2009,** $4,476.76; 20920503444602MIR, **04/29/2009,** $5,136.83; 20918904653902MIR, **04/29/2009,** $5,136.83; 20918705751102MIR, **04/30/2009,** $4,246.38; 20919404997302MIR, **04/30/2009,** $5,130.07; 20918304482402MIR, **04/30/2009,** $4,896.53; 20918304481402MIR, **04/30/2009,** $4,590.37; 20919504636402MIR, **04/30/2009,** $5,158.31; 20918304483802MIR, **05/01/2009,** $3,983.92; 20920303948202MIR, **05/01/2009,** $5,012.94; 20918304482202MIR, **05/01/2009,** $4,584.71; 20919404997702MIR, **05/02/2009,** $207.85; 20918304483702MIR, **05/02/2009,** $5,331.10; 20920503444402MIR, **05/02/2009,** $4,016.75; 20919003333802MIR, **05/02/2009,** $4,584.71; 20918304482802MIR, **05/03/2009,**

$3,247.25; 20919003333702MIR, **05/03/2009,** $2,414.35; 20919602738902MIR, **05/03/2009,** $4,584.71; 20919801142502MIR, **05/04/2009,** $4,327.22; 20921004334002MIR, **05/04/2009,** $4,874.79; 20920503444702MIR, **05/04/2009,** $5,518.38; 20921804496402MIR, **05/04/2009,** $5,814.36; 20922301029902MIRT, **05/04/2009,** $2,215.34; 21002601638308MIR, **05/04/2009,** $419.18; 20920303946902MIR, **05/05/2009,** $2,482.74; 20922402202202MIR, **05/05/2009,** $3,550.70; 21018206071102MIRU, **05/05/2009,** $5,814.36; 20920303947202MIR, **05/05/2009,** $5,158.31; 20921002667402MIR, **05/06/2009,** $4,755.46; 20921203030002MIR, **05/06/2009,** $4,895.18; 20919500260102MIRT, **05/06/2009,** $1,041.65; 20919404998502MIR, **05/06/2009,** $5,158.31; 20921002667502MIR, **05/06/2009,** $1,333.69; 20919404997402MIR, **05/06/2009,** $4,874.79; 20919504636302MIR, **05/07/2009,** $4,584.71; 20919101229302MIR, **05/07/2009,** $4,584.71; 20919702582702MIR, **05/07/2009,** $4,895.18; 20919101229902MIR, **05/08/2009,** $2,746.33; 20919404998602MIR, **05/08/2009,** $2,746.33; 20919804343502MIR, **05/08/2009,** $4,868.03; 20919801143102MIR, **05/10/2009,** $5,593.34; 20919702582902MIR, **05/10/2009,** $4,584.71; 20918705751402MIR, **05/10/2009,** $2,414.35; 20922402202302MIR, **05/11/2009,** $6,656.19; 20919504636902MIR, **05/12/2009,** $4,895.18; 20919702583002MIR, **05/12/2009,** $4,584.71; 20920803662502MIR, **05/12/2009,** $4,523.90; 20919801142902MIR, **05/12/2009,** $4,874.79; 20921203029802MIR, **05/12/2009,** $3,774.44; 20919404998102MIR, **05/12/2009,** $4,827.66; 20921203030602MIR, **05/13/2009,** $4,605.76; 20919801143302MIR, **05/13/2009,** $3,983.92; 20927300401902MIRT, **05/13/2009,** $525.45; 20920803662302MIR, **05/13/2009,** $5,158.31; 20921702772602MIR, **05/14/2009,** $5,504.12; 20919003333402MIR, **05/14/2009,** $2,614.98; 20919003333602MIR, **05/14/2009,** $3,664.16; 20921804497402MIR, **05/14/2009,** $1,120.41; 20921203030802MIR, **05/14/2009,** $117.66; 20920303947802MIR, **05/14/2009,** $4,847.84; 20919801143402MIR, **05/15/2009,** $4,896.53; 20920902958302MIR, **05/15/2009,** $4,847.84; 20919804343802MIR, **05/15/2009,** $4,016.75; 20919801142702MIR, **05/15/2009,** $4,279.89; 20918000139302MIRT, **05/15/2009,** $352.98; 20921203030502MIR, **05/16/2009,** $4,847.84; 21004202547002MIRU, **05/16/2009,** $4,847.84; 20919804343402MIR, **05/16/2009,** $4,246.38; 20920902958402MIR, **05/16/2009,** $4,495.47; 20922903785102MIR, **05/17/2009,** $2,900.08; 20920404700702MIR, **05/17/2009,** $5,814.36; 20920503444202MIR, **05/17/2009,** $4,605.76; 20927200200108MIR, **05/18/2009,** $3,228.31; 20921804496602MIR, **05/18/2009,**

$5,889.76; 20919801142802MIR, **05/18/2009,** $4,896.53; 20922903786002MIR, **05/18/2009,** $117.66; 20920404700402MIR, **05/18/2009,** $5,593.34; 20920803662102MIR, **05/18/2009,** $5,222.18; 20920303947002MIR, **05/18/2009,** $4,847.84; 20922503206302MIR, **05/18/2009,** $5,164.65; 20921901563802MIR, **05/18/2009,** $4,896.53; 20922903785602MIR, **05/19/2009,** $4,444.98; 20920404700602MIR, **05/19/2009,** $4,605.76; 20920803662002MIR, **05/19/2009,** $5,814.36; 20922903785502MIR, **05/19/2009,** $5,012.94; 20923802361502MIR, **05/19/2009,** $957.08; 20920803662202MIR, **05/20/2009,** $4,896.53; 21411800215602MIRU, **05/20/2009,** $4,847.84; 20920303947302MIR, **05/21/2009,** $5,158.31; 20920902958002MIR, **05/21/2009,** $4,279.89; 20923203864702MIR, **05/21/2009,** $5,164.65; 20920303947702MIR, **05/21/2009,** $4,847.84; 20925703170602MIR, **05/21/2009,** $5,158.31; 20920503444502MIR, **05/21/2009,** $3,927.52; 20922503206202MIR, **05/22/2009,** $3,640.60; 20921004334102MIR, **05/22/2009,** $4,584.71; 20921903816202MIR, **05/23/2009,** $4,317.26; 20921203031202MIR, **05/24/2009,** $352.98; 20919804342802MIR, **05/24/2009,** $3,642.86; 20921203030202MIR, **05/25/2009,** $3,299.11; 21002601277708MIR, **05/26/2009,** $3,210.26; 20921203031102MIR, **05/26/2009,** $4,847.84; 20921203030902MIR, **05/27/2009,** $4,590.37; 20920303948402MIR, **05/27/2009,** $5,012.94; 20923203864802MIR, **05/27/2009,** $207.85; 20921203031402MIR, **05/28/2009,** $3,946.32; 20922903785702MIR, **05/28/2009,** $470.63; 20919404997602MIR, **05/28/2009,** $117.66; 20921203030102MIR, **05/28/2009,** $117.66; 20921804497202MIR, **05/28/2009,** $3,550.70; 20920900359702MIRT, **05/29/2009,** $1,377.72; 20921702772702MIR, **05/29/2009,** $4,279.89; 20921203030402MIR, **05/29/2009,** $4,847.84; 20924702676702MIR, **05/29/2009,** $996.23; 20915903198102MIR, **05/30/2009,** $2,292.36; 20921901563702MIR, **05/30/2009,** $4,401.95; 20924003805202MIR, **05/31/2009,** $5,158.31; 20921203031302MIR, **06/01/2009,** $352.98; 20922903785902MIR, **06/02/2009,** $4,327.22; 20922402202402MIR, **06/02/2009,** $117.66; 20923902784702MIR, **06/02/2009,** $4,902.19; 20922500024902MIR, **06/02/2009,** $4,000.04; 20921901563502MIR, **06/02/2009,** $5,158.31; 20922503206102MIR, **06/03/2009,** $3,355.39; 20916603732502MIR, **06/04/2009,** $3,094.99; 20920404700502MIR, **06/04/2009,** $3,648.91; 20921004334302MIR, **06/04/2009,** $4,868.22; 20920303947402MIR, **06/04/2009,** $4,232.11; 20922500025102MIR, **06/05/2009,** $4,584.71; 20921804496502MIR, **06/05/2009,** $5,222.18; 20923203864602MIR, **06/05/2009,** $4,895.18; 20923203864402MIR,

**06/07/2009,** $4,327.22; 20922503206602MIR, **06/07/2009,** $5,518.38; 20922903785802MIR, **06/08/2009,** $5,947.29; 20921002667702MIR, **06/08/2009,** $4,232.11; 20922903785402MIR, **06/08/2009,** $5,222.18; 20923203865002MIR, **06/08/2009,** $207.85; 20922503205802MIR, **06/09/2009,** $470.63; 20922503206402MIR, **06/09/2009,** $5,979.44; 20921002667202MIR, **06/09/2009,** $3,648.91; 20922301027402MIRT, **06/09/2009,** $3,064.73; 20922503205602MIR, **06/09/2009,** $4,895.18; 20923203865902MIR, **06/09/2009,** $0.00; 20924404716302MIR, **06/10/2009,** $3,927.52; 20921804496702MIR, **06/10/2009,** $235.31; 20922503206002MIR, **06/10/2009,** $3,841.24; 21030903366102MIRT, **06/10/2009,** $433.10; 20925703170702MIR, **06/11/2009,** $4,309.21; 20923802360902MIR, **06/11/2009,** $4,016.75; 20923902784402MIR, **06/12/2009,** $4,279.89; 20922503206502MIR, **06/12/2009,** $4,279.89; 20923802361202MIR, **06/12/2009,** $5,504.12; 20923104049702MIR, **06/12/2009,** $5,504.12; 20923902784602MIR, **06/12/2009,** $4,495.47; 20922503205902MIR, **06/12/2009,** $5,012.94; 20923104049602MIR, **06/13/2009,** $5,504.12; 20923902785002MIR, **06/13/2009,** $0.00; 20924001086402MIRT, **06/14/2009,** $1,168.07; 20922500025002MIR, **06/15/2009,** $4,581.17; 20923104049802MIR, **06/15/2009,** $4,279.89; 20923203865802MIR, **06/15/2009,** $325.50; 20923203864902MIR, **06/16/2009,** $4,895.18; 20923203864502MIR, **06/16/2009,** $117.66; 20923203865702MIR, **06/16/2009,** $117.16; 20920902958602MIR, **06/16/2009,** $3,442.22; 20923203865102MIR, **06/16/2009,** $117.66; 20923602699602MIR, **06/17/2009,** $4,896.53; 20923802361002MIR, **06/17/2009,** $2,944.20; 20923203865602MIR, **06/17/2009,** $5,222.18; 20927100328202MIRT, **06/19/2009,** $1,417.11; 20923802361402MIR, **06/19/2009,** $4,279.89; 20923202325702MIR, **06/20/2009,** $4,092.61; 20923704027002MIR, **06/20/2009,** $4,246.38; 20925803738902MIR, **06/20/2009,** $4,880.46; 20925703169102MIR, **06/20/2009,** $4,827.66; 20923602699702MIR, **06/20/2009,** $3,758.74; 20923704027402MIR, **06/20/2009,** $4,847.84; 20923704027302MIR, **06/22/2009,** $1,005.16; 20918304485002MIR, **06/22/2009,** $2,596.33; 20918304485902MIR, **06/22/2009,** $3,180.74; 20921804497102MIR, **06/22/2009,** $207.85; 20923704027102MIR, **06/22/2009,** $5,012.94; 20924003805102MIR, **06/22/2009,** $5,954.53; 20925703170202MIR, **06/23/2009,** $5,164.65; 20924003805002MIR, **06/23/2009,** $4,896.53; 20925103406402MIR, **06/23/2009,** $5,323.40; 20923902784902MIR, **06/23/2009,** $4,309.21; 20921004333902MIR, **06/24/2009,** $3,299.11; 20924604161402MIR, **06/24/2009,** $4,895.18; 20923704027202MIR,

**06/24/2009,** $5,518.38; 20924604161602MIR, **06/25/2009,** $5,669.20; 20923704027502MIR, **06/26/2009,** $4,016.75; 20925803739702MIR, **06/26/2009,** $0.00; 20924604161702MIR, **06/26/2009,** $3,664.16; 20925203791602MIR, **06/30/2009,** $0.00; 20924604161102MIR, **06/30/2009,** $4,279.89; 20924604161202MIR, **07/01/2009,** $4,896.53; 20925203791102MIR, **07/03/2009,** $4,847.84; 20925803738602MIR, **07/06/2009,** $4,246.38; 20926000488702MIR, **07/07/2009,** $117.66; 20925703171502MIR, **07/07/2009,** $4,016.75; 20925703171402MIR, **07/07/2009,** $4,327.22; 20925803740002MIR, **07/08/2009,** $4,847.84; 20925203791502MIR, **07/08/2009,** $4,868.22; 20925203791402MIR, **07/09/2009,** $3,299.11; 20924604161302MIR, **07/10/2009,** $3,927.52; 20925404118002MIR, **07/10/2009,** $4,847.84; 20925803739602MIR, **07/10/2009,** $4,542.81; 20925703170802MIR, **07/11/2009,** $5,012.94; 20925703169002MIR, **07/11/2009,** $4,542.81; 20925404118302MIR, **07/13/2009,** $4,000.04; 20925703171102MIR, **07/13/2009,** $4,280.35; 20923802361302MIR, **07/14/2009,** $3,336.02; 20925703171302MIR, **07/14/2009,** $5,158.31; 20925703169202MIR, **07/14/2009,** $5,158.31; 20925404117402MIR, **07/14/2009,** $5,518.38; 20923802361102MIR, **07/15/2009,** $117.66; 20925404117802MIR, **07/15/2009,** $5,158.31; 20925203791702MIR, **07/15/2009,** $3,299.11; 20923802360802MIR, **07/15/2009,** $235.31; 20925803741002MIR, **07/15/2009,** $4,220.78; 20925404117302MIR, **07/15/2009,** $4,896.53; 20925703171802MIR, **07/16/2009,** $117.16; 20925803740702MIR, **07/17/2009,** $4,584.71; 20925803738502MIR, **07/17/2009,** $3,299.11; 20923201123602MIRT, **07/17/2009,** $560.82; 20921203031602MIR, **07/18/2009,** $2,908.70; 20925803740102MIR, **07/20/2009,** $4,016.75; 20925703169302MIR, **07/20/2009,** $4,246.38; 20925703169702MIR, **07/21/2009,** $4,246.38; 20927300399302MIRT, **07/22/2009,** $3,609.42; 21002601198408MIR, **07/22/2009,** $4,055.23; 20925703169902MIR, **07/22/2009,** $4,584.71; 20925803739402MIR, **07/22/2009,** $4,246.38; 20925703171202MIR, **07/22/2009,** $2,746.33; 20925803741502MIR, **07/22/2009,** $3,640.60; 20925404117702MIR, **07/22/2009,** $3,946.32; 20924604161502MIR, **07/22/2009,** $2,287.97; 20925703170302MIR, **07/22/2009,** $4,077.89; 20925803739202MIR, **07/22/2009,** $4,827.66; 20925404117502MIR, **07/22/2009,** $4,000.04; 20925203791202MIR, **07/22/2009,** $235.31; 20925803739802MIR, **07/22/2009,** $4,016.75; 20927300402902MIRT, **07/22/2009,** $3,537.23; 20925703170402MIR, **07/22/2009,** $4,847.84; 20925404118402MIR, **07/22/2009,** $4,847.84; 20925703170102MIR, **07/22/2009,** $4,584.71; 20925803739902MIR, **07/22/2009,**

$4,584.71; 20925803742002MIR, **07/22/2009,** $3,499.75; 20925404118202MIR, **07/22/2009,** $2,287.97; 20925803738702MIR, **07/23/2009,** $5,316.61; 20925703169402MIR, **07/23/2009,** $3,841.24; 20925404117902MIR, **07/23/2009,** $4,246.38; 20922503205202MIR, **07/23/2009,** $3,330.73; 20925803738402MIR, **07/25/2009,** $3,241.59; 20925803740802MIR, **07/25/2009,** $3,640.60; 20925803741202MIR, **07/25/2009,** $2,755.83; 20925803738802MIR, **07/27/2009,** $352.98; 21003201541202MIRU, **07/27/2009,** $4,214.50; 20925404118102MIR, **07/28/2009,** $4,232.11; 20925803740902MIR, **07/30/2009,** $3,285.40; 20925803741802MIR, **07/31/2009,** $3,299.11; 20925803741402MIR, **08/01/2009,** $117.66; 20925703170502MIR, **08/03/2009,** $3,181.35; 21017607157802MIRU, **08/05/2009,** $2,746.33; 20925703170902MIR, **08/08/2009,** $2,877.90; 20925803741602MIR, **08/11/2009,** $1,940.59; 20925803739002MIR, **08/11/2009,** $3,247.25; 20925803741702MIR, **08/12/2009,** $2,614.98; 20925803740202MIR, **08/13/2009,** $3,241.59; 20925803739302MIR, **08/26/2009,** $2,591.20; 20925803740302MIR, **08/26/2009,** $1,940.59.